UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS J. HORN and CINDY HARP-HORN,

                *Plaintiffs*,

-against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,

                *Defendants*.

Civil Action No. 15-cv-701-G

**STIPULATION TO EXTEND TIME TO RESPOND**

---

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned attorneys of record, that the time within which Defendant Dixie Elixirs may answer or otherwise respond to the Complaint is extended up to and including, **October 23, 2015**.

Dated: New York, New York
       September 22, 2015

_____
Jeffrey Benjamin, Esq.
Law Offices of Jeffrey Benjamin, P.C.
*Attorneys for Plaintiffs*
Douglas J. Horn and Cindy Harp-Horn
118-21 Queens Blvd
Forest Hills, NY 11375
(718) 263-1111
jbenjamin@nyfraudlaw.com

_____
Wendy J. Lindstrom, Esq.
Messner Reeves LLP
*Attorneys for Defendants*
Dixie Elixirs LLC
805 Third Avenue, 18th Floor
New York, NY 10022
(646) 663-1853
wlindstrom@messner.com