UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DOUGLAS J. HORN and CINDY HARP-HORN,

          *Plaintiffs*,

-against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,

          *Defendants*.

Civil Action No. 15-cv-701-G

### DEFENDANT DIXIE ELIXIRS, LLC F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Dixie Elixirs through its counsel MESSNER REEVES LLP, provides the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Dixie Elixirs identifies the following parent corporation and any publicly held corporation owning 10% or more of it stock: none.

Dated:  New York, New York
          October 23, 2015

Respectfully submitted,

MESSNER REEVES LLP

    /s/
Wendy J. Lindstrom
805 Third Avenue, Eighteenth Floor
New York, New York 10022
T. 646 663 1860
F. 646 663 1895
*Attorneys for Defendant*
*Dixie Elixirs, LLC*