UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN and CINDY HARP-HORN,

                Plaintiffs,

    -against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
AND EDIBLES, RED DICE HOLDINGS, LLC,
and DIXIE BOTANICALS,

                Defendants.
_____

Civil Action No. 15-cv-701-FPG

## CERTIFICATE OF FILING & SERVICE

        Roy A. Mura, Esq. hereby certifies and affirms that on the 19th day of February 2016, the Answer of defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC dated February 19, 2016 was filed with the Clerk of the United States District Court for the Western District of New York via electronic filing and served on Jeffrey Benjamin, Esq., *Attorney for Plaintiffs.*

                                    <u>s/Roy A. Mura, Esq.</u>
                                      Roy A. Mura, Esq.