UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN and CINDY HARP-HORN,

|                                  | Plaintiffs, | **RULE 7.1 STATEMENT** |
|---|---|---|

-against-

Civil Action No. 15-cv-701-FPG

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
AND EDIBLES, RED DICE HOLDINGS, LLC,
and DIXIE BOTANICALS,

Defendants.
_____

Pursuant to Fed. R. Civ. P. 7.1 to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, MEDICAL MARIJUANA, INC., and RED DICE HOLDINGS, LLC, (private, non-governmental parties), certifies that they have no corporate parents or publicly held corporation owning 10% or more of their stock.

DATED:    Buffalo, New York
          February 19, 2016

s/ Roy A. Mura
_____
Roy A. Mura, Esq.
MURA & STORM, PLLC
*Attorneys for Defendants Medical Marijuana,*
*Inc. and Red Dice Holdings, LLC*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com