## PROOF OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 15-CV-00701-FPG | United States District Court for the Western District of New York | , NY | 794675 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| DOUGLAS J. HORN and CINDY HARP-HORN | MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED RICE HOLDINGS, LLC. and DIXIE BOTANICALS |

| Received by: | For: |
|---|---|
| HOLLISTER PROCESS SERVICE | Law Offices of Jeffrey Benjamin, P.C. |

**To be served upon:**
Dixie Botanicals

I, MIKEL L. CLARK, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** STEVE LLAMAS, AUTHORIZED AGENT FOR SERVICE, 12255 Crosthwaite Circle, Suite A, Poway, CA 92064
**Manner of Service:** Authorized, Mar 1, 2016, 1:50 pm PST
**Documents:** Summons In A Civil Case, Complaint anf Jury Demand, Civil Cover Sheet, Plaintiff Civil RICO Statement.

**Additional Comments:**
1) Successful Attempt: Mar 1, 2016, 1:50 pm PST at 12255 Crosthwaite Circle, Suite A, Poway, CA 92064 received by STEVE LLAMAS, AUTHORIZED AGENT FOR SERVICE. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'8"; Hair: Gray; Eyes: Brown;

*Mikel L Clark*  03/02/2016

MIKEL L.CLARK             Date
SAN DIEGO 1944

HOLLISTER PROCESS SERVICE
341 TRES PINOS RD. #201
HOLLISTER, CA 95023
831-634-1479