UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS J. HORN and CINDY HARP-HORN,

                          Plaintiff,

    v.

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED DICE HOLDINGS, LLC, and

                          Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

15-CV-701 – FPG/HBS

---

    IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Michael Menard, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

    IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on 10/14/16 at 69 Delaware Ave, Buffalo, NY 14202.

    IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: May 18, 2016

_____
Counsel for Plaintiff(s)
Jeffrey Benjamin

/s/ Wendy Lindstrom on Garwood
Counsel for Defendant(s) by
Dixie Elixirs LLC

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS J. HORN and CINDY HARP-HORN,

                Plaintiff,

v.

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED DICE HOLDINGS, LLC, and

                Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

15-CV-701 – FPG/HBS

---

      IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Michael Menard, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

      IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on ~~per amended order~~ at _____.

      IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: May 17, 2016

_____       _____
Counsel for Plaintiff(s)                                     Counsel for Defendant(s)