CAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____New York_____

CINDY HARP-HORN
                   Plaintiff(s),
V.

MEDICAL MARIJUANA, INC, et al
                   Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-701-FPG

Notice is hereby given that, subject to approval by the court, __CINDY HARP-HORN__ substitutes
(Party (s) Name)

__FRANK HOUSH, ESQ.__ , State Bar No. __2605368__ as counsel of record in
(Name of New Attorney)

place of __JEFFREY BENJAMIN, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Housh Law Offices, PLLC
    Address: 70 Niagara Street, Buffalo, NY 14202
    Telephone: (716) 362-1128     Facsimile (716) 242-3000
    E-Mail (Optional): frank@houshlaw.com

I consent to the above substitution.
Date: 06/16/2015
                                                                                                                   (Signature of Party (s))

I consent to being substituted.
Date: _____

                                                                                                                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/7/2016
                                                                                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Western | District of | New York |

DOUGLAS J. HORN
Plaintiff(s),

v.

MEDICAL MARIJUANA, INC. et al
Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-701-FPG

Notice is hereby given that, subject to approval by the court, __DOUGLAS J. HORN__ substitutes
(Party (s) Name)

__FRANK HOUSH, ESQ.__, State Bar No. __2605368__ as counsel of record in
(Name of New Attorney)

place of __JEFFREY BENJAMIN, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Housh Law Offices, PLLC
Address:         70 Niagara Street, Buffalo, NY 14202
Telephone:       (716) 362-1128            Facsimile   (716) 242-3000
E-Mail (Optional): frank@houshlaw.com

I consent to the above substitution.

Date: 6/16/2016

_____
(Signature of Party (s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/7/2016

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]