UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN,

                Plaintiff(s),

  v.                                             15-CV-701G

MEDICAL MARIJUANA, INC., et al.,

                Defendant(s).
_____

## **CLERK'S ENTRY OF DEFAULT**

It appearing that Defendant(s)

DIXIE BOTANICALS,

is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on August 29, 2016.

                                              MARY C. LOEWENGUTH
                                                  Clerk of Court
                                            United States District Court


                                           By: s/Suzanne Grunzweig
                                               Deputy Clerk