UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN and CINDY HARP-HORN,

        *Plaintiffs*,

    -against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,

    *Defendants.*

Civil Action No. 15-cv-00701-G

## CERTIFICATE OF SERVICE

    I hereby certify that I am an employee of the Housh Law Offices, PLLC and that on October 5, 2016; I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then notify the following CM/ECF participants in this case:

Wendy Lindstrom, Esq.
Eric Baron, Esq.

DATED:        October 5, 2016
                     Buffalo, New York

                      *s/ Christa Vidaver*

                      _____
                      Christa Vidaver, Legal Assistant
                      FRANK HOUSH, ESQ.
                      HOUSH LAW OFFICES, PLLC

FOR ALVIN O. VAZQUEZ ROJAS
70 Niagara Street • Buffalo, NY • 14202
phone 716.362.1128 • fax 716.242.3000