UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
DOUGLAS J. HORN and CINDY HARP-HORN,                                     :
                                                                         :   CM/ECF
                                        Plaintiffs,                      :
                                                                         :   Index No.: 15-cv-00701 (FPG)(MJR)
    -against-                                                            :
                                                                         :
MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND                               :   NOTICE OF APPEARANCE
EDIBLES, RED DICE HOLDINGS, LLC, and DIXIE                               :
BOTANICALS,                                                              :
                                                                         :
                                        Defendants.                      :
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that the undersigned will appear as counsel for Defendant, Dixie Elixirs, LLC (sued incorrectly herein as Dixie Elixirs and Edibles), in this action.

Dated: New York, New York
       December 13, 2016

                                                        Respectfully submitted,

                                                        Messner Reeves LLP

                                        By:             _____
                                                        Hanoch Sheps
                                                        805 Third Avenue, 18th Fl.
                                                        New York, New York 10022
                                                        (646) 663-1860 (telephone)
                                                        (646) 663-1895 (facsimile)
                                                        hsheps@messner.com

                                                        *Attorneys for Defendants,*
                                                        *Dixie Elixirs, LLC*

{02145559 / 1}