UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN and
CINDY HARP-HORN,

                *Plaintiffs,*　　　　　　**MEDIATION CERTIFICATION**

V.　　　　　　　　　　　　　　**15-CV-00701**

MEDICAL MARIJUANA, INC., *et al.,*

                *Defendants.*
_____

I hereby certify that:

☐   Case has settled prior to scheduling first session.

☐   Case has settled prior to session scheduled for _____.

☒   Mediation session was held on __February 10, 2017__.

☐   **Case has settled.** The parties will prepare the settlement agreement and stipulation for dismissal.

☒   **Case has not settled.** Mediation will continue on __August 21, 2017__

☐   **Case has not settled.** The parties may schedule another session at a later date.

☐   **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: February 13, 2017　　　　　　　　　　　　__/s/ Michael Menard__
                                                           Mediator

Additional Comments: