UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



| | |
|---|---|
| DOUGLAS J. HORN and CINDY HARP-HORN<br><br>Plaintiffs,<br><br>- against -<br><br>MEDICAL MARIJUANA, INC., DIXIE ELIXIRS<br>AND EDIBLES, RED DICE HOLDINGS, LLC, et. al.<br><br>Defendants. | No. 15-cv-00701-G |

## MOTION FOR ADMISSION PRO HAC VICE
## OF JEAN E. SMITH-GONNELL, ESQUIRE

Pursuant to L.R.Civ.P. 83.1 of the Local Rules of the United States Court for the Western District of New York, I hereby move this Court for an Order that Jean E. Smith-Gonnell be admitted to appear and practice in the above-captioned matter as counsel *pro hac vice* for Defendant Dixie Holdings, LLC (sued incorrectly herein as Dixie Elixirs and Edibles).

I am in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against me in any state or federal court. Jean E. Smith-Gonnell, Esquire, Registration Number 44623, is a member in good standing in the Bar of the State of Colorado and will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter. I have read, know and understand the Local Rules of the United States District Courts for the Western District of New York.

WHEREFORE, In-State Counsel respectfully requests that the Court admit Jean E. Smith-Gonnell *pro hac vice*, to practice before the Court in this case.

{02322093 / 2}

Respectfully submitted,

By: _____

Hanoch S. Sheps

Messner Reeves LLP
805 Third Avenue, 18th Floor
New York, New York 10022
(646) 663-1860
(646) 663-1895 (fax)
hsheps@messner.com

*Attorneys for Defendant Dixie Holdings, LLC*

{02322093 / 2}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___11th___ day of May, 2016 I electronically filed the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF JEAN E. SMITH-GONNELL, ESQUIRE via CM/ECF which constitutes service upon all counsel of record entitled to receive notification via ECF.

MESSNER REEVES, LLP

By: _____
Hanoch Sheps

*Attorneys for Defendant Dixie Holdings, LLC*

{02322093 / 2}