UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Jean E. Smith Gonnell
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF )

Hanoch Sheps, being duly sworn deposes and says:

1. I reside at:

155 East 23rd, Apt. 510 New York, NY 10010

and maintain an office for the practice of law at: Messner Reeves LLP
805 Third Avenue, 18th Floor, New York, New York 10022-7546

2. I am an attorney at law, admitted to practice in the State of New York
_____, I was admitted to practice in the United States District Court for the
Western District of New York on the 8th day of December, 2016.

3. I have known the petitioner since January 24, 2017 and under the following circumstances:

Work together.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:

Good moral character and fitness.

_____
Signature of Sponsoring Attorney

Sworn to before me this 10 day of May, 2017

_____
Notary Public

RUOFEI XIANG
NOTARY PUBLIC-STATE OF NEW YORK
No. 02XI6298402
Qualified in Queens County
My Commission Expires March 10, 2018