# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Print

**IN THE MATTER OF THE APPLICATION OF**

Jean E Smith-Gonnell
_____(Name)_____

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE _____, JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Jean E Smith-Gonnell
_____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   Messner Reeves LLP, 1430 Wynkoop Street, Suite 300, Denver, Colorado 80202

2. That petitioner attended the following educational institutions and received the following degrees:

   University of Denver Sturm College of Law, J.D.

3. Please complete either (a), (b) or ( c):

                           Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:    Admission Sponsoring Affidavit
                            Attorney's Oath
                            Civility Principles Oath
                            Attorney Database Form
                            Attorney CM/ECF Registration Form
                            *If the attorney or the firm with which the attorney is associated with maintains an office in this
                            District, a required pro bono service form

                     Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:    Certificate of Good Standing from the Clerk of Court of which he or she is a
                            member (dated no earlier than six months prior to submission to this Court)
                            Check or money order in the amount of the Attorney Admission fee set forth in the District Court
                            Schedule of Fees
                            Attorney's Oath
                            Civility Principles Oath
                            Attorney Database Form
                            Attorney CM/ECF Registration Form
                            *If the attorney or the firm with which the attorney is associated with maintains an office in this
                            District, a required pro bono service form

                              Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of

Additional Requirements:    Motion to Appear Pro Hac Vice
                            Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the
                            District Court Schedule of Fees
                            Admission Petition Form
                            Admission Sponsor Affidavit
                            Attorney's Oath
                            Civility Principles Oath
                            Attorney Database Form
                            Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

Colorado Supreme Court, Arizona Supreme Court, 10th District Court.

5. Since such admission(s), petitioner has practiced in the following courts:

Colorado Supreme Court

and has been involved in the following professional activities:

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this 27th day of March, 2017

_____
Notary Public

TANYA GRINNELL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044037181
MY COMMISSION EXPIRES OCTOBER 15, 2020

(Revised 2017)