UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF __COLORADO__ )
) SS:
__DENVER__ COUNTY )

I, __Jean E. Smith Gonnell__ of __Denver, Colorado__
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this __27th__ day of __March__, __2017__.

_____
Notary Public

TANYA GRINNELL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044037181
MY COMMISSION EXPIRES OCTOBER 15, 2020

Rev. 2/2000