Print Form

# ATTORNEY DATABASE INFORMATION
## For Newly-Admitted Attorneys

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

### Attorney Database Input Sheet

Please print. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: Jean
Middle Name or Initial: E
Last Name: Smith - Gonnell
Firm: Messner Reeves LLP
Address: 1430 Wynkoop St

Suite: 300
City: Denver    State: CO    Zip: 80202

Phone: 303 - 623 - 1800    FAX: 303 - 623 - 0552
Bar ID Number: 44623 (Colorado)    **Required

Date Applied: 5 / 11 / 17    Date Admitted: ___/___/___

Method of Admission: pro hac vice _____ (petition, certificate of good standing, pro hac vice)