AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __New York__

Douglas Horn et al
          Plaintiff(s),

V.

Medical Marijuana, Inc. et al
          Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:15-cv-00701-FPG-MJR

Notice is hereby given that, subject to approval by the court, __Douglas Horn and Cindy Harp-Horn__ substitutes
(Party(s) Name)

__Jeffrey Benjamin, Esq.__, State Bar No. __3054723__ as counsel of record in
(Name of New Attorney)

place of __Frank Housh, Esq.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Kupillas, Unger, and Benjamin
    Address: ~~118-35 Queens Boulevard, Forest Hills, NY 14375~~ 1 Linden Pl Ste 410-A, Great Neck NY 11021
    Telephone: ~~(718) 263-1111~~ (212) 655-9536  Facsimile (718) 425-0692
    E-Mail (Optional): jbenjamin@nyfraudlaw.com

I consent to the above substitution.
Date: _____

_[signatures]_
(Signature of Party(s))

I consent to being substituted.
Date: June 16, 2017

Frank Housh, Esq.
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/1/2017

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**