UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                                                      Civil Action No:

              Plaintiffs,          15-cv-701 FPG/MJR

        -against-          ***NOTICE OF MOTION***

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

              Defendants,
----------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the Declaration of Jeffrey Benjamin, Esq. dated June 22, 2017, and upon all of the papers and proceedings heretofore had herein, Plaintiffs by their counsel will move this Court before the Hon. Michael J. Roemer, United States Magistrate Judge at the U.S. Courthouse, 2 Niagara Square Buffalo, New York 14202 for an Order extending the deadlines in the current Case Management Order for a period of five (5) months respectively, along with such other and further relief as this Court deems just and proper.


       PLEASE TAKE FURTHER NOTICE that pursuant to Local Court Rules, answering/reply affidavits, if any, are required to be served upon the undersigned by July 6, 2017.

Dated: Great Neck, New York
      June 22, 2017

Respectfully Submitted,

KUPILLAS, UNGER & BENJAMIN, LLP

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.
1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493
jbenjamin@nyfraudlaw.com