UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN and CINDY HARP-HORN,

                              Plaintiffs,

      -against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS       Civil Action No. 15-cv-701-FPG
AND EDIBLES, RED DICE HOLDINGS, LLC,
and DIXIE BOTANICALS,

                              Defendants.
_____

## CERTIFICATE OF FILING & SERVICE

Eric T. Boron, Esq. hereby certifies and affirms that on the 5th day of July 2017, the declaration of Eric T. Boron, Esq. in opposition and memorandum of law opposing plaintiffs' motion for extension of deadline dates in case management order of defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC dated July 5, 2017, was filed with the Clerk of the United States District Court for the Western District of New York via electronic filing and served on Jeffrey Benjamin, Esq., *Attorney for Plaintiffs* and Hanoch Sheps, Esq., Wendy J. Lindstrom, Esq. at MESSNER REEVES LLP *Attorneys for Defendant Dixie Elixirs, LLC.*

                                                      s/Eric T. Boron, Esq.
                                                      Eric T. Boron, Esq.