## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

Douglas J. Horn and Cindy Harp-Horn

Plaintiff(s),

**MEDIATION CERTIFICATION**

15 - cv - 00701

v.

Medical Marijuana, Inc., et al.,

Defendant(s).

I hereby certify that:

☑ Mediation session has been adjourned for 11/14/17 .

☐ Case has settled prior to the first mediation session

☐ Mediation session was held on _____ .

　　☐ *Case has settled.* (Comment if necessary).

　　☐ *Case has not settled.* Mediation will continue on _____ .

　　☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 08/31/17        *Mediator:* /S/ Michael Menard

**Additional Comments:**
_____
_____
_____