UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DOUGLAS J. HORN and CINDY HARP-HORN                    ,

Plaintiff(s),

*MEDIATION*
*CERTIFICATION*

15_____ - cv - 0701_____

v.

MEDICAL MARIJUANA, INC., et al.                    ,

Defendant(s).

I hereby certify that:

[✓]  The mediation session scheduled for 11/14/17 has been adjourned to
01/31/18 .

[ ]  Case settled prior to the first mediation session.

[ ]  Mediation session was held on _____ .

    [ ]  *Case has settled.* (Comment if necessary).

    [ ] *Case has not settled.* Mediation will continue on _____ .

    [ ] *Case has not settled.* Mediation is complete. The case will proceed toward
trial pursuant to the Court's scheduling order.

*Date:*  _____11/28/17_____                    *Mediator: /S/* _Michael Menard_____

*Additional Comments:*

_____
_____
_____

Save PDF | Clear Form