## Experts' Availability

**From:** Jeffrey Benjamin
**Sent:** Thu, Oct 19, 2017 at 10:48 am
**To:** Hanoch Sheps, Wendy Lindstrom, Jean Claude Mazzola, Eric T. Boron

Dear Counsel. I have heard from all three of plaintiff's experts as to their availability for depositions through December.

1) Dr. Graham - Nov 13, 15 (pm only), 17 or 20 (pm only); and Dec 1, 6 or 8;

2) Rick Gobbell - Nov 1, 10, 13

3) Dr. Zaporowski - He has asked to conduct by video which gives him flexibility.

Might I suggest we conduct them in either my or Messner's office in Manhattan?

Also, according to Mike Menard we are on his mediation calendar for 11/14. I think we have to tell him whether mediation will be fruitful or not and either stay on or exit his calendar. Can either of you tell me if your clients are interested in further mediation?

Thank you.

_____
Jeffrey Benjamin, Esq.
KUPILLAS, UNGER & BENJAMIN, LLP
315 Madison Avenue, Ste 901
New York, NY 10017
(212) 655-9536

_____

***CONFIDENTIAL*** This e-mail and any related replies and attachments are sent by an attorney and may contain confidential information that is legally privileged. If you are not the intended recipient, or responsible to deliver it, you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (718) 263-1111 and destroy the original transmission without reading or saving same.