**Deft expert deps**

From: Jeffrey Benjamin
Sent: Tue, Nov 7, 2017 at 3:29 pm
To: Eric T. Boron
Cc: Hanoch Sheps

Gentlemen please get back to me with the availability of your experts for depositions. We have until 12/29 and that will come very quickly.

Jeffrey Benjamin, Esq.
KUPILLAS, UNGER & BENJAMIN, LLP.
1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493

***CONFIDENTIAL*** This e-mail and any related replies and attachments are sent by an attorney and may contain confidential information that is legally privileged. If you are not the intended recipient, or responsible to deliver it, you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (718) 263-1111 and destroy the original transmission without reading or saving same.