## 7023 Horn v Dixie et al scheduling expert deps

From: Eric T. Boron
Sent: Wed, Nov 15, 2017 at 5:16 pm
To: Jeffrey Benjamin
Cc: Hanoch Sheps

Jeff —

Thank you for your patience in awaiting a response to your November 7 scheduling inquiry (below). I have conferred with counsel for Dixie and our disclosed experts, and taking into account prior potential dates of availability you have provided as to yourself and plaintiffs' disclosed experts, the following expert deposition schedule is proposed:

Dec 1 – Dr. Graham at Messner, Reeves' NYC office (start time TBD)

Dec 4 - Dr. Zaporowski at my Buffalo office (start time TBD)

Dec 12 – Charles Amodio and Dr. Orser at Messner Reeves' NYC office (start time TBD)

Presently we are not scheduling depositions of Mr. Gobbell or Ms. Voie, although we reserve our right to schedule the same after conducting the depositions of Dr. Graham and Dr. Zaporowski.

Formal amended deposition notices for Dr. Graham and Dr. Zaporowski will be served on your office once you confirm the dates, locations and start times.

Notwithstanding the above, kindly advise me and Hanoch Sheps of the status of plaintiffs' remaining owed production. Thank you.

Regards,

Eric T. Boron, Esq.
MurakStorm, PLLC
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800 -- Voice
(716) 855-2816 -- Fax (not for service)

P Before printing this email, please consider whether printing is necessary. Think Green!

PLEASE NOTE: This email is intended solely for the use of the addressee(s) and may contain legally privileged and confidential information. If you are not the intended recipient of this email, please be advised that the dissemination, distribution, forwarding, printing, storing or copying of this email is strictly prohibited. If you are not the intended recipient or received this email in error, please notify us by telephone (716-855-2800) or email (administrator@muralawcom) and delete all copies of this email and any attachments completely. Thank you.

From: Jeffrey Benjamin [mailto:jbenjamin@nyfraudlaw.com]
Sent: Tuesday, November 07, 2017 3:30 PM
To: Eric T. Boron
Cc: Hanoch Sheps
Subject: Deft expert deps

Gentlemen please get back to me with the availability of your experts for depositions. We have until 12/29 and that will come very quickly.

Jeffrey Benjamin, Esq.
KUPILLAS, UNGER & BENJAMIN, LLP.
1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493

***CONFIDENTIAL***  This e-mail and any related replies and attachments are sent by an attorney and may contain confidential information that is legally privileged. If you are not the intended recipient, or responsible to deliver it, you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (718) 263-1111 and destroy the original transmission without reading or saving same.