# MESSNER REEVES LLP

DENVER | LAS VEGAS | LOS ANGELES | NEW YORK

Hanoch Sheps                                    Direct   646 663 1856
hsheps@messner.com                              Fax      646 663 1895

December 14, 2017

**VIA ECF**

Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

**RE:    Horn v. Medical Marijuana, Inc., Dixie Elixirs and Edibles, Red Dice Holdings, LLC, and Dixie Botanicals**
**Index No.: 1:15-cv-00701-FPG-MJR**
**Our File No.: 7281.0013**

Dear Magistrate Judge Roemer:

    As you may recall, we represent the party sued incorrectly herein as Defendant Dixie Elixirs and Edibles in the above-referenced matter. We join our co-Defendant in their opposition to the Plaintiffs' request in all regards with respect to Plaintiffs' Second Motion for Extension of Time.

    In advance of the oral argument currently scheduled for December 18, 2017, we respectfully request that we be granted permission to appear telephonically due to the fact that our offices are situated in New York, New York and we endeavor to minimize the cost associated with travel.

    We thank the Court for its consideration with this request.

Respectfully submitted,

Messner Reeves LLP

*[signature]*

Hanoch Sheps

CC:    All parties via ECF