UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Douglas J. Horn and Cindy Harp-Horn

        Plaintiff(s),

               ***MEDIATION CERTIFICATION***

               __15__ - cv - __701__

       v.

Medical Marijuana, Inc., et al.

        Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __01/31/2018__ has been adjourned to __08/07/2018__.
☐ Case settled prior to the first mediation session.
☐ Mediation session was held on _____.
 ☐ *Case has settled.* (Comment if necessary).
 ☐ *Case has not settled.* Mediation will continue on _____.
 ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 02/13/2018       *Mediator:* /S/ Michael Menard

**Additional Comments:**
_____
_____

[Print]  [Clear Form]