

## MURA & STORM

ROY A. MURA
SCOTT D. STORM*
KRIS E. LAWRENCE
ERIC T. BORON
PATRICIA A. FAY
SCOTT D. MANCUSO
RYAN M. MURA

*ALSO ADMITTED IN PA

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK 14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANT
RENEE ESPINOSA

ANNA-LISA BONVENTRE
Of Counsel

April 10, 2018

### LETTER REQUEST ON CONSENT

Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> Re:  ***Douglas J. Horn and Cindy Harp-Horn v. Medical Marijuana,***
> ***Inc., Dixie Elixirs and Edibles, Red Dice Holdings, LLC and***
> ***Dixie Botanicals***
> ***Civil Action No: 1:15-cv-00701 FPG/MJR***
> **Our File No.  :  7023**

Dear Magistrate Judge Roemer:

We represent defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC in this action. We write to respectfully request a 45-day extension of the current May 1, 2018 deadline date for filing dispositive motions. I have consulted by phone with the attorneys for co-defendant Dixie and plaintiffs, and all consent and are copied on this letter request. There has been no prior request made for an extension of this deadline date. The reason for this extension request is that I will be leaving this firm in one week, and am the only attorney with this firm who has ever handled this matter.

We appreciate the Court's courtesy and consideration in this matter. Please contact me with any questions you may have.

Very truly yours,

MURA & STORM, PLLC

*Eric T. Boron*

Eric T. Boron

# MURA&STORM, PLLC

Magistrate Judge Roemer
April 10, 2018
Page 2

ETB/ms
cc:    Jeffrey Benjamin, Esq.
       J. C. Mazzola, Esq.
       Hanoch Sheps, Esq.