

| | | |
|---|---|---|
| ROY A. MURA<br>SCOTT D. STORM*<br>KRIS E. LAWRENCE<br>SCOTT D. MANCUSO<br>PATRICIA A. FAY<br>DANIEL S. GVERTZ<br>RYAN M. MURA<br>*ALSO ADMITTED IN PA | 930 RAND BUILDING<br>14 LAFAYETTE SQUARE<br>BUFFALO, NEW YORK  14203<br>(716) 855-2800<br>(716) 855-2816 (FAX)<br>www.muralaw.com<br>nycoveragecounsel.blogspot.com | LEGAL ASSISTANT<br>RENEE ESPINOSA<br><br>ANNA-LISA BONVENTRE<br>Of Counsel |

June 7, 2018

Hon. Michael J. Roemer                                                              **VIA ECF**
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

        **Re:**    *Horn v. Medical Marijuana, Inc., et al.*
              **Civil Action No:**    1:15-cv-00701 FPG/MJR
              **Our File No.  :**    7023

Dear Magistrate Judge Roemer:

      We represent defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC in this action.  We write to respectfully request a 45-day extension of the current June 15, 2018 deadline date for filing dispositive motions.  I have consulted by telephone with the attorneys for plaintiffs and co-defendant Dixie Elixirs and Edibles, and all consent and are copied on this letter request.  There has been one prior request made for an extension of the dispositive motion deadline.  That extension was requested because the attorney who had been handling this matter for my law firm left and was the only person with knowledge on this matter. This additional extension is requested due to the time it has taken to review the voluminous written discovery already provided and the deposition transcripts, as well as the review of the multi-faceted legal issues which need to be researched in order to properly submit a dispositive motion on this matter. Further, the integration of a new attorney into my firm who will be assisting with this matter has resulted in an unavoidable delay in completing the tasks necessary to timely file the dispositive motions for this matter.

      We appreciate the Court's courtesy and consideration in this matter.

                                    Respectfully submitted,
                                    **MURA&STORM, PLLC**

                                    Roy A. Mura

RAM/me
cc:    Jeffrey Benjamin, Esq.
       Jean Claude Mazzola, Esq.
       Hanoch Sheps, Esq.