UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x   Case No. 15-cv-701

DOUGLAS J. HORN and CINDY HARP-HORN,

                      Plaintiffs,

-against-                                      NOTICE OF APPEARANCE

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
and EDIBLES, RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,,

                      Defendants.
----------------------------------------------------------------

**PLEASE TAKE NOTICE** that the undersigned will appear as counsel for the Defendant sued incorrectly herein as DIXIE ELIXIRS and EDIBLES in this action.

Dated: June 25, 2018

                                                      Respectfully submitted,

                                                      Mazzola Lindstrom LLP.

                                                      s/Hanoch Sheps

                                                      _____
                                                      Hanoch Sheps
                                                      733 Third Avenue, 15th Floor
                                                      New York, New York 10017
                                                      (646) 250-6666 (telephone)
                                                      hanoch@mazzolalindstrom.com
                                                      *Attorneys for Defendant,*
                                                      DIXIE ELIXIRS and EDIBLES

TO:    Mura & Storm, PLLC
          Attorneys for Defendants Medical Marijuana, Inc.
          and Red Dice Holdings, LLC.
          930 Rand Building
          14 Lafayette Square
          Buffalo, NY 14203

          Kupillas, Unger & Benjamin, LLP.
          Attorney for Plaintiffs HORNS
          1 Linden Place, Suite 410-A
          Great Neck, NY 11021