UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x   Case No. 15-cv-701

DOUGLAS J. HORN and CINDY HARP-HORN,

                              Plaintiffs,

 -against-                                       **NOTICE OF APPEARANCE**

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
and EDIBLES, RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,,
                                 x

                              Defendants.
----------------------------------------------------------------

**PLEASE TAKE NOTICE** that the undersigned will appear as lead counsel for the Defendant sued incorrectly herein as DIXIE ELIXIRS and EDIBLES in this action.

Dated: June 25, 2018

                                            Respectfully submitted,

                                            Mazzola Lindstrom LLP.

                                            s/Jean-Claude Mazzola

                                            _____
                                            Jean-Claude Mazzola
                                            733 Third Avenue, 15th Floor
                                            New York, New York 10017
                                            (646) 250-6666 (telephone)
                                            jeanclaude@mazzolalindstrom.com
                                            *Attorneys for Defendant,*
                                            DIXIE ELIXIRS and EDIBLES

TO:    Mura & Storm, PLLC
           Attorneys for Defendants Medical Marijuana, Inc.
           and Red Dice Holdings, LLC.
           930 Rand Building
           14 Lafayette Square
           Buffalo, NY 14203

           Kupillas, Unger & Benjamin, LLP.
           Attorney for Plaintiffs HORNS
           1 Linden Place, Suite 410-A
           Great Neck, NY 11021