UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DOUGLAS J. HORN, et al.,

                      Plaintiff(s),

***MEDIATION CERTIFICATION***

    __15__ - cv - __701__

        v.

MEDICAL MARUIJANA, INC., et al.,

                      Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __8/7/18__ has been adjourned to __11/27/18__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** __08/08/2018__          **Mediator:** /S/ __Michael Menard__

***Additional Comments:***
_____
_____
_____

[Print]  [Clear Form]