http://www.dixiebotanicals.com/frequently-asked-questions/    [Go]   FEB  MAY
89 captures
22 Jan 2013 - 9 Jan 2017                                      2015      2017   ▼ About this capture

858-348-4379 info@dixiebotanicals.com

Items in Cart: No Items | Cart Total: $0.00 |

0 Items



- Home
- CBD Products
    - CBD Stix
    - CBD Tincture
    - CBD Salve / CBD Balm
    - CBD Capsules
- Premier Membership
- About
- FAQ
- Lab Certified
- Contact
    - Retail
    - Wholesale

Select Page

Search ...

# Frequently Asked Questions

NOTE: This website is intended as informational, and is not meant as, and should not be construed as medical advice. Consumers should consult with their own healthcare practitioners concerning specific questions. The hemp stalk oil products described in this website are not drugs, and are not intended to diagnose, treat, cure, or prevent any disease or abnormal condition.



**Will Dixie Botanicals work for me?**

Each individual is unique and has different wellness goals they are interested in addressing though the consumption and application of the Dixie

89 captures
22 Jan 2013 - 9 Jan 2017

Go  FEB  APR  MAY
2015  2017
About this capture

**Is the cannabidiol – cbd oil in Dixie Botanicals synthetic?**

No. Dixie Botanicals Hemp Stalk Oil Products are derived from a mature stalk and seed extract. We are proud to offer this form of high quality hemp stalk oil, Real Scientific Hemp Oil, that is naturally grown and is not chemically synthesized in a lab.

**Do these products contain cannabidiol – cbd oil?**

Yes, Dixie Botanicals Hemp Stalk Oil Products contain naturally occurring cannabidiol – cbd oil from industrial hemp. We are not medical professionals; our products are not drugs; and thus we are unable to offer "dose" or "dosing" recommendations regarding cannabidiol – cbd oil. We ask that you consult with your medical professional to determine the appropriate use of our products to meet your health and wellness goals.

**Do you lab test your hemp stalk oil products?**

All of our products are tested multiple times during the manufacturing process, using both traditional ISO 17 025 chemical testing facilities. View test results

**Are hemp stalk oil products legal?**

Our hemp stalk oil products are legal to consume both here in the U.S. and in many countries abroad without a prescription. Dixie Botanicals' parent company, Medical Marijuana, Inc., MJNA, is a publicly traded company (see link http://www.otcmarkets.com/stock/MJNA/quote ) that does not grow, sell or distribute any substances in ways that violate United States Law or the Controlled Substance Act.

**Will Dixie Botanicals hemp stalk oil make me feel "high"?**

No, Dixie Botanicals Products are not marijuana.

**Does Cannabidiol (CBD) and other natural hemp based constituents show up on a drug test?**

Most workplace drug screens and tests target delta9-tetrahydrocannabinol (THC) and do not detect the presence of Cannabidiol (CBD) or other legal natural hemp based constituents. However, studies have shown that eating hemp foods and oils can cause confirmed positive results when screening urine and blood specimens. Accordingly, if you are subject to any form of drug testing, we recommend (as does the United States Military) that you DO-NOT ingest our products, and consult with your healthcare, drug screening\testing company or employer.

For more information please click on the following links:

89 captures
22 Jan 2013 - 9 Jan 2017

FEB  MAY
2015  2017
About this capture

https://www.votehemp.com/PDF/Evaluating_the_Impact_of_Hemp_Food_Consumption_on_Workplace_Drug_Tests.pdf

**How long will it take me to receive my order?**

Dixie Botanicals strives to offer the best customer service possible and ships all products via US Mail. You should typically receive your products within 7 – 10 business days. You will receive a tracking number via email once your package has shipped.

**Are Dixie Botanicals products made in the USA?**

Yes, all Dixie Botanicals products are manufactured in our state of the art production facility located in San Diego, California. We are proud to be a company that not only produces an innovative line of hemp stalk oil products, but also does so in the U.S. Click Here to learn more about our hemp and manufacturing processes.

**What is the Compassionate Care Club and how does it work?**

The Dixie Botanicals Compassion Care Club offers you the opportunity to receive a 15% discount on your ongoing purchases using our auto order system. The club is a 12 month auto re-order program. Once enrolled, you will receive the same order every month and your credit card will be charged automatically. You will receive the benefit of knowing your Dixie Botanicals Hemp Stalk Oil Products are on their way to your door. There is a 3 month minimum obligation. If the Compassionate Care Club member chooses to terminate enrollment in the program in the first 3 months a $50 administration fee will be charged. For more information, visit the Compassionate Care Club page.

**FOOD AND DRUG ADMINISTRATION (FDA) DISCLAIMER—For Supplements**

These statements have not been evaluated by the Food and Drug Administration (FDA). These products are not intended to diagnose, treat, cure, or prevent any disease.

**FOOD AND DRUG ADMINISTRATION (FDA) DISCLOSURE**

THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA AND ARE NOT INTENDED TO DIAGNOSE, TREAT, OR CURE ANY DISEASE. ALWAYS CHECK WITH YOUR PHYSICIAN BEFORE STARTING A NEW DIETARY SUPPLEMENT PROGRAM.

**LEAVING OUR WEBSITE DISCLAIMER:** IF WE HAVE A RESEARCH LINK TO A WEBSITE WHERE WE SELL PRODUCTS OR HAVE PRODUCT INFORMATION, THE EXIT DISCLAIMER INDICATES THAT WHEN YOU CLICK OK YOU WILL LEAVE THE DIXIEBOTANICALS.COM WEBSITE AND VISIT AN EXTERNAL LINK. LINKS TO ANY INFORMATIONAL WEBSITES ARE PROVIDED SOLELY AS A SERVICE TO OUR USERS. EXTERNAL LINKS PROVIDE ADDITIONAL INFORMATION THAT MAY BE USEFUL OR INTERESTING AND HAS NO AFFILIATION TO THE PROMOTION, SALE AND DISTRIBUTION OF DIXIE BOTANICALS PRODUCTS. THE LINK DOES NOT CONSTITUTE AN ENDORSEMENT OF THESE ORGANIZATIONS BY DIXIE BOTANICALS AND NONE SHOULD BE INFERRED.

PLEASE VIEW OUR FULL TERMS OF USE AGREEMENT FOR MORE INFORMATION AND THE TERMS AND CONDITIONS GOVERNING YOUR USE OF THIS SITE.