11-Oct-2012

Clinical Reference Laboratory

CLIA #17D0667123, #17D2005163, SAMHSA #0007, CAP #30211-03     12:44

PIPELINE TESTING CONSORT
DAVID PAINE MD
1 COMPOUND DR
HUTCHINSON, KS 67502
PH: (866) 359-0414
COLL. SITE ID: N/S
COLL. NAME: KELLY WILHELM

NAME: 2013672889
DOB: N/S
SSN/ID: ▓▓▓▓▓▓▓▓▓
GENDER: N/S
SLIP ID: 2013672889
REF ID: CORAOPOLIS #110
BRANCH: ENTERPRISE TRANSPORTATION

SAMPLE ID: 83435752
COLLECTED: 10/09/12
RECEIVED: 10/10/12
REPORTED: 10/11/12
FAX: (620) 664-5594

COLL PHONE: 4124944550

REASON FOR TESTING: RANDOM
SAMPLE TYPE: SAMHSA DRUG SCREEN

Testing authority: Federal Motor Carrier Safety Administration

INITIAL TEST

| | RESULT / STATUS | CUTOFF/EXPECTED VALUES |
|---|---|---|
| AMPHETAMINE (CLASS) SCR (500) | NEGATIVE | 500 ng/mL |
| ECSTASY SCREEN (500) | NEGATIVE | 500 ng/mL |
| COCAINE METABOLITE SCR (150) | NEGATIVE | 150 ng/mL |
| OPIATES SCREEN (2000) | NEGATIVE | 2000 ng/mL |
| MARIJUANA METABOLITE | POSITIVE | 50 ng/mL |
| 6-AM SCREEN | NEGATIVE | 10 ng/mL |
| PHENCYCLIDINE (10) | NEGATIVE | 25 ng/mL |

CONFIRMATION

| | RESULT / STATUS | CUTOFF VALUE |
|---|---|---|
| GC/MS MARIJUANA METABOLITE | 29   POSITIVE | 15 ng/mL |

RESPONSIBLE PERSON: JOHN IRVING, MS, RP

REPORT CERTIFIED BY LYUDMILA BURDYUGOVA

Copyright 2012 Clinical Reference Laboratory.  All Rights Reserved.
8433 Quivira Road,  Lenexa, Kansas 66215.  (913) 492-3652

PCB: CRS.PYC.EYC

[ end of report ]

§ 40.87 What are the cutoff concentrations for drug tests?

(a) As a laboratory, you must use the cutoff concentrations displayed in the following table for initial and confirmatory drug tests. All cutoff concentrations are expressed in nanograms per milliliter (ng/mL). The table follows:

| Initial test analyte | Initial test cutoff concentration | Confirmatory test analyte | Confirmatory test cutoff concentration |
|---|---|---|---|
| Marijuana metabolites | 50 ng/mL | THCA[1] | 15 ng/mL |
| Cocaine metabolites | 150 ng/mL | Benzoylecgonine | 100 ng/mL |
| Opiate metabolites | | | |
| Codeine/Morphine[2] | 2000 ng/mL | Codeine | 2000 ng/mL |
| | | Morphine | 2000 ng/mL |
| 6-Acetylmorphine | 10 ng/mL | 6-Acetylmorphine | 10 ng/mL |
| Phencyclidine | 25 ng/mL | Phencyclidine | 25 ng/mL |
| Amphetamines[3] | | | |
| AMP/MAMP[4] | 500 ng/mL | Amphetamine | 250 ng/mL |
| | | Methamphetamine[5] | 250 ng/mL |
| MDMA[6] | 500 ng/mL | MDMA | 250 ng/mL |
| | | MDA[7] | 250 ng/mL |
| | | MDEA[8] | 250 ng/mL |

[1] Delta-9-tetrahydrocannabinol-9-carboxylic acid (THCA).
[2] Morphine is the target analyte for codeine/morphine testing.
[3] Either a single initial test kit or multiple initial test kits may be used provided the single test kit detects each target analyte independently at the specified cutoff.
[4] Methamphetamine is the target analyte for amphetamine/methamphetamine testing.
[5] To be reported positive for methamphetamine, a specimen must also contain amphetamine at a concentration equal to or greater than 100 ng/mL.
[6] Methylenedioxymethamphetamine (MDMA).
[7] Methylenedioxyamphetamine (MDA).
[8] Methylenedioxyethylamphetamine (MDEA).

(b) On an initial drug test, you must report a result below the cutoff concentration as negative. If the result is at or above the cutoff concentration, you must conduct a confirmation test.

(c) On a confirmation drug test, you must report a result below the cutoff concentration as negative and a result at or above the cutoff concentration as confirmed positive.

(d) You must report quantitative values for morphine or codeine at 15,000 ng/mL or above.

[65 FR 79526, Dec. 19, 2000, as amended at 75 FR 49862, August 16, 2010; 77 FR 26473, May 4, 2012]

§ 40.177 What does the second laboratory do with the split specimen when it is tested to reconfirm the presence of a drug or drug metabolite?

(a) As the laboratory testing the split specimen, you must test the split specimen for the drug(s)/drug metabolite(s) detected in the primary specimen.

(b) You must conduct this test without regard to the cutoff concentrations of §40.87.

(c) If the test fails to reconfirm the presence of the drug(s)/drug metabolite(s) that were reported positive in the primary specimen, you must conduct validity tests in an attempt to determine