

**Ingredients**
Pure glycerin, hemp whole
plant extract, CBD* extract
derived from medicinal
hemp, cinnamon extract.

**Medicinal Information**
Contains approximately
500mg CBD* and other
cannabinoids. (*cannabidiol)

**KEEP OUT OF REACH
OF CHILDREN AND PETS.**

Dixie Elixirs & Edibles

1-800-928-1622



## Dosage

Place below the tongue for fast, effective relief.

This product was tested via HPLC and is manufactured without any regulatory oversight for health, safety or efficacy. There may be health risks associated with the consumption of this product. This product is infused with medicinal hemp and is intended for use solely by the patient to whom it was sold; any resale or distribution to a third party is prohibited.