



# Dixie announces new hemp-based Cannabidiol products without THC

Published on May 2, 2012 at 7:44 AM · 10 Comments

Dixie Elixirs and Edibles, Colorado's premier Tetrahydrocannabinol or THC-infused products company, today announced a new line of products which will break entirely new ground for the company in the category of non-THC-infused product development. Following closely on the heels of its acquisition by cannabis and hemp industry innovators Medical Marijuana, Inc. (OTC: MJNA), today's announcement consists of three new hemp-based Cannabidiol (CBD) products that contain no THC:

> "From the day that we created our first medicated elixirs, we have known that as an industry we have only just begun to tap the very deep health and healing properties of cannabis"

- Dixie DewDrops: a sublingual glycerin-based tincture designed for pain relief
- Dixie Botanicals: a topical pain relief salve and massage oil
- Dixie Scrips: a pharmaceutical-grade CBD capsule in two varieties, one for daytime focus/mental energy and the other a night time sleep aid

The Food and Drug Administration (FDA) currently considers hemp-based cannabinoids, including CBD, to be "food based" and therefore legal without a medical marijuana license. Amongst the many potential uses for CBD-based products that are currently under evaluation, CBD's have been shown to relieve convulsion, inflammation, anxiety, and nausea. Based on medical potential and the federally legal status of hemp-based CBD products, Dixie and Medical Marijuana, Inc. estimate the market in the U.S. to be well over $5 billion. These three new products are the first of many that the companies intend to bring to the market in the coming year.

Dixie will initially offer the new products exclusively to their existing customer base which consists of over 400 dispensaries in the state of Colorado. This consumer base represents in excess of 70 percent of the addressable medical marijuana market in Colorado and over nine percent of the U.S. medical cannabis market. Within 90 days the Company intends to launch a mail order campaign and online e-commerce platform that will allow individuals throughout the U.S. to purchase these products since they contain no THC. The U.S. availability will be followed closely by distribution in international markets including Europe via several key product distribution relationships that are currently under negotiation.

"From the day that we created our first medicated elixirs, we have known that as an industry we have only just begun to tap the very deep health and healing properties of cannabis," said Tripp Keber, President and CEO of Dixie Elixirs and Red Dice Holdings, LLC. "These three new products open up a world of potential for Dixie and Medical Marijuana, Inc. to bring healthy alternatives to millions of patients who might otherwise never experience the tremendous benefits of cannabinoids. This is truly an exciting development for Dixie and we look forward to bringing Dixie Scrips, Dixie DewDrops, and Dixie Botanicals to patients around the country and around the world who are looking for a healthful alternative to mass-produced, man-made pharmaceutical products."

Source: Dixie Elixirs and Edibles

### Related Stories
- Virtual reality may help relieve phantom limb pain
- People at increased risk of schizophrenia more likely to use cannabis, research finds
- New techniques for the extraction & preparation of cannabis oil: an interview with Alison Wake

### Trending Stories

 Turning off 'fat-specific protein 27' improves blood sugar levels, reduces body fat in an...

 Psychiatrist explains how the brain blocks memory to help get through traumatic event

 Researchers find effective cure for social anxiety disorders

 Initial rheumatoid arthritis symptoms often invisible to others, survey reveals

 Patients who undergo weight loss surgery complain of gastrointestinal problems, stu...

Researchers use CRISPR-based genetic screening to identify three pr...

Tags: Anxiety, Cannabis, Nausea, Pain, Scrip