UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                        Plaintiffs,

                                        Civil Action No.
            -against-                   15-cv-701 FPG/MJR

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
AND EDIBLES, RED DICE HOLDINGS, LLC and
DIXIE BOTANICALS,

                        Defendants.
---------------------------------------------X


                        805 Third Avenue
                        New York, New York

                        December 12, 2017
                        10:06 A.M.


        EXAMINATION BEFORE TRIAL OF DR. CINDY ORSER,

an Expert Witness appearing on behalf of the

Defendants herein, taken pursuant to Notice, and

held at the above time and place before Terri

Fudens, a Stenotype Reporter and Notary Public of

the State of New York.

2

```
 1

 2    A P P E A R A N C E S :

 3         KUPILLAS, UNGER & BENJAMIN, LLP
           Attorneys for Plaintiffs
 4              1 Linden Place
                Suite 410-A
 5              Great Neck, New York  11021

 6         BY:  JEFFREY BENJAMIN, ESQ.

 7

 8         MURA & STORM, PLLC
           Attorney for Defendants
 9         MEDICAL MARIJUANA, INC. AND RED DICE
           HOLDINGS, LLCs
10              930 Rand Building
                14 Lafayette Square
11              Buffalo, New York  14203
                716.855.2800
12
           BY:  ERIC T. BORON, ESQ.
13

14
           MESSNER REEVES LLP
15         Attorneys for Defendant
           DIXIE ELIXIRS and DIXIE BOTANICALS
16              805 Third Avenue
                18th Floor
17              New York, New York  10022

18         BY:  HANOCH SHEPS, ESQ.

19

20                  *     *     *     *

21

22

23

24

25
```

3

1

2

3                    FEDERAL STIPULATIONS

4

5          IT IS HEREBY STIPULATED AND AGREED by and

6     between the attorneys for the respective parties

7     hereto, that filing, sealing, and certifications

8     are hereby waived;

9

10         IT IS FURTHER STIPULATED AND AGREED that

11    all objections, except as to the form of the

12    question, shall be reserved to the time of the

13    trial;

14

15         IT IS FURTHER STIPULATED AND AGREED that

16    the within Deposition may be signed before any

17    Notary Public with the same force and effect as

18    though subscribed and sworn to before this Court.

19

20                    *** *** ***

21

22

23

24

25

4

1

2                    (Orser Exhibit A, Nursing

3               Article marked for Identification as

4               of this date.)

5                    (Orser Exhibit B,

6               O'Shaughnessy's 2013 Article marked

7               for Identification as of this date.)

8                    (Orser Exhibit C, Orser Report

9               marked for Identification as of this

10              date.)

11                   (Orser Exhibit D, EMSL Lab

12              Report marked for Identification as

13              of this date.)

14                   (Orser Exhibit E, EMSL Emails

15              marked for Identification as of this

16              date.)

17                   (Orser Exhibit F, CannLabs

18              Certificates of Analysis marked for

19              Identification as of this date.)

20                   (Orser Exhibit G, Label -

21              Ingredients marked for Identification

22              as of this date.)

23                   (Orser Exhibit H, Label - Dosage

24              marked for Identification as of this

25              date.)

5

```
 1                    CINDY ORSER
 2                    (Orser Exhibit I, Tamar Wise
 3               Post marked for Identification as of
 4               this date.)
 5                    (Orser Exhibit J, Magazine
 6               Advertisement marked for
 7               Identification as of this date.)
 8                    (Orser Exhibit K, Article-
 9               Marijuana.com marked for
10               Identification as of this date.)
11                    (Orser Exhibit L, Dixie FAQs
12               marked for Identification as of this
13               date.)
14                    (Orser Exhibit M, Hempmedspx
15               FAQs marked for Identification as of
16               this date.)
17                    (Orser Exhibit N, Section
18               1308.11 of CSA marked for
19               Identification as of this date.)
20   C I N D Y   O R S E R,   the Expert Witness
21               herein, having been first duly sworn
22               by Terri Fudens, a Notary Public of
23               the State of New York, was examined
24               and testified as follows:
25   EXAMINATION BY
```

6

1                    CINDY ORSER

2    MR. BENJAMIN:

3         Q     Please state your name for the

4    record.

5         A     Cindy Orser.

6         Q     Where do you presently reside?

7         A     4507 Apple Way, Boulder, Colorado.

8         Q     Hi, Dr. Orser.

9         A     Good morning.

10        Q     Good morning.  My name is Jeff

11   Benjamin.  I am one of the lawyers for Douglas and

12   Cindy Horn in a lawsuit that they brought against

13   Medical Marijuana Inc. and the Dixie Elixirs

14   Company, among others.

15              I'm going to be asking you questions

16   about your report in this case as well as some of

17   your educational and experiential background.  If

18   at any time you need me to clarify a question or

19   you don't hear it, please ask me to do so.  I will

20   be happy to do so.  Otherwise if I don't hear from

21   you, I'm going to expect an answer.  Okay?

22        A     (Nodding)

23        Q     You have to answer out loud so the

24   court reporter can take down what we're saying.

25        A     Right.

7

```
 1                    CINDY ORSER

 2        Q     Have you ever given a deposition

 3   before?

 4        A     Yes.

 5        Q     In what case was most recent?

 6        A     It was for one of the employees I

 7   supervise in Las Vegas who was in a car accident.

 8        Q     Was that an employment matter?

 9        A     No.  It was about his injuries and

10   whether or not I believed his mental state had

11   been affected.

12        Q     Were there issues of Medical

13   Marijuana in that case?

14        A     No.

15        Q     Does your testimony have anything to

16   do with Medical Marijuana whatsoever?

17        A     No.

18        Q     And how long ago was that?

19        A     A year ago.

20        Q     A year ago.  Okay.  Was that --

21        A     About.

22        Q     More or less.

23              Was that a deposition, was that a

24   trial?

25        A     It was a deposition.
```

8

1                          CINDY ORSER

2          Q      Can you tell me the name of that

3    case?

4          A      No.

5          Q      Do you know what venue it was in; was

6    it in Federal Court, State Court?

7          A      It was in Las Vegas.  This is very

8    common there.  They draw out these rear end

9    accidents.

10         Q      Was your testimony at all with

11   respect to his mental state being impaired in some

12   way?  What was your testimony there?

13         A      Well, basically I did not know him

14   before the accident, so my testimony was, you

15   know, you're kind of wasting your time, because I

16   only know him after the accident, so I can't

17   comment if he was affected.

18         Q      Okay.  Was it scientific?  Was your

19   testimony in any way scientifically based?

20         A      No.  It was just based from his

21   performance in the lab.  So I mean he's my

22   laboratory director, so his role is analytical

23   chemistry.

24         Q      Other than that, was there anything

25   else that you testified in?

9

```
 1                      CINDY ORSER
 2         A     A divorce.
 3         Q     Did anything in that case have
 4    anything to do --
 5         A     No, it did not.
 6         Q     Other than those two that you
 7    mentioned, any other testimony by deposition like
 8    where we're sitting here today?
 9         A     No.
10         Q     How about trial, had you ever
11    appeared in court?
12         A     Only for a divorce.
13         Q     How about by affidavit or written
14    statement?  Have you ever offered an affidavit or
15    statement in support of one or the other sides in
16    a lawsuit?
17         A     No.
18         Q     I mean within the last four years,
19    for instance, for a time frame.
20         A     No.
21         Q     Where do you currently work today?
22         A     I have my own consulting company, Big
23    Sky Biosystems, so I'm self-employed.
24         Q     Is that the only employment that you
25    have now?
```

1                          CINDY ORSER

2          A      Well, it's a consulting company, so I

3     have clients that I work for.

4          Q      Are you still with Digipath?

5          A      Yes.

6          Q      So Digipath still exists today?

7          A      Yes.

8          Q      What is your position at Digipath?

9          A      I'm the chief science officer.

10         Q      And how about at Big Sky, what is

11    your actual title?

12         A      President.

13         Q      And your daily functions first at Big

14    Sky, what do you do on a daily basis at Big Sky?

15         A      I perform my consulting duties for my

16    clients.

17         Q      Can you describe what some of your

18    consulting duties are at Big Sky?

19         A      Well, my main client is Digipath

20    Labs.  And as their chief science officer, I'm

21    really their spokesperson.  So I go and give lots

22    of presentations.  I still supervise 12 employees

23    in their flagship testing lab that I built out and

24    designed in Las Vegas.

25                I'm helping them move into the state

11

1                    CINDY ORSER

2    of California with testing -- cannabis testing

3    labs, so I'm identifying key candidates, working

4    with vendors to get better deals on analytical

5    instrumentation, interacting with the construction

6    people who are doing the build-outs.  You know, I

7    do research under their name and their facility

8    and write scientific publications.  I write a

9    monthly blog for them.

10         Q     What is the topic of the monthly

11   blog?

12         A     It varies, but it's always cannabis

13   related.

14         Q     What is the relationship then between

15   Big Sky and Digipath?  I think you mentioned

16   something, but what is the general relationship

17   between those two companies?

18         A     Well, I mean my consulting contract

19   with Digipath Labs is with Big Sky Biosystems.

20         Q     Digipath itself has its own

21   customers; correct?

22         A     Yes.

23         Q     What are the type of customers that

24   Digipath has?

25         A     Well, they're an independent

12

CINDY ORSER

1

2    third-party cannabis testing labs, so their

3    clients are cannabis cultivators and cannabis

4    producers in Nevada.

5         Q     And is it fair to say that they send

6    you samples to analyze or test?

7         A     Actually, in Nevada the testing labs

8    go out and collect the samples and bring them back

9    to the lab and analyze them.

10        Q     In other words, somebody from

11   Digipath goes out and actually takes the samples?

12        A     Mm-hmm.

13        Q     Okay.  If you could tell us briefly

14   about your educational background.  Would it help

15   you for me to show you your CV?

16        A     No.

17        Q     What is your educational background?

18        A     I have a Ph.D. from the University of

19   California at Berkeley in plant science and

20   microbiology.  From there I did a post doc at

21   Perdue.  I was hired as an assistant professor at

22   the University of Idaho in biochemistry and

23   bacteriology where I was awarded early tenure in

24   promotion.

25              Then I transitioned into biotech.  I

1                    CINDY ORSER

2    worked for Molecular Toxicology Company in Boulder

3    developing a transgenic mouse model to estimate

4    human mutation rate.

5              Then I was recruited to become the

6    director of scientific affairs for a company in

7    Princeton.  During that time I met a group from

8    Washington, D.C. that offered me a position to

9    start a bio center division for a defense company.

10   And I worked for them for four and a half years

11   where I invented the A technology to measure

12   misfolded proteins, which was pre-onset, and spun

13   out my technology from the defense company and

14   started my own firm Add Life.

15        Q    When was that; when did you start Add

16   Life?

17        A    2004 or '05.  Something like that.

18        Q    Okay.

19        A    Add Life ended spinning out another

20   company called Cell Fire.  Cell Fire still exists.

21   We acquired technology for the preservation of

22   human platelets.  Then I ended up moving back to

23   Colorado.  I started another company ASDx

24   Biosystems where we were developing rapid

25   bioassays for measuring bio-threat agents,

14

1                        CINDY ORSER

2    biological toxins.

3              It was when I had ASDx that I got

4    another call from a headhunter asking me if I

5    would be interested in designing this Cannabis

6    testing lab because of my diagnostic experience.

7         Q     When was that?

8         A     That was in 2014.  Also during that

9    time I had -- Big Sky Biosystems existed because I

10   also did a large consulting job for the U.S. Air

11   Force Surgeon General on writing a 400-page report

12   on how to modernize diagnostics within the Air

13   Force medical system.

14        Q     That headhunter, was that the entity

15   that brought you to Digipath in 2014?

16        A     Mm-hmm.

17        Q     That's when you started building that

18   lab in Nevada; right?

19        A     Right.  Well, first I started writing

20   all the protocols, the SOPs.

21        Q     SOPs meaning standard operating

22   procedures?

23        A     Correct.

24        Q     For what in particular, cannabis

25   testing labs?

15

                              CINDY ORSER

1

2        A     Well, so every -- because we're a

3   certified lab and every protocol -- so every test

4   we do, there has to be an SOP.  There are usually

5   several that detail exactly how that protocol

6   should be carried out.  For example, potency

7   testing.

8                    MR. BENJAMIN:  Can you read that

9               answer back.

10                   (The requested portion of the

11              record was read back by the

12              reporter.)

13       Q     When you say certified, who did you

14   get certified by?

15       A     The State of Nevada.

16       Q     What is the certification for; is it

17   specifically cannabis testing, or is it called

18   something else?

19       A     No.  It is for being an independent

20   third-party cannabis testing lab.

21       Q     Is that specific to the State of

22   Nevada?

23       A     Yes.

24       Q     Do you know if that exists in any

25   other state today?

16

```
 1                    CINDY ORSER
 2        A      It meets any state that has a Medical
 3   Marijuana program.  And if it has been mandated
 4   that there be testing of the products, then some
 5   agency within the state has to take on the
 6   certification role, and it's usually the Public
 7   Health Department.
 8        Q      And that's state to state; is that
 9   correct?
10        A      Yes.
11        Q      Where at least Medical Marijuana
12   is --
13        A      Well, or retail.  Either one.  It
14   varies by state.
15        Q      Okay.  But this is all with respect
16   to Medical Marijuana; correct, this certification?
17        A      But now we also have retail in
18   Nevada, so we're going through that.  They're
19   combining them.
20        Q      What is the certification?  How do
21   you get certified?
22        A      You are audited.  So an auditor from
23   the Department of Public and Behavioral Health,
24   that's what Nevada calls their health department,
25   so an auditor and a scientist from their
```

17

                          CINDY ORSER

1

2    department come.  They go through all of your

3    documentation, so all of your SOPs they can go in.

4    So we have maintained chain of custody.  They can

5    pick any sample number and ask to see the raw data

6    for that sample number to show that the tests were

7    actually done.

8         Q     Are any other states certified in

9    that respect, to your knowledge?

10        A     Yes.

11        Q     Today?

12        A     Yes.  Colorado has a certification

13   program.  California is just standing up a massive

14   one.  You know, most states have some level of

15   that, if there's the requirement for testing the

16   products.

17        Q     How about back in 2012, is that the

18   same -- was Nevada certified in 2012 -- excuse me.

19        A     No.

20        Q     Was there a certification process in

21   2012.

22        A     Not that I know of.

23        Q     When was the first certification

24   process for cannabis testing ever in the United

25   States?

18

1                    CINDY ORSER

2        A     Probably Colorado.

3        Q     What year was that, to your

4   knowledge?

5        A     It's got to be around 2012.

6              MR. BORON:  He doesn't want you

7              to guess.

8        A     I don't know absolutely.

9        Q     When did the certification process

10  become instituted in Nevada?

11       A     2014.

12       Q     What is potency testing, as you just

13  testified to?

14       A     It refers to the analysis of the

15  cannabinoids.

16       Q     Can you explain, for the record, what

17  a cannabinoid is?

18       A     So cannabinoids are the unique

19  molecules that the cannabis plant makes that

20  everybody is interested to exploit.  THC, CBD as

21  an example.  In Nevada we test for 11

22  Cannabinoids.

23       Q     Can you just tell us what those

24  acronyms are?  For the clarity of the record, what

25  is CBD and what is THC?

19

```
 1                    CINDY ORSER
 2         A     CBD is cannabidiol and THC is
 3    tetrahydrocannabinol.
 4         Q     So a subset of the field of cannabis
 5    testing is potency testing.  Is that a fair
 6    statement?
 7         A     Yes.
 8         Q     Currently you test for 11 different
 9    Cannabadials; correct?
10         A     Cannabinoids.
11         Q     Cannabinoids.  At the risk to our
12    order, can you give us a brief summary of the
13    difference, say, between those two that you
14    mentioned, CBD and THC, without getting
15    hypertechnical?
16         A     Okay.  Well, the biggest difference
17    is the receptors they bind to in the human body
18    and then resulting cascade of events.  So most
19    simplistically, THC is the psychoactive, because
20    it binds to the CB1 receptor, which are in your
21    brain.  Whereas CBD actually is an allosteric
22    inhibitor, so it actually changes the receptor so
23    THC can't bind.
24              So CBD has a lot of the same benefits
25    in terms of anti-inflammatory and analgesic, but
```

```
 1                       CINDY ORSER
 2    it's not psychoactive.
 3          Q      Like THC; correct?
 4          A      Yes.
 5          Q      Are there federal guidelines for
 6    cannabis testing?
 7          A      No.
 8          Q      To your knowledge, are there proposed
 9    guidelines or regulations for cannabis testing
10    from a federal level?
11          A      Not that I'm aware of.
12          Q      Going back to your educational
13    background, I thank you for listing your
14    professional experience.  Let's go back quickly to
15    your educational background.
16                 Your BS was in general botany; is
17    that correct?
18          A      Mm-hmm.
19          Q      Do you have a major or a minor in
20    that field?
21          A      My minor was philosophy.
22          Q      Good mix.
23                 You mentioned earlier your graduate
24    work at UC Berkeley?
25          A      Mm-hmm.
```

21

1                        CINDY ORSER

2          Q      Was that in plant physiology

3    specifically?

4          A      It was actually plant microbiology.

5          Q      You might have mentioned this before,

6    but what was your postdoctorate research at

7    Purdue?

8          A      The same.  Biology.

9          Q      Prior to your professional

10   experience, did any of your education involve

11   courses in pharmacology?

12         A      No.

13         Q      Did any of your education involve

14   medicinal chemistry?

15         A      No.

16         Q      How about toxicology; was there

17   anything in your education anyway that involved

18   the field of toxicology?

19         A      No.

20         Q      So your education is mainly involving

21   botany and plant pathology; is that correct?

22                    MR. BORON:  Objection as to

23                    form.

24         Q      Do you understand the question?

25         A      I mean my formal degrees, yes.

22

1                      CINDY ORSER

2        Q     Now as to your professional

3   experience, the position at the University of

4   Idaho was in bacteriology and biochemistry; is

5   that correct?

6        A     Yes.

7        Q     Did any of your teaching or research

8   there have anything to do with testing marijuana?

9        A     No.

10        Q     Or anything with the pharmacological

11   effects of marijuana?

12        A     No.

13        Q     How about the safety of marijuana?

14        A     No.

15        Q     Those are things that you test for

16   now; correct?

17        A     Right.

18        Q     Your position at ZenoMetrics where

19   you developed -- I'm taking it from your CV now,

20   molecular assays to assess genetic mutation rates,

21   is that a fair statement?

22        A     Mm-hmm.

23        Q     Were those used for genetic

24   toxicology assessments?

25        A     Yes.

23

                    CINDY ORSER

1

2       Q     And not for other types of

3  assessments; correct?

4                 MR. BORON:  Objection as to

5                 form.

6       Q     Do you understand that question?

7       A     Well, it's a broad question.

8       Q     Like, for instance, LD50 assessments,

9  do you know what LD50 assessments are?

10      A     Yes.

11      Q     Those were specifically for genetic

12  toxicology, correct, the assays that were used at

13  Zeno Metrics?

14      A     They were for genetic toxicology, but

15  the LD50s were part of the studies.

16      Q     Fair enough.  How about any of those

17  assays at Zeno Metrics that you were involved

18  with, did that have anything to do with marijuana

19  testing?

20      A     No.

21      Q     What was your role at New Cycle

22  Therapy?

23      A     My role was to secure federal funding

24  and to expand the utility of the company's

25  technology outside of cleaning up brownfields and

24

1                        CINDY ORSER

2    depleted uranium sites for the military.

3         Q     That had nothing to do with cannabis

4    and marijuana; correct?

5         A     No.

6         Q     What is a nutraceutical product?

7         A     It's similar to dietary supplements.

8         Q     Did you develop neutrasuitical

9    products?

10        A     Yes.

11        Q     What was that all about?  I don't

12   think you mentioned that.  What was the

13   development?  What did it involve?

14        A     So plants, certain species of plants

15   can hyper-accumulate heavy metals that would be

16   toxic for any other organism.  So you can use that

17   ability to develop novel products.

18             So we made a transgenic Brassica

19   plant that had a methyltransferase gene in it so

20   we could modify Solanum.  So Solanum is a heavy

21   metal that can substitute for one of the amino

22   acids, and it's known to have anticarcinogenic

23   activity.

24        Q     But again, nothing having to do with

25   cannabis; correct?

1                    CINDY ORSER

2          A     No.

3          Q     Were those having anything to do with

4    oncology when you were there?

5          A     Anticarcinogenic activity.

6          Q     Arete Associates was also on your CV.

7    Do you remember that?

8          A     Arete.

9          Q     You said that it involved biosensor

10   instrument for the Department of Defense; is that

11   correct, development?

12         A     I was hired to start a biosensor

13   division.

14         Q     But nothing there had anything to do

15   with marijuana testing; right?

16         A     Right.

17         Q     Or cannabis.

18               You mentioned AddLife.  You started

19   AddLife; is that correct?

20         A     Yes.

21         Q     That was developing molecular

22   diagnostic kits, is that generally what happened

23   at AddLife?

24         A     We were developing assays to screen

25   the human blood supply for misfolded proteins,

26

1                        CINDY ORSER

2    like prion proteins.

3         Q     But nothing there had anything to do

4    with marijuana analysis or product testing; right?

5         A     No.

6         Q     ASDx Biosystems, you mentioned that;

7    correct?

8         A     Yes.

9         Q     Were any of those assays developed

10   having to do with marijuana, measuring Marijuana?

11        A     No.

12        Q     In the State of Montana as a research

13   program director, what were the fields of research

14   that you were involved with?

15        A     I oversaw all the research programs

16   under the Commissioner of Higher Education.  It

17   was vast subject matter.

18        Q     But on the issue of marijuana --

19        A     There was no marijuana.

20        Q     So in your position at Big Sky now,

21   can you describe what consulting services Big Sky

22   offers to its customers?

23        A     Yes.  I mean you already asked me

24   that.

25        Q     I think we talked about Digipath.

1                        CINDY ORSER

2                But if you can tell us about Big Sky,

3    what were the consulting services?

4        A     My main client is Digipath, so we

5    covered that.  I basically oversee their whole

6    program of cannabis testing.  I also consult for

7    cultivation facilities in Colorado to provide

8    advice on how to pass microbial testing

9    requirements.  I give them advice if they failed

10   for pesticides, and I interface with the Denver

11   city attorney on those issues.

12               I'm involved in another lawsuit in

13   Colorado, cannabis for a pesticide matter.  So

14   everything Big Sky does really for the last five

15   years has been cannabis centered.

16       Q     What is the lawsuit that you

17   mentioned; what does that have to do with?

18       A     Pesticide matter.

19       Q     Who were the parties in that?  Is

20   that a government action?

21       A     It's -- no.  It's a cultivation

22   facility suit, a testing lab for negligence in

23   finding pesticides in their product.

24       Q     What's the name of that case?

25       A     Gobi versus HGS, or HGS versus Gobi,

28

1                         CINDY ORSER

2    I guess.

3         Q      How do you spell Gobi?

4         A      G-O-B-I.

5         Q      Did you give testimony in that case?

6         A      Not yet.

7         Q      Do you know how far along that case

8    is?

9         A      They've given me the first set of

10   documents, and I'm writing my opinion.  And now

11   they've -- they are in discovery, so they've asked

12   for additional information from Gobi.

13        Q      Are you an expert for the cultivator

14   or for the other party you mentioned?

15        A      For the cultivator.

16        Q      Is it fair to say that the percentage

17   of your work is 100 percent in the cannabis

18   diagnostics industry, or is it some lesser

19   percent?

20        A      No.  It's a hundred percent.

21        Q      And your work in Cannabis

22   diagnostics, is assay development or is it

23   strategic policy?

24        A      Both.

25        Q      Do you interact with the government

```
 1                    CINDY ORSER
 2   officials with respect to your work?
 3        A     Yes.
 4        Q     Is that specifically the Nevada
 5   Department of Behavioral Health?
 6        A     And also Nevada Department of
 7   Taxation, which now oversees the programs.  But
 8   also -- I'm starting to interact with agencies in
 9   California, and I'm on the Colorado Lab Counsel.
10        Q     Are you here representing Big Sky, or
11   Digipath or both?
12        A     Representing them?
13        Q     Well, your report says Big Sky on it.
14        A     Yes.
15        Q     Why doesn't your report say Digipath,
16   for instance?
17        A     Well, because this doesn't relate to
18   Digipath.  I mean this isn't their -- Digipath
19   doesn't get involved in lawsuits.
20        Q     Big Sky is not an entity that tests
21   cannabis though; is that correct?
22        A     Correct.
23        Q     You're a principal at Big Sky.  Are
24   you also a principal at Digipath?
25        A     What do you mean by principal?
```

1                          CINDY ORSER

2          Q     Do you have an ownership interest in

3     Digipath?

4          A     It's a public company.

5          Q     Are you on the board of Digipath?

6          A     No.

7          Q     Digipath tests cannabis plant

8     material; correct?

9          A     Yes.

10         Q     And to be more specific, it's the

11    cannabis sativus L material; is that a fair

12    statement?  Is that correct?

13         A     The speises, yes.

14         Q     The species of plant; correct?

15         A     Mm-hmm.

16         Q     Does Digipath also test compounds in

17    formulated products?

18         A     Yes.

19         Q     So is it fair to say that you're

20    familiar with the Dixie product that's alleged

21    here; correct?

22         A     I've never seen it.

23         Q     Have you ever tested Digipath?

24         A     No.

25         Q     Is it fair to say that the product at

31

```
 1                        CINDY ORSER
 2   issue here is a formulated cannabis product?
 3        A     Hemp product.
 4        Q     So then the question is does Digipath
 5   test for cannabinoid compounds in formulated
 6   products?
 7        A     Yes.
 8        Q     Does it test for THC and metabolites
 9   in human samples?
10        A     No.
11        Q     It tests for those in just simply
12   plant samples; is that correct?
13        A     Correct.
14        Q     Other than the certifications in
15   Nevada that you mentioned, are there any other
16   accreditations that Digipath has?
17        A     No.
18        Q     So from your education and your
19   professional experience, none of those have
20   involved the interpretation of marijuana
21   constituents in human tissues; isn't that correct?
22        A     I've been asked to interpret
23   toxicology reports for the judge's office in Las
24   Vegas.
25        Q     On what subject?
```

32

1                        CINDY ORSER

2         A      To give my opinion whether or not the

3    individual would have been impaired at the time of

4    an accident.

5         Q      Did you write anything for a judge?

6         A      It was verbal.

7         Q      Was there a record given in that

8    case?  Was a record taken?  In other words, was

9    there a court reporter taking down what you said?

10        A      I don't think so.

11        Q      Was there a case that that was

12   associated with?

13        A      Yes, it was a case.

14        Q      What was that case name?

15        A      I don't know.  It was a woman who ran

16   her minivan onto the sidewalk on the strip and

17   ended up killing a young mother.

18        Q      How long ago was that?

19        A      Maybe two, two and a half years.

20        Q      What did you analyze in that matter

21   that formed the basis of your opinion as to the

22   impairment?

23        A      I discussed the various metabolites

24   and which metabolite is psychoactive and which

25   isn't.

33

1                          CINDY ORSER

2          Q     Okay.  Did you review any sort of

3     blood or urine testing?

4          A     Yes.

5          Q     Which one?

6          A     Blood.

7          Q     And you were looking for THC in the

8     blood test?

9          A     And metabolites, yes.

10         Q     In that case, was there the existence

11    of THC in the blood sample that you reviewed?

12         A     It wasn't THC.  There was a little of

13    the 11 hydroxy, which is psychoactive.

14         Q     A completely different substance,

15    isn't that correct, than THC?

16         A     It's the first metabolite.

17         Q     The first metabolite in marijuana?

18         A     The first metabolite in the human

19    body.  From THC it goes to 11 hydroxy, THC.

20         Q     Was the issue in that case a

21    marijuana cigarette; was that the allegation, that

22    there was --

23         A     Marijuana use.

24         Q     Marijuana use.  But in that case, was

25    there anything you reviewed as to a formulated

34

1                           CINDY ORSER

2      product?

3           A      No.

4           Q      Do you have any specific training or

5      experience in drug product formulation?

6           A      Yes, I have done some formulation.

7           Q      Can you describe for me what that

8      was?

9           A      A company called O.pen Vape in

10     Denver, Colorado.  I did their first formulation

11     for Vape Pens, v-A-P-E, Vape cartridges.

12          Q      Is that related at all to Cannabis

13     testing?

14          A      Not directly.

15          Q      So what chemicals go into a Vape pen

16     or what substances go into a Vape pen that you

17     used to formulate the drug?

18                      MR. BORON:  Dr. Orser, when he's

19                      asking the question, wait until he

20                      gets to the end of it, because you

21                      won't exactly know where's he's going

22                      with it.  Then after he's finished

23                      his question, then you know how to

24                      begin to answer.

25          A      Can you repeat the question?

35

```
 1                    CINDY ORSER
 2                    (The requested portion of the
 3               record was read back by the
 4               reporter.)
 5                    MR. BORON:  Objection as to
 6               form.
 7                    MR. SHEPS:  I join in the
 8               objection.
 9         Q    Do you understand the question?
10         A    Right.  I do.  So the dried cannabis
11    flower or trim is extracted with some type of
12    solvent to concentrate the cannabinoids.  And this
13    process results in a very, very, very viscous,
14    think honey, kind of material.  So it has to be
15    diluted with something to get it into the
16    cartridge and to also dilute the concentration.
17         Q    Is there any process there where
18    you're analyzing THC contents?
19         A    Yes, of course.  You have to analyze
20    before and after.
21         Q    Okay so what do you do with the THC
22    content in that process?  Is it something that --
23    is it an extraction process or a dilution, or
24    something else?
25         A    To analyze it?
```

```
 1                    CINDY ORSER

 2        Q      Right.

 3        A      Yes, you extract it.  We use HPLC,

 4   high pressure liquid chromatography.

 5        Q      Is that something for which you

 6   produce a Certificate of Analysis for?

 7        A      Yeah.

 8        Q      Who are you producing that for, is

 9   that for O.pen Vape?

10        A      At that time, yes.

11        Q      And is that Certificate of Analysis

12   something where you breakdown the CBD content and

13   the THC content?

14        A      Correct.

15        Q      Any other content in that?

16        A      Not then.  That was five years ago.

17        Q      Okay.  So what approximate year was

18   that; was that 2012, would you say?

19        A      It was five years ago.

20        Q      Any more of that experience in drug

21   product formulation?

22        A      I also advised clients of Digipath in

23   formulation.

24        Q      Have you ever advised Dixie, any of

25   the Dixie companies?
```

                        CINDY ORSER

1

2        A     I have not.

3        Q     How about Medical Marijuana?

4        A     No.

5        Q     Can you give me an example of a

6    company or companies that you advised on that

7    formulation?

8        A     There's is a company that we've been

9    working with for almost a year to formulate -- do

10   you know those Keurig cup things, the coffee, if

11   they want to make infused coffee and tea.  So

12   that's been a long big project.

13       Q     How about drug product manufacturing,

14   are you involved at all in any drug product

15   manufacturing?

16       A     No.

17       Q     Are you involved at all in controlled

18   substance manufacturing?

19       A     No.

20       Q     How about drug product labeling

21   requirements, do you have any training or

22   experience in that?

23       A     Again, we advise our clients.

24       Q     What do you advise clients on the

25   subject of labeling, as an example?

38

                           CINDY ORSER

1

2        A      We help them interpret the Nevada

3   requirements for labeling.

4        Q      What types of clients do you advise

5   on labeling in Nevada?

6        A      Any of the cultivation clients or

7   producers.

8        Q      So you're familiar with the Nevada

9   requirements on labeling for drug products;

10  correct?

11       A      For cannabis products.

12       Q      For Cannabis.  How about controlled

13  substance labeling, do you have any experience --

14       A      No.

15       Q      -- or training in that?

16       A      No.

17              MR. BENJAMIN:  You started

18              answering again before he got to the

19              end of the question.

20       Q      So in Nevada, you don't advise

21  clients on labeling for THC content; is that

22  correct?

23       A      Actually, we do.

24       Q      You do.  So the answer to the

25  question if you have any experience in controlled

39

1                          CINDY ORSER

2    substance labeling is yes; is that right?

3         A     Well, controlled substance is a

4    federal category.  I'm only dealing at the state

5    level.

6         Q     Okay.  So does Nevada consider THC a

7    controlled substance?

8         A     Not in the state.  Not within the

9    state.

10        Q     Right.  So in terms of controlled

11   substance, does Nevada simply defer to the federal

12   requirements of controlled substances?

13                    MR. SHEPS:  Objection, but you

14              can answer.

15        A     There's a disconnect between the

16   federal view of cannabis and THC and the state, 28

17   states now.

18        Q     So is it your view that there are

19   28 -- those 28 states don't define THC as a

20   controlled substance?  I'm trying to get your

21   answer.

22                    MR. BORON:  Objection to form.

23                    MR. SHEPS:  Objection.

24        Q     I'm trying to understand your answer.

25              In those 28 states that you

40

1                    CINDY ORSER

2   mentioned, is it that those states don't view THC

3   in particular as a controlled substance?

4                    MR. SHEPS:  Objection, but you

5              can answer.

6        A    I think each of the states -- it's a

7   state-by-state decision on how they grapple with

8   that disconnection between federal law and state

9   law, but I'm not a lawyer.  I'm a scientist.

10       Q    I understand that.  I'm not asking

11  you for a legal opinion, but I think what I'm

12  trying to understand is your statement that

13  there's a disconnect; correct?

14       A    Nodding.

15       Q    Are you saying that there are

16  different definitions state to state as to what a

17  controlled substance is, and we can focus on THC

18  in particular, as opposed to what the federal

19  definition is?

20                   MR. SHEPS:  Objection.

21                   MR. BORON:  Objection as to

22             form.

23       A    I don't know really how they -- how

24  they reconcile that difference.

25       Q    So then what has been your experience

                                                              41

1                        CINDY ORSER

2    in advising clients as to controlled substance

3    labeling?

4         A     None.

5         Q     Didn't you just say that you had some

6    advice as to specifically THC labeling for

7    clients?

8                    MR. BORON:  Objection as to

9                 form.

10                   MR. SHEPS:  I join.

11        A     Correct, at a state level.

12        Q     When you gave that advice, were you

13   mindful of the federal controlled substance

14   labeling requirements, or were you thinking more

15   of the particular state that you were advising in?

16                   MR. BORON:  Objection as to

17                form.

18                   MR. SHEPS:  I join in that.

19        A     I'm strictly interpreting the state

20   requirements for labeling of these products.

21        Q     Who are some clients or a client that

22   you advised on controlled substance labeling in,

23   say, Nevada for instance?

24                   MR. SHEPS:  Objection.

25        A     Well, we keep going back to this, but

42

1                          CINDY ORSER

2    I mean nowhere in the Nevada rules and regulations

3    does it specifically refer to cannabis as Schedule

4    1.

5          Q     Okay.  But you stated on the record,

6    and correct me if that's not true, that you do

7    advise clients in a specific state as to

8    controlled substance labeling?

9          A     No.  For THC, for cannabinoids.  And

10   it's really just a mathematical issue.  A lot of

11   our clients don't understand algebra.

12         Q     My question was simply to give me an

13   example of a client that you've given that advice

14   to?

15         A     Silver State.

16         Q     Are they a lab?

17         A     No.  No.  We're the lab.  Digipath is

18   the lab.

19         Q     It's Digipath?

20         A     Yes.

21         Q     Silver State is a cultivator?

22         A     They're fully integrated, so that

23   means they have cultivation, production and

24   dispensary.

25         Q     All right.  Thank you.  How about any

43

```
 1                    CINDY ORSER
 2   training or experience in the distribution of
 3   controlled substances?
 4        A     Is that a question?
 5        Q     Yes.
 6        A     No experience.
 7        Q     Still on your CV, if you can remember
 8   back to your Branson contract section, are there
 9   any grants or contracts that relate to the
10   analysis and interpretation of marijuana
11   substances in formulated products?
12        A     No.
13        Q     The same question as to patents.  Any
14   patents on the analysis or interpretation of
15   marijuana?
16        A     No.
17        Q     Are there any research publications
18   that you have made with respect to the analysis or
19   interpretation of marijuana substances in
20   formulated products?
21                    MR. BORON:  Objection to the
22              form.
23                    MR. SHEPS:  I join in that.
24        A     No.
25                    MR. BORON:  When you say made,
```

44

1                    CINDY ORSER

2                 are you asking whether she has

3                 written or published?

4                 MR. BENJAMIN:  Yes.

5        Q     Did you understand my question to say

6    that?  Have you written anything regarding the

7    analysis or interpretation of marijuana

8    substances?

9        A     Just blogs.

10       Q     Any particular blog that you can

11   name?

12       A     No.

13       Q     In other words, a marijuana.com blog

14   or something else?

15       A     No.  They're on Digipathlabs.com.  My

16   blogs are all there.

17       Q     Okay.  I will hand you what's been

18   marked as Orser -- Exhibit Orser A.  I have a copy

19   for counsel.

20                 If you could take a look at that,

21   please.

22       A     Okay.

23       Q     Have you had a chance to familiarize

24   yourself with that exhibit?

25       A     Yes.

45

1                       CINDY ORSER

2           Q      What is that exhibit?

3           A      It's an article I wrote for a

4    cannabis nursing magazine back in 2016.

5           Q      Was that on the Digipath blog?

6           A      No.  This is in a magazine.

7           Q      So this was written -- you wrote this

8    in 2016 for nurses and health care providers;

9    correct?

10          A      Specifically nurses.

11          Q      Was this a marketing piece for

12   Digipath as well as the information that is

13   contained in it?

14          A      Their logo is on it.

15          Q      Is that a yes?

16          A      Well, it depends upon your

17   interpretation.  I mean since their logo is here,

18   I would say yes.

19          Q      I mean you wrote this article;

20   correct?

21          A      Yes.

22          Q      You wrote this article in part to

23   attract clients for Digipath?

24          A      No.  I was asked to write this

25   article.

46

                              CINDY ORSER

1

2        Q      By whom?

3        A      The magazine.

4        Q      Was this article written at all for

5    political purposes?

6        A      No.

7                    MR. BORON:  Objection as to

8                form.

9        Q      Why did they ask you to write this

10   article?

11       A      There's a huge lack of information

12   out there for the public and nurses who were

13   interested in being able to advise their patients.

14   This is sort of a primer.

15       Q      It's a primer on what?

16       A      On the need for standardization and

17   testing of cannabis products.

18       Q      So it's fair to say this is -- this

19   is technical or practice related to what's done at

20   Digipath; correct?

21       A      Right.  It's about the role of a

22   testing lab.

23       Q      It's not a peer reviewed article;

24   correct?

25       A      It was not peer reviewed.

47

                         CINDY ORSER

1

2          Q     Do you know if Digipath got any new

3    customers from this article?  In other words, did

4    somebody call and say saw your article.  It looks

5    great.  Can you do some testing for us?

6                      MR. BORON:  Objection as to

7                 form.

8                      MR. SHEPS:  I join in that.

9          A     I don't believe so.

10         Q     Did you ever offer this article to

11   anybody as sort of an introduction to the services

12   at Digipath?

13         A     I did not.

14         Q     Who owns Digipath?

15         A     It's public.

16         Q     Do you know who the officers are at

17   Digipath?

18         A     Of course.

19         Q     Can you tell me who they are?

20         A     Joe Bianco is the CEO, Todd Denkin is

21   the COO, and Todd Peterson is the CFO.

22         Q     Do you belong to any professional

23   organizations that are associated with forensics,

24   science or toxicology?

25         A     No.

48

```
 1                    CINDY ORSER
 2        Q     Take a look, please, at the
 3   introductory paragraph of that article that is
 4   Orser A.
 5              Do you see the introductory
 6   paragraph?
 7        A     The first paragraph?
 8        Q     Right.  The very first paragraph.
 9        A     Right.
10        Q     I'm reading from it.  "As Medical
11   marijuana legalization creeps across the country
12   state by state in defiance of Marijuana's schedule
13   1 status at the federal level."
14              Do you see that part?
15        A     Yes.
16        Q     That's what you're talking about when
17   you said previously that there is a disconnect; is
18   that correct?
19        A     Yes.
20        Q     Are states defying the Schedule 1
21   status of marijuana?
22        A     They're ignoring it.
23        Q     That's a form of defiance; correct?
24        A     (Nodding)
25        Q     When you say they're ignoring it,
```

49

1                        CINDY ORSER

2    what are the practical ways that states -- for

3    instance, you're in Nevada.  What's a practical

4    way that Nevada, if they do, ignored the Schedule

5    1 requirements or status?

6         A     By rolling out their medical and

7    retail marijuana programs.

8         Q     Are those programs limited to

9    consumers or other entities in Nevada?

10        A     Up until very recently, Nevada

11   allowed reciprocity with California.  So if you

12   had a Medical Marijuana card from California,

13   Nevada would accept it.  But that's no longer the

14   case.

15        Q     California doesn't accept the card

16   from Nevada?

17        A     No.  It's the other way around.

18   California now has their own program, regulated

19   program.  It starts January 1st.

20        Q     But those two states are states in

21   which Medical Marijuana is legal; correct?

22        A     Yes.

23        Q     My question really goes to those

24   states where Medical Marijuana is not considered

25   legal.

50

1                          CINDY ORSER

2              My issue that I asked you about was

3      the disconnect or the defiance of the state law.

4      Excuse me, the defiance of the federal guideline

5      of Schedule 1; correct?

6              A      (Nodding)

7              Q      Is that defiance in part selling

8      Medical Marijuana products to states where Medical

9      Marijuana is not legal?

10                       MR. SHEPS:  Objection.

11                       MR. BORON:  Objection as to

12                  form.

13              A      No.

14              Q      One of the examples of the defiance

15      that you just mentioned was between, I guess,

16      Nevada and California, I think; wasn't that your

17      testimony?

18                       MR. BORON:  Objection as to

19                  form.

20                       MR. SHEPS:  Objection.

21              A      I just said they had reciprocity.

22              Q      Okay.  So what then is an example of

23      the defiance that you mentioned of a state of the

24      federal Schedule 1 status?

25                       MR. BORON:  Objection as to

51

                              CINDY ORSER

1

2          form.

3          A      It's a state, any state, it could be

4   New York, knowing that there's a federal Schedule

5   1 ruling on cannabis, yet that state, by virtue of

6   it's voters' wishes, stands up for the cannabis

7   program, so that within the state, there can be

8   this commerce.

9          Q      Within the state there could be that

10  commerce; correct?

11         A      (Nodding)

12         Q      But from Nevada to other states,

13  there cannot be that commerce; correct?

14                     MR. SHEPS:  Objection.

15                     MR. BORON:  Objection as to

16         form.

17         A      It depends on what's in the product.

18         Q      What's in the product is governed by

19  a federal -- in this case, specifically a Schedule

20  1 guideline; right?

21                     MR. BORON:  Objection as to

22         form.

23         A      Can you restate that question?

24         Q      Sure.

25                     MR. BENJAMIN:  What was the last

52

```
 1                      CINDY ORSER

 2                 answer?  Can you read back the last

 3                 answer?

 4                      (The requested portion of the

 5                 record was read back by the

 6                 reporter.)

 7        Q     So let's talk specifically about THC,

 8   which is the issue here.

 9                      It is perfectly legal and legitimate,

10   in your opinion, for a Nevada company to sell,

11   manufacture or distribute a product containing THC

12   within Nevada; correct?

13                      MR. SHEPS:  Objection.

14                      THE WITNESS:  What's the

15                 objection?

16        Q     Well, now you're acting like a

17   lawyer.

18                      MR. BENJAMIN:  Read it back,

19                 please.

20                      (The requested portion of the

21                 record was read back by the

22                 reporter.)

23                      MR. SHEPS:  I restate my

24                 objection.

25        A     Yes.
```

53

1                    CINDY ORSER

2        Q    It would not be legal to distribute a

3   product containing THC from Nevada to a state

4   that -- where Medical Marijuana is not legal;

5   correct?

6                    MR. SHEPS:  Objection.

7                    MR. BORON:  Objection to form.

8        A    Only if that product was greater than

9   .3 percent THC.

10        Q    THC, we agree, is a federal Schedule

11   1 controlled substance; correct?

12                    MR. SHEPS:  Objection.

13        A    At the federal level.

14        Q    So the answer is yes?

15        A    Yes.

16        Q    Other than Nevada, are there other

17   states that act in defiance of that Schedule 1

18   status as you state in the article?

19        A    Yes.

20        Q    Are those the states you list in the

21   next sentence, Washington -- I'm quoting --

22   Washington, Massachusetts, Oregon, California?

23        A    Those states have retail marijuana

24   programs.  States can either have medical or

25   retail.  I mean medical usually precedes retail.

                                                                54

1                          CINDY ORSER

2        Q     But those are the states that you are

3   stating here are acting in defiance of the

4   Schedule 1 status; is that true?

5        A     That's a subset, yes.

6        Q     You wrote this article in

7   March/April, 2016; right?

8                    MR. BORON:  Objection as to

9                form.

10       A     That's when it was published.

11       Q     So you probably wrote it sometime

12   before that?

13       A     Yes.

14       Q     You stated in the next sentence that

15   what is missing, and I'm quoting, "What is missing

16   is standardization of Medical Marijuana testing;"

17   right?  Do you see that section?

18       A     Yes.

19       Q     That was the case when you wrote this

20   article sometime before March/April of 2016;

21   correct?

22       A     (Nodding)

23       Q     And that certainly was the case back

24   in 2012, which is the time when the plaintiff is

25   alleging he took this product; correct?

```
 1                        CINDY ORSER
 2                  MR. SHEPS:  Objection.
 3                  MR. BORON:  Objection as to
 4           form.
 5        A     Yes.
 6        Q     Today, a little over a year later, is
 7    that still the case?
 8        A     Yes.
 9        Q     In play now, are there efforts that
10    you know of to standardize Medical Marijuana
11    testing?
12        A     Yes.
13        Q     Where first?
14        A     There's many organizations, some of
15    which I'm a member of.  The Association of
16    Commercial cannabis Labs.  There's the American
17    Oil Chemists' Society.  There's the American
18    Chemical Society.  There's the Association of
19    Official Chemists.  No.  Association of --
20    Official Association of Analytical Chemists.
21              There's several very well known
22    groups that are trying to work together to produce
23    validated protocols, much like what exists within
24    the EPA.
25        Q     Are those protocols an effort to make
```

1                      CINDY ORSER

2    it national or federal standards?

3         A    The effort is to create

4    standardization across the network of existing

5    cannabis testing labs.

6         Q    So the effort is only concentrated in

7    those states that you mentioned in this article;

8    true?

9         A    The states that have cannabis

10   programs, yes.

11        Q    Is there any effort outside of those

12   states where Medical Marijuana is not yet legal to

13   bring standardized cannabis testing to light or to

14   the floor?

15        A    Not that I know of.

16        Q    When you say lack of federal

17   oversight by the FDA, EPA and Department of

18   Agriculture, what did you mean in that statement,

19   in that last sentence of that paragraph?

20                    MR. BORON:  For the record, are

21                    you citing from her article?

22                    MR. BENJAMIN:  Yes.  I'm sorry.

23                    It's the last sentence in the first

24                    paragraph.

25        A    Well, normally any food or

57

1                      CINDY ORSER

2    agricultural commodity where there's the use of

3    pesticides and people are ingesting, enjoys some

4    level of federal oversight so that the consumer

5    can have more confidence in that there's a quality

6    assurance assumed inherent in the products, and

7    that doesn't exist currently except on a

8    state-by-state basis.

9         Q    So what you're referring to there was

10   really a safety or quality assurance issue;

11   correct?

12        A    Yes.  I mean it is about public

13   safety.

14        Q    That was not intended to address the

15   controlled substance part of cannabis testing,

16   correct?

17        A    Correct.

18                  MR. SHEPS:  Go off the record.

19                  (At this time, a brief recess

20             was taken.)

21   CONTINUED EXAMINATION

22   BY MR. BENJAMIN:

23        Q    Dr. Orser, if you could please take a

24   look under the paragraph, still on the first page

25   under standardization of cannabis testing, that's

58

```
 1                    CINDY ORSER
 2    the heading?
 3         A      Mm-hmm.
 4         Q      In the middle of that paragraph, and
 5    I quote, you write:  The standards that federal
 6    regulations would specify for the cannabis
 7    industry in lieu of each state figuring it out on
 8    their own include:  Uniform batch and sample size
 9    for testing, testing frequency, sample
10    preparation, use of certified reference standards,
11    and standard operating procedures, et cetera.
12                 Do you see that part?
13         A      Yes.
14         Q      You believe that there should be
15    federal regulations as to cannabis testing; right?
16                    MR. BORON:  Objection as to
17                 form.
18         A      I believe that the industry would
19    benefit from federal oversight of some of these
20    functions.
21         Q      Instead of letting states figure it
22    out on their own; correct?
23         A      From a standpoint of standardization,
24    yes.
25         Q      The first thing you said there was
```

59

1                        CINDY ORSER

2     uniform batch and sample size for testing.  That's

3     just simply -- strike that.

4                  In other words, there are variable --

5     when you test cannabis at Digipath, you give

6     variable batch and samples sizes I guess?

7          A     No.  It's established.  In Nevada a

8     batch is 5 pounds of cured flower or extract that

9     has been made from 15 pounds of trim.

10         Q     And that differs from state to state?

11         A     Yes.

12         Q     Thank you.  If you could skip to the

13    bottom of that page under the heading Quality

14    Assurance Challenges, and there's sort of a

15    subparagraph where you start as pesticide

16    residues.  Do you see that part?

17         A     Yes.

18         Q     The second to the last sentence says:

19    When it comes to pesticides, the label on the

20    container is the law.

21                  Do you see that?

22         A     Yes.

23         Q     Can you elaborate on what you were

24    saying there, as to pesticides anyway?

25         A     So pesticides have a label that says

60

1                         CINDY ORSER

2   what crops you're allowed to use them on.  And

3   that's the job of the EPA.  And because -- because

4   of the disconnect at the federal level, there have

5   been no pesticide trials carried out on Cannabis

6   to know what a tolerance limit should be.

7            Q     So there's a label on pesticides.

8                  Are there controlled substances

9   within pesticides?

10           A     Not to my knowledge.

11           Q     So is there a certain legal

12  requirement for labels for pesticides?

13           A     Yes.

14           Q     What is that legal requirement?

15                 MR. SHEPS:  Objection.

16           A     It's the props that that pesticide

17  has been approved for use on.

18           Q     Is that a federal requirement?

19           A     Yes.

20           Q     Is there a statute that that applies

21  to?

22                 MR. SHEPS:  Objection.

23           A     I don't know.  I'm sure it does.

24           Q     Okay.  Thank you.

25                 On page -- actually, it's page 9 of

61

1                         CINDY ORSER

2     the article.  It's the second page of the exhibit,

3     but it's page 9 of the article under the heading

4     the major plant Cannabinoids, do you see that?

5          A     Yes.

6          Q     And the sentence says

7     tetrahydrocannabinol, otherwise known as THC.  I

8     should say THC is in parentheses, is a powerful

9     psychoactive agent, analgesic, muscle relaxant,

10    antispasmodic, neuroprotective antioxidant that

11    delivers 20 times the anti-inflammatory power of

12    aspirin and twice the power of Hydrocortisone.

13                Do you see that paragraph?

14         A     Yes.

15         Q     THC is a wonder drug; isn't it?

16                    MR. SHEPS:  Objection as to

17               form.

18         Q     Can you answer the question?

19         A     It's pretty amazing.

20         Q     Did you ever describe marijuana as a

21    wonder drug?

22         A     No.

23         Q     Are you an advocate of keeping THC in

24    formulated cannabis products?

25         A     Yes.

                           CINDY ORSER

1

2          Q     Why?

3          A     Well, to the best of our knowledge,

4    THC is a key contributor to the effectiveness of

5    cannabis.  So removing THC from cannabis per se

6    wouldn't make sense.

7          Q     Is it fair to say that a product, and

8    I mean a formulated product, we're talking about a

9    formulated product in this case, would be

10   ineffective without any THC?

11         A     No.

12         Q     What then makes a product effective

13   without THC?  What component of a formulated

14   Medical Marijuana product would make it effective

15   without THC?

16         A     CBD.

17               MR. SHEPS:  Objection.

18         Q     Okay.  CBD is not a Schedule 1 drug;

19   correct?

20               MR. SHEPS:  Objection.

21         A     I don't believe so.

22         Q     Are you aware of the Schedule 1

23   substances?

24         A     I think there's three.

25         Q     There are three in your line of work,

63

1                     CINDY ORSER

2   or there are three in total that you know of?

3        A     The federal statute I believe lists

4   three drugs as Schedule 1.

5        Q     What are those, to your knowledge?

6        A     Ecstasy, marijuana and one of the

7   Opioids, but I don't remember if it's -- I don't

8   remember the third one.

9        Q     Are you familiar with the substances

10  that are in the Schedule 1 drugs that make them

11  the controlled substance?

12       A     In part.

13       Q     THC is one; correct?

14       A     THC is the component in marijuana.  I

15  don't remember the chemical in Ecstasy.

16       Q     So if you are -- going back to my

17  question, if you were an advocate of, I guess,

18  leaving THC in the formulated products, is that --

19  the question is can you be unbiased and give an

20  unbiased opinion in this case given that

21  statement?

22       A     Yes.

23                 MR. BORON:  Objection as to

24            form.

25                 MR. SHEPS:  I join in the

64

CINDY ORSER

1

2          objection.

3     A     Because I believe when you first

4  phrased that question, you said cannabis

5  formulations.  This case involves hemp

6  formulations.

7     Q     So tell us what the difference is

8  between hemp and cannabis formulations.

9     A     I can't possibly answer that.

10  There's thousands of formulated products out there

11  for cannabis and hemp.

12     Q     You don't test hemp products?

13     A     We do.

14     Q     You do test hemp products?

15     A     Yes.

16     Q     And you test them at Digipath?

17     A     Digipath Labs, yes.

18     Q     For example, what type of hemp

19  products do you test at Digipath?

20     A     Hemp extracts and distillates and

21  also the plant.

22     Q     Is that known as industrial hemp or

23  is that known as something else?

24     A     Industrial hemp.

25     Q     The plant is known as industrial

1                     CINDY ORSER

2    hemp; correct?

3         A     (Nodding)

4         Q     Industrial hemp itself contains THC

5    as a general rule?

6                     MR. BORON:  Objection as to

7                form.

8                     MR. SHEPS:  Objection.

9         A     It can have very small amounts.  It

10   depends on the genetics of the plant.

11        Q     So if you were asked to analyze

12   industrial hemp plant at Digipath, you're saying

13   that some samples that you either take, Digipath

14   takes themselves or are sent to you at Digipath

15   contain -- some samples contain THC and some do

16   not contain THC?

17        A     Correct.

18        Q     Is there a certain type of hemp that

19   does contain THC as opposed to those that don't?

20        A     There's hundreds of strains of hemp,

21   and there's an explosion of amateur plant breeders

22   out there.  So the heterogeneity is high.

23        Q     Do you know what type of hemp in

24   particular the Dixie defendants or Medical

25   Marijuana defendant here used to make its Dixie X

66

1                        CINDY ORSER

2    product?

3                    MR. SHEPS:  Objection as to

4                form.

5         A    No.

6         Q    Were you ever informed by anybody at

7    any of the defendants as to what type of hemp

8    product they use?

9                    MR. BORON:  Objection as to

10               form.

11        A    Related to this case?

12        Q    Yes.

13        A    No.

14        Q    Did you ever talk to anybody at Dixie

15   Elixirs Company?

16        A    I've met Trip.

17        Q    Trip Keber?

18        A    Right.  At some marijuana expo.

19        Q    When was that conference, did you

20   say?

21        A    You know, they happen every six

22   months, but it was several years ago I met him.

23        Q    Do you know, say, as a reference

24   point, October of 2012.  When did you meet Trip

25   Keber in relation to that date?

67

1                          CINDY ORSER

2          A    Oh.  It would have been 2015.  Around

3     2015.

4          Q    You told me the circumstances.  Was

5     it just a passing conversation, was it technical?

6          A    No.  So companies that have refined

7     their formulations and have branded products were

8     coming to Nevada hoping to license their product

9     to someone who held a license to, that would be

10    able to manufacture it.

11         Q    Did he come to you for that purpose?

12         A    He did not.  One of our clients was

13    in talks with them.  So that's the occasion upon

14    how I met him.

15         Q    Did anything go forward from there?

16         A    No.

17         Q    Do you know why not?

18         A    In fact, it could have gone forward,

19    because there's a lot of clients that jump ship

20    because another lab will open and give them

21    cheaper testing.  I think we just lost touch with

22    that project.

23         Q    In that conversation that you had

24    with him, if I can go back a question, it was only

25    one conversation; correct?

68

1                     CINDY ORSER

2        A     Yes.

3        Q     Did you discuss specifically THC

4   content --

5        A     No.

6        Q     -- in any Dixie product?

7        A     No.

8        Q     Other than Trip Keber, have you ever

9   talked to anybody from the Dixie companies?

10        A     I know an individual who used to work

11   for Dixie who now runs a Hemp farm in Colorado.

12        Q     Okay.  Do you know that name?

13        A     Yes.

14        Q     Who is that?

15        A     Steven Turetsky.

16        Q     What was his position at Dixie; do

17   you know?

18        A     I think he did a lot.  Like, you

19   know, whatever needed to be done, he did.

20        Q     Does that mean on the scientific end,

21   or does that mean somewhere else?

22        A     I mean he's not a Ph.D. or anything.

23   I don't believe he was doing formulation work.  I

24   think he was doing more business development.

25        Q     How do you spell his last name, if

69

1                      CINDY ORSER

2   you know?

3        A     I do.  T-U-R-E-T-S-K-Y.

4        Q     Did you discuss anything about Dixie

5   products with him?

6        A     No.

7        Q     Other than him, anybody else at the

8   Dixie companies?

9        A     No.

10        Q     Same question as to Medical

11   Marijuana, have you ever had a conversation with

12   anybody about Medical Marijuana?

13        A     No.

14        Q     As you sit here today, do you know

15   why THC is a Schedule 1 drug?  Substance.  Excuse

16   me.

17                    MR. BORON:  Objection as to

18              form.

19                    MR. SHEPS:  I join in that.

20        A     No, I don't know.

21        Q     Are there adverse effects of THC on

22   the body, to your knowledge?

23        A     That's awfully broad.

24        Q     Well, in your article, again under

25   the heading of major plant cannabinoids, if you

70

                        CINDY ORSER

1

2   look at the second paragraph starting with

3   Cannabinol, CBD, you say in the second line that

4   CBD helps our bodies.  I should say helps our

5   bodies -- I'm paraphrasing.  Helps our bodies

6   moderate some of the adverse effects of THC;

7   correct?

8        A    Correct.

9        Q    So are there adverse affects of THC,

10  generally speaking?

11             MR. BORON:  Objection as to

12             form.

13       A    The ones I've listed here.

14       Q    So there are.  Do you have an

15  opinion as to why -- that's why THC is a

16  controlled 1 substance?

17             MR. SHEPS:  Objection.

18       Q    Controlled substance, Schedule 1?

19             MR. BORON:  Objection as to

20             form.

21       A    I doubt it.

22       Q    As you sit here today, you don't know

23  why THC is a Schedule 1?

24       A    Well, there's stories about why.  But

25  from a legal standpoint, I can't comment.  I'm not

71

```
 1                    CINDY ORSER
 2   a lawyer.
 3        Q     Well, from a scientific standpoint,
 4   can you tell us why THC would be something that
 5   the Federal Government feels should be regulated?
 6                    MR. SHEPS:  Objection.
 7                    MR. BORON:  Objection as to
 8            form.
 9        A     I think it's political.
10        Q     When you say that, do you mean that
11   some sections of the society simply don't like it
12   and some do?
13        A     Correct.
14        Q     Do you know who that would be?
15                    MR. SHEPS:  Objection.
16        Q     Who, in your view, are segments of
17   society that don't like the existence of THC for
18   human consumption?
19                    MR. SHEPS:  Objection.
20                    MR. BORON:  Objection as to
21            form.
22        A     Jeff Sessions.
23        Q     How about police as a general matter,
24   do you have the opinion that police don't
25   support --
```

72

1                          CINDY ORSER

2        A      You know --

3                    MR. BORON:  Objection.

4                    Let him finish.  Remember, he

5               has to get to the end of every

6               question, Dr. Orser.  Otherwise we're

7               going to have a record that nobody is

8               going to be able to make any sense of

9               at the end.

10       Q      Do you have the opinion that police

11  don't support having THC in products for human

12  consumption?

13                   MR. SHEPS:  Objection as to

14              form.

15       A      I'm sure some police aren't in favor

16  of it.

17       Q      What is a terpene in your article?

18       A      Well terpenes are another class of

19  molecules that the cannabis plant makes.  And

20  technically, cannabinoids are phenolic terpenes.

21  So terpenes also provide physiological effects in

22  biological systems.  Most of what we know comes

23  from animal studies.

24       Q      And under the paragraph of -- still

25  on page 9 under the heading Important Message

73

                          CINDY ORSER

1    About Dosages, do you see that paragraph?

3         A     Yes.

4         Q     In the middle of that paragraph, you

5    wrote:  Until recently, the focus on potency has

6    been on THC levels.  The sentence continues.

7               Can you explain that statement, what

8    the focus on potency -- I assume you mean testing

9    has been on THC levels?

10              MR. BORON:  Objection.

11        Q     But you tell me.  What did you mean

12   when you wrote that?  Do you understand that?

13        A     No.  The value placed on a cannabis

14   product has focused on the THC levels, and that's

15   slowly changing as people become better educated

16   about the contributing effects of other

17   cannabinoids in terpenes.

18        Q     So why has the focus been on THC

19   levels?

20        A     Lack of education.  It's a term

21   everyone knows.

22        Q     Could you explain then the chart at

23   the bottom of page 9 which is a table.  It's table

24   1, and the heading is Edibles THC Dosage Rules of

25   Thumb.

74

1                    CINDY ORSER

2              Can you walk us through what that

3    means to -- what information does that mean to

4    convey specifically?

5                    MR. BORON:  Objection as to

6              form.

7         A    People who are new to using cannabis

8    as a medical product often are confused about how

9    much they should take.  And the correct term would

10   be titration, not dosage.  So this was just

11   intended to provide some level of guidance.

12        Q    Level of guidance as to what, as to

13   treatment of certain conditions, or what?

14        A    No.  Based on your experience with

15   using cannabis, how much of a product you should

16   take.  So 2 milligrams would be a starting dose

17   for someone.

18        Q    You stated in your report you're not

19   an MD, you're not a doctor; correct?

20        A    Right.

21        Q    Why were you recommending dosages of

22   THC here?

23        A    Because I was asked to include that

24   in the article.

25        Q    That table has to do with edibles;

75

1                    CINDY ORSER

2    correct?

3         A     Correct.

4         Q     When you defined it there, did you

5    mean the formulated product?

6         A     An edible, yes.

7         Q     As opposed to the marijuana

8    cigarette?

9         A     Correct.

10        Q     If you flip to page 10 of that

11   article, in the -- it's on -- page 10 looks like a

12   list of definitions, right, and you see under

13   tinctures, right -- tinctures in your article here

14   are administered sublingually; correct?  Do you

15   see that?

16        A     Yes.

17        Q     What does that mean?

18        A     Putting it under your tongue.

19        Q     Is taking a tincture, you know,

20   sublingually, is that a better way to take a

21   Medical Marijuana product as opposed to say

22   smoking a marijuana cigarette --

23                    MR. BORON:  Objection as to

24             form.

25        Q     -- in your opinion?

76

                            CINDY ORSER

1

2        A       In my opinion, yes.

3        Q       So why is it better to take something

4    sublingually?

5                        MR. BORON:  Objection as to

6                    form.

7        A       Well, you know, combustion of any

8    material produces a range of compounds that can be

9    harmful.  So avoiding smoking in general is a good

10   idea.  Sublingually there's just lots of blood

11   vessels under your tongue, so if you can bypass

12   the enteric system, you get more product into your

13   bloodstream sooner.

14       Q       More bang for the buck?

15                       MR. BORON:  Objection as to

16                   form.

17       A       Yes.

18       Q       And with respect to page 11 under the

19   heading Cannabis Product Labeling, do you see that

20   there?

21       A       Yes.

22       Q       You state that medical cannabis

23   products sold in Nevada are required to have a

24   label that at a minimum the following cannabinoid

25   test results presented as a percentage of the

77

1                    CINDY ORSER

2    weight; and you have there THC, CBD, THCA and CBN.

3    Do you see that there?

4         A     Yes.

5         Q     That is something specific to Nevada;

6    correct?

7         A     Correct.

8         Q     Are medical cannabis products sold

9    outside of Nevada supposed to have a label as to

10   THC?

11                    MR. SHEPS:  Objection.

12        A     It depends on the state.

13        Q     So it doesn't apply to every state;

14   is that correct?

15        A     Correct.

16        Q     Only certain states follow their own

17   labeling laws; is that true?

18                    MR. SHEPS:  Objection.

19        A     Each state has their own rules.

20        Q     As to labeling in particular?

21        A     I'm not totally familiar with every

22   cannabis complicit state's labeling laws.

23        Q     Are you familiar with a federal

24   labeling law?

25        A     For?

78

1                           CINDY ORSER

2          Q      For THC content.

3          A      No.

4          Q      Is there one at all?

5          A      I'm not aware of one.

6          Q      Are you familiar with the labeling as

7    to controlled substances generally under Schedule

8    1?

9          A      No.

10         Q      The last paragraph of that article

11   says that you're distinguishing what -- here, I'm

12   paraphrasing, the acidic form or Delta-9-THC.

13                Can you tell us what is Delta-9-THC?

14         A      So Delta-9-THC is the product that's

15   formed within THCA is heated.  It's called

16   decarboxylation.

17         Q      That's like in smoking a cigarette;

18   right?

19         A      Correct.

20         Q      So in the formulated products does --

21   is THC heated in that process, to your knowledge?

22         A      Normally, but not always.

23         Q      We can put that aside.  Thank you.

24                Are you aware generally of the

25   process by which the Dixie formulated product was

79

```
 1                      CINDY ORSER
 2   made?
 3                  MR. BORON:  Objection as to
 4              form.
 5                  MR. SHEPS:  I join in that
 6              objection.
 7        A    I never --
 8        Q    The Dixie Dew Drop -- Dixie Elixir
 9   product we're alleging in this case.
10        A    I've never seen the specification.
11        Q    So you're not aware of how Dixie or
12   other companies make -- take hemp and make a
13   formulated product?
14                  MR. SHEPS:  Objection.
15        A    I don't specifically know how Dixie
16   did it, but I certainly know how other companies
17   do it.
18        Q    So can you tell me generally what you
19   know about other companies and how they turn a
20   hemp product into a product like a tincture here?
21        A    There's an extraction step, so the
22   most simplistic way is you take dried hemp and
23   extract it with some solvent like ethanol.  And
24   then after it sits there for a while, you sieve
25   out the gross plant material.  So then you're left
```

80

1                         CINDY ORSER

2    with the tincture, the ethanol extract.

3         Q      That's called an extraction process

4    for hemp?

5         A      That's the most simplistic.  You can

6    also use pressurized $CO_2$, you can use propane,

7    butane.

8         Q      Okay.  In that net product which you

9    said was --

10        A      It's an extract.

11        Q      -- an extract, okay, is there further

12   sort of refinement that goes from there, or is

13   that just put in the bottle?  Is what you just

14   described simply put in a bottle after that

15   process?

16                      MR. BORON:  Objection as to

17                form.

18        A      One could put it in a bottle and call

19   it a tincture, or there could be additional

20   distillation steps to further concentrate.

21        Q      Further concentrate, you said.  What

22   about is there a process at that stage, at the

23   first extraction stage that you just described,

24   where, you know, the content of that product is

25   analyzed, for instance, for THC or CBD?

81

1                         CINDY ORSER

2          A      It should be analyzed, otherwise you

3    don't know how much is in there.

4          Q      Right.  So at that point in the

5    refinement -- is it fair to say it's a refinement

6    process, formulating process?  What should I call

7    it?

8          A      I think a refinement is fine.

9          Q      So at the point where, for instance,

10   THC would be identified in that net product that

11   you just testified to, would there then be a

12   removal of the THC content before it goes to final

13   consumable product?

14         A      Not normally.

15         Q      Whatever is in there will be left in

16   there before it's put into the market; is that

17   correct?

18                    MR. SHEPS:  Objection.

19                    MR. BORON:  Objection as to

20              form.

21         Q      Is there a process by which THC

22   specifically can be removed from a refined hemp

23   product?

24         A      It could be through distillation

25   where you separate the cannabinoids.

1                        CINDY ORSER

2          Q     And in those other companies, other

3    than Dixie that you mentioned, does that process

4    happen where it's further distilled?

5          A     Further distillation absolutely

6    happens.  In fact, yes, that's where the industry

7    is going.

8          Q     Does that distillation mean removal

9    of THC?

10         A     Yes.  You end up with 99 percent pure

11   product.

12         Q     What is that product in the end?

13         A     CBD.

14         Q     So then the question is what is the

15   purpose of removing the THC from the product?

16         A     It's not just the THC.  It's the

17   other -- this plant also has waxes.  There's lots

18   of things you would like to remove.

19         Q     Almost like impurities; correct?

20         A     It like chlorophyll.

21         Q     Things that are not exactly healthy

22   for people to ingest; right?

23                    MR. SHEPS:  Objection.

24         A     If you're making a medical product,

25   you want to have specifications, so it has to be

83

1                          CINDY ORSER

2    reproducible.  So you have an SP of how you make

3    it, what are the steps.

4         Q     Okay.  But my question is simply as

5    to THC.  Going backwards, the distillation process

6    would want to take out say wax, as you just said,

7    correct, maybe dead bugs?

8         A     No.

9         Q     Or other plant things --

10        A     Other plant compounds.

11        Q     Other plant compounds.

12        A     Or to get rid of the solvents.

13   Unfortunately you're concentrating on pesticides.

14        Q     But only with respect to THC, what

15   would be the reason why that company, those other

16   companies you mentioned, would want to take out

17   the THC in that process leaving the 99 percent CBD

18   in there?

19                    MR. BORON:  Objection as to

20             form.

21                    MR. SHEPS:  I join in that.

22        Q     Do you understand what I asked?

23        A     I do.  Perhaps they wanted to be able

24   to say there's no THC in it.

25        Q     Do you know what other companies

84

1                        CINDY ORSER

2    other than Dixie that you were talking about that

3    would take a hemp product and turn it into a

4    formulated product?

5         A     Yes.

6         Q     Can you give me some names?

7         A     Notis, N-O-T-I-S.  It's a public

8    company.  There's Silver State in Nevada.

9    Essence, Euphoria.  There's tons of companies that

10   do that.

11        Q     In your opinion, are those people

12   competitors with the Dixie company?

13        A     Yes, I suppose they are.  Elixinol is

14   a big one.  It's an international CBD company.

15        Q     What has been your function with

16   those companies?  Has there been any interaction

17   with those companies that take industrial hemp and

18   refine it?

19        A     Some of them we do test their final

20   product for them because they want a C of A,

21   Certificate of Analysis.

22        Q     What is the purpose of a company

23   coming to you and asking you for a Certificate of

24   Analysis?

25        A     Because they're selling wholesale and

85

1                      CINDY ORSER

2    they want to be able to represent what their

3    product is.  Mainly they're concerned about any

4    contaminants.  So we screen for pesticides, heavy

5    metals, residual solvents, microbials.

6         Q      But you don't screen for things like

7    THC?

8         A      Of course we do.

9         Q      And CBD contents as well; correct?

10        A      Yes.  11 cannabinoids.

11        Q      11 cannabinoids.  Dixie never asked

12   you though to do that in the past?

13        A      No.

14        Q      This case is your first experience

15   with Dixie; is it not?

16                    MR. BORON:  Objection as to

17                    form.

18        A      My first legal experience with Dixie.

19   I was aware of their products in Colorado.

20        Q      Right.  But being aware of it, you've

21   never spoken to anybody or been retained by Dixie

22   for anything?

23        A      No.  No.

24        Q      Please, if you could take a look at

25   an article that I'm putting in front of you known

86

1                    CINDY ORSER

2    as Orser B.

3              Can you just take a moment to read

4    that article.

5                    (At this time, a brief recess

6                    was taken.)

7    CONTINUED EXAMINATION

8    BY MR. BENJAMIN:

9         Q    If you can take a look at what's been

10   marked Orser B.

11                   MR. SHEPS:  For the record, it

12                   appears to be an article published in

13                   a publication entitled

14                   O'Shaughnessy's winter/spring, 2013.

15                   It looks like page 25, article or

16                   publication entitled Project CBD

17                   Analysis, Medical Marijuana, Inc.

18                   pitching CBD products by Martin A.

19                   Lee.

20        Q    Right.  Have you had a chance to look

21   at that article?

22        A    Yes.

23        Q    Dr. Orser, are you familiar with

24   O'Shaughnessy's publication?

25        A    I'm aware that this is a blog that

87

1                       CINDY ORSER

2    goes out.  I don't know if it's actually -- I've

3    never seen a magazine named that, but I know of

4    O'Shaughnessy.

5        Q     How about BeyondTHC.com, have you

6    ever heard of that?

7        A     No.

8        Q     In this article, which is purported

9    to be in the winter/spring of 2013, do you see

10   that date there?

11       A     Yes.

12       Q     The third paragraph down it says:  In

13   an October 2nd, 2012 press release, Medical

14   Marijuana, Inc. estimated that CBD and wellness

15   industry to be a $5 billion market.  Then it goes

16   on to say Dixie Elixirs, MJNA, which is the ticker

17   symbol I guess for Medical Marijuana, referring to

18   Medical Marijuana by its ticker symbol, MJNA, that

19   their de facto subsidiary is the first business to

20   mass market CBD as a "wellness product."

21              Do you see that article?

22       A     Yes.

23       Q     Do you know what the market is for

24   CBD wellness products?

25              MR. BORON:  Objection as to

88

1                          CINDY ORSER

2                  form.

3                          MR. SHEPS:   Objection.

4          Q      Today?

5          A      No.

6          Q      Do you know the relationship between

7   Dixie Elixirs, a company known as Dixie Elixirs,

8   and a company known as Red Dice Holdings, who is

9   another defendant in this case?

10         A      No.

11         Q      You know who Trip Keber is.  That you

12  stated before; right?

13         A      Yes.

14         Q      Do you see the statement that says

15  the legal status of CBD is somewhat muddled.

16                  Do you see that?

17         A      Yes.

18         Q      On the first column it says:   The

19  arrangement between Dixie and Red Dice is

20  structured so that Medical Marijuana, Inc. is able

21  to utilize only CBD -- only the CBD aspect of the

22  licensing agreement while MJNA, referring to

23  Medical Marijuana, Inc., eschews responsibility

24  for Dixie's THC products.

25                  Do you see that?

89

1                        CINDY ORSER

2          A     Yes.

3          Q     Do you have an understanding of why

4    Medical Marijuana would avoid responsibility for

5    the THC products of Dixie?

6                        MR. BORON:  Objection as to

7                   form.

8                        MR. SHEPS:  Objection.

9          A     I don't know.

10                       MR. BORON:  The question is

11                  suggesting something that's not in

12                  the quote that you gave.

13                       MR. BENJAMIN:  I think eschews

14                  means avoid.  So I'm simply quoting

15                  the article.

16         Q     But do you have any idea about a

17   licensing agreement between the two companies?

18         A     No.

19         Q     Now if you could skip over to the

20   second column.  The third paragraph down starts

21   with Medical Marijuana, Inc. says.

22                  Do you see that?

23         A     Yes.

24         Q     It says that it circumvents the

25   federal prohibition by extracting CBD from

90

1                         CINDY ORSER

2     industrial hemp, not from marijuana, that is grown

3     outside of the United States in five different

4     countries.  MJNA, in other words Medical

5     Marijuana, won't disclose which countries.

6          A     It actually says MLNA.  I think

7     that's a typo.

8          Q     That could be.

9                    MR. BORON:  I don't necessarily

10                   think it's fair for your questions to

11                   presume that Medical Marijuana, Inc.

12                   and MGNA or MLNA are the same thing,

13                   Jeff.  Those names appear in the

14                   sentence more than once in this

15                   article.  It's unlikely that the

16                   author is referencing to the same

17                   entity in two different ways within

18                   the same sentence.

19                   MR. BENJAMIN:  In the second

20                   paragraph, counsel --

21                   MR. SHEPS:  The second paragraph

22                   of what?

23                   MR. BENJAMIN:  The second

24                   paragraph of this article I read

25                   that -- it states that Dixie X, et

91

                    CINDY ORSER

1

2          cetera, is the umbrella of Medical

3          Marijuana, Inc. and in paresthesia

4          says MJNA.

5               MR. SHEPS:  It says now operates

6          under the umbrella of Medical

7          Marijuana.

8               MR. BENJAMIN:  Okay.  Right.

9          That's what it says, but it is

10         referring to Medical Marijuana, Inc.

11         as MJNA.  If that is wrong and if you

12         know that to be wrong, then I'm not

13         going to -- I'm not verifying this

14         article.  I'm just simply asking this

15         witness as to what her knowledge is.

16              MR. BORON:  What I'm saying is I

17         don't know it to be right or wrong,

18         and I don't know whether you know it

19         to be right or wrong.  I'm suggesting

20         that -- I don't think it's

21         appropriate for your questions to

22         interpret the acronym MJNA as meaning

23         Medical Marijuana, Incorporated.

24              I think at best, all that MJNA

25         is is an acronym used by some stock

92

```
1                    CINDY ORSER
2           market somewhere to refer to the
3           stock of Medical Marijuana, Inc.
4               MR. BENJAMIN:  I'm not sure I
5           understand the difference that you're
6           stating an objection.  But for the
7           purposes of this question, Medical
8           Marijuana, Inc. is stated
9           specifically in this paragraph, at
10          least at the beginning.
11              MR. BORON:  In the section that
12          you just read about the licensing
13          agreement, the article says MJNA
14          eschews responsibility for Dixie's
15          THC products.  MJNA is just a stock
16          symbol, so the article makes no
17          sense.
18              MR. BENJAMIN:  Well, she
19          answered I don't know, so I think
20          that kind of took care of everything.
21              MR. BORON:  Probably right, but
22          do you see my point?
23              MR. BENJAMIN:  I understand.
24          I'm not trying to mischaracterize or
25          to say that this article has it
```

93

1                    CINDY ORSER

2              right.

3                   But I will ask more specifically

4              if Medical Marijuana is making these

5              statements.

6       Q    So going back to that paragraph.  It

7  simple says that it circumvents.  You see that

8  paragraph there; right?

9       A    Yes.

10                  MR. BORON:  Can you just refresh

11             us on which paragraph you're

12             referring to?

13                  MR. BENJAMIN:  It starts with

14             Medical Marijuana, Inc. says it

15             circumvents.

16                  MR. BORON:  That's in the second

17             column of the article.

18                  MR. BENJAMIN:  Second column,

19             three paragraphs.  It's like the

20             third paragraph, yes.  It starts with

21             Medical Marijuana, Inc.

22                  MR. BORON:  Thanks.

23                  MR. BENJAMIN:  Sure.

24       Q    Do you know why a company has to

25  import industrial hemp from outside the United

94

1                         CINDY ORSER

2    States?

3         A     Yes.

4         Q     Why is that?

5         A     This article was written before the

6    Farm Bill of 2014, which then allowed for the

7    cultivation of industrial hemp in cannabis

8    complicity states.

9         Q     Okay.  So that would be a more recent

10   law, the Farm Bill of 2014, that allowed for the

11   use of domestic industrial hemp; correct?  Is that

12   what you're testifying to?

13                    MR. SHEPS:  Sorry.  Could you

14               just read back the last question and

15               answer.

16                    (The requested portion of the

17               record was read back by the

18               reporter.)

19        Q     So in 2014, that statement would not

20   be correct as to those states.  That's correct;

21   right?

22                    MR. BORON:  Objection as to

23               form.

24                    MR. SHEPS:  I join in that

25               objection.

95

CINDY ORSER

1

2      A      Correct.  I mean to my knowledge.

3      Q      I understand.  But back then in 2012,

4  a way a company got industrial hemp to their --

5  into their possession was by importing it from

6  another country; correct?

7                    MR. SHEPS:  Objection.

8                    MR. BORON:  Objection as to

9           form.

10     Q      Do you understand the question?

11     A      Yes.  That's my understanding.

12     Q      Then the next paragraph says:  The

13  initial extraction is performed by another Medical

14  Marijuana, Inc. subsidiary, and it says

15  phytosphere, and it goes on to say, which provides

16  raw hemp paste to Dixie X and its sister firms.

17                    Let's start there.  Was that the

18  extraction process that you referred to when you

19  were describing those other firms that you had

20  been in contact with?

21                    MR. BORON:  Objection as to

22           form.

23     A      Of course I have no knowledge of how

24  phytosphere did their extraction.

25     Q      But the extraction process that you

96

1                          CINDY ORSER

2     described to me, that is -- that produces a raw

3     hemp paste; isn't that true?

4          A     Right.

5          Q     So the next sentence says, like other

6     industrial hemp products legally imported into the

7     United States, this hemp paste apparently contains

8     a minuscule amount of THC; hence it's legal to

9     bring it into the United States according to Dixie

10    officials.

11                Do you see that part?

12         A     Yes.

13         Q     So the extracted hemp paste -- to

14    understand this portion, I want to make sure this

15    is correct in your knowledge, if you can testify

16    to it.

17                The hemp paste that's extracted from

18    the plant, does it typically contain a miniscule

19    amount of THC?

20                     MR. BORON:  Objection as to

21                form.

22         Q     To your knowledge.

23         A     Again, it depends upon the genetics

24    of the hemp strain that is being grown.

25         Q     Again, the level of THC that is

97

1                        CINDY ORSER

2     allowed is what?

3                    MR. SHEPS:  Objection.

4          A     Less than .3 percent.

5          Q     Where is that standard from?

6          A     Before 2014, I'm not sure.

7          Q     Less than .3 percent only came to be

8     a requirement post 2014?

9                    MR. SHEPS:  Objection.

10         A     I'm associating it with the Farm

11    Bill, but that might not be accurate.

12         Q     Do you know the original source of

13    that .3 threshold that you mentioned?

14         A     I don't.

15         Q     What does that .3 threshold apply to

16    exactly, levels of what in what?

17         A     .3 percent of THC.

18         Q     In what?

19         A     In the raw -- the raw plant, the

20    extracted plant.  Whatever the hemp product is.

21         Q     Well, is it the raw hemp plant, or is

22    it some other product?

23         A     Well, people aren't going to import

24    raw hemp.  They're going to be importing extract.

25         Q     Well, didn't this paragraph suggest

                          CINDY ORSER

1

2    that that's what they had to do?

3         A     We don't know where phytosphere is.

4    We don't know if it's a U.S.

5         Q     I understand that.

6               But back then, according to this

7    article, companies did import the raw hemp plant.

8    Is that not true?

9         A     I don't know.

10        Q     They didn't import extracted product,

11   correct, to your knowledge?

12        A     I don't know.  I mean it doesn't seem

13   feasible to be importing a product that looks like

14   hey.  It would be very expensive.

15        Q     But your testimony is that the

16   .3 percent applies to the raw hemp.  Is that what

17   your testimony was?

18        A     I think it's a spectrum of hemp-based

19   products.  The threshold is .3 percent.

20        Q     And you don't know the source of that

21   .3 percent as you sit here today; correct?

22        A     As I said before, I associate it with

23   the 2014 Farm Bill.

24        Q     But you do not know whether it was in

25   effect prior to 2014?

```
 1                      CINDY ORSER
 2          A     I do not know.
 3          Q     Thank you.  If you look at the last
 4   column, halfway down the column you'll see a
 5   paragraph that starts -- actually it's the second
 6   paragraph, the second full paragraph, whereas
 7   Medical Marijuana, Inc.
 8                Do you see that?
 9          A     Yes.
10          Q     I'm reading from the article.
11   Whereas Medical Marijuana, Inc.'s press releases
12   initially included sweeping claims about CBD's
13   therapeutic efficacy, the company has recently
14   shifted it's rhetorical gears as part of a
15   re-branding makeover.  Hence forth, Dixie's CBD
16   products will be marked strictly as "hemp oil"
17   dietary supplements and cosmetics rather than
18   curatives in order to comply with FDA rules.  Then
19   it quotes, you see the quote there:  "We had a
20   little bit of a misstep in our initial launch
21   because of our backgrounds in medicinal cannabis.
22                It references after that Lungsford
23   acknowledged.  Early in the article I think it was
24   referring to Kristy Lunsford.  She goes on to say:
25   We didn't understand what claims were appropriate.
```

                            CINDY ORSER

1

2            Do you know what missteps at their

3    initial launch for the Dixie CBD products were

4    that she's referring to there?

5                    MR. BORON:  Objection.

6        A    I do not.

7        Q    Do you know if Medical Marijuana made

8    certain medicinal cannabis claims that were

9    unsupported?

10       A    I do not.

11       Q    Have you ever observed, as a general

12   matter, what the Dixie Elixir product promised in

13   terms of its medicinal value?

14                   MR. BORON:  Objection as to

15                   form.

16                   MR. SHEPS:  I join in that

17                   objection.

18       A    No.

19       Q    The last piece of your attention I

20   would like to go to, please, is the last paragraph

21   which says as we go to press.  Do you see as we go

22   to press?

23       A    Yes.

24       Q    As we go to press, we find this

25   message from Dixie Botanicals on its websites, and

1                    CINDY ORSER

2    it quotes, we have revised our labels for our

3    small containers, and these small labels do not

4    have enough room for the supplemental facts box.

5    Do you see that part?

6         A    Mm-hmm.

7         Q    Are you, first of all, aware of what

8    was on the Dixie Botanicals labels?

9                    MR. BORON:  Objection as to

10                   form.

11        A    This is the only thing I know is

12   there was a photo of the back side, I guess, of

13   this dew drops where it said this product contains

14   CBD and other cannabinoids.

15        Q    Yes.  And I'm sorry.  I don't want

16   you to guess.  Let me please give you --

17                   MR. BENJAMIN:  Does counsel have

18                   an objection to me taking exhibits

19                   out of marked order, or should we

20                   rename them?  I guess it doesn't

21                   really matter; does it?

22                   MR. SHEPS:  I don't have any

23                   objection.  Call it whatever you

24                   labeled it.

25                   MR. BENJAMIN:  We labeled this

102

```
 1                    CINDY ORSER
 2              Exhibit Orser G.
 3        Q     If you could look at that in
 4   conjunction with what we just read.  If you could
 5   just take a moment to look at that with him.
 6                    MR. SHEPS:  Off the record.
 7                    (Discussion held off the
 8                    record.)
 9        Q     I'm sorry, but I have to take out of
10   order what's been marked Exhibits Orser G and H.
11   For purposes of some quick questioning on the
12   label, there are two photos that were also
13   exhibits in prior depositions.  But if you can
14   take a look at those, please, and just review
15   them.
16                    Have you had a chance to look at
17   those labels?
18        A     Yes.
19        Q     If you can look at those labels, you
20   had referenced that there was CBD extract, I
21   believe; correct, from your memory?
22                    MR. BORON:  Objection as to
23                    form.
24        A     I believe what I said was that the
25   product contained CBD and other cannabinoids.
```

```
 1                     CINDY ORSER
 2    That's what I remember seeing.
 3         Q    Does this label, to your knowledge,
 4    indicate that?
 5         A    Yes.
 6         Q    You're referencing exhibit?
 7         A    G.
 8         Q    G.  Okay.  So you're referencing
 9    specifically to CBD, and it looks like there's an
10    asterisk --
11         A    Right.
12         Q    -- extract derived from medicinal
13    hemp; right?
14         A    Yes.
15         Q    Okay.
16              MR. SHEPS:  Counsel, do you have
17              an extra copy.
18              MR. BENJAMIN:  Yes.  Sure.
19         Q    When it says CBD, do you know what
20    the asterisk refers to on that label?
21         A    The cannabidiol.
22         Q    Okay.  I'm going to submit to you
23    that these were pictures of the bottle that were
24    provided by the plaintiff in this case, Douglas
25    Horn --
```

1                          CINDY ORSER

2          A      Okay.

3          Q      -- as to the product that he took.

4          A      So is this the same bottle?  There

5     are two sides of the bottle?

6          Q      I believe that this is two sides of

7     the label that's on the bottle, yes.

8          A      Right.

9          Q      Do you know if, as it says in the

10    article, if Dixie Botanicals revised their labels

11    from what you see in front of you to something

12    else?

13                     MR. SHEPS:  Objection.

14                     MR. BORON:  Objection as to

15               form.

16                     MR. SHEPS:  The article?

17                     MR. BENJAMIN:  Right.  We read

18               the last paragraph of the article.

19         Q      So do you know, as it says there, if

20    they revised their labels?

21                     MR. BORON:  Objection as to

22               form.

23         A      No, I can't.  I don't have anything

24    to compare it to.

25         Q      Looking at those labels, would it

105

1                      CINDY ORSER

2     be -- in your opinion, would it be required to

3     disclose THC content on a label for a Medical

4     Marijuana product?

5          A     Yes.

6          Q     Have you seen in the past a label

7     that said something to the effect that it contains

8     some level of THC?

9                      MR. SHEPS:  Objection.

10                     MR. BORON:  Objection.

11         A     On a CBD product?

12         Q     On a CBD product, sure.

13         A     I've seen certificates of analysis,

14    so it's not a label on a bottle.

15         Q     I'm only asking as to a label right

16    now.

17         A     No.

18         Q     So you have not seen that.

19               Would it be appropriate to disclose

20    the THC level on a label --

21                     MR. BORON:  Objection as to

22               form.

23         Q     -- if a product had THC in it?

24                     MR. BORON:  Objection to the

25               form.

106

1                          CINDY ORSER

2                     MR. SHEPS:  Objection.

3        A     This is 2012, so I suspect they were

4    complying with --

5                     MR. SHEPS:  Don't guess.

6                     THE WITNESS:  Okay.

7        A     It says other cannabinoids.

8        Q     Would other cannabinoids include THC?

9        A     It could.

10       Q     Would you agree with me that a

11   consumer would not know what other cannabinoids

12   are; right?

13                    MR. SHEPS:  Objection.

14                    MR. BORON:  Objection as to

15             form.

16       A     No, I can't agree with that.

17       Q     A consumer would know what other

18   cannabinoids are, generally speaking?

19                    MR. BORON:  Objection as to

20             form.

21       A     The term cannabinoid would include

22   THC.

23       Q     When it says cannabidiol, is that

24   what it's referring to as to other cannabinoids?

25       A     No.  The asterisk is at the end of

107

1                    CINDY ORSER

2   CBD.

3        Q     I'm sorry.  You're right.

4              That's what CBD is; right?

5        A     Right.

6        Q     Have you ever seen a Schedule 1

7   warning on any label with a formulated Medical

8   Marijuana product?

9        A     No.

10        Q     So is that not done in the industry,

11   it's not put on a label?

12                    MR. BORON:  Objection as to

13              form.

14        A     No, not to my knowledge.

15                    MR. BENJAMIN:  We can put that

16              aside for now.

17              Let's break for lunch.

18              (After a luncheon recess was

19              taken, the following was had:)

20

21        A F T E R N O O N   S E S S I O N

22   CONTINUED EXAMINATION

23   BY MR. BENJAMIN:

24        Q     We're back on the record.

25              Dr. Orser, do you remember giving a

1                    CINDY ORSER

2    YouTube interview on September 25, 2015 with Todd

3    Denkin?

4          A     I remember giving an interview.  I

5    didn't know it ended up on YouTube.

6          Q     But as you sit here today, you did

7    sit down with Todd Denkin and answer questions

8    with him?

9          A     Oh, yeah.

10          Q     What was the purpose of that

11    interview?

12          A     It was with the Natural Marijuana

13    News, which is a sister company of Digipath.

14          Q     Was their relationship to Digipath;

15    are they marketing?

16          A     Right.  It's, you know, news,

17    marketing, communication.

18          Q     So was your interview made

19    specifically for marketing purposes or promotional

20    purposes?

21          A     Largely.  But it was also to provide

22    some information to people who listened to the TNM

23    news.

24          Q     In that interview you describe the

25    consulting business as mercenary science.  Do you

1                    CINDY ORSER

2    remember describing the consulting service as

3    mercenary science?

4         A     I do now that you've said that.

5         Q     What did you mean by that?

6         A     Well, I mean I've been practicing

7    science for a long time, and so there was a big

8    need within the cannabis industry for people who

9    understood science to come forward and try to

10   explain various aspects.

11        Q     Is that because cannabis testing is

12   relatively new?

13        A     Yes.

14        Q     And certainly in September of 2015;

15   correct?

16        A     Right.

17        Q     As part of that interview, and just

18   if you can testify as to what you remember, but

19   I'm going to tell you what you said in that

20   interview.  Tell me if you remember what it was

21   and elaborate.

22              One of the questions that Mr. Denkin

23   asked you was about edibles issues and

24   specifically edibles that were "unsanitary issues

25   with mislabeling and issues of mistesting."

110

1                        CINDY ORSER

2              Do you remember that question at all?

3      A     Not specifically, but it goes to the

4  general issue of needing standardization.

5      Q     Right.  So let's break it down.

6              What issues, I guess starting back

7  then when you answered that question, were there

8  as to edibles being unsanitary?

9      A     That really had to do with

10  adulterants, so we're talking about pesticide

11  residue, residual solvents and microbial

12  contamination.

13     Q     Those are things that you tested at

14  Digipath?

15     A     Yes.

16     Q     When I say edibles, let's at least

17  define for the record what an edible Medical

18  Marijuana product is.

19              Can you define that?

20     A     It's the format that you ingest.

21     Q     "You" meaning a general consumer?

22     A     Right.  A consumer.  It's something

23  you eat.

24     Q     Is it fair to say that it's a

25  formulated product --

```
 1                      CINDY ORSER

 2         A      Yes.

 3         Q      -- for human consumption; is that a

 4  fair statement?

 5         A      Yes.

 6         Q      How about with respect to

 7  mislabeling.  When Mr. Denkin asked you about

 8  mislabeling as to edibles, what is going on with

 9  mislabeling, at least back then?

10         A      Probably referring to that not all

11  testing labs are created equally, that not all

12  labs use validated protocols.

13         Q      Is it the labs that put the labeling

14  on products?

15         A      Well, it's the labs that provide the

16  Certificate of Analysis where the information

17  would be that the company would lift from to put

18  on the label.

19         Q      So specifically then, back then what

20  were some mislabeling issues with respect to

21  edibles?

22         A      Improper cannabinoid dosing.

23         Q      Anything other than dosing?

24         A      That and the adulterine issue.

25         Q      Anything with respect to THC content
```

1                    CINDY ORSER

2    when he asked you that question back in September

3    of 2015?

4         A     Right.  So that's the potency issue

5    about dosing.  Usually it was an inflation of

6    numbers, so claiming something had 800 milligrams

7    when it really only had 500.

8         Q     Because inflation of THC content

9    would make a customer buy the product more; is

10   that why?

11                    MR. BORON:  Objection as to

12                    form.

13        A     In general it leads to higher retail

14   price.

15        Q     Were there mislabeling issues with

16   deflation of THC content on labels?

17        A     Not in my experience.

18        Q     So prior to September, 2015, you had

19   not experienced mislabeling with respect to

20   deflation, specifically of THC content?

21        A     No.

22        Q     How about to today, fast forward,

23   between over the last two years, have you seen

24   mislabeling from a deflation perspective or

25   reduction?

113

1                      CINDY ORSER

2         A     No.

3         Q     What company who would be selling

4    Medical Marijuana formulated products have a

5    reason to deflate the THC content in their

6    labeling?

7                     MR. BORON:  Objection as to

8                     form.

9         A     Not that I know of.

10        Q     The last issue that he brought up in

11   the question was mis-testing.  What back then did

12   you mean when you said that edibles -- there were

13   edible issues as to mis-testing?

14        A     Again, it refers to the contamination

15   or improper analytical methods being used to

16   arrive at a potency.

17        Q     Because back then, as is the case

18   today, there's no standardization of that testing;

19   correct?

20                    MR. BORON:  Objection as to

21                    form.

22        Q     Digipath you built in 2014; correct?

23        A     (Nodding)

24        Q     Prior let's say in the period of time

25   that applies to this case in September, October of

114

1                      CINDY ORSER

2   2012, what labs, in your opinion, were competent

3   to do cannabis testing and other product testing?

4                      MR. SHEPS:  Objection.

5        A     I can't really say, because at that

6   time I wasn't embedded in the industry to have an

7   opinion.

8        Q     Were you affiliated with a lab back

9   then that would have been competent or been able

10  to do valid Cannabis testing back then?

11                     MR. BORON:  Did you say able or

12               unable?

13                     MR. BENJAMIN:  I said able.

14                     MR. BORON:  Objection as to

15               form.

16       A     Well, you know, I had ASDx

17  Biosystems.  We were a diagnostic lab.  We could

18  have, but we weren't licensed to do that, and we

19  weren't doing that.

20       Q     In 2012 though, you don't know of any

21  particular named lab that would have been

22  competent to do that?

23                     MR. BORON:  Objection as to

24               form.

25       A     No.

1                    CINDY ORSER

2          Q     Is it that you don't know of any or

3     there wasn't any?

4                    MR. BORON:  Objection as to

5                    form.

6          A     There were a handful of labs, but

7     again, because I wasn't interacting at a technical

8     level in the space, I really can't give an opinion

9     as to their competency.  But there were labs.

10    There was Steep Hill in Oakland, CannLabs in

11    Denver, and the Workshop in Pasadena.

12         Q     These were Colorado, California.

13    Where were those located, the ones you mentioned?

14         A     CannLabs, Denver.  The other two in

15    California.

16         Q     Were there any of those labs outside

17    of those states that at that point held Medical

18    Marijuana to be legal?

19         A     Of course.  You know, California had,

20    I think, from '96 that individuals had access, but

21    it was totally unregulated.  Actually until

22    January 1, it has been unregulated.

23         Q     How about New York specifically, has

24    New York ever had a testing lab?

25         A     My understanding is that New York

                          CINDY ORSER

1

2    appointed their state lab in Albany as the testing

3    lab for cannabis.

4         Q     Do you know when that was?

5         A     Maybe a year and a half ago.

6    Something like that.

7         Q     Was that the first in New York, to

8    your knowledge?

9         A     I mean to my knowledge, that's still

10   the situation here.

11        Q     Digipath was not the first lab to

12   sort of focus on Cannabis testing; correct?

13        A     Right.

14        Q     But according to the YouTube

15   interview that you gave, Digipath was state of the

16   art in 2014; was it not?

17        A     Yes.

18        Q     In the YouTube interview, you further

19   stated that there needs to be a national

20   discussion as to testing.

21        A     Right.

22        Q     You also stated that government

23   should get its head out of the sand because, as

24   you say -- as you also said -- 50 percent, or more

25   than 50 percent of the country endorsed the use of

117

```
 1                    CINDY ORSER
 2   Medical Marijuana.
 3                So what did you mean when you said
 4   that government back then, in September of 2015,
 5   should get its head out of the sand?
 6        A     That it should no longer ignore the
 7   will of the people.
 8        Q     Specifically, does that mean
 9   rescheduling some of the Schedule 1 substances; is
10   that your position?
11                    MR. BORON:  Objection as to
12                    form.
13        A     I think that that eventually will
14   happen.
15        Q     Would you support that effort?
16        A     Yes.
17        Q     Specifically as the THC, do you feel
18   that THC should not be a Schedule 1 drug?
19        A     I think the whole plant should not be
20   a Schedule 1.
21        Q     That includes THC; correct?
22        A     Right.
23        Q     Okay.  Why?  Give me a reason why you
24   feel it should not be Schedule 1.
25                    MR. BORON:  Objection as to
```

118

1                        CINDY ORSER

2              form.

3         A      There's plenty of scientific evidence

4    to support the medicinal value of this plant.

5         Q      Have you lobbied Congress or any

6    local government people to reschedule anything?

7         A      No.

8         Q      You said in that video that Schedule

9    1, which lists the controlled substances, and I'm

10   quoting you, makes everything extremely difficult.

11             Can you elaborate on what you meant

12   when you said that in the interview?

13        A      Lack of interstate transport,

14   barriers to conducting research, lack of banking

15   for the industry.  Those are the big three.

16        Q      Schedule 1 -- from your answer that

17   you just gave me, Schedule 1 makes it illegal to

18   transport those listed substances across state

19   lines; correct?

20                     MR. BORON:  Objection as to

21             form.

22                     MR. SHEPS:  I join.

23        A      Cannabis.

24        Q      Cannabis in general?

25        A      Cannabis as used for Medical

119
1                    CINDY ORSER
2    Marijuana, yes.
3         Q      Not hemp?
4         A      Not hemp.
5         Q      Do you intend to participate in any
6    lobby functions in DC as you said in this video?
7         A      I'm sorry.  What did I say?
8         Q      You said that the -- that you
9    looked -- strike that.
10               That because Schedule 1 made the --
11   put certain restraints on the industry, that there
12   has to be lobbying in D.C.
13               Do you remember saying that?
14        A      I don't remember that.
15        Q      As you sit here today, do you intend
16   to be involved in any lobbying?
17        A      No, I do not.
18        Q      You stated in the video also
19   something about ISO 17-025.
20               Are you familiar with that?
21        A      Yes.
22        Q      Can you tell me what that is?
23        A      That's an international standard, ISO
24   is International Standard Organization.  So for
25   example, Digipath -- I am taking them through ISO

120

1                         CINDY ORSER

2    17-025 accreditation right now.  That is now the

3    new norm that states are adopting for cannabis

4    testing labs.

5          Q     Are you able to tell us generally

6    what is contained in ISO 17-025 as a requirement?

7          A     Yes.  It embeds a quality management

8    system that stipulates how quality testing is

9    maintained within the lab.  So how many quality

10   control samples you have to run in each

11   instrument, so it's like every 15 samples has to

12   be a quality control sample, whether it's a spiked

13   matrix sample or just the reference standards.

14                    And at the beginning of the day, you

15   have to calibrate your instrument with spike

16   matrix samples.  At the end of the day you have to

17   calibrate and make sure that all those samples

18   that were run during that period interspersed with

19   all the quality control and that the machine

20   maintained it's calibration.  That's just one

21   example.

22                    Another big component of 17-025 is

23   what you do if you fall outside of your calibrated

24   compliance, and how you handle those samples and

25   how you document -- it's called out of

1                    CINDY ORSER

2  specification.

3              So everything is tightly controlled.

4  Everyone has their own -- a specific job

5  description.  There's a hierarchy of management.

6  It's who is responsible for what.  You can't allow

7  an SOP to leave the lab.  You can't even have one

8  printed.  The documents are controlled.  It's

9  just --

10       Q    Do those things that you mentioned,

11  do those apply specifically to Cannabis testing?

12  I mean 17-025 is a general international standard?

13       A    A standard for analytical testing

14  labs.

15       Q    Not specifically particular to

16  cannabis testing?

17       A    It is now.  There is a program

18  specifically for cannabis testing labs.

19       Q    As of when?

20       A    As of two and a half years ago.

21       Q    Is CannLabs still in existence, to

22  your knowledge?

23       A    No, it's not.

24       Q    Do you know what happened to it?

25              MR. BORON:  Objection.

1                    CINDY ORSER

2         A     It closed.

3         Q     It closed.  Do you know when?

4         A     Maybe 2014.  I'm guessing.  I'm

5    guessing.

6         Q     Around the same time that you started

7    Digipath?

8         A     Correct.

9         Q     Do you know why they were closed?

10        A     They made it be known that they were

11   for sale.  Actually Digipath tried to buy them,

12   but then we found out Colorado has a law

13   prohibiting profit sharing with a public company

14   in the marijuana space, so Digipath couldn't buy

15   them.  Someone else bought them and just shut them

16   down.

17        Q     Do you know if that company maintains

18   the CannLabs records?

19        A     Doubtful, but I don't know.

20        Q     Is it your understanding the

21   CannLabs' records were destroyed in that sale?

22        A     I don't know.

23        Q     Do you know anybody at CannLabs or

24   formerly at CannLabs?

25        A     I know Jennifer Murray who was the

123
                              CINDY ORSER
 1
 2  CEO.

 3          Q       Do you know where she is now?

 4          A       She's still in Colorado.

 5          Q       Do you know who she works for now?

 6          A       She sells jewelry.

 7          Q       Do you know the company that bought

 8  CannLabs?

 9          A       I don't.

10          Q       Was Jennifer Murray part of any other

11  company, to your knowledge, other than CannLabs

12  before her jewelry company?

13          A       Not to my knowledge.

14          Q       Okay.  Now let's move on to the easy

15  stuff and your report.

16          A       Okay.

17          Q       If you could take a look at what's

18  been marked Orser C.  Do you recognize that

19  document?

20          A       Yes.

21          Q       Describe just for the record what

22  that document is.

23          A       It's my findings based on the

24  documents that I was provided by Messner Reeves

25  that are listed there.

124

1                       CINDY ORSER

2          Q     I'm sorry.  Quickly some things I

3     forgot to ask.

4                Who retained you to provide opinions

5     in this case?

6          A     Messner Reeves.

7          Q     And how did Messner Reeves come to

8     find you?

9                     MR. BORON:  Objection as to

10                    form.

11         A     I was contacted by an attorney with

12    Messner Reeves in Denver.

13         Q     Did they contact you directly?

14         A     Yes.

15         Q     What is your fee structure for the

16    time that you spent on this case?

17         A     $150 an hour.

18         Q     Is that for both study and testimony,

19    or one or the other?

20         A     Both.

21         Q     Are those fees paid directly to you,

22    or are they paid to Big Sky?

23         A     To Big Sky.

24         Q     Do you have a superior at Big Sky

25    Biosystems, or are you the last?

125

                          CINDY ORSER

1

2        A      I'm the only employee.

3        Q      At Digipath, what is your title at

4   Digipath?

5        A      Chief Science officer.

6        Q      The two companies know that you're

7   here and giving testimony for this case; correct?

8        A      Yes.

9        Q      What percentage of time do you split

10  between Digipath and Big Sky?

11       A      I would say Digipath is probably 90

12  percent of my effort.

13       Q      Is your effort with Big Sky more from

14  an administrative standpoint?

15       A      You know, as I mentioned before, I

16  have a few referrals.  People want to know my

17  opinion.

18       Q      And you give those opinions under the

19  Big Sky company --

20       A      Yes.

21       Q      -- as you have done here; correct?

22       A      Correct.

23       Q      Are you getting paid by Digipath for

24  the time you're representing Big Sky or vice

25  versa?

126

1                    CINDY ORSER

2         A     That's a little confusing.  I mean

3     all of my income comes through Big Sky Biosystems.

4     It's an S corp.

5         Q     Part of this case, as you may

6     understand, has to do with results from a urine

7     drug screen test from the workplace; right?  You

8     understand that?

9         A     Yes.

10        Q     Have you ever done any work in

11    interpreting urine drug screen testings?

12        A     No.

13        Q     You mentioned that you did do some

14    blood test review for a judge in a case or

15    something; correct?

16        A     Yes.

17        Q     But in terms of a urine drug testing,

18    the answer is no; right?

19        A     Right.

20        Q     So as you sit here today, you don't

21    believe that you're qualified to render opinions

22    on urine drug testing; correct?

23                    MR. BORON:  Objection as to

24               form.

25                    MR. SHEPS:  Objection.

```
 1                        CINDY ORSER

 2        A     I don't believe I'm qualified.

 3        Q     Yes.  Do you not believe you're

 4   qualified to render opinions on urine drug

 5   testing?

 6        A     I do believe I'm qualified.

 7        Q     You just mentioned that you don't

 8   have any experience in your drug test results, so

 9   what is the basis of your --

10                  MR. BORON:  Actually, she

11                  testified she's never done any urine

12                  sampling.

13        A     It's a specimen, a sample.  It could

14   be anything.  It could be human blood, urine.  It

15   could be hair, it could be a cannabis plant, it

16   could be an extract.  They're all analytical

17   samples, and you actually use similar analytical

18   instrumentation.  So it's straightforward to

19   interpret these kind of results.

20        Q     So you believe the answer is you are

21   qualified to render opinions as to urine drug

22   testing results?

23        A     Yes.

24        Q     Thank you.  Looking at your report

25   marked Orser C, the first page tells us what you
```

1                    CINDY ORSER

2    reviewed --

3         A     Yes.

4         Q     -- to so support your opinions in

5    this report; correct?

6         A     Yes.

7         Q     Other than those things listed, was

8    there anything else that you reviewed to make your

9    opinions in this report?

10        A     In addition, I did go into the

11   literature some.

12        Q     I'm sorry.  Literature?

13        A     The literature, scientific

14   literature.

15        Q     On what specifically then; can you

16   give me the source?

17        A     I've looked at some of the references

18   that Dr. Graham listed.

19        Q     Okay.  Do you remember knowing what

20   your opinions were of the sources that he listed?

21                    MR. BORON:  Objection as to

22                form.

23        A     It's not so much I had an opinion.  I

24   just wanted to have the basis of information that

25   he was referencing.

```
 1                      CINDY ORSER

 2       Q     What were the topics of the

 3  literature that you researched?

 4       A     For example, he referenced a statute

 5  in Canada, and I thought that was curious.  So I

 6  looked at that, and I'm still not clear why that

 7  was referenced.

 8       Q     Other than that, was there anything

 9  else that you remember looking at outside of

10  what's listed in your report that you would take

11  issue with Dr. Graham's citing?

12                    MR. BORON:  Objection as to

13             form.

14                    MR. SHEPS:  Objection.

15       A     I'm not taking issue again.  For me

16  as a scientist, I like to have as much information

17  as possible.  So if he bothered to list something,

18  I thought it was my responsibility to take a look.

19       Q     Other than that industrial hemp

20  regulation from Canada, was there anything else

21  that caught your eye?

22       A     Yeah.  He referenced a simulated

23  study suggesting that CBD gets psychologized to

24  THC in a stimulated gastric environment.  He also

25  referenced some urinalysis studies of controlled
```

130

1                        CINDY ORSER

2     ingestion of THC.

3          Q     With respect to the two pieces that

4     you mentioned, did you have any opinion or issue

5     with his citation of those?

6                        MR. BORON:  Objection as to

7                   form.

8          A     It led me to find other references on

9     the same topic that add some doubt as to his

10    conclusions.

11         Q     Did you ever render a report in

12    response to his rebuttal report?

13         A     Not to his rebuttal, no.

14         Q     As you sit here today, do you have

15    those sources?  Do you know what the sources are

16    that would refute what he was saying there?

17                       MR. BORON:  Objection as to

18                  form.

19                       MR. SHEPS:  Objection.

20         A     I have one of them on my computer.

21         Q     Do you know what the name of it is?

22         A     It was actually taking the office

23    aside with regard to the simulated gastric

24    environment.  It was more of an opinion.

25         Q     Well, now you treated that in your

131

1                        CINDY ORSER

2   report; didn't you?  You did state --

3          A     Yes.

4          Q     -- that THC is not psychologized as

5   you said, in a gastric environment; is that what

6   you said in the report?

7                    MR. BORON:  Objection as to

8                    form.  What she said in the report is

9                    going to be in the report.  It's not

10                   fair to paraphrase things that are in

11                   a report.

12         Q     So what did you say in your report

13  with respect to the gastric environment?

14         A     So it's on page 5 under item 6.  So

15  even though Dr. Graham innovates that Mr. Horn

16  could have experienced conversion of CBD to THC in

17  his stomach, there's no evidence that occurred.

18  Despite Dr. Graham's reference to two publications

19  where a synthetic stomach PH environment was

20  created and molecular rearrangements were noted

21  from CBD to THC, there's no evidence from a living

22  biological system that CBD is chemically

23  transformed to THC in his stomach.

24         Q     Did you have a source that supported

25  that?

132

```
 1                        CINDY ORSER

 2        A    Yes, I did.  It's not here.  I didn't

 3   footnote it.

 4        Q    And you don't know it offhand as you

 5   sit here today?

 6        A    I can't.

 7        Q    The appendix, let's start with the

 8   appendix in your report as to the AMSL lab

 9   details.

10             Do you see that appendix?

11        A    Mm-hmm.

12        Q    Now you did not indicate the MSL lab

13   details in your list of documents.  You see that;

14   correct?  You see the first page.  You didn't list

15   the MSL lab results -- excuse me, lab details.

16                  MR. BORON:  That's not a

17             question; right?

18                  MR. BENJAMIN:  It is a question.

19        Q    You didn't list that in the list on

20   the first page?

21                  MR. BORON:  I object to it if

22             it's a question.

23                  MR. SHEPS:  I will object as

24             well.

25        Q    Do you understand the question?
```

```
1                         CINDY ORSER

2          A      Number 5 is the EMSL lab report.

3          Q      Right.  That's the laboratory report.

4          A      Right.

5          Q      I think you pulled Appendix A from

6     their website; is that true?

7          A      Right.  That's why I say these are

8     the documents I was provided.  I referenced this,

9     point number 4 on page 5.

10         Q      So did you do that research, the MSL

11    website, or was that provided to you?

12         A      I did that.

13         Q      That was not listed in your first

14    listing on the first page.

15                Did you review any other websites

16    other than the EMSL lab details?

17         A      Yes.  Of course.

18         Q      What else?

19         A      Many, many things.  I went to the

20    other testing lab's website.

21         Q      What other testing lab?

22         A      The Clinical Reference Lab, Labcorp,

23    Quest.

24         Q      And did anything that you found on

25    those websites serve as a basis for your opinion
```

134
1                          CINDY ORSER

2    in this report?

3         A     Well, of course.

4         Q     But you did not list them in that

5    initial listing?

6         A     These are the documents I was

7    provided.  I didn't make a list of everything I

8    went and looked up.

9         Q     All right.  So other than the lab

10   websites that you went to to get the information,

11   outside of what was provided to you, was there

12   anything else that you based this -- any portion

13   of this report on?

14        A     I can't give you a detailed answer.

15        Q     On the second page of your report,

16   the first full paragraph says that it was -- if

17   you see there, and I'm quoting, it was federally

18   legal to import industrial hemp stalks as they

19   typically contain less than the federal guideline

20   limit for THC in imported industrial hemp, which

21   is .3 percent.

22               Do you see that part?

23        A     Mm-hmm.

24        Q     Okay.  The hemp that was provided to

25   Dixie in this case was from the cannabis sativa L

```
 1                    CINDY ORSER
 2   plant; right?
 3                    MR. BORON:  Objection as to
 4             form.
 5                    MR. SHEPS:  Objection.
 6        A    I'm assuming, but I have no way of
 7   knowing.
 8        Q    What makes you assume it was from the
 9   cannabis in your plant?
10        A    Because they call it hemp.
11        Q    That is the Latin inform of hemp,
12   cannabis sativa L?
13        A    Correct.
14        Q    Now, again you don't cite any
15   specific guideline in this paragraph, but do you
16   know where that .3 percent comes from?
17        A    I say here under the Controlled
18   Substances Act.
19        Q    Do you know what specific provision
20   in Controlled Substances Act that .3 shows up?
21        A    No.  I don't have it listed.
22        Q    Okay.  So my question is:  Does that
23   .3 percent apply to industrial hemp material, or
24   does it apply to the final process product from
25   the plant material?
```

136

```
 1                        CINDY ORSER
 2                   MR. BORON:  Objection as to
 3               form.
 4                   MR. SHEPS:  Objection.
 5        A     I believe it applies to both.
 6        Q     Okay.  So what makes you believe that
 7   it applies to the final processed product?
 8                   MR. BORON:  Objection as to
 9               form.
10        A     I guess from my experience of how
11   people are interpreting that and operating.
12        Q     The .3 percent is a threshold based
13   on interpretation in the science field, or is it
14   something that's specifically listed in the
15   Controlled Substances Act?
16                   MR. BORON:  Objection as to
17               form.
18                   MR. SHEPS:  Objection.
19        Q     Can you answer the question?
20        A     I don't know.
21        Q     You don't know whether the .3 percent
22   threshold applies to industrial hemp?
23        A     No.  That's not the question.
24                   MR. SHEPS:  Let him finish.
25        Q     You don't know what the .3 percent
```

137

                    CINDY ORSER

1

2     applies to of those two products?

3                    MR. BORON:  Objection as to

4            form.

5                    MR. SHEPS:  Objection.

6         A     Previously I said that my opinion is

7     it applies to both.

8         Q     And so what is the basis of that

9     opinion if it's other than your experience in

10    Cannabis testing?

11        A     The confusion here apparently is

12    what -- what was the guideline from 2012 to 2014

13    prior to the Farm Bill where it became clarified.

14        Q     Did this .3 percent threshold exist

15    in that time frame from '12 to '14?

16        A     Well, I'm assuming it did.  I did not

17    download the controlled substance act and read

18    through it.

19        Q     Right.  But if the Controlled

20    Substances Act would have stated specifically

21    whether it applied to industrial hemp or a final

22    formulated product or both; right?

23                    MR. SHEPS:  Objection.

24                    MR. BORON:  Objection as to

25            form.

138

                        CINDY ORSER

1

2      A     I can't answer that.

3      Q     What does the Farm Bill of 2014 say

4  with respect to that .3 percent threshold?

5            MR. SHEPS:  Objection.

6      A     That was the guideline given to the

7  industry that allowed them to begin cultivating

8  industrial hemp in the U.S. and cannabis complicit

9  states.

10     Q     But again, does it apply in the Farm

11 Bill now of 2014 to only industrial hemp or the

12 formulated product?

13            MR. SHEPS:  Objection.

14            MR. BORON:  Objection as to

15            form.

16     A     I think somebody should go get a copy

17 of that bill instead of beating around the bush.

18     Q     I'm asking a very specific question.

19     A     I know.

20     Q     You don't know whether it's stated in

21 the bill, at least the 2014 bill; is that right?

22     A     I don't know.

23     Q     You don't know if between 2012 and

24 2014 there was anything to indicate that the

25 .3 percent applied to both industrial hemp and a

139

1                        CINDY ORSER
2    final formulated product?
3                    MR. BORON:  Objection as to
4            form.
5                    MR. SHEPS:  Objection.
6         A    I can't answer that.  Again, I need a
7    copy of the document.
8         Q    When you say the .3 percent threshold
9    applies to a final processed product, that is
10   based on your experience in the field between 2012
11   and 2014?
12        A    That is what people in the industry
13   were doing.
14        Q    But the answer is yes; right?
15                   MR. SHEPS:  Objection.
16                   MR. BORON:  Objection as to
17           form.
18        Q    I just really want a yes or no
19   answer.
20        A    To what question?
21        Q    Your contention that the .3 percent
22   minimum threshold of THC --
23        A    It's actually maximum.
24        Q    I'm sorry.  You're right.
25                   -- maximum threshold of THC applies

140

1                        CINDY ORSER

2     to the final processed product, such as one that

3     is at issue in this case, is based on your

4     experience and not anything that you have seen

5     written --

6                        MR. SHEPS:  Objection --

7                        MR. BORON:  Objection as to

8                 form.

9          Q      -- in a bill?

10         A      I know that is the guideline the

11    industry was operating under that allowed them to

12    bring hemp and hemp products across state lines

13    is -- the guideline was below .3 percent.  That's

14    certainly what Colorado adopted.  It's what Nevada

15    has adopted.

16         Q      When you say hemp product, you mean a

17    final processed product for human consumption such

18    as the one at issue?

19         A      Yes.

20         Q      I mean the THC content would normally

21    differ, would it not, from industrial hemp as it

22    comes in in its raw form, as opposed to a final

23    formulated processed product.  Would you agree

24    with me on that?

25         A      Right.

141

1                        CINDY ORSER

2          Q     And you're saying that the same

3     standard applies, the .3 percent legal minimum --

4     excuse me -- maximum limit applies to both

5     industrial hemp and a processed product?

6          A     I think that's the definition that

7     was given of hemp.  That's the definition.  So if

8     you're selling a product and you're labeling it

9     hemp, whether it's compacted raw material or

10    extracted material, if you're marketing it as

11    hemp, it has to be below .3 percent THC.

12         Q     But that's not what the Controlled

13    Substances Act says; is it?

14                        MR. BORON:  Objection as to

15               form.

16                        MR. SHEPS:  Objection.

17         Q     The Controlled Substances Act does

18    not say with respect to hallucinogenic substances

19    that .3 percent is the legal maximum?  That's not

20    what it says; is it?

21                        MR. SHEPS:  Objection.

22                        MR. BORON:  Objection as to

23               form.

24         A     I'm talking about the Farm Bill.

25         Q     I mean I'm talking about the

142

```
 1                      CINDY ORSER
 2    Controlled Substances Act.  I want you to just
 3    focus on that as the context of my question.
 4                Do you know what limit the Controlled
 5    Substances Act allows for THC content in a product
 6    so as to fall outside of the definition of a
 7    controlled substance?
 8                      MR. SHEPS:  Objection.
 9                      MR. BORON:  Objection as to
10                 form.
11                      MR. SHEPS:  Controlled
12                 substances as of when?  In what time;
13                 as compared to what?
14                      MR. BENJAMIN:  I'm simply asking
15                 a general question about the
16                 Controller Substances Act.
17                      MR. SHEPS:  From when?
18                      MR. BENJAMIN:  At any time.
19                      MR. SHEPS:  Then I continue my
20                 objection.
21         Q    Do you understand the question?
22         A    I think you're trying to draw a
23    distinction.
24                      MR. BORON:  You don't have to
25                 tell him what he's trying to do.
```

143

1                        CINDY ORSER

2              Listen to the question and answer it.

3      Q     The .3 percent threshold does not

4   come from the Controlled Substances Act, does it?

5      A     No, because people worked.  The hemp

6   was not in the dialogue when the Controlled

7   Substances Act was written, which was what, in the

8   Nixon era.

9      Q     Which would have applied in 2012;

10  correct?

11                  MR. BORON:  Objection as to

12                  form.

13                  MR. SHEPS:  Objection.

14     Q     Yes or no?

15     A     I'm not a lawyer, but I would

16  suppose.

17     Q     I'm not asking you a legal question.

18  I'm asking you whether you know.

19     A     I don't know and I don't have a copy

20  of it.  If you would provide it, that would be

21  great.

22     Q     I will.  We'll get to it.  But I'm

23  just simply asking you your knowledge as to what

24  you put in your report, because it's not clear

25  whether -- you have not made it clear, and I will

144

                              CINDY ORSER
1
2    tell you specifically.

3              In that first sentence, you don't
4    mention formulated products whatsoever.  You only
5    mention industrial hemp as to the .3 percent
6    threshold.

7              Do you see that first sentence?

8         A    I do.

9         Q    So did you mean to say in that
10   sentence that the .3 percent only applies to
11   industrial hemp?

12        A    No, I didn't.

13        Q    Wouldn't you have included the
14   language of formulated product, if that's what the
15   .3 percent applied to?

16              MR. BORON:  Objection as to
17              form.

18              MR. SHEPS:  Objection.

19        Q    Wouldn't you have included that
20   language?

21              MR. BORON:  Objection to form.

22              MR. SHEPS:  Objection.

23        A    I'm not sure.  I'm not sure.  I would
24   have to go back to what I was thinking at the time
25   with my argument here.

```
 1                     CINDY ORSER
 2        Q     Does it make sense to you that the
 3   .3 percent would apply to those two different
 4   products, one raw and one formulated?
 5                     MR. SHEPS:  Objection.
 6                     MR. BORON:  Objection as to
 7             form.
 8        Q     Can you answer that question?
 9        A     You have to realize that the hemp --
10   raw hemp can have a much lower level of THC than
11   0.3.  This is the maximum.
12        Q     I understand that.  But my question
13   is does it make sense to you that there would be a
14   federal standard which you acknowledge in your
15   report, would it make sense to you that it would
16   apply to both an industrial and raw form of hemp
17   and then a formulated product later on?  In other
18   words, wouldn't there be another threshold number
19   for the formulated product?
20                     MR. BORON:  Objection as to
21             form.
22        A     Not my definition.  Hemp is defined
23   as less than .3 percent.
24        Q     So you're deferring to the definition
25   of --
```

146

1                    CINDY ORSER

2        A     Hemp.

3        Q     Right.  And that definition would

4    correspond to the .3.; correct?

5                    MR. BORON:  Objection as to

6              form.

7                    MR. SHEPS:  Objection.

8        A     (Nodding)

9        Q     Does the Farm Bill talk about final

10   processed products?

11       A     I don't know.

12                   MR. SHEPS:  I will object

13             anyway.

14       Q     Do you know how many controlled

15   substances there are in the B act?

16                   MR. BORON:  Objection as to

17             form.

18                   MR. SHEPS:  Objection.

19       A     No.

20       Q     Do you know, for instance, what

21   differentiates a drug between a Schedule 2 to a

22   Schedule 4 drug?

23                   MR. BORON:  Objection as to

24             form.

25       A     I can't recite the specifics.

1                     CINDY ORSER

2         Q     If you generally know, then I'm just

3    looking for that answer.

4                   MR. SHEPS:  Is that a question?

5                   MR. BENJAMIN:  Yes.

6         A     It has to do with medical benefits

7    versus risk to the public.

8         Q     But you do know that THC is

9    classified under Schedule 1; correct?

10        A     Yes.

11        Q     Do you know what criteria are applied

12   to make a Schedule 1, make it to that list?

13                  MR. SHEPS:  Objection.

14                  MR. BORON:  Objection.

15        A     No medical benefit.

16        Q     So the list of Schedule 1 drugs have

17   no medical benefit as defined by the act; correct?

18                  MR. SHEPS:  Objection.

19        A     Yes.

20        Q     Now if you look again at page 2 under

21   the brief sequence of events that you stated

22   there, in number 3 you see there that you talked

23   about Mr. Horn's urine drug screen on October 9,

24   2012.  Do you see that?

25        A     Mm-hmm.

                                                           148
1                        CINDY ORSER

2          Q      And you state that, and I'm quoting:

3    We are not instructed as to which THC metabolite

4    produced that positive result.

5                  Do you see that there?

6          A      Yes.

7          Q      You know that he was tested under

8    Department of Transportation requirements; do you

9    know that?

10         A      Yes.

11         Q      Do you have a familiarity with DOT

12   drug screenings?

13         A      I know the sequence of events, and

14   the first level is immunoassays where there can be

15   cross reactivity.

16         Q      Do you know how many drug classes are

17   tested in a DOT screening?

18         A      It depends if it's the 5 panel or the

19   10 panel.

20         Q      Do you know what he did.

21         A      I think it was the 5.

22         Q      So what are those drugs then that

23   were tested if it's a five-panel test?

24         A      It would be on a copy of the report.

25   But it's barbiturates, marijuana is one of them.

                                                                    149

1                          CINDY ORSER

2    Amphetamines, opioids and benzodiazepines.  I'm

3    not sure what is the fifth one is.

4         Q     So for that DOT screening, do you

5    know what the cut off concentration is for a

6    positive result?

7                    MR. BORON:  Objection as to

8                    form.

9                    MR. SHEPS:  Objection.

10        A     For marijuana, it's 50 NG per ML.

11        Q     So after that result is obtained, are

12   you aware that there's an additional testing to

13   confirm that original finding?

14        A     Yes.

15        Q     What is the cutoff concentration for

16   that?

17        A     15 nanogram per mil.

18        Q     Do you know what substance is

19   specifically tested for in a DOT marijuana

20   confirmation test?

21        A     No, because we're not told.

22        Q     Is there a standard that the DOT

23   tests for?

24                    MR. BORON:  Objection as to

25                    form.

150

1                    CINDY ORSER

2              MR. SHEPS:  Objection.

3       Q     Do you know the answer to that

4  question?

5       A     Well, they're inconsistent in the

6  reports.  Some say THC, some say Delta 9, some say

7  THC metabolites.

8       Q     So they vary for different tests?

9       A     No.  The information that we were

10  provided in the report.

11      Q     Was not specified; is that your

12  testimony?

13      A     Yes.

14      Q     But typically in your understanding,

15  all of those different THC -- is it right to say

16  compounds or types -- all of those are tested in a

17  DOT screening test?

18      A     They should be.

19      Q     Okay.  But to your knowledge, there's

20  not -- it's not that just one of them are tested.

21  The ones that you just mentioned.

22      A     I think it's going to depend on the

23  lab.  I mean the information that I saw, it wasn't

24  consistent.

25      Q     Isn't it the carboxy THC that's

```
 1                    CINDY ORSER
 2  tested in the DOT drug screening?
 3                    MR. BORON:  Objection as to
 4             form.
 5       A    The carboxy is what is excreted in
 6  the urine.  So that should be the metabolite they
 7  test for.
 8       Q    So isn't it incorrect for you to say
 9  that you did not know which one they were testing
10  for?
11                    MR. SHEPS:  Objection.
12                    MR. BORON:  Objection.
13       A    You have to appreciate that I'm a
14  very detail-oriented person.  So when you look at
15  the scans they provided, I did not see a scan of
16  the metabolite.
17       Q    Do you know if the specific
18  metabolite is stated in DOT regulations as to what
19  the tests are supposed to screen for?
20       A    I did not look up the DOT
21  regulations.
22       Q    Okay.  Look down, please, then at
23  number 5.
24       A    Okay.
25       Q    You said there that it was the
```

152

1                         CINDY ORSER

2    product that -- the product that he sent to the

3    EMSL lab was not the identical product which he

4    had taken.

5              Do you see that there?

6         A    Yes.

7         Q    So it's fair to say also though, and

8    I will give you the CannLabs Certificates of

9    Analysis.

10             Let me give you what's been marked

11   Orser F.  If you can take a look at Orser F.

12             MR. BENJAMIN:  Off the record.

13             (Discussion held off the

14             record.)

15        Q    I put in front of you now, to mix it

16   up a little bit, Exhibit Graham 13 that was marked

17   on December 1, 2017 as opposed to my Orser F,

18   which was out of order.  So we're going to use

19   Graham Exhibit 13.

20             Dr. Orser, if you can take a look at

21   the Exhibit Graham 13.  Could you describe for the

22   record what that is?

23        A    It's a series of four Certificate of

24   Analysis from CannLabs testing Dixie hemp's 500

25   milligram dew drop.  Yes.  We have no lot numbers,

153

1                    CINDY ORSER

2  so I don't really know if they're related.

3        Q      So this product that -- this was one

4  of the things that -- these four pages were what

5  you reviewed as a basis for your opinions in your

6  report; correct?

7        A      Yes.

8        Q      Who provided you these?

9        A      It was in the Messner Reeves

10 documents.

11       Q      These are not specific as to a lot of

12 the product?

13       A      Correct.

14       Q      So as I think you just stated, these

15 do not correspond to the product that Mr. Horn

16 says that he took between October 1 and October 9,

17 2012; right?

18       A      Correct.

19       Q      Would it have been useful to you to

20 get the Certificates of Analysis that did apply to

21 that particular product?

22       A      Yes.

23       Q      Did you ask for those particular

24 Certificates of Analysis?

25       A      Apparently they don't exist.

154

1                      CINDY ORSER

2         Q     The ones that were applicable to the

3    product as far back as October 1 do not exist?

4                MR. SHEPS:  Objection.

5         A     I haven't seen them.

6         Q     Did you ask for them?

7         A     I did.

8         Q     What was the response to when you

9    asked for them?

10        A     That they didn't have them.

11        Q     Did you have an understanding of

12   whether they were destroyed?

13        A     I mean I asked the attorney if they

14   existed.  So I have no opinion.

15        Q     What would have been the test date,

16   to your knowledge, for a product that was taken by

17   Mr. Horn as early as October 1, 2012?  What would

18   have been in that test field?

19                MR. SHEPS:  Objection.

20        A     A date prior to October 1?

21        Q     Could it have been any date, or would

22   it have been the week before?

23                MR. SHEPS:  Objection.

24        Q     Or something else.

25                MR. SHEPS:  Objection.

155

1                        CINDY ORSER

2          A      Well, if you look at the evidence we

3    have here, it looks like they're guaranteeing

4    their results for two months.  So, therefore, I

5    would deduce it should have happened within two

6    months.

7          Q      All right.  Thank you.

8                 So is there any reason, to your

9    knowledge, that Certificates of Analysis would not

10   exist only two weeks prior to the ones you were

11   provided?

12                     MR. BORON:  Objection as to

13                form.

14                     MR. SHEPS:  Objection.

15         A      I don't know.

16         Q      I mean basing your report on

17   Certificates of Analysis of a product that was

18   tested on October 16, 2012, does that make the

19   report irrelevant?

20                     MR. BORON:  Objection as to

21                form.

22                     MR. SHEPS:  Objection.

23         A      No.

24         Q      Why not?

25         A      This is just one more bit of

156

1                        CINDY ORSER

2    information in this case to take into

3    consideration.

4         Q     Looking at these Certificates of

5    Analysis, you cannot draw any conclusion, can you,

6    for the product that was taken two weeks prior?

7                    MR. BORON:  Objection as to

8                form.

9                    MR. SHEPS:  Objection.

10        A     Not definitively.

11        Q     Is it your testimony that the product

12   that was tested on October 16, 2012 was identical

13   to the one that was taken on October 1, 2012?

14                   MR. SHEPS:  Objection.

15                   MR. BORON:  Objection as to

16               form.

17        A     I can't say that.

18        Q     You didn't see anything that would

19   show you something like that; right?

20        A     No.

21                   MR. BORON:  Objection as to

22               form.

23                   MR. SHEPS:  Objection.

24        Q     Did you receive any correspondence

25   from anyone stating that these Certificates of

157

1                        CINDY ORSER

2      Analysis in front of you were a representative --

3      were as to a representative sample of that which

4      was on the market on October 1, 2012?

5                        MR. SHEPS:  Objection.

6                        MR. BORON:  Objection as to

7              form.

8          A    I don't know.

9          Q    So we don't even know if what was

10     tested here on these Certificates of Analysis was

11     even a representative sample; correct?

12         A    Correct.

13                       MR. BORON:  Objection as to

14             form.

15                       MR. SHEPS:  Objection.

16         Q    I guess the question is then why do

17     you think these would be useful in determining the

18     THC content of the Dixie Elixir product at issue

19     here?

20         A    I found this relevant because it

21     demonstrates that Dixie was complying with the

22     requirements in the State of Colorado, that their

23     products are below the .3 percent THC.

24         Q    That .3 percent is a Colorado

25     threshold?

158

CINDY ORSER

1

2      A      It's Colorado, but it's also the Farm

3   Bill; right?   But it is Colorado.

4      Q      Back in 2012, the Farm Bill didn't

5   apply; right?

6      A      Right.

7      Q      So back in 2012, was .3 percent a

8   state legal limit for THC in Colorado?

9                  MR. SHEPS:  Objection.

10      A      That was my assumption.

11      Q      We had to get the .3 percent from

12   somewhere.  It's not your testimony that it came

13   from the Controlled Substances Act; right?

14                  MR. BORON:  Objection as to

15                  form.

16                  MR. SHEPS:  Objection.

17      A      I can't clarify that without looking

18   at the document.

19      Q      To your knowledge, in 2012, say in

20   the month of October of 2012, there was no maximum

21   legal limit for THC in the State of New York;

22   correct?

23                  MR. SHEPS:  Objection.

24      A      I don't know.

25      Q      Do you have an idea of whether -- if

159

1                        CINDY ORSER

2    the reason for you not having the specific

3    Certificates of Analysis had anything to do with

4    CannLabs' closure as a business?

5                        MR. BORON:  Objection to form.

6         A    I can't say.

7         Q    As you sit here today, you don't know

8    where CannLabs records would be held?

9         A    I don't know.

10         Q    Do you think that Jennifer Murray

11    would be able to tell me?

12                        MR. BORON:  Objection to the

13               form.

14         A    I don't know.

15         Q    Do you have any reason to believe

16    with your testimony as to the relevance of this

17    that this can be relied upon as an accurate

18    measure of THC in the product of October 1, 2012?

19                        MR. BORON:  Objection as to

20               form.

21                        MR. SHEPS:  Objection.

22         A    I can't really say that either.

23         Q    Okay.  What are batch records as

24    compared to Certificate of Analysis?

25         A    So a batch record would be for

1                       CINDY ORSER

2    whatever the batch size is, whatever that unit is.

3    So batch is -- usually the cured flower is a

4    batch, or a bulk extraction is a batch.  This is a

5    finished product.

6         Q    Would there have been batch records

7    with respect to both the product that was tested

8    on October 16 and the one that was tested back on

9    October 1, 2012?

10        A    That's a question for CannLabs and

11   Dixie.  I don't know the answer.

12        Q    Is that something that you would have

13   liked to have seen for this report?

14        A    Yes.

15        Q    Did you ask them for that?

16             MR. BORON:  Objection as to

17             form.

18             MR. SHEPS:  Objection.

19        A    I did not.

20        Q    To clarify, the batch records have to

21   do with the quantity of the sample that's provided

22   to make these Certificates of Analysis; is that a

23   proper statement?

24        A    It's just upstream of a finished

25   product.  So, you know, if you're Stouffer and

161

1                          CINDY ORSER

2     you're manufacturing frozen lasagna, first you

3     have to cook the noodles, right, and then you have

4     to make the sauce.  Then you have your final

5     product, which is the lasagna.

6          Q     Gotcha.  But batch records don't talk

7     about THC, right, to your knowledge?

8                     MR. SHEPS:  Objection.

9          A     To my knowledge for them, I don't

10    know.

11         Q     Did you at all find it unusual that

12    they gave you these Certificates of Analysis for a

13    different product?

14         A     Well, yes.

15                    MR. BORON:  Objection as to

16               form.

17         Q     Okay.  Looking at the actual face of

18    these documents, if you would, the first page of

19    Graham 13, Graham Exhibit 13, does show what you

20    stated as the maximum legal limit for THC --

21    excuse me, to .3 percent, 0.3 percent?

22         A     Yes.

23         Q     And next to it it says asterisk,

24    undetectable, and the asterisk seems to refer to

25    the asterisk explanation underneath.  It says:

162

1                         CINDY ORSER

2    Any test value below.  1 percent is considered to

3    be undetectable.

4                   You see that; right?

5         A    Yes.

6         Q    So that particular certificate --

7    well, was that -- in that packet before you, do we

8    have the exact numbers that -- where it would have

9    fallen below the .1 percent later on in the

10   exhibit, or were there other pages?

11                   MR. SHEPS:  Objection.

12                   MR. BORON:  Objection as to

13             form.

14        A    Yes.

15        Q    Okay.  Where is it that the amount

16   per product that's undetectable, in other words,

17   that which is below .1 percent, which page does

18   that correspond to?

19                   MR. BORON:  Objection.

20        A    I think you're asking to look at

21   page 2 where it says .05 percent.

22        Q    Isn't that a different -- that's the

23   same test?

24        A    I don't know.

25        Q    What are the last two pages then?

```
 1                    CINDY ORSER
 2  Could you please tell me what the last two pages
 3  of the exhibit are, which seem to be a breakdown
 4  of the assays.
 5       A    It seems to be a much more extensive
 6  Certificate of Analysis where they're looking at
 7  six different cannabinoids.  So we get the actual
 8  assay results.  They provide a ratio and then in a
 9  sample size what the actual content would be.
10       Q    Okay.  So please clarify for me,
11  because I do not understand, are these two
12  separate samples tested, or is this one combined
13  sample that was tested?
14                    MR. BORON:  Objection as to
15             form.
16                    MR. SHEPS:  Objection.
17       A    I don't have enough information.  I
18  mean the test ID number is the same for the first
19  two.  And the last two, where we have more
20  information, give a slightly different
21  identification.
22       Q    Right.  Thank you.  There's one that
23  says -2, and there's one that says -5.  Is that
24  what you're referring to?
25                    MR. BORON:  Objection to form.
```

164

CINDY ORSER

1         A    I'm talking about it says CBD

2  1011.rnd-500 milligrams, and then we have one that

3  says CBD 0803 mix E2.

4         Q    So that would indicate to you then

5  that it was two separate samples?

6                MR. BORON:  Objection as to

7           form.

8                MR. SHEPS:  Objection.

9         Q    Is that a fair statement?

10             MR. BORON:  Objection as to

11          form.

12        A    I would say so, because you can see

13  the numbers are different.

14        Q    The numbers are different, so can I

15  glean from that that there were at least two

16  separate samples on that test date?

17             MR. BORON:  Objection as to

18         form.

19        Q    So each of the 500-milligram products

20  that you see in the last two pages that are, as

21  you said, a more detailed breakdown of each of the

22  cannabinoids that were tested?

23        A    Right.  Only one of them says

24  500 milligrams.

165

                         CINDY ORSER

1

2          Q      Okay.  Do we know how many milligrams

3    the other one is?

4          A      No.

5          Q      In each case, in one cannabinoid

6    assay, the one with the 500 milligram notation

7    there says that the max THC is .04; right?

8          A      Mm-hmm.

9          Q      The other one says the max THC is

10   .05?

11         A      Yes.

12         Q      Do those correspond to the first two

13   pages of that exhibit, which looks more like a

14   summary; are you able to tell me that?

15         A      So we have total CBD of 516.  I

16   think -- I think page 1 corresponds with page 4,

17   and -- yes, page 1, these -- these are -- the only

18   thing different between these two is this .05.

19                    MR. BORON:  Can you clarify for

20                the record when you say between these

21                two?  Nobody will know what you're

22                talking about when they look at the

23                records later.  Thank you.

24         A      The first two pages --

25                    MR. SHEPS:  To clarify, if I'm

166

1                    CINDY ORSER

2               not mistaken, you're saying that

3               there's no discernible difference

4               between page 1 and page 2 of this

5               exhibit in your opinion?

6                    THE WITNESS:  Correct.

7                    MR. SHEPS:  Other than this, the

8               indication of the amount per product?

9                    THE WITNESS:  Right.  Right.

10      Q    That's a pretty discernible

11  difference actually.

12               You stated that the .05 max THC, that

13  would correspond to the summary page, if you will,

14  or page 2 of this exhibit that shows the .05;

15  correct?

16      A    Page 4.

17      Q    Okay.  So the one that says

18  undetectable, in other words, the very first page

19  that days undetectable, does that correspond to

20  the 500 milligram product that I think is page 3

21  in the exhibit?

22                    MR. BORON:  Objection as to

23               form.

24      A    I can't make that judgment.

25      Q    So would you agree with me then that

1                        CINDY ORSER

2      .05 and .04 are less than .3; correct?

3           A      Correct.

4           Q      However, those numbers indicate some

5      quantity of THC; right?

6           A      Detectable, even though right here

7      they say if it's below .1, it's not detectable,

8      even though they're reporting it later.

9           Q      When you say reporting it later, are

10     you talking about the .05 percent?

11          A      On the first page it says

12     undetectable.  It defines undetectable as below

13     0.1, but yet on the last two pages, they're

14     reporting a value of less than .1.  The .04 and

15     .05 percent.

16          Q      So there is, at least with respect to

17     the .05, a detectable amount of THC; correct?

18                      MR. BORON:  Objection as to

19                 form.

20          A      It's being reported.

21          Q      And it doesn't say undetectable

22     there; right?

23          A      Right.

24          Q      So that is some quantity of THC in at

25     least these Certificates of Analysis?

168

1                    CINDY ORSER

2        A    Yes.

3        Q    If you could take a look, please, at

4   what's been marked -- I'm sorry.  I did not staple

5   this.

6             This is Orser D.  Take a moment, if

7   you would, to take a look at Orser D.  I don't

8   have a copy.

9             MR. SHEPS:  Can you explain what

10                 Exhibit D is, for the record?

11                 MR. BENJAMIN:  Well, yes.

12        Q    First of all, do you recognize what

13   Exhibit D is?

14        A    It's the EMSL report.

15        Q    Did you review that report?

16                 MR. BORON:  Just to clarify,

17                 it's about 40 pages, and they're not

18                 clipped together.  Those pages

19                 contain data; is that fair to say?

20                 MR. BENJAMIN:  Sure.  Yes.

21                 MR. BORON:  Do we have reason to

22                 think that every one of these pages

23                 has something to do with EMSL?

24                 THE WITNESS:  Yes.  This is the

25                 instrument they were using.  These

169

                              CINDY ORSER

1

2              are the mass spectra.  I have no idea

3              why there are so many of them.

4        Q    Now, item number 5 that you reviewed

5   was that report that's sitting in front of you; is

6   that correct?

7                   MR. SHEPS:  Objection.  Without

8              reviewing every page, it's hard to

9              know for sure if that's exactly the

10             report she looked at.

11       Q    Do you remember seeing what's in

12   front of you?

13       A    Yes.

14       Q    Now with respect to what you said

15   about EMSL in your report, you said that EMSL

16   purportedly identified THC in the 100 milligram

17   sample to the extent of 170 parts per million.  Do

18   you see that there?  It's paragraph 6 of your

19   report at the bottom, very bottom.

20       A    Okay.

21       Q    Sorry.  Page 2.

22       A    Yes.  Page 3 or 2.

23       Q    Page 2 of your report.

24       A    Okay.  Yes.

25       Q    But that's -- if you look at the

1                    CINDY ORSER

2    exhibit now, even I think the second page, if you

3    look at the second page, that is actually what

4    they found, right, a .17 percent?

5         A    .017.

6         Q    .017 percent, which is 170 parts per

7    million; correct?

8         A    Right.

9         Q    That's actually what they found.

10             You stated in your report as to their

11   results that EMSL did not report a value for CBD

12   or any other substance in the exemplar product?

13        A    Correct.

14        Q    So why would that be important?

15        A    Because it's a CBD product, so if one

16   wants to have confidence in this lab's analysis,

17   they should have provided a value for CBD.

18        Q    If the testing was specific only to

19   THC though, why would you need to test for CBD?

20        A    Point of reference to the product.

21   If this is a 100 milligram CBD product, it would

22   give their finding more credibility to reference

23   it to the main ingredient of the elixir.

24        Q    But testing for CBD separate from THC

25   doesn't tell you anything about THC content; does

171

1                        CINDY ORSER

2    it?

3         A     Well, I mean it's like I would never

4    get a CBD product in and not also test for CBD as

5    well as THC.

6         Q     But you're not -- you don't have

7    consumer customers, do you?  You have business

8    customers; don't you?

9         A     And we do testing for patients.

10        Q     Okay.  But testing for CBD, again,

11   doesn't tell you anything about THC content;

12   correct?  We can agree on that?

13                    MR. BORON:  Objection as to

14             form.

15                    MR. SHEPS:  Objection.

16        Q     Does it?

17                    MR. BORON:  Objection as to

18             form.

19        A     Giving a value for CBD without THC

20   doesn't make sense.

21        Q     But does it tell you anything about

22   THC content?

23        A     CBD alone?  No.

24                    MR. BORON:  Objection as to

25             form.

1                        CINDY ORSER

2          Q     Have you stated in your report here

3     that the EMSL report with respect to the THC

4     content in at least the 100 milligram product is

5     not reliable?

6          A     I'm not sure I said it wasn't

7     reliable.  I'm just saying because the EMSL lab

8     seems to be an accredited lab.  They're listing,

9     and that's why I had an appendix, all the tests

10    that they have certificates for.  There's nothing

11    here with regard to cannabinoids.

12         Q     But very few labs have anything with

13    respect to testing for cannabinoids; correct?

14                       MR. BORON:  Objection as to

15                  form.

16         A     I don't know.  I mean all of the DOT

17    labs do.

18         Q     Did you look on the website for EMSL

19    and search for THC when you looked at this?

20         A     Yes.

21         Q     Did you find entries for THC?

22         A     No.

23         Q     Would it surprise you to know there

24    are eight separate entries on that website for

25    THC?

173

```
 1                    CINDY ORSER
 2              MR. BORON:  Objection as to
 3         form.
 4    A     Can you show that to me?
 5    Q     I'm asking you.  When did you check
 6  the EMSL website for THC?
 7    A     It's the date of my report.  Sometime
 8  in September.
 9    Q     So sometime in September of this
10  year, you checked the EMSL website for THC
11  testing; correct?
12    A     Yes.  They have more than one
13  facility, so I went to their corporate website.
14    Q     Right.  That's where you found the
15  sort of menu listing that's attached as your
16  Appendix A; correct?
17    A     Yes.
18    Q     THC is not listed on there in that
19  listing; correct?
20    A     That's correct.
21    Q     But you did do a search back then on
22  the website for THC specifically, and you did not
23  find anything; is that your testimony?
24    A     For cannabinoids, not THC.
25    Q     So you punched in CBD as a search?
```

174

                         CINDY ORSER

1

2       A     No.  I spelled out cannabinoid.

3       Q     You did not put in THC or what THC

4    stands for?

5             Turn to page 3 of your report.  You

6    did state in maybe one-third down the page that

7    what you had in front of you for the certificates

8    of analysis were as to "representative Dixie

9    Elixirs and Edible Products; right?  Do you see

10   that?

11      A     Yes.

12      Q     But, in fact, we just established

13   that those Certificates of Analysis are not

14   associated with the actual product lot that was

15   used by Mr. Horn?

16      A     Right.  Neither is this.

17   (Indicating)

18                MR. SHEPS:  For the record, this

19             is Orser D.

20      Q     You're indicating the 100 milligram

21   product --

22      A     Right.

23      Q     -- that was sent to EMSL?

24      A     Right.

25      Q     In that listing on page 3 in the

175

1                              CINDY ORSER

2    middle of the page where you indented the listing

3    for each of the THC contents that were identified

4    as to the 500-milligram product, you see here that

5    you -- you lay out a .05 percent, and a .04

6    percent and another .04 percent.

7                    Do you see those three listings?

8         A    Yes.

9         Q    Is it your testimony that the product

10   that Mr. Horn took would have an identical

11   analytical profile to those listing there?

12        A    No.

13        Q    But it's true though that the product

14   that Mr. Horn took would likely have been

15   manufactured around the same time as that which

16   was manufactured that corresponds to these

17   Certificates of Analysis; is that correct?

18                    MR. SHEPS:  Objection.

19        A    I can't say.

20        Q    Again on these Certificates of

21   Analysis that are in front of you as Graham 13,

22   there's nothing in these Certificates of Analysis

23   that would indicate to you whether what was tested

24   was industrial hemp, or actually is there anything

25   that would indicate to you that this was not

176

```
 1                       CINDY ORSER
 2   industrial hemp, that this was the final
 3   formulated product?
 4                  MR. BORON:  Objection to form.
 5                  MR. SHEPS:  Objection.
 6        A     It says 500 milligrams.  It gives a
 7   sample size.  I'm assuming it was the formulated
 8   product.
 9        Q     Were you ever supplied the product
10   from Dixie or Medical Marijuana or anybody?
11        A     No.
12        Q     Okay.  Moving on to page 4 of your
13   report.
14                  MR. SHEPS:  Can we take a brief
15                  break?
16                  MR. BENJAMIN:  Okay.
17                  (At this time, a brief recess
18                  was taken.)
19                  MR. SHEPS:  I just want to
20                  clarify something for the record.
21                  Jeff, we had spoken just a moment ago
22                  about the exhibit marked as Orser D
23                  which was an internal chain of
24                  custody with an order ID 281201415
25                  dated October 29, 2012.
```

1              CINDY ORSER

2                   It's my understanding that this

3              was intended to be the same exhibit

4              as was annexed to Dr. Graham's

5              August 29, 2017 report number 6,

6              which was identified there as

7              laboratory data and report for

8              product testing order number

9              281201415 issued by EMSL Analytical

10             Inc. on November 5, 2012.

11   CONTINUED EXAMINATION

12   BY MR. BENJAMIN:

13        Q    On page 3 of your report, Dr. Orser,

14   you see where you stated, and I'm quoting, All

15   three of the Dixie Elixir -- do you see that?

16        A    Mm-hmm.

17        Q    After they listed Certificates of

18   Analysis, you state, "All three of the Dixie

19   Elixirs and edibles products had an order of

20   magnitude Less than the state and federal limit of

21   .3 percent THC.  In fact, the same Dixie X hemp

22   500 milligram due drop contains just .05 percent

23   THC.

24                   So in that paragraph you are stating

25   that the .3 percent is a state and federal limit

178

1                         CINDY ORSER

2    together; right?

3         A      Yes.

4         Q      What state are you talking about

5    there?

6         A      Colorado.

7         Q      And because that's the state where we

8    believe the product was manufactured; correct?

9         A      Correct.

10        Q      You're saying that there's also a

11   federal limit of the .3 percent.  You see that

12   there?

13        A      Yes.

14        Q      As you sit here today, you don't know

15   the source of that maximum threshold for the THC

16   guideline?

17        A      Not in 2012.

18        Q      But in 2014, it was the Farm Bill?

19        A      Yes.

20        Q      And in that statement, implicit in

21   that statement, because you haven't stated it

22   specifically, you're applying that .3 percent

23   threshold to the final formulated Dixie product at

24   issue here?

25        A      Yes.

```
1                      CINDY ORSER
2          Q    Dixie Elixirs or Medical Marijuana
3    would be in the best position to provide the
4    Certificates of Analysis that would apply to the
5    product that Mr. Horn took; isn't that correct?
6                      MR. BORON:  Objection as to
7               form.
8                      MR. SHEPS:  Objection.
9          A    I would assume so.
10         Q    Could there be anybody else that
11   would provide those records?
12                     MR. BORON:  Objection as to
13              form.
14                     MR. SHEPS:  Objection.
15         A    I don't know if at the time there was
16   a requirement to submit the test results to the
17   State of Colorado.
18         Q    If I subpoena the State of Colorado,
19   do you think that they would have the Certificates
20   of Analysis?
21                     MR. BORON:  Objection as to
22              form.
23         A    No.
24         Q    What would they have with respect to
25   this product?
```

```
 1                       CINDY ORSER
 2                  MR. SHEPS:  Objection.
 3                  MR. BORON:  Objection as to
 4             form.
 5        A    I don't know.
 6        Q    You just said that some of these
 7  records would be submitted to the State of
 8  Colorado.
 9                  MR. SHEPS:  Objection.
10        A    I stated perhaps.  In Nevada, all of
11  our data goes to the state.
12        Q    Data as in Certificates of Analysis?
13        A    Yes.
14        Q    For every product tested?
15        A    Every, yes.  And currently that
16  happens in Colorado.  But in 2012, I doubt it.
17        Q    CannLabs would have been in
18  possession of it under normal circumstances;
19  right?
20                  MR. SHEPS:  Objection.
21        A    Yes.
22        Q    Isn't it true that if the records for
23  the specific product that Mr. Horn took starting
24  on October 1, 2012 showed that there was no
25  measurable THC, that would completely undermine
```

1                          CINDY ORSER

2    the foundation of his case; would it not?

3         A    I think there are other variables,

4    but since his premise is that he took a product

5    that had contaminating THC and, therefore, he

6    failed his drug test, but we don't know what else

7    Mr. Horn was doing.

8         Q    But because those specific records

9    were not provided by Dixie for Medical Marijuana,

10   can we conclude the actual product that he took

11   contained a measurable quantity of THC, which is

12   at least consistent with the levels that are in

13   these Certificates of Analysis?

14                    MR. SHEPS:  Objection.

15                    MR. BORON:  Objection as to

16             form.

17        A    No, I can't emphatically say that.

18        Q    Look at then page 4 of the heading

19   urine drug test where you talk about his urine

20   drug test.  You state there that THC -- do you see

21   where you say is rapidly absorbed during smoking;

22   do you see that part?

23        A    Right.

24        Q    But to be clear, this case is not

25   about smoking, it's about oral administration;

1                    CINDY ORSER

2    correct?

3         A     Right.

4         Q     Does the fact that this case involves

5    the oral administration, or as you rightly pointed

6    out, sublingual administration of the product,

7    does that change anything that you would say in

8    this paragraph on urine drug testing?

9                    MR. SHEPS:  Objection.

10        A     No.

11        Q     In other words, is the half-life any

12   different as you discuss in the latter paragraph

13   here?

14                   MR. BORON:  Objection as to

15                   form.

16        A     Because everyone's metabolism can

17   vary, and we know there are many gene variants

18   that affect how cannabinoids are eliminated from

19   the body, it's not an absolute.  It's an average.

20        Q     But you define here that the

21   half-life of carboxy THC is the time that it takes

22   to exit the body; right?

23        A     Mm-hmm.

24        Q     In other words, half-life is the time

25   it takes the body to reduce the concentration by

183

1                        CINDY ORSER

2   one half; is that what half-life is?

3        A     Yes.

4        Q     That's a correct definition.  Okay.

5        A     How I'm using it in the sentence.

6        Q     Okay.  Good enough.

7              But is it true that the time that it

8   takes a substance to completely be eliminated from

9   the body is actually five times the half-life;

10  isn't that true?

11       A     It depends upon how long the

12  individual has been taking the product.

13       Q     Okay.  So if a person was taking it

14  for nine days, for instance --

15                  MR. BORON:  What do you mean by

16                  it; the Dixie product?

17                  MR. BENJAMIN:  The Dixie

18                  product; right.

19                  MR. BORON:  We'll be here all

20                  day just talking about any old

21                  product.

22                  MR. BENJAMIN:  That's the only

23                  product.

24       A     We were never told how much of the

25  product he was taking on a daily dose basis.

184

                    CINDY ORSER

1

2      Q      So you wouldn't be able to say with

3   any certainty that it would be five times the

4   half-life?

5      A      No.

6      Q      Thank you.  Let's flip to page 5.

7   Your conclusions.

8              You state that no one can opine with

9   any degree of scientific confidence that the Dixie

10  product caused Mr. Horn to fail the DOT urine

11  test; correct?

12                  MR. SHEPS:  Where are you

13              looking?

14                  MR. BENJAMIN:  Number 1.

15     A      Yes.

16     Q      But is there any reason to believe

17  that the test results from the actual product,

18  hypothetically if they were provided, because they

19  were not, but if they were provided, is there any

20  reason to believe they would be inconsistent with

21  those from the representative product that was

22  provided?

23                  MR. SHEPS:  Objection.

24                  MR. BORON:  Objection to form

25              as.

185

                         CINDY ORSER

1

2       A    I can't say.

3       Q    Looking at the EMSL report,

4  especially the first page.  You stated that --

5                 MR. SHEPS:  Hold on.  You mean

6                 Exhibit D; right?  There were

7                 multiple EMSL reports.

8                 MR. BENJAMIN:  The one that is

9                 marked in front of you as Orser D.

10                MR. BORON:  Thank you.

11      Q    Not only with respect to that first

12  page, but you mentioned that there's uncertainty

13  as to the chain of custody in the product that was

14  supplied to EMSL; right?  That's number 3 of your

15  report; right?

16      A    Right.

17      Q    When you said there was some

18  uncertainty in the chain of custody, were you

19  worried that there was a concern with the sample

20  being a adulterated?

21      A    That's a possibility.

22      Q    What were you concerned with when you

23  wrote there's considerable uncertainty with the

24  chain of custody aspect?

25      A    Right.  Because of how it came.  His

186

1                          CINDY ORSER

2    wife ordered it.  It was delivered and there was

3    something about it.  His daughter accepted it when

4    it came, and then I don't know how he got it to

5    this lab.  I mean there's just a lot of chain of

6    custody issues that were not addressed.

7         Q     So adulteration is one specific issue

8    that you were worried about with all that you just

9    testified; right?

10        A     Yes.

11        Q     That someone could have changed the

12   sample somehow; correct?

13        A     Or the sample could have gotten

14   heated up or left in the sun, or, you know --

15        Q     Or that somehow THC was introduced to

16   the sample?

17        A     I guess theoretically.

18        Q     Or even removed from the sample.  Is

19   that theoretically possible?

20        A     Probably not.

21        Q     It would be kind of tough, but it can

22   happen.

23        A     Unless you have a chemistry lab.

24        Q     We have you.

25              But isn't it true though that the THC

1                    CINDY ORSER

2    content in the EMSL lab at 170 parts per million

3    is, in fact, consistent with the Certificates of

4    Analysis for the 500-milligram product that you

5    actually reviewed?

6                    MR. SHEPS:  Objection to form.

7                    MR. BORON:  Objection as to

8              form.

9                    MR. SHEPS:  Wasn't it parts per

10             billion?

11        A    This is actually less than the

12   reports we have here.

13        Q    Yes.  But wouldn't it be consistent

14   for a hundred milligram product, a Dixie product

15   here, to be Less than a 500-milligram product

16   concentration?

17                   MR. BORON:  Objection as to

18             form.

19                   MR. SHEPS:  Objection.

20        A    We don't have the information as to

21   the concentration.  So a hundred milligrams is an

22   absolute amount, and 500 milligrams is an amount.

23   But what volume were they in, which gives you the

24   concentration?  We don't know that.

25        Q    So you're saying that the 170 parts

188

1                       CINDY ORSER

2   per million in the EMSL sample, setting aside the

3   credibility of the sample that you have called

4   into question, that that result of the 170 parts

5   per million, you cannot say that that's consistent

6   with the 500 parts per million at least that was

7   found in the Certificates of Analysis we provided

8   for you?

9           A     That's correct.

10                 MR. BORON:  Objection as to

11                 form.

12          Q     Since the amount of -- looking at

13   simply the amounts of the THC in both the hundred

14   milligram in the ESL result and the Certificate of

15   Analysis for the 500-milligram representative

16   product, the relationship being approximately

17   three times list; correct?

18                 MR. BORON:  Objection as to

19                 form.

20                 MR. SHEPS:  Objection.

21          A     We can't really compare them; right?

22          Q     Well, the numbers themselves are

23   three times less in the two different results;

24   isn't that correct?

25                 MR. BORON:  Objection as to

189

CINDY ORSER

1

2          form.  What numbers?

3                  MR. BENJAMIN:  I just stated

4          them.  170 as opposed to 500 in the

5          Certificates of Analysis.

6                  MR. BORON:  500 what?

7                  MR. BENJAMIN:  500 parts per

8          million.

9                  THE WITNESS:  .05.

10                 MR. BENJAMIN:  That's the .05

11         number.

12      Q    Given that, given what evidence of

13   chain of custody are there or adulteration issues

14   is there with that kind of ratio?

15                 MR. SHEPS:  Objection.

16                 MR. BORON:  Objection as to

17         form.

18      A    It's just the comparability.  These

19   aren't C of As for the product Mr. Horn took.

20   We've never seen the product Mr. Horn took.  The

21   product he took was never tested.  This is another

22   version of the product at a later date.  We don't

23   know if they changed, how they did anything.

24   There's a degree of uncertainty here.

25      Q    You mentioned -- do you feel that the

190

1                         CINDY ORSER

2   product that he took was never tested?

3         A     That's correct.

4         Q     It was never at all tested, to your

5   knowledge?

6         A     That's correct.

7         Q     Because there would be Certificates

8   of Analysis if it was?

9         A     I mean it was never tested externally

10  by an independent lab.  I don't know if CannLabs

11  ever tested it.  I don't know that.

12        Q     You don't know?

13        A     It appears not.

14        Q     There's a possibility it was never

15  tested at all by CannLabs; correct?

16                    MR. BORON:  Objection as to

17                    form.

18                    MR. SHEPS:  Objection.

19        A     Right.

20        Q     It's your testimony in this case

21  though that the EMSL did not have the competence

22  or the certifications adequate to accurately test

23  for THC; is that your testimony?

24        A     I don't actually know.  You were

25  indicating that they actually were.  I couldn't

1                          CINDY ORSER

2    find it.  It's suspect to me that they didn't

3    bother to give us CBD numbers since it's a CBD

4    product.  It's very odd.

5          Q     If you saw CBD on their result, you

6    would have a different conclusion as to their --

7    as to the credibility of their report?

8                     MR. BORON:  Objection as to

9               form.

10         A     Yes.

11         Q     Is there a scientific principle or

12   foundation that you assert that Mr. Horn should

13   have been aware?  And I'm specifically referring

14   you to the last paragraph of your paragraph 7 on

15   pages 5 and 6 of your report.

16                     Is there a specific scientific

17   principal or foundation that you're saying exists

18   that he should have been aware as to the labeling

19   on the Dixie product was not definitive of its

20   contents?

21                     MR. SHEPS:  Objection.

22                     MR. BORON:  Objection as to

23              form.

24         A     Because the label says this product

25   contains CBD and other cannabinoids, and there's

1                    CINDY ORSER

2   no specification given, if I were working in an

3   industry that required random drug testing, I

4   would be concerned.

5        Q    That's a personal opinion; right?

6   That's not based on any scientific foundation or

7   source; right?

8                    MR. SHEPS:  Objection.

9                    MR. BORON:  Objection as to

10             form.

11       A    Pulling together what we know, that

12  hemp can have up to .3 percent THC.  This says it

13  has other cannabinoid.  THC is a cannabinoid.

14  It's deductive logic to me.

15       Q    Your testimony in this case is that

16  the product, at least from the representative

17  samples that you reviewed, had under the .3

18  threshold for THC; correct?

19                   MR. BORON:  Objection as to

20             form.

21                   MR. SHEPS:  Objection.

22       A    Yes.

23       Q    Without seeing a label as to that

24  effect, as you see in what's in front of you as

25  Orser G and H, without seeing a label, there would

193

1                         CINDY ORSER

2    be no real way for a person to know if there was

3    THC in the product; would there?

4                    MR. BORON:  Objection as to

5              form.

6         A    I suppose if you're well read you

7    would know that that was a potential.

8         Q    So was there somewhere in 2012 that

9    he could have found out that the Dixie product had

10   THC in it just browsing the Internet or anywhere?

11                   MR. SHEPS:  Objection.

12                   MR. BORON:  Objection as to

13             form.

14        A    I don't know.  I can't speak for him.

15        Q    But you're aware that there is a

16   specific labeling requirement as to here, THC?

17                   MR. BORON:  Objection.

18        A    No, I'm not aware of what the

19   labeling requirements were in 2012 in the State of

20   Colorado.

21        Q    Are there labeling requirements as to

22   just simply listing active ingredients to

23   something?

24                   MR. SHEPS:  Objection.

25        A    What category of product?

194

```
                          CINDY ORSER
 1
 2        Q     How about --
 3        A     Dietary supplements.
 4        Q     How about the one here, formulated
 5   Medical Marijuana?
 6        A     Like I said, I don't know what the
 7   rules of engagement were in 2012.
 8        Q     Was there a general requirement that
 9   active ingredients should have been listed on a
10   label?
11                    MR. SHEPS:  Objection as to
12                    form.
13        A     I don't know.
14        Q     Do you feel as part of your opinion
15   that any measurable amount of THC should have been
16   listed under the active ingredients portion of the
17   label here?
18                    MR. BORON:  Objection as to
19                    form.
20                    MR. SHEPS:  Objection.
21        A     I don't know if it was required.
22        Q     But it's your testimony that Mr. Horn
23   should have done additional research outside of
24   just simply reviewing the label --
25                    MR. SHEPS:  Objection.
```

```
1                      CINDY ORSER
2                      MR. BORON:  Objection as to
3              form.
4         Q      -- to find out whether he should not
5    be taking this product?
6         A      I'm just saying that he could have
7    learned more about it than he apparently bothered
8    to.
9         Q      In fact, your report says he should
10   have had the product tested before he took it;
11   right?
12                     MR. BORON:  Objection as to
13              form.
14                     MR. SHEPS:  Objection.  Where
15              are you looking, counsel?
16                     MR. BENJAMIN:  The last sentence
17              of the report.
18        A      That's my opinion.
19        Q      Now if you would take a look, please,
20   at Orser E.  Orser E, do you recognize that
21   exhibit?
22        A      Yes.
23        Q      What do you recognize that to be?
24        A      It's an E-mail correspondence with
25   someone from EMSL, Scott Vanetten,
```

196

```
 1                    CINDY ORSER
 2   V-A-N-E-T-T-E-N, to Mr. Horn.
 3        Q     Do you know Scott Vanetten?
 4        A     No.
 5        Q     Do you know anybody at EMSL?
 6        A     No.
 7        Q     On the first page of this E-mail
 8   that's dated November 8, 2012, at the bottom
 9   anyway --
10        A     Yes.
11        Q     -- do you see there that Mr. Vanetten
12   is telling Mr. Horn, and I'm quoting, Douglas,
13   your report is attached.  Since the sample
14   contained THC, I may not be able to return it to
15   you as per our DEA registration.
16              It goes on to say some other things.
17   But at the top of the page you see that it says in
18   a later E-mail, Douglas, we can't return your
19   sample.  That's simply what it says; right?
20        A     Right.
21        Q     To your knowledge, are you
22   knowledgeable about DEA registrations that are
23   being referred to here?
24                    MR. BORON:  Objection as to
25              form.
```

197

1                      CINDY ORSER

2          A      Somewhat.

3          Q      What do you know about DEA

4    registration when it comes to specifically Medical

5    Marijuana products?

6                      MR. BORON:  Objection as to

7                 form.

8                      MR. SHEPS:  Objection.

9          A      That if you are a facility or a

10   testing lab, you have a DEA license, I actually

11   think that they should not have accepted this

12   product if they thought it had THC in it.

13         Q      They wouldn't have known until

14   testing it; right?

15         A      Right.

16         Q      Are there ways to find out about THC

17   before actually going and testing it?

18         A      They were being asked to test it for

19   THC, so sort of assuming that they're going to be

20   conducting a THC test.

21         Q      How could they have found out if

22   there was a THC content before going for formal

23   testing?

24         A      Well, they couldn't have.  I'm just

25   saying they agreed to do a THC test at a DEA

198

CINDY ORSER

1

2  facility.  The product wasn't under any DEA

3  control.

4       Q     The product wasn't under DEA control?

5       A     I mean normally if you have a DEA

6  license, you get DEA control of material from

7  another DEA licensed facility.  So this was

8  outside of that scope.  But then they decided to

9  classify it.

10      Q     It's outside of the scope because

11  Mr. Horn doesn't have a DEA registration, is that

12  why you said out the scope?

13      A     Yes.  So it wasn't being shipped from

14  a DEA licensed facility.

15      Q     Therefore, that's the same reason why

16  they could not ship it back to him; right?

17                  MR. SHEPS:  Objection.

18                  MR. BORON:  Objection as to

19              form.

20      A     Apparently.

21      Q     Turn to the second page.  I didn't

22  mean to make you guess.  If you look at the second

23  page at the top, there is a follow-up E-mail on

24  November 26, 2012 which states, again from Scott

25  Vanetten to James Horn, I'm quoting, our DEA

199

```
 1                      CINDY ORSER
 2   registration prohibits us from returning positive
 3   samples back to the shipper unless they have a DEA
 4   registration.  Legality questions should be
 5   directed to an attorney.
 6              Do you see that?
 7        A    Yes.  Mm-hmm.
 8        Q    So it was EMSL's concern that there
 9   was a positive sample, and they would be violating
10   their DEA registration were they to ship it;
11   correct?
12              MR. BORON:  Objection as to
13              form.
14              MR. SHEPS:  Objection.
15        A    I guess so.
16        Q    What would be their responsibility
17   having found a positive result for THC as to the
18   sample; what were they supposed to do with that
19   sample?
20        A    I mean he says right here a legal
21   question should be directed to an attorney.
22        Q    So you don't know; the answer is you
23   don't know what he should have done?
24              MR. SHEPS:  Objection.
25        A    (Nodding)
```

200

```
 1                      CINDY ORSER
 2         Q     Do you know what specific guideline
 3   of either DEA regulations he would be violating if
 4   he did ship it?
 5                      MR. SHEPS:  Objection.
 6                      MR. BORON:  Objection as to
 7             form.
 8         A     I don't know.
 9         Q     Just have this, if you could, in
10   front of you briefly.
11                You're familiar with Clinical
12   Reference Laboratory; correct?
13         A     I'm not familiar with them.
14         Q     Do you know who Clinical Reference
15   Laboratory is?
16         A     I know that they're the lab, the DOT
17   lab, that tested his urine.
18         Q     To your knowledge, are they a lab
19   that is qualified or competent to test urine
20   samples?
21         A     Yes.
22         Q     Did you review the Clinical Reference
23   Laboratory report?
24         A     Yes.
25         Q     I don't know if I need to put it in
```

201

1                         CINDY ORSER

2    front of you at the moment, but let's just ask

3    questions about it quickly.

4                    You're aware that that lab found a

5    positive test in a urine drug screen analysis for

6    THC; correct?

7         A    Yes.

8         Q    Have you ever visited that lab?

9         A    No.

10        Q    Do you know any people who work

11   there?

12        A    No.

13        Q    Do you believe the results of that

14   urine drug screening report were accurate?

15        A    I have no reason to question it.

16        Q    Have you inspected the test

17   procedures that they used?

18        A    Just from the standpoint that I know

19   they have a primary screen that's immunochemistry,

20   and then a secondary that's GC/MS.

21        Q    Do you know what instruments they

22   used?

23        A    Yes.

24        Q    What did they use?

25        A    GC/MS.

202

1                          CINDY ORSER

2          Q      You can't presume I know that.  I

3     didn't know that.

4                 Can you just contrast immunochemistry

5     with the GC spec that you just stated?

6          A      So immunochemistry is like a strep

7     test or a pregnancy.  It uses an antibody so it

8     has a grosser level of discrimination.  That's why

9     it's at 15 anagram per mil.  And then if that's

10    positive, they do a more refined -- which the GC,

11    gas chromitography, mass spectrometry, that's a

12    much more precise and analytical assay on an

13    instrument where you actually fragment the

14    molecules so you see the ion patterns.

15         Q      That second test -- is it right to

16    say second test?

17         A      A confirmatory test.

18         Q      That confirmatory test is over

19    15 nanograms?

20         A      Right.  That's positive.

21         Q      That's positive.  So why are the

22    numbers different from one to the other?

23         A      It has to do with the level of

24    detection, the LOD.

25         Q      It's not passage of time?

203

1                          CINDY ORSER

2          A      No.   It's just one is way more

3     precise.

4          Q      More rigorous in terms of hardware,

5     software, whatever; is that correct?

6          A      Right, and just the analysis.

7          Q      Do you know what reagents they used

8     to conduct the test?

9          A      Not specifically.   They didn't list

10    the antibodies or who manufactured the antibodies.

11    Things like that I don't know, but I certainly

12    know the extraction protocol for TC mas spec.

13         Q      Do you know what reference materials

14    or quality control samples they used?

15         A      I didn't see those listed.   But

16    because they're a federally accredited lab, I'm

17    sure they use proper standards.

18         Q      Did you ever review instrument

19    calibrations that are performed to do urine drug

20    testing?

21         A      No.

22         Q      Do you know what accreditations the

23    clinical reference lab has to conduct that

24    testing?

25         A      I can't list them, but they're

204

1                        CINDY ORSER

2    accredited.  They're a federal testing lab for the

3    DOT.  So whatever those standards are, I'm sure

4    they maintain them.

5         Q     Do you know if the closure of

6    CannLabs had anything to do with quality issues?

7         A     No.

8         Q     Do you believe that CannLabs, at

9    least with what you saw in the Certificates of

10   Analysis, were results that were reported to be

11   accurate or of high quality?

12        A     I don't really have anything to

13   compare it to.

14        Q     I mean are those the types of

15   Certificates of Analysis that you produced at

16   Digipath?

17        A     No.

18        Q     How are they different at Digipath?

19        A     So we test under different mandatory

20   testing requirements.  At this time in Colorado,

21   that was what -- I don't even think they were

22   required to do this.  This is what they chose to

23   test for, which is potency only.  This is only

24   potency.

25                    At Digipath, we test for all these

205

1                       CINDY ORSER

2    adulterants as well.  So our C of A is two pages

3    and way more data.

4         Q    Okay.  I mean do you have any reason

5    to believe that what's provided to you here was of

6    low quality or not accurate?

7                    MR. BORON:  Objection as to

8              form.

9                    MR. SHEPS:  Objection.

10        A    I think this was the state of

11   cannabis testing in Colorado at the time.

12        Q    Which has improved since 2012 in your

13   experience; correct?

14        A    Yes.

15        Q    I might have asked this, but to your

16   knowledge, CannLabs' records would not have been

17   transferred at the closure of that company

18   anywhere that you know of?

19                    MR. SHEPS:  Objection.

20        A    No, I don't know.

21        Q    For the EMSL report that is in front

22   of you as Exhibit D, did you inspect in there the

23   assay procedures they used for the hundred

24   milligrams product?

25        A    Yes.

206

1                      CINDY ORSER

2          Q      Did they use proper procedures?

3          A      It appears so.

4          Q      How about what instruments?

5          A      They used Agilent GC/MS.

6          Q      Is that appropriate when testing for

7    the THC?

8          A      Yes.

9          Q      What about reagents, do you know what

10   reagents they used to conduct the test?

11         A      Again, they made an extract in

12   methanol.  I mean it's standard.

13         Q      They used standard reagents?

14         A      As far as I can tell, it was

15   provided.

16         Q      Do you know what reference materials

17   or quality control samples they used?

18         A      No.

19         Q      Do you know what accreditations they

20   have to support that test?

21         A      No.  As I stated earlier, I couldn't

22   find, because they are an accredited lab, and they

23   have all these documented protocols.

24         Q      Here's the question.

25                Can a laboratory develop and validate

207

```
 1                      CINDY ORSER
 2    an analytical procedure in-house --
 3         A     Oh, yes.
 4         Q     -- without the approval of an
 5    accrediting body?
 6         A     Yes.
 7         Q     And specifically with respect to a
 8    formulated Medical Marijuana product?
 9         A     Right.  But to do that requires at
10    least a month.
11         Q     Other than what you've stated in your
12    report as to EMSL, could you generally hold them
13    out as a reputable laboratory?
14                      MR. BORON:  Objection as to
15                 form.
16         A     I don't really know.  They must be.
17    They have several locations.
18         Q     In your report you did reference the
19    Controlled Substances Act; correct?  If I can find
20    it, I will tell you where it was.
21         A     It's on page 2, the first paragraph.
22         Q     Thank you.  The Controlled Substances
23    Act, as it pertains to THC, is under the heading
24    of -- let's do this.  We've marked this.
25                 If you just look at page 2.  Do you
```

208

```
 1                      CINDY ORSER
 2    recognize the top front of that page?
 3                  MR. SHEPS:  Just a second.
 4         Q    You're aware that THC is classified
 5    under the Controlled Substances Act as an
 6    hallucinogenic substance; right?
 7                  MR. BORON:  Objection as to
 8              form.
 9                  MR. SHEPS:  Objection.
10         Q    It's a hallucinogenic substance?  Is
11    it?
12                  MR. BORON:  Objection as to
13              form.
14         Q    Would you call it a hallucinogenic
15    substance?
16         A    No, I wouldn't.
17         Q    Well, it's a psychoactive substance;
18    correct?
19         A    Right.
20         Q    Is that different from a
21    hallucinogenic substance?
22         A    In my mind.
23         Q    How is it different?
24         A    I don't think the end user of THC
25    experiences hallucinogens -- hallucinations when
```

209

1                        CINDY ORSER

2   they take the product.

3        Q     What does psychoactive mean as

4   opposed to hallucinogenic?  Can you define

5   psychoactive?

6        A     It alters your perception of certain

7   things, but you're not seeing your hot dog talk to

8   you or something.

9        Q     Is it your opinion that THC should

10   not be listed in the Controlled Substances Act as

11   a hallucinogenic?

12                   MR. BORON:  Objection as to

13                   form.

14                   MR. SHEPS:  Objection.

15        A     I don't think it should be Schedule

16   1.

17        Q     What should be under, if anything?

18        A     Schedule 2 or 3.

19        Q     Is that because it has medicinal

20   benefits?

21        A     Yes.

22        Q     So you believe that it should be

23   rescheduled; is that your opinion?

24        A     Yes.

25        Q     But if you look at the bottom of

210

1                        CINDY ORSER

2   page 2, at the very, very end it says -- well,

3   when defining hallucinogenic substances, it does

4   say unless, and I'm quoting the language, unless

5   specifically accepted or unless listed in another

6   schedule, any material, compound mixture or

7   preparation which contains any quantity of the

8   following hallucinogenic substances, and then it

9   goes on to say a whole bunch of other things.

10                  If counsel wants me to read the whole

11  thing, I will, but what it says there is --

12                  MR. BORON:  Off the record.

13                  (Discussion held off the

14                  record.)

15       Q     THC is number 31 if you look on the

16  fourth page of that statute, a copy of the

17  statute.  It states clearly that at least in the

18  definition section that I just read to you, it

19  says which contains any quantity; right?

20       A     Right.  Mm-hmm.

21       Q     It does not say .3 percent there;

22  correct?

23       A     Right.

24       Q     So isn't it true that if something

25  contains any quantity of THC, it's a controlled

1                    CINDY ORSER

2    substance?

3                    MR. SHEPS:  Objection.

4                    MR. BORON:  Objection as to

5            form.

6        Q    Can you answer?

7        A    Well, there are synthetic equivalents

8    that are prescription drugs.

9        Q    The statute doesn't make exception in

10   this paragraph at least for synthetic equivalents.

11       A    It says right here, synthetic

12   derivatives.

13       Q    So any quantity applies to synthetic

14   equivalence?

15       A    Yes.

16       Q    Okay.  Is the formulated product that

17   we're talking about here, Dixie Elixir, is that a

18   synthetic equivalent?

19                   MR. SHEPS:  Objection.

20                   MR. BORON:  Objection as to

21           form.

22       A    No.

23       Q    Again, to your knowledge, where is

24   the -- as you say in your report, where is the

25   federal .3 percent coming from?

212

1                    CINDY ORSER

2                    MR. BORON:  Objection as to

3             form.

4                    MR. SHEPS:  Objection.

5         A     I don't know.

6         Q     Now industrial hemp itself would meet

7    the definition of THC under Schedule 1; would it

8    not?

9                    MR. BORON:  Objection as to

10            form.

11                   MR. SHEPS:  Objection.

12        Q     My question is specifically

13   industrial hemp.

14        A     Right.

15        Q     So it would meet the definition of

16   THC under Schedule 1; correct?

17                   MR. SHEPS:  Objection.

18                   MR. BORON:  Objection as to

19            form.

20        Q     Would you agree with me on that?

21        A     In 1974?

22        Q     That was when the statute, I think

23   you stated, was first enacted, yes.

24        A     So in 1974, yes, if there was THC

25   found in the hemp.

213

1                        CINDY ORSER

2        Q     So you're saying that 2012, that's

3    not read properly?

4        A     I'm not --

5                  MR. SHEPS:  Objection.

6                  MR. BORON:  Objection as to

7              form.

8        A     -- a student of the code of federal

9    regulations, so I just wonder if there haven't

10   been amendments since 1974, how is it that Dixie

11   Elixir was able to import industrial hemp in 2012

12   and make products.  How could that have happened

13   based on this strict interpretation?

14       Q     You would agree with me that

15   industrial hemp is different from a final

16   formulated product that's out for human

17   consumption; right?  Do you understand the

18   question?

19       A     Restate it.

20       Q     There is a difference between

21   industrial hemp and a final formulated Medical

22   Marijuana product like the Dixie Elixir here?

23       A     There is difference, but if you're

24   deriving it from hemp, and you're argument is that

25   this prohibits the use of industrial hemp, I mean

1                          CINDY ORSER

2    there has to have been amendments to this

3    subsequent to 1974, but before the Farm Act of

4    2014 that enabled this to happen.  That's all I'm

5    saying.

6          Q     When you're saying "this," you're

7    indicating?

8          A     The importation of industrial hemp in

9    2012 to make a product.

10         Q     You would agree with me though that

11   the EMSL finding of 170 parts per million would be

12   any quantity of THC; correct?

13         A     Yes.

14         Q     And the Certificate of Analysis that

15   was provided to you, which does not apply to the

16   product that Mr. Horn took also found any quantity

17   of THC; correct?

18                    MR. BORON:  Objection as to

19                    form.

20         Q     Is that correct?

21         A     They're reporting a value even though

22   they're saying if it's less than .1 percent it's

23   not detectable.  So there is an inconsistency in

24   that as well.

25         Q     Well, there is one that says

215

1                          CINDY ORSER

2   .05 percent?

3        A     I know.  But on the C of A, it's .05,

4   yes.

5        Q     So that's any quantity of THC; is

6   that right?

7                    MR. BORON:  Objection as to

8                    form.

9        A     We don't know their LOD or their LOQ.

10       Q     What does that mean?

11       A     We don't know what can lacks --

12   because they say that anything below .1 percent is

13   undetectable, that would mean that it's below

14   their level of quantitation in their

15   instrumentation, but yet they go on to report a

16   level below that after they've already told us

17   they can't detect it.

18       Q     That's in one example.  But in

19   another example they detected .05 percent, which

20   is below point .1 percent; correct?

21       A     I'm just saying it's inconsistent.

22       Q     All right.  Are you aware of a legal

23   exemption for THC --

24                    MR. SHEPS:  Objection.

25       Q     -- to avoid a controlled substance

216

1                         CINDY ORSER

2      definition?

3                    MR. SHEPS:  Objection.

4           A     No, I'm not.

5           Q     In other words, are you aware of the

6      statement that if something is not being offered

7      for human consumption, it actually can have THC in

8      it?

9           A     No, I'm not aware of that.

10          Q     Going back to the registration that

11     we talked about, if you remember, we talked about

12     registration of manufacturers and distributors and

13     dispensers of controlled substances; right?  We

14     were talking about that in the context of EMSL and

15     their registration; right?

16          A     Yes.

17          Q     Do you know if in 2012 Dixie or

18     Medical Marijuana were registered to manufacture,

19     distribute or dispense controlled substances?

20                    MR. BORON:  Objection as to

21                    form.

22          A     I don't know.

23          Q     If they weren't registered, they

24     wouldn't be able to manufacture, distribute or

25     dispense it; right?

217

1                    CINDY ORSER

2                    MR. SHEPS:  Objection.

3                    MR. BORON:  Objection as to

4           form.

5      A     They were able to do that.

6      Q     They would lead us to believe that

7  they were registered under the guidelines, the

8  federal guidelines; correct?

9                    MR. SHEPS:  Objection.

10                   MR. BORON:  Objection as to

11          form.

12     A     We have this huge time period from

13  1974 to 2012.

14     Q     Are you saying that in 2012 there was

15  no requirement to be registered to manufacture,

16  distribute or dispense?

17                   MR. SHEPS:  Objection.

18                   MR. BORON:  Objection to form.

19     A     I don't know, but it doesn't appear

20  to be the case.  I don't know any cannabis

21  production lab that has a DEA license.

22     Q     You stated earlier though that you're

23  not familiar with the labeling and packaging

24  requirements under federal law; right?

25     A     Right.

218

1                         CINDY ORSER

2          Q      Have you ever seen a symbol on any

3     labeling whatsoever for a controlled substance?

4          A      No.

5          Q      I'm going to hand to you what was

6     previously marked on May 8 of 2017 at one of the

7     parties' depositions as Exhibit 24.  Can you look

8     at that exhibit, please.

9                 Have you ever seen that -- I'm

10    actually referring -- that exhibit is a magazine,

11    and I'm referring you to page 42 of that magazine.

12         A      Okay.

13         Q      Did you ever see that?

14         A      No.

15         Q      This is the first time you've ever

16    seen that magazine ad?

17         A      Yes.

18                     MR. BORON:  Objection as to

19                form.

20                     MR. SHEPS:  Objection.

21         Q      This was never provided for you

22    before rendering your report; right?

23         A      Not that I recall.

24         Q      If you just please take a look at the

25    first paragraph, it says here that the title of

219

1                    CINDY ORSER

2      the article is CBD for everyone.

3                    Do you see that?

4          A      Yes.

5          Q      Using a proprietary extraction

6      process and a strain of high CBD hemp grown in a

7      secret foreign location, Colorado's Dixie Elixirs

8      now offers a new product line called Dixie X which

9      contains 0 percent THC; correct?

10         A      Yes.

11         Q      I should continue.  And up to

12     500 milligrams of CBD.  Do you see that?

13         A      Yes.

14         Q      To your knowledge, from what you

15     reviewed, the launch of these products, and the

16     one that's pictured here, was around -- on or

17     around September 5, 2012?

18         A      Okay.

19                    MR. SHEPS:  Objection.

20                    MR. BORON:  Objection as to

21             form.

22         Q      You actually put that in your report

23     that the launch of the products was September 5,

24     2012.

25                    Do you remember that date?

220

```
1                        CINDY ORSER

2         A    No.

3         Q    Paragraph 2 on page 2.

4         A    I see it, yes.

5         Q    So you became aware that was the

6    launch of the product; right?

7         A    Yes.

8         Q    So after everything that we've

9    testified here to today, would you say that that

10   language is to 0 percent THC is accurate?

11                   MR. SHEPS:  Objection.

12                   MR. BORON:  Objection as to

13              form.

14        A    It could be.

15        Q    It could be.  Okay.

16             Are you convinced that every product

17   that was offered by Dixie after it's launch in

18   September, 2012 and over the period of the one

19   month following that, contained 0 percent THC?

20                   MR. SHEPS:  Objection.

21                   MR. BORON:  Objection as to

22              form.

23        A    I can't emphatically say.

24        Q    The Certificates of Analysis that you

25   saw did not contain 0 percent THC, did it?
```

221

1                        CINDY ORSER

2                  MR. SHEPS:  Objection.

3                  MR. BORON:  Objection as to

4          form.

5      A      There was a disconnect with them

6  reporting a number that they said was below their

7  detection limit.

8      Q      You mean with respect to the entry

9  that said undetectable; correct?

10     A      They said that if it was Less than

11 .1 percent, it was undetectable.

12     Q      Okay.  That was the front page of the

13 CannLabs Certificate of Analysis.

14     A      But remember we linked this to the

15 subsequent more detailed analysis.

16     Q      You're referring to the one that says

17 max THC at .04 percent?

18     A      Yes.

19     Q      So that, we think, corresponds to the

20 undetectable certificate; right?

21     A      Right.

22     Q      So you would say that if it's

23 undetectable, it would be okay for them to say

24 0 percent?

25                  MR. BORON:  Objection as to

222

1                        CINDY ORSER

2              form.

3        A      This is based on their analytical

4    capability.

5        Q      I'm simply asking the question as to

6    whether you think that in that ad, that statement

7    of 0 percent THC is accurate given the Cannabinoid

8    assay that at least you saw with respect to that

9    sample showing a .04 percent THC value?

10                    MR. SHEPS:  Objection.

11                    MR. BORON:  Objection as to

12                form.  It's only an alleged ad.  We

13                believe it to be an article.

14        Q      Can you answer the question?

15        A      There can be variability.  There's no

16    specifications, and they haven't provided their

17    methodology.  We haven't seen their calibration.

18    I don't even know what instrument they were using

19    to drive these numbers.

20        Q      Should they have put those things in

21    their article?

22                    MR. SHEPS:  Objection to form.

23                    MR. BORON:  Objection as to

24                form.

25        A      I'm just saying that this is -- it's

223

```
1                    CINDY ORSER
2   not so strict.
3        Q    If something says 0 percent THC, does
4   that mean it doesn't have any THC in it?
5                    MR. SHEPS:  Objection.
6                    MR. BORON:  Objection as to
7              form.
8        A    No detectable THC.
9        Q    What about the other assay that says
10  there is detectable THC of .05?  Tell me if I'm
11  reading this wrong, but does it say in one of the
12  CannLabs Certificates of Analysis where it says
13  amount per product, .05 percent, that was not
14  undetectable?
15                   MR. BORON:  Objection.
16       A    On the front page, they say if it is
17  less than .1, it is undetectable, and this was the
18  fall of 2012.
19       Q    Right.  So you're saying that it's
20  not necessarily -- are you saying that it's not
21  necessarily inaccurate to say in an ad 0 percent
22  THC when a sample is undetectable as it states?
23       A    Yeah.  I think it would have been
24  more accurate.
25       Q    I'm sorry?
```

224

                           CINDY ORSER

1

2                    MR. SHEPS:   I want to note my

3          objection.

4                    Can you complete your question?

5                    MR. BENJAMIN:   What was the last

6          answer?

7                    (The requested portion of the

8          record was read back by the

9          reporter.)

10      Q     What would have been more accurate?

11      A     Say undetectable.

12      Q     But you wouldn't have thought that

13   they would -- it would have been better disclosure

14   to list their instruments and all those other

15   things that you mentioned?

16                   MR. SHEPS:   Objection.

17                   MR. BORON:   Objection as to

18          form.

19      A     In the ad?

20      Q     Sure.   No.   That would be

21   inappropriate; right?

22                   MR. SHEPS:   Objection.

23      A     (Nodding)

24      Q     At the bottom, I will refer you at

25   the very last, say, 10 lines towards the bottom,

225

1                          CINDY ORSER

2       do you see the quote from Trip Keber?

3              A      Yes.

4              Q      The quote from Trip Keber, which back

5       then he was Dixie's managing director -- by the

6       way, do you know what his position now is and

7       where he is?

8              A      No.

9              Q      His quote was, we are importing

10      industrial hemp from outside the U.S. using an FDA

11      import license -- it's below federal guidelines

12      for THC, which is .3 percent -- and we are taking

13      that hemp and extracting the CBD.  We have

14      meticulously reviewed state and federal statutes,

15      and we do not believe that we are operating in

16      conflict of any federal law as it's related to

17      Dixie X and in parentheses it says (hemp derived)

18      products.

19                      Is there anything in that statement

20      you find to be false or misleading?

21                          MR. BORON:  Objection as to

22                      form.

23                          MR. SHEPS:  Objection.

24             A      I don't know the specifics about his

25      FDA import license.

226

1                        CINDY ORSER

2        Q     Is there anything you believe to be

3    misleading when he says that we, and I'm quoting,

4    "We do not believe we are operating in conflict

5    with any federal law" --

6                        MR. BORON:  Objection as to

7               form.

8                        MR. SHEPS:  Objection.

9        Q     -- "as it's related to the Dixie X

10   products"?

11                       MR. BORON:  Objection as to

12              form.

13                       MR. SHEPS:  Objection.

14       Q     Is that a misleading statement?

15                       MR. BORON:  Objection as to

16              form.

17                       MR. SHEPS:  Objection.

18       A     I don't think so.

19       Q     Why would you not say that that's

20   misleading?

21                       MR. BORON:  Objection as to

22              form.

23                       MR. SHEPS:  Objection.

24       A     He's stating his belief.  How can I

25   judge his belief.

227

1                    CINDY ORSER

2         Q    I mean with what you've seen in this

3    analysis, would you say that that's inaccurate?

4                    MR. SHEPS:  Objection.

5                    MR. BORON:  Objection as to

6              form.

7         A    What we've seen is their product is

8    is an order of magnitude below .3 percent if we

9    believe the analysis that we've been provided by

10   CannLabs.

11        Q    And if that .3 percent, as you

12   testified and opine, applies to a final consumable

13   product offered to consumers --

14                   MR. BORON:  Objection as to

15             form.

16        Q    -- correct?

17                   MR. SHEPS:  Objection.

18                   MR. BORON:  Objection as to

19             form.

20                   MR. BENJAMIN:  Are you objecting

21             to his objection?

22                   MR. SHEPS:  No.  You asked a

23             two-part question.  I'm objecting to

24             both parts of your question.

25        Q    Can you answer?

228

1                    CINDY ORSER

2               MR. BORON:  Objection as to

3          form.

4       A    I'm going to have to hear the

5   question again.

6               (The requested portion of the

7               record was read back by the

8               reporter.)

9       Q    Right.  That's one premise, if we

10  believe what we have in the CannLabs for the

11  analysis.

12              But a further premise is whether your

13  application of the .3 maximum limit of THC

14  actually applies to a final formulated product;

15  correct?

16      A    Mm-hmm.  Yes.

17      Q    Have you ever seen any YouTube

18  interviews of Trip Keber?

19      A    I have not.

20      Q    Are you aware on August 8, 2012, on

21  American Weed he actually stated that the Dixie

22  Elixir product we're talking about right here is

23  THC free?

24              MR. BORON:  Objection as to

25          form.

229

```
 1                      CINDY ORSER
 2              MR. SHEPS:  Objection.
 3       Q      Are you aware of that?
 4       A      I read that in Mr. Horn's deposition.
 5       Q      As something that he saw before
 6  taking the product; correct?
 7       A      Yes.
 8       Q      In fact, on August 23, 2012 in the
 9  marijuana report was another YouTube interview
10  where he also stated 0 percent THC and that there
11  was no THC in his products.
12              Did you ever see that?
13       A      No.
14       Q      Now in your conversation at the
15  conference that you mentioned earlier, did he ever
16  say to you that he was confident that his product
17  had no THC?
18       A      No.
19       Q      This was previously marked, but it's
20  also marked today, to be more confusing, Orser
21  Exhibit I as in indigo.
22              Can you take a look at that and just
23  read it quickly.  I mean take your time to read
24  it.
25              MR. SHEPS:  Counsel, did you
```

230

1                        CINDY ORSER

2                indicate how it had been previously

3                marked?

4                     MR. BENJAMIN:  Right.  It was

5                previously marked as a Graham exhibit

6                at Dr. Graham's deposition as

7                number 9 on December 1, 2017.

8        Q     Do you know Tamara Wise?  At least

9   this article also purports to be from --

10       A     It's a post.

11       Q     It's a post that was from

12  beyondthc.com, but also associated with the

13  assurances -- the publication that we spoke about

14  before.

15                    MR. SHEPS:  Objection.  We don't

16                know that it's a publication.

17       Q     This appears to be a post, as you

18  point out, where this woman purporting to be

19  Tamara Wise who called herself in this post

20  formally head of Dixie Science.

21       A     Do we know it's a woman?

22       Q     The pictures show it.

23       A     There's a picture?  I didn't see a

24  picture.  Okay.

25       Q     We talked to her and she sounds like

```
 1                     CINDY ORSER
 2   a woman.
 3              So she claims, at least in this post,
 4   that was reposted, that she was formerly head of
 5   Dixie Science.
 6              Do you see that was written there
 7   anyway?
 8        A    Right.
 9        Q    And she says things -- and I won't
10   read the whole thing for purposes of time, but she
11   says things like the formulations from the CBD
12   hemp products from Dixie, where she worked, were
13   crude and dirty hemp based.
14              I'm quoting that there.
15        A    Right.
16        Q    Perhaps even contains residual
17   solvent and other toxins as the extraction was
18   done in China.
19              That's a quote from this.
20        A    Right.
21        Q    She goes on to say it's unfit for
22   human consumption in this article.  She says in a
23   sentence, what these companies are doing is
24   critical and dangerous.  She says, in fact, MJNAs
25   and it says RSHO, is literally just this
```

232

                              CINDY ORSER

1

2    hemp-based dilated in hemp seed oil.

3              Now, we don't know offhand if MJMA

4    refers to Medical Marijuana.  I submit that it

5    does.  But she's making -- and she says later in

6    that sentence, what Dixie Botanicals is offering

7    is beyond disturbing.  I cannot keep quiet

8    anymore.

9              I didn't mean to read this whole

10   thing.  Since I formulated most of these products

11   as head of Dixie Science, I feel responsible for

12   spreading the truth, and I left for ethical

13   reasons.

14             That's what she says in there.

15   That's a lot that she put out.

16             Do you have any opinion as to those

17   statements, either one or multiple of them?

18                  MR. BORON:  Objection as to

19                  form.

20                  MR. SHEPS:  Objection.

21        A    I mean I don't really have an opinion

22   other than it's a good endorsement for why these

23   products should be tested for contaminants.

24        Q    THC is not a contaminant?

25        A    No.

233

1                          CINDY ORSER

2          Q      When you say contaminant, you mean?

3          A      Pesticides, residual solvents, mouse

4    feces, microbial.

5          Q      All those things that you test at --

6          A      Yes.  Microbial.

7          Q      Yes?

8          A      Yes.

9          Q      So what she's saying here is more of

10   a safety or --

11         A      Quality.

12         Q      -- quality issue.

13                With reading this, would we be able

14   to determine whether any of this applies to THC

15   contents?

16         A      No.

17         Q      We wouldn't be able to determine it,

18   or it specifically does not?

19         A      It does not.

20         Q      But in your knowledge, the quote

21   unquote head of science would be able to say these

22   statements as to the quality of the product?

23                      MR. BORON:  Objection as to

24                form.

25                      MR. SHEPS:  Objection.

234

1                        CINDY ORSER

2          A      Presumably.

3          Q      I think this is my last exhibit or

4    line of questioning anyway, Orser L.  There's two

5    exhibits.  That's second to last.

6                 If you could take a look, please, at

7    Orser L.  I'm only going to turn your attention to

8    one entry on this.

9                        MR. SHEPS:  For the record, it's

10                       marked in a hand annotation on the

11                       top as November 30, 2012, FAQ, page 1

12                       of 3.  The exhibit is a composite of

13                       three pages.  On the bottom it

14                       indicates that it's a source from a

15                       website and dated February 23, 2014.

16         Q      If you could look, please, at the

17   second page of that exhibit.

18                Do you know what a frequently asked

19   question is?

20         A      Yes.

21         Q      When I say FAQ, I'm just

22   abbreviating.

23         A      Yes.

24         Q      To your knowledge, what is a

25   frequently asked question?

235

1                          CINDY ORSER

2          A      It's a question that commonly comes

3     up, and so often times people list out those

4     questions with the standard response.

5          Q      Is it informational typically to

6     frequently ask questions, promotional, marketing

7     or otherwise?

8          A      I'm not in marketing.

9          Q      Does Digipath post frequently asked

10    questions?

11         A      I don't maintain the website.  Maybe

12    they do.  I don't know.

13         Q      How about Big Sky?

14         A      No.

15         Q      No, they don't.  Okay.

16                So just look, please, at the second

17    page, and I'm looking at the one frequently asked

18    question.  What is the difference between -- it's

19    four down --

20         A      Right I see that.

21         Q      -- between CBD from hemp and CBD from

22    medical cannabis.  Do you see that?

23         A      Right.

24         Q      And it says, quoting, while the two

25    plants are botanically related, our hemp contains

236

1                        CINDY ORSER

2    no THC and numerous medical studies have shown CBD

3    to have significant potential health effects for a

4    variety of ailments ranging from epilepsy to pain

5    management.

6            A     Right.

7            Q     Then lastly it says:  Medical

8    cannabis contains THC and may provide relief from

9    various ailments, however, with a psychotropic

10   effect.

11               So there too on their frequently

12   asked questions, Dixie has said that there's no

13   THC in their products; is that correct?

14           A     That's what they say, yes.

15           Q     Shouldn't they have put there that

16   there are, say, for example trace amounts of THC?

17                     MR. SHEPS:  Objection.

18                     MR. BORON:  Objection as to

19               form.

20           A     Yeah.  I can't comment going back in

21   time what it is they should have said or shouldn't

22   have said.

23           Q     Maybe they should have said there

24   that the amount of the THC was undetectable.  Is

25   that what you thought was more appropriate?

237

1                     CINDY ORSER

2                MR. SHEPS:  Objection.

3                MR. BORON:  Objection as to

4          form.

5      A     They could have said below CannLabs'

6  detection limit or whatever in-house testing they

7  may have done.  I would note that this is the same

8  person, Tamara Wise, here.

9      Q     I'm sorry?

10     A     The same person is quoted here.

11     Q     Where are you looking?  I'm sorry.

12     A     The second question.  The CBD and

13  Dixie X synthetic.

14     Q     Right.  Thank you.  But at least back

15  then at that timeline, they have --

16     A     So it's also interesting if you read

17  CBD from hemp legal.  I think that's relevant to

18  this line of questioning today.

19     Q     Thank you.  They're stating there

20  that it is, quote, legal to consume -- excuse me.

21  CBD wellness products are legal to consume both

22  here in the U.S. and many countries abroad;

23  correct?

24                MR. BORON:  Objection as to

25          form.

238

                          CINDY ORSER

1

2          A       More importantly what they say is the

3     U.S. currently considers industrial hemp products

4     to be legal as long as they are derived from

5     industrial hemp and not from any part of the

6     plants characterized -- categorized under the U.S.

7     Controlled Substances Act as marijuana.

8          Q       Okay.  So what does that mean with

9     respect that .3 percent maximum THC limit?

10         A       I think what they're saying is

11    Schedule 1 doesn't apply to hemp because it's not

12    listed as marijuana.  That's how I interpret what

13    they just said here.

14         Q       But there is a legal limit from THC

15    from hemp; right?  That's the .3 percent number;

16    isn't it?

17                     MR. BORON:  Objection as to

18               form.

19                     MR. SHEPS:  Objection.

20         A       This is muddled.

21         Q       It is muddled; isn't it?  It's

22    confusing because it doesn't talk about the legal

23    limits of THC; correct?

24                     MR. BORON:  Objection as to

25               form.

239

1                         CINDY ORSER

2                    MR. SHEPS:  I object.

3        Q      Right?

4                    MR. BORON:  Objection as to

5               form.

6        A      Right.  They don't talk about the

7    cannabinoids.  They're just talking about an

8    extract from hemp not being subject to the

9    Controlled Substances Act.

10       Q      Knowing what we know now in the

11   Controlled Substances Act that the language is any

12   quantity of those substances listed, and number 31

13   we know is THC.

14                  Wouldn't it have been better for them

15   to say in an FAQ before you that's in front of you

16   that perhaps there is some quantity of THC?

17                    MR. SHEPS:  Objection.

18                    MR. BORON:  Objection as to

19               form.

20       A      I don't know.

21       Q      Thank you for pointing out to me that

22   first question.

23                  Why was it necessary, to your

24   knowledge, for them to say that Medical Marijuana

25   is a publicly traded company that does not grow,

240

1                    CINDY ORSER

2    sell or distribute any substance that violates

3    U.S. law?

4                    MR. BORON:  Objection as to

5              form.

6         A    Probably because they're a publicly

7    traded company.

8         Q    Was that because they did not want to

9    be associated with the THC part of the product of

10   Dixie Elixirs?

11                   MR. SHEPS:  Objection.

12                   MR. BORON:  Objection as to

13             form.

14        A    I can't comment.

15        Q    Do you know about the licensing; do

16   you know of the company Red Dice Holdings?

17        A    No.

18        Q    Was it Medical Marijuana that held a

19   license, to your knowledge, to manufacture,

20   distribute --

21        A    I doubt it --

22                   MR. BORON:  Objection as to

23             form.

24        A    -- because they're public.

25                   MR. SHEPS:  Objection.

241

```
                              CINDY ORSER
 1

 2        Q      Why would the fact that they be

 3   public --

 4        A      Because Colorado doesn't allow profit

 5   sharing as a public entity.

 6        Q      It's a profit sharing issue?

 7               MR. SHEPS:  Objection.

 8               THE WITNESS:  I need a break.

 9               (At this time, a brief recess

10               was taken.)

11   CONTINUED EXAMINATION

12   BY MR. BENJAMIN:

13        Q      One other question on that exhibit

14   for the FAQs.  If you could look at it again,

15   Doctor, please.

16        A      Yes.

17        Q      If you see there that it says do you

18   test your lab products; do you see that question?

19        A      Yes.

20        Q      The bottom of the first page.

21        A      Yes.

22        Q      It says that all of our products are

23   tested multiple times during the manufacturing

24   process --

25        A      Right.
```

242

1                      CINDY ORSER

2          Q    -- using both tradition ISO 17025

3   chemical testing facilities --

4          A    Yes.

5          Q    -- as well as cannabinoid testing

6   facilities, all of which are based in the U.S.

7               Do you see that?

8          A    Yes.

9          Q    We spoke about that before, what ISO

10  17025 is.

11         A    Yes.

12         Q    Does that suggest that the Dixie

13  product that Mr. Horn took would have been tested

14  multiple sometimes?

15                   MR. BORON:  Objection as to

16                   form.  Isn't this a screen print from

17                   years later?

18                   MR. BENJAMIN:  This is actually

19                   dated November 30, 2012.  It was

20                   printed on -- the bottom, you will

21                   see, is printed on February, 2014.

22                   This comes from the way back machine,

23                   which is the web archive dated

24                   November 30.  I know it's written,

25                   but I can go back and print.

243

```
 1                    CINDY ORSER
 2               You'll see here it's October 19,
 3          2012.
 4     Q     Anyway, you see what it says there?
 5     A     Mm-hmm.
 6     Q     Wouldn't that suggest that what
 7  they're saying in that FAQ is that the product
 8  that Mr. Horn would have took would have been
 9  tested multiple times during the manufacturing
10  process; right?
11               MR. SHEPS:  Objection.
12     A     It's an inference.
13     Q     And including testing done by
14  cannabinoid testing facilities; right?
15     A     Right.
16     Q     You weren't provided any of those
17  test results; correct?
18     A     That's correct.
19     Q     Assuming that statement that they
20  followed the ISO 17025 guideline -- what would
21  call ISO 17?
22     A     Standards.
23     Q     Standards.  Right.
24               So assuming they followed, as they
25  stated here, that standard, why was the
```

244

1                    CINDY ORSER
2   Certificate of Analysis provided as to the
3   representative sample of October 16 and not the
4   one that Mr. Horn took?
5                    MR. BORON:  Objection as to
6             form.
7                    MR. SHEPS:  Objection.
8        A    I can't answer that.
9        Q    Is that statement as an FAQ is
10  misleading as well; isn't it?
11                   MR. SHEPS:  Objection.
12                   MR. BORON:  Objection as to
13            form.
14       Q    Can you answer that?
15                   MR. BORON:  Objection as to
16            form.
17                   MR. SHEPS:  Objection.
18       A    Is this from their website?
19       Q    It's from their FAQs.
20       A    It certainty seems to suggest they do
21  in-house testing as well as end of product
22  testing.
23       Q    Well, my question was, though, if
24  they followed the ISO standards, as you nicely
25  explained to me, there would be a Certificate of

245

```
 1                    CINDY ORSER
 2   Analysis for the product that Mr. Horn took.
 3        A     Correct.
 4        Q     But as we sit here today, we don't
 5   know whether the product that Mr. Horn took was
 6   even tested at all; correct?
 7                    MR. BORON:  Objection as to
 8                form.
 9                    MR. SHEPS:  Objection.
10        A     No, I don't know.
11        Q     Then if you can please look at --
12   have you heard of the company HempMeds PX; does
13   that name mean anything to you?
14        A     No.
15        Q     You never heard of that?
16        A     No.
17        Q     You don't know the relationship
18   between them and Dixie; right?
19        A     No.
20                    MR. BORON:  Is it a company or a
21                business name?
22                    MR. BENJAMIN:  It's, I believe,
23                a business name.
24        Q     You're not aware of the Dixie brand
25   being sold under that name?
```

246

```
 1                       CINDY ORSER
 2         A     No.
 3         Q     I'm going to give you my last -- what
 4    I think is my last exhibit of Orser.  It's Orser
 5    M, as in Mary.
 6               If you could take a look at that,
 7    please, and I will call your attention to --
 8               MR. SHEPS:  Do you have a copy
 9               for counsel.
10               MR. BENJAMIN:  I don't think I
11               have another one other than the one I
12               have to read.
13               Do you want to give it to your
14               lawyer first before you look at it?
15               MR. SHEPS:  For the record,
16               again on the bottom right corner
17               there's a date and time stamp of
18               12/10/2017 at 6:40 p.m.  This is an
19               exhibit that contains five pages, and
20               it looks like it is generated from a
21               website hempmedspx.com.
22         Q     If you could just take a look,
23    please, at that packet that's been marked as M,
24    and let's just look first at frequently asked
25    question number 3.
```

247

1                    CINDY ORSER

2          A      Okay.

3          Q      It says there:  Do cannabidiol and

4    (CBD) and other natural hemp-based constituents,

5    show up on a drug test?  Under that -- under that

6    FAQ it says most workplace drug screens and tests

7    target Delta 9 tetrahydrocannabidiol (THC), and do

8    not detect the presence of CBD or other legal

9    natural hemp-based constituents.  However, studies

10   have shown that eating hemp foods and oils can, in

11   rare cases, cause confirmed positive results when

12   screening urine and blood specimens.

13         A      Mm-hmm.

14         Q      The next paragraph says:

15   Accordingly, if you are subject to any form of

16   drug testing, we recommend (as does the United

17   States Military) that you do not ingest our

18   products before consulting with your health care,

19   drug screening/testing company or employer.

20              And the last paragraph says:  For

21   customers looking to avoid THC, we now offer

22   products that are completely THC free.  Contact

23   our customer service team to see if a THC free

24   option is right for you.

25              Okay?  You saw that language; right?

248

CINDY ORSER

1

2         A     Yes.

3         Q     Now I submit to you that HempMeds PX

4   has been stated to be the company that was

5   offering the Dixie Botanicals brand.  Pursuant to

6   a letter that the Horns actually received.

7               But looking simply at the information

8   in that frequently asked question, that is

9   actually an FAQ with respect to workplace drug

10  screening; correct?

11        A     Yes.

12        Q     If I told you that the Dixie

13  Botanical FAQs have changed over the years to

14  include that, that language, would that indicate

15  to you that Dixie, and here HempMeds, was aware

16  that THC produced -- that THC was in their product

17  and produced positive test results?

18               MR. BORON:  Objection to form.

19               MR. SHEPS:  Objection.

20        A     I would interpret this that they knew

21  there could be some THC, but they were making

22  efforts to have THC free products.

23        Q     As of the date of the posting of

24  those FAQs; correct?

25               MR. BORON:  Objection as to

1                        CINDY ORSER

2               form.

3                    MR. SHEPS:  Objection.

4          A     I don't know when they were posted.

5          Q     The date that I ran this off was two

6     days ago.  And I rightly point out that they state

7     that we now offer products that are completely THC

8     free.

9          A     Right.

10         Q     So at least in the FAQ here, this is

11    a full disclosure that they are, as of the date of

12    this posting, now offering completely THC free;

13    correct?

14                   MR. BORON:  Objection as to

15              form.

16         Q     Correct?

17         A     I don't know when they posted these

18    FAQs.

19         Q     But if a consumer saw that, there

20    would be every reason to know not to ingest the

21    product as they even recommend if they're subject

22    to drug screenings; correct?

23                   MR. BORON:  Objection as to

24              form.

25                   MR. SHEPS:  Objection.

250

```
 1
 2        Q     Is that a fair statement?
 3                    MR. BORON:  Objection as to
 4             form.
 5                    MR. SHEPS:  Objection.
 6        A     I don't know.
 7        Q     Had you ever reviewed Dixie's FAQs
 8   before today?
 9        A     No.  No.
10        Q     Are you aware that Dixie took down
11   their FAQs all together?
12                    MR. BORON:  Objection as to
13             form.
14                    MR. SHEPS:  Objection.
15        A     No.
16                    MR. BENJAMIN:  Thank you very
17             much, Dr. Orser.
18                    (Time noted:  4:58 p.m.)
19
20             *     *     *     *     *
21
22
23
24
25
```

251

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK        )

5                                   ss:

6    COUNTY OF _____ )

7

8          I, Dr. Cindy Orser, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of December 12, 2017;

11   that the transcript is a true and complete record

12   of my testimony, and that the answers on the

13   record as given by me are true and correct.

14

15

16                         _____

17                                    DR. CINDY ORSER

18

19

20   Subscribed and sworn to before me

21   This       day of            2017.

22   _____

23          (NOTARY PUBLIC)

24

25

1

2                        I N D E X

3    WITNESS:          EXAMINATION BY:              PAGES:

4    Dr. Cindy Orser

5                      Mr. Benjamin                    5

6

7                     E X H I B I T S

8    ORSER:           DESCRIPTION:                  PAGES:

9    A              Nursing Article                   4

10   B              O'Shaughnessy's 2013 Article      4

11   C              Orser Report                      4

12   D              EMSL Lab Report                   4

13   E              EMSL Emails                       4

14   F              CannLabs Certificates of          4
                    Analysis
15
     G              Label - Ingredients               4
16
     H              Label - Dosage                    4
17
     I              Tamar Wise Post                   5
18
     J              Magazine Advertisement            5
19
     K              Article- Marijuana.com            5
20
     L              Dixie FAQs                        5
21
     M              Hempmedspx FAQs                   5
22
     N              Section 1308.11 of CSA            5
23

24        ***   EXHIBITS RETAINED BY COUNSEL   ***

25

253

1

2             ERRATA SHEET FOR THE TRANSCRIPT OF:

3   Case Name:  Horn v. Medical Marijuana, et al.
    Deposition Date:  December 12, 2017
4   Deponent:  Dr. Cindy Orser
    Place:  805 Third Avenue, New York, New York
5

6                      CORRECTIONS

7   PG   LN   NOW READS       SHOULD READ   REASON FOR
    ___  ___  _____     _____   _____
8
    ___  ___  _____     _____   _____
9
    ___  ___  _____     _____   _____
10
    ___  ___  _____     _____   _____
11
    ___  ___  _____     _____   _____
12
    ___  ___  _____     _____   _____
13
    ___  ___  _____     _____   _____
14
    ___  ___  _____     _____   _____
15
    ___  ___  _____     _____   _____
16
    ___  ___  _____     _____   _____
17
    ___  ___  _____     _____   _____
18
    ___  ___  _____     _____   _____
19
    ___  ___  _____     _____   _____
20

21
    _____                   _____
22  Date                           DR. CINDY ORSER

23  Subscribed and sworn to before me
    This      day of              2017
24
    _____
25        (NOTARY PUBLIC)

254

1

2

3                    C E R T I F I C A T E

4

5            I, Terri Fudens, a stenotype reporter

6    and Notary Public within and for the State of New

7    York, do hereby certify:

8            That the witness whose testimony is

9    hereinbefore set forth was duly sworn by me and

10   that such testimony is a true record of the

11   testimony given by such witness.

12           I further certify that I am not related

13   to any of the parties by blood or marriage, and

14   that I am in no way interested in the outcome of

15   this matter.

16           IN WITNESS WHEREOF, I have hereunto set

17   my hand this 21st day of December, 2017.

18

19

20

21

22   _____

23                 Terri Fudens

24

25

**A**

**A.M**
1:14
**abbreviating**
234:22
**ability**
24:17
**able**
46:13 67:10 72:8 83:23 85:2
88:20 114:9,11,13 120:5
159:11 165:14 184:2 196:14
213:11 216:24 217:5 233:13
233:17,21
**abroad**
237:22
**absolute**
182:19 187:22
**absolutely**
18:8 82:5
**absorbed**
181:21
**accept**
49:13,15
**accepted**
186:3 197:11 210:5
**access**
115:20
**accident**
7:7 8:14,16 32:4
**accidents**
8:9
**accreditation**
120:2
**accreditations**
31:16 203:22 206:19
**accredited**
172:8 203:16 204:2 206:22
**accrediting**
207:5
**accurate**
97:11 159:17 201:14 204:11
205:6 220:10 222:7 223:24
224:10
**accurately**
190:22
**acidic**
78:12
**acids**

24:22
**acknowledge**
145:14
**acknowledged**
99:23
**acquired**
13:21
**acronym**
91:22,25
**acronyms**
18:24
**act**
53:17 135:18,20 136:15
137:17,20 141:13,17 142:2
142:5,16 143:4,7 146:15
147:17 158:13 207:19,23
208:5 209:10 214:3 238:7
239:9,11
**acting**
52:16 54:3
**action**
1:5 27:20
**active**
193:22 194:9,16
**activity**
24:23 25:5
**actual**
10:11 161:17 163:7,9 174:14
181:10 184:17
**ad**
218:16 222:6,12 223:21
224:19
**add**
13:14,15,19 130:9
**addition**
128:10
**additional**
28:12 80:19 149:12 194:23
**AddLife**
25:18,19,23
**address**
57:14
**addressed**
186:6
**adequate**
190:22
**administered**
75:14

**administration**
181:25 182:5,6
**administrative**
125:14
**adopted**
140:14,15
**adopting**
120:3
**adulterants**
110:10 205:2
**adulterated**
185:20
**adulteration**
186:7 189:13
**adulterine**
111:24
**adverse**
69:21 70:6,9
**Advertisement**
5:6 252:18
**advice**
27:8,9 41:6,12 42:13
**advise**
37:23,24 38:4,20 42:7 46:13
**advised**
36:22,24 37:6 41:22
**advising**
41:2,15
**advocate**
61:23 63:17
**affairs**
13:6
**affect**
182:18
**affidavit**
9:13,14
**affiliated**
114:8
**against-**
1:5
**agencies**
29:8
**agency**
16:5
**agent**
61:9
**agents**
13:25

**Agilent**
206:5
**ago**
7:18,19,20 32:18 36:16,19
    66:22 116:5 121:20 176:21
    249:6
**agree**
53:10 106:10,16 140:23
    166:25 171:12 212:20
    213:14 214:10
**agreed**
3:5,10,15 197:25
**agreement**
88:22 89:17 92:13
**agricultural**
57:2
**Agriculture**
56:18
**ailments**
236:4,9
**Air**
14:10,12
**al**
253:3
**Albany**
116:2
**algebra**
42:11
**allegation**
33:21
**alleged**
30:20 222:12
**alleging**
54:25 79:9
**allosteric**
19:21
**allow**
121:6 241:4
**allowed**
49:11 60:2 94:6,10 97:2
    138:7 140:11
**allows**
142:5
**alters**
209:6
**amateur**
65:21
**amazing**

61:19
**amendments**
213:10 214:2
**American**
55:16,17 228:21
**amino**
24:21
**amount**
96:8,19 162:15 166:8 167:17
    187:22,22 188:12 194:15
    223:13 236:24
**amounts**
65:9 188:13 236:16
**Amphetamines**
149:2
**AMSL**
132:8
**anagram**
202:9
**analgesic**
19:25 61:9
**analysis**
4:18 18:14 26:4 36:6,11
    43:10,14,18 44:7 84:21,24
    86:17 105:13 111:16 152:9
    152:24 153:20,24 155:9,17
    156:5 157:2,10 159:3,24
    160:22 161:12 163:6 167:25
    170:16 174:8,13 175:17,21
    175:22 177:18 179:4,20
    180:12 181:13 187:4 188:7
    188:15 189:5 190:8 201:5
    203:6 204:10,15 214:14
    220:24 221:13,15 223:12
    227:3,9 228:11 244:2 245:2
    252:14
**analytical**
8:22 11:4 55:20 113:15
    121:13 127:16,17 175:11
    177:9 202:12 207:2 222:3
**analyze**
12:6,9 32:20 35:19,25 65:11
**analyzed**
80:25 81:2
**analyzing**
35:18
**animal**
72:23

**annexed**
177:4
**annotation**
234:10
**answer**
6:21,23 15:9 34:24 38:24
    39:14,21,24 40:5 52:2,3
    53:14 61:18 64:9 94:15
    108:7 118:16 126:18 127:20
    134:14 136:19 138:2 139:6
    139:14,19 143:2 145:8
    147:3 150:3 160:11 199:22
    211:6 222:14 224:6 227:25
    244:8,14
**answered**
92:19 110:7
**answering**
38:18
**answers**
251:12
**anti-inflammatory**
19:25 61:11
**antibodies**
203:10,10
**antibody**
202:7
**anticarcinogenic**
24:22 25:5
**antioxidant**
61:10
**antispasmodic**
61:10
**anybody**
47:11 66:6,14 68:9 69:7,12
    85:21 122:23 176:10 179:10
    196:5
**anymore**
232:8
**anyway**
21:17 59:24 146:13 196:9
    231:7 234:4 243:4
**apparently**
96:7 137:11 153:25 195:7
    198:20
**appear**
90:13 217:19
**appeared**
9:11

appearing
1:20
appears
86:12 190:13 206:3 230:17
appendix
132:7,8,10 133:5 172:9
    173:16
Apple
6:7
applicable
154:2
application
228:13
applied
137:21 138:25 143:9 144:15
    147:11
applies
60:20 98:16 113:25 136:5,7
    136:22 137:2,7 139:9,25
    141:3,4 144:10 211:13
    227:12 228:14 233:14
apply
77:13 97:15 121:11 135:23
    135:24 138:10 145:3,16
    153:20 158:5 179:4 214:15
    238:11
applying
178:22
appointed
116:2
appreciate
151:13
appropriate
91:21 99:25 105:19 206:6
    236:25
approval
207:4
approved
60:17
approximate
36:17
approximately
188:16
archive
242:23
Arete
25:6,8
argument

144:25 213:24
arrangement
88:19
arrive
113:16
art
116:16
article
4:3,6 45:3,19,22,25 46:4,10
    46:23 47:3,4,10 48:3 53:18
    54:6,20 56:7,21 61:2,3
    69:24 72:17 74:24 75:11,13
    78:10 85:25 86:4,12,15,21
    87:8,21 89:15 90:15,24
    91:14 92:13,16,25 93:17
    94:5 98:7 99:10,23 104:10
    104:16,18 219:2 222:13,21
    230:9 231:22 252:9,10
Article-
5:8 252:19
ASDx
13:23 14:3 26:6 114:16
aside
78:23 107:16 130:23 188:2
asked
26:23 28:11 31:22 45:24 50:2
    65:11 74:23 83:22 85:11
    109:23 111:7 112:2 154:9
    154:13 197:18 205:15
    227:22 234:18,25 235:9,17
    236:12 246:24 248:8
asking
6:15 14:4 34:19 40:10 44:2
    84:23 91:14 105:15 138:18
    142:14 143:17,18,23 162:20
    173:5 222:5
aspect
88:21 185:24
aspects
109:10
aspirin
61:12
assay
28:22 163:8 165:6 202:12
    205:23 222:8 223:9
assays
22:20 23:12,17 25:24 26:9
    163:4

assert
191:12
assess
22:20
assessments
22:24 23:3,8,9
assistant
12:21
associate
98:22
associated
32:12 47:23 174:14 230:12
    240:9
Associates
25:6
associating
97:10
Association
55:15,18,19,20
assume
73:8 135:8 179:9
assumed
57:6
assuming
135:6 137:16 176:7 197:19
    243:19,24
assumption
158:10
assurance
57:6,10 59:14
assurances
230:13
asterisk
103:10,20 106:25 161:23,24
    161:25
attached
173:15 196:13
attention
100:19 234:7 246:7
attorney
2:8 27:11 124:11 154:13
    199:5,21
attorneys
2:3,15 3:6
attract
45:23
audited
16:22

**auditor**
16:22,25
**August**
177:5 228:20 229:8
**author**
90:16
**Avenue**
1:12 2:16 253:4
**average**
182:19
**avoid**
89:4,14 215:25 247:21
**avoiding**
76:9
**awarded**
12:23
**aware**
20:11 62:22 78:5,24 79:11
    85:19,20 86:25 101:7
    149:12 191:13,18 193:15,18
    201:4 208:4 215:22 216:5,9
    220:5 228:20 229:3 245:24
    248:15 250:10
**awfully**
69:23

---

**B**

**B**
4:5 86:2,10 146:15 252:7,10
**back**
12:8 13:22 15:9,11 17:17
    20:12,14 35:3 41:25 43:8
    45:4 52:2,5,18,21 54:23
    63:16 67:24 93:6 94:14,17
    95:3 98:6 101:12 107:24
    110:6 111:9,19 112:2
    113:11,17 114:8,10 117:4
    144:24 154:3 158:4,7 160:8
    173:21 198:16 199:3 216:10
    224:8 225:4 228:7 236:20
    237:14 242:22,25
**background**
6:17 12:14,17 20:13,15
**backgrounds**
99:21
**backwards**
83:5
**bacteriology**

12:23 22:4
**bang**
76:14
**banking**
118:14
**barbiturates**
148:25
**barriers**
118:14
**based**
8:19,20 74:14 123:23 134:12
    136:12 139:10 140:3 192:6
    213:13 222:3 231:13 242:6
**basically**
8:13 27:5
**basing**
155:16
**basis**
10:14 32:21 57:8 127:9
    128:24 133:25 137:8 153:5
    183:25
**batch**
58:8 59:2,6,8 159:23,25
    160:2,3,4,4,6,20 161:6
**beating**
138:17
**beginning**
92:10 120:14
**behalf**
1:20
**Behavioral**
16:23 29:5
**belief**
226:24,25
**believe**
47:9 58:14,18 62:21 63:3
    64:3 68:23 102:21,24 104:6
    126:21 127:2,3,6,20 136:5,6
    159:15 178:8 184:16,20
    201:13 204:8 205:5 209:22
    217:6 222:13 225:15 226:2
    226:4 227:9 228:10 245:22
**believed**
7:10
**belong**
47:22
**benefit**
58:19 147:15,17

**benefits**
19:24 147:6 209:20
**Benjamin**
2:3,6 6:2,11 15:8 38:17 44:4
    51:25 52:18 56:22 57:22
    86:8 89:13 90:19,23 91:8
    92:4,18,23 93:13,18,23
    101:17,25 103:18 104:17
    107:15,23 114:13 132:18
    142:14,18 147:5 152:12
    168:11,20 176:16 177:12
    183:17,22 184:14 185:8
    189:3,7,10 195:16 224:5
    227:20 230:4 241:12 242:18
    245:22 246:10 250:16 252:5
**benzodiazepines**
149:2
**Berkeley**
12:19 20:24
**best**
62:3 91:24 179:3
**better**
11:4 73:15 75:20 76:3 224:13
    239:14
**beyond**
232:7
**beyondthc.com**
87:5 230:12
**Bianco**
47:20
**big**
9:22 10:10,13,14,18 11:15,19
    14:9 26:20,21 27:2,14 29:10
    29:13,20,23 37:12 84:14
    109:7 118:15 120:22 124:22
    124:23,24 125:10,13,19,24
    126:3 235:13
**biggest**
19:16
**bill**
94:6,10 97:11 98:23 137:13
    138:3,11,17,21,21 140:9
    141:24 146:9 158:3,4
    178:18
**billion**
87:15 187:10
**bind**
19:17,23

**binds**
19:20
**bio**
13:9
**bio-threat**
13:25
**bioassays**
13:25
**biochemistry**
12:22 22:4
**biological**
14:2 72:22 131:22
**Biology**
21:8
**biosensor**
25:9,12
**Biosystems**
9:23 11:19 13:24 14:9 26:6
  114:17 124:25 126:3
**biotech**
12:25
**bit**
99:20 152:16 155:25
**blog**
11:9,11 44:10,13 45:5 86:25
**blogs**
44:9,16
**blood**
25:25 33:3,6,8,11 76:10
  126:14 127:14 247:12
  254:13
**bloodstream**
76:13
**board**
30:5
**bodies**
70:4,5,5
**body**
19:17 33:19 69:22 182:19,22
  182:25 183:9 207:5
**BORON**
2:12 18:6 21:22 23:4 34:18
  35:5 39:22 40:21 41:8,16
  43:21,25 46:7 47:6 50:11,18
  50:25 51:15,21 53:7 54:8
  55:3 56:20 58:16 63:23
  65:6 66:9 69:17 70:11,19
  71:7,20 72:3 73:10 74:5

75:23 76:5,15 79:3 80:16
81:19 83:19 85:16 87:25
89:6,10 90:9 91:16 92:11,21
93:10,16,22 94:22 95:8,21
96:20 100:5,14 101:9
102:22 104:14,21 105:10,21
105:24 106:14,19 107:12
112:11 113:7,20 114:11,14
114:23 115:4 117:11,25
118:20 121:25 124:9 126:23
127:10 128:21 129:12 130:6
130:17 131:7 132:16,21
135:3 136:2,8,16 137:3,24
138:14 139:3,16 140:7
141:14,22 142:9,24 143:11
144:16,21 145:6,20 146:5
146:16,23 147:14 149:7,24
151:3,12 155:12,20 156:7
156:15,21 157:6,13 158:14
159:5,12,19 160:16 161:15
162:12,19 163:14,25 164:7
164:11,18 165:19 166:22
167:18 168:16,21 171:13,17
171:24 172:14 173:2 176:4
179:6,12,21 180:3 181:15
182:14 183:15,19 184:24
185:10 187:7,17 188:10,18
188:25 189:6,16 190:16
191:8,22 192:9,19 193:4,12
193:17 194:18 195:2,12
196:24 197:6 198:18 199:12
200:6 205:7 207:14 208:7
208:12 209:12 210:12 211:4
211:20 212:2,9,18 213:6
214:18 215:7 216:20 217:3
217:10,18 218:18 219:20
220:12,21 221:3,25 222:11
222:23 223:6,15 224:17
225:21 226:6,11,15,21
227:5,14,18 228:2,24
232:18 233:23 236:18 237:3
237:24 238:17,24 239:4,18
240:4,12,22 242:15 244:5
244:12,15 245:7,20 248:18
248:25 249:14,23 250:3,12
**Botanical**
248:13
**botanically**

235:25
**Botanicals**
1:7 2:15 100:25 101:8 104:10
  232:6 248:5
**botany**
20:16 21:21
**bother**
191:3
**bothered**
129:17 195:7
**bottle**
80:13,14,18 103:23 104:4,5,7
  105:14
**bottom**
59:13 73:23 169:19,19 196:8
  209:25 224:24,25 234:13
  241:20 242:20 246:16
**bought**
122:15 123:7
**Boulder**
6:7 13:2
**box**
101:4
**brain**
19:21
**brand**
245:24 248:5
**branded**
67:7
**Branson**
43:8
**Brassica**
24:18
**break**
107:17 110:5 176:15 241:8
**breakdown**
36:12 163:3 164:22
**breeders**
65:21
**brief**
19:12 57:19 86:5 147:21
  176:14,17 241:9
**briefly**
12:13 200:10
**bring**
12:8 56:13 96:9 140:12
**broad**
23:7 69:23

**brought**
6:12 14:15 113:10
**brownfields**
23:25
**browsing**
193:10
**BS**
20:16
**buck**
76:14
**Buffalo**
2:11
**bugs**
83:7
**build-outs**
11:6
**building**
2:10 14:17
**built**
10:23 113:22
**bulk**
160:4
**bunch**
210:9
**bush**
138:17
**business**
68:24 87:19 108:25 159:4
  171:17 245:21,23
**butane**
80:7
**buy**
112:9 122:11,14
**bypass**
76:11

---

**C**

**C**
2:2 4:8 5:20 84:20 123:18
  127:25 189:19 205:2 215:3
  251:2 252:11 254:3,3
**calibrate**
120:15,17
**calibrated**
120:23
**calibration**
120:20 222:17
**calibrations**

203:19
**California**
11:2 12:19 17:13 29:9 49:11
  49:12,15,18 50:16 53:22
  115:12,15,19
**call**
14:4 47:4 80:18 81:6 101:23
  135:10 208:14 243:21 246:7
**called**
13:20 15:17 34:9 78:15 80:3
  120:25 188:3 219:8 230:19
**calls**
16:24
**Canada**
129:5,20
**candidates**
11:3
**Cannabadials**
19:9
**cannabidiol**
19:2 103:21 106:23 247:3
**cannabinoid**
18:17 31:5 76:24 106:21
  111:22 165:5 174:2 192:13
  192:13 222:7 242:5 243:14
**cannabinoids**
18:15,18,22 19:10,11 35:12
  42:9 61:4 69:25 72:20
  73:17 81:25 85:10,11
  101:14 102:25 106:7,8,11
  106:18,24 163:7 164:23
  172:11,13 173:24 182:18
  191:25 239:7
**Cannabinol**
70:3
**cannabis**
11:2,12 12:2,3,3 14:5,24
  15:17,20 17:24 18:19 19:4
  20:6,9 24:3,25 25:17 27:6
  27:13,15 28:17,21 29:21
  30:7,11 31:2 34:12 35:10
  38:11,12 39:16 42:3 45:4
  46:17 51:5,6 55:16 56:5,9
  56:13 57:15,25 58:6,15 59:5
  60:5 61:24 62:5,5 64:4,8,11
  72:19 73:13 74:7,15 76:19
  76:22 77:8,22 94:7 99:21
  100:8 109:8,11 114:3,10

116:3,12 118:23,24,25
  120:3 121:11,16,18 127:15
  134:25 135:9,12 137:10
  138:8 205:11 217:20 235:22
  236:8
**CannLabs**
4:17 115:10,14 121:21
  122:18,23,24 123:8,11
  152:8,24 159:8 160:10
  180:17 190:10,15 204:6,8
  221:13 223:12 227:10
  228:10 252:14
**CannLabs'**
122:21 159:4 205:16 237:5
**capability**
222:4
**car**
7:7
**carboxy**
150:25 151:5 182:21
**card**
49:12,15
**care**
45:8 92:20 247:18
**carried**
15:6 60:5
**cartridge**
35:16
**cartridges**
34:11
**cascade**
19:18
**case**
6:16 7:5,13 8:3 9:3 27:24
  28:5,7 32:8,11,13,14 33:10
  33:20,24 49:14 51:19 54:19
  54:23 55:7 62:9 63:20 64:5
  66:11 79:9 85:14 88:9
  103:24 113:17,25 124:5,16
  125:7 126:5,14 134:25
  140:3 156:2 165:5 181:2,24
  182:4 190:20 192:15 217:20
  253:3
**cases**
247:11
**categorized**
238:6
**category**

39:4 193:25
**caught**
129:21
**cause**
247:11
**caused**
184:10
**CB1**
19:20
**CBD**
18:20,25 19:2,14,21,24 36:12
62:16,18 70:3,4 77:2 80:25
82:13 83:17 84:14 85:9
86:16,18 87:14,20,24 88:15
88:21,21 89:25 99:15 100:3
101:14 102:20,25 103:9,19
105:11,12 107:2,4 129:23
131:16,21,22 164:2,4
165:15 170:11,15,17,19,21
170:24 171:4,4,10,19,23
173:25 191:3,3,5,25 219:2,6
219:12 225:13 231:11
235:21,21 236:2 237:12,17
237:21 247:4,8
**CBD's**
99:12
**CBN**
77:2
**Cell**
13:20,20
**center**
13:9
**centered**
27:15
**CEO**
47:20 123:2
**certain**
24:14 60:11 65:18 74:13
77:16 100:8 119:11 209:6
**certainly**
54:23 79:16 109:14 140:14
203:11
**certainty**
184:3 244:20
**certificate**
36:6,11 84:21,23 111:16
152:23 159:24 162:6 163:6
188:14 214:14 221:13,20

244:2,25
**certificates**
4:18 105:13 152:8 153:20,24
155:9,17 156:4,25 157:10
159:3 160:22 161:12 167:25
172:10 174:7,13 175:17,20
175:22 177:17 179:4,19
180:12 181:13 187:3 188:7
189:5 190:7 204:9,15
220:24 223:12 252:14
**certification**
15:16 16:6,16,20 17:12,20,23
18:9
**certifications**
3:7 31:14 190:22
**certified**
15:3,13,14 16:21 17:8,18
58:10
**certify**
251:8 254:7,12
**cetera**
58:11 91:2
**CFO**
47:21
**chain**
17:4 176:23 185:13,18,24
186:5 189:13
**Challenges**
59:14
**chance**
44:23 86:20 102:16
**change**
182:7
**changed**
186:11 189:23 248:13
**changes**
19:22
**changing**
73:15
**characterized**
238:6
**chart**
73:22
**cheaper**
67:21
**check**
173:5
**checked**

173:10
**chemical**
55:18 63:15 242:3
**chemically**
131:22
**chemicals**
34:15
**chemistry**
8:23 21:14 186:23
**Chemists**
55:19,20
**Chemists'**
55:17
**chief**
10:9,20 125:5
**China**
231:18
**chlorophyll**
82:20
**chose**
204:22
**chromatography**
36:4
**chromitography**
202:11
**cigarette**
33:21 75:8,22 78:17
**Cindy**
1:3,19 5:1 6:1,5,12 7:1 8:1
9:1 10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1 98:1
99:1 100:1 101:1 102:1

103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1
119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1
155:1 156:1 157:1 158:1
159:1 160:1 161:1 162:1
163:1 164:1 165:1 166:1
167:1 168:1 169:1 170:1
171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1
179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1
195:1 196:1 197:1 198:1
199:1 200:1 201:1 202:1
203:1 204:1 205:1 206:1
207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1
215:1 216:1 217:1 218:1
219:1 220:1 221:1 222:1
223:1 224:1 225:1 226:1
227:1 228:1 229:1 230:1
231:1 232:1 233:1 234:1
235:1 236:1 237:1 238:1
239:1 240:1 241:1 242:1
243:1 244:1 245:1 246:1
247:1 248:1 249:1 251:8,17
252:4 253:4,22
**circumstances**
67:4 180:18
**circumvents**
89:24 93:7,15
**citation**
130:5
**cite**
135:14
**citing**
56:21 129:11

**city**
27:11
**Civil**
1:5
**claiming**
112:6
**claims**
99:12,25 100:8 231:3
**clarified**
137:13
**clarify**
6:18 158:17 160:20 163:10
165:19,25 168:16 176:20
**clarity**
18:24
**class**
72:18
**classes**
148:16
**classified**
147:9 208:4
**classify**
198:9
**cleaning**
23:25
**clear**
129:6 143:24,25 181:24
**clearly**
210:17
**client**
10:19 27:4 41:21 42:13
**clients**
10:3,16 12:3 36:22 37:23,24
38:4,6,21 41:2,7,21 42:7,11
45:23 67:12,19
**clinical**
133:22 200:11,14,22 203:23
**clipped**
168:18
**closed**
122:2,3,9
**closure**
159:4 204:5 205:17
**CO2**
80:6
**code**
213:8
**coffee**

37:10,11
**collect**
12:8
**Colorado**
6:7 13:23 17:12 18:2 27:7,13
29:9 34:10 68:11 85:19
115:12 122:12 123:4 140:14
157:22,24 158:2,3,8 178:6
179:17,18 180:8,16 193:20
204:20 205:11 241:4
**Colorado's**
219:7
**column**
88:18 89:20 93:17,18 99:4,4
**combined**
163:12
**combining**
16:19
**combustion**
76:7
**come**
17:2 67:11 109:9 124:7 143:4
**comes**
59:19 72:22 126:3 135:16
140:22 197:4 235:2 242:22
**coming**
67:8 84:23 211:25
**comment**
8:17 70:25 236:20 240:14
**commerce**
51:8,10,13
**Commercial**
55:16
**Commissioner**
26:16
**commodity**
57:2
**common**
8:8
**commonly**
235:2
**communication**
108:17
**compacted**
141:9
**companies**
11:17 36:25 37:6 67:6 68:9
69:8 79:12,16,19 82:2 83:16

83:25 84:9,16,17 89:17 98:7
125:6 231:23
**company**
6:14 9:22 10:2 13:2,6,9,13,20
13:23 30:4 34:9 37:6,8
52:10 66:15 83:15 84:8,12
84:14,22 88:7,8 93:24 95:4
99:13 108:13 111:17 113:3
122:13,17 123:7,11,12
125:19 205:17 239:25 240:7
240:16 245:12,20 247:19
248:4
**company's**
23:24
**comparability**
189:18
**compare**
104:24 188:21 204:13
**compared**
142:13 159:24
**competence**
190:21
**competency**
115:9
**competent**
114:2,9,22 200:19
**competitors**
84:12
**complete**
224:4 251:11
**completely**
33:14 180:25 183:8 247:22
249:7,12
**compliance**
120:24
**complicit**
77:22 138:8
**complicity**
94:8
**comply**
99:18
**complying**
106:4 157:21
**component**
62:13 63:14 120:22
**composite**
234:12
**compound**

210:6
**compounds**
30:16 31:5 76:8 83:10,11
150:16
**computer**
130:20
**concentrate**
35:12 80:20,21
**concentrated**
56:6
**concentrating**
83:13
**concentration**
35:16 149:5,15 182:25
187:16,21,24
**concern**
185:19 199:8
**concerned**
85:3 185:22 192:4
**conclude**
181:10
**conclusion**
156:5 191:6
**conclusions**
130:10 184:7
**conditions**
74:13
**conduct**
203:8,23 206:10
**conducting**
118:14 197:20
**conference**
66:19 229:15
**confidence**
57:5 170:16 184:9
**confident**
229:16
**confirm**
149:13
**confirmation**
149:20
**confirmatory**
202:17,18
**confirmed**
247:11
**conflict**
225:16 226:4
**confused**

74:8
**confusing**
126:2 229:20 238:22
**confusion**
137:11
**Congress**
118:5
**conjunction**
102:4
**consider**
39:6
**considerable**
185:23
**consideration**
156:3
**considered**
49:24 162:2
**considers**
238:3
**consistent**
150:24 181:12 187:3,13
188:5
**constituents**
31:21 247:4,9
**construction**
11:5
**consult**
27:6
**consulting**
9:22 10:2,15,18 11:18 14:10
26:21 27:3 108:25 109:2
247:18
**consumable**
81:13 227:12
**consume**
237:20,21
**consumer**
57:4 106:11,17 110:21,22
171:7 249:19
**consumers**
49:9 227:13
**consumption**
71:18 72:12 111:3 140:17
213:17 216:7 231:22
**contact**
95:20 124:13 247:22
**contacted**
124:11

**contain**
65:15,15,16,19 96:18 134:19
  168:19 220:25
**contained**
45:13 102:25 120:6 181:11
  196:14 220:19
**container**
59:20
**containers**
101:3
**containing**
52:11 53:3
**contains**
65:4 96:7 101:13 105:7
  177:22 191:25 210:7,19,25
  219:9 231:16 235:25 236:8
  246:19
**contaminant**
232:24 233:2
**contaminants**
85:4 232:23
**contaminating**
181:5
**contamination**
110:12 113:14
**content**
35:22 36:12,13,15 38:21 68:4
  78:2 80:24 81:12 105:3
  111:25 112:8,16,20 113:5
  140:20 142:5 157:18 163:9
  170:25 171:11,22 172:4
  187:2 197:22
**contention**
139:21
**contents**
35:18 85:9 175:3 191:20
  233:15
**context**
142:3 216:14
**continue**
142:19 219:11
**CONTINUED**
57:21 86:7 107:22 177:11
  241:11
**continues**
73:6
**contract**
11:18 43:8

**contracts**
43:9
**contrast**
202:4
**contributing**
73:16
**contributor**
62:4
**control**
120:10,12,19 198:3,4,6
  203:14 206:17
**controlled**
37:17 38:12,25 39:3,7,10,12
  39:20 40:3,17 41:2,13,22
  42:8 43:3 53:11 57:15 60:8
  63:11 70:16,18 78:7 118:9
  121:3,8 129:25 135:17,20
  136:15 137:17,19 141:12,17
  142:2,4,7,11 143:4,6 146:14
  158:13 207:19,22 208:5
  209:10 210:25 215:25
  216:13,19 218:3 238:7
  239:9,11
**Controller**
142:16
**conversation**
67:5,23,25 69:11 229:14
**conversion**
131:16
**convey**
74:4
**convinced**
220:16
**COO**
47:21
**cook**
161:3
**copy**
44:18 103:17 138:16 139:7
  143:19 148:24 168:8 210:16
  246:8
**corner**
246:16
**corp**
126:4
**corporate**
173:13
**correct**

11:21 14:23 16:9,16 19:9
  20:3,17 21:21 22:5,16 23:3
  23:12 24:4,25 25:11,19 26:7
  29:21,22 30:8,12,14,21
  31:12,13,21 33:15 36:14
  38:10,22 40:13 41:11 42:6
  45:9,20 46:20,24 48:18,23
  49:21 50:5 51:10,13 52:12
  53:5,11 54:21,25 57:11,16
  57:17 58:22 62:19 63:13
  65:2,17 67:25 70:7,8 71:13
  74:9,19 75:2,3,9,14 77:6,7
  77:14,15 78:19 81:17 82:19
  83:7 85:9 94:11,20,20 95:2
  95:6 96:15 98:11,21 102:21
  109:15 113:19,22 116:12
  117:21 118:19 122:8 125:7
  125:21,22 126:15,22 128:5
  132:14 135:13 143:10 146:4
  147:9,17 153:6,13,18
  157:11,12 158:22 166:6,15
  167:2,3,17 169:6 170:7,13
  171:12 172:13 173:11,16,19
  173:20 175:17 178:8,9
  179:5 182:2 183:4 184:11
  186:12 188:9,17,24 190:3,6
  190:15 192:18 199:11
  200:12 201:6 203:5 205:13
  207:19 208:18 210:22
  212:16 214:12,17,20 215:20
  217:8 219:9 221:9 227:16
  228:15 229:6 236:13 237:23
  238:23 243:17,18 245:3,6
  248:10,24 249:13,16,22
  251:13
**CORRECTIONS**
253:6
**correspond**
146:4 153:15 162:18 165:12
  166:13,19
**correspondence**
156:24 195:24
**corresponds**
165:16 175:16 221:19
**cosmetics**
99:17
**counsel**
29:9 44:19 90:20 101:17

103:16 195:15 210:10
    229:25 246:9 252:24
**countries**
90:4,5 237:22
**country**
48:11 95:6 116:25
**COUNTY**
251:6
**course**
35:19 47:18 85:8 95:23
    115:19 133:17 134:3
**courses**
21:11
**court**
1:2 3:18 6:24 8:6,6 9:11 32:9
**covered**
27:5
**create**
56:3
**created**
111:11 131:20
**credibility**
170:22 188:3 191:7
**creeps**
48:11
**criteria**
147:11
**critical**
231:24
**crops**
60:2
**cross**
148:15
**crude**
231:13
**CSA**
5:18 252:22
**cultivating**
138:7
**cultivation**
27:7,21 38:6 42:23 94:7
**cultivator**
28:13,15 42:21
**cultivators**
12:3
**cup**
37:10
**curatives**

99:18
**cured**
59:8 160:3
**curious**
129:5
**currently**
9:21 19:8 57:7 180:15 238:3
**custody**
17:4 176:24 185:13,18,24
    186:6 189:13
**customer**
112:9 247:23
**customers**
11:21,23 26:22 47:3 171:7,8
    247:21
**cut**
149:5
**cutoff**
149:15
**CV**
12:15 22:19 25:6 43:7
**Cycle**
23:21

---

### D

**D**
4:11 5:20 168:6,7,10,13
    174:19 176:22 185:6,9
    205:22 251:2 252:2,12
**D.C**
13:8 119:12
**daily**
10:13,14 183:25
**dangerous**
231:24
**data**
17:5 168:19 177:7 180:11,12
    205:3
**date**
4:4,7,10,13,16,19,22,25 5:4,7
    5:10,13,16,19 66:25 87:10
    154:15,20,21 164:17 173:7
    189:22 219:25 246:17
    248:23 249:5,11 253:3,22
**dated**
176:25 196:8 234:15 242:19
    242:23
**daughter**

186:3
**day**
120:14,16 183:20 251:21
    253:23 254:17
**days**
166:19 183:14 249:6
**DC**
119:6
**de**
87:19
**DEA**
196:15,22 197:3,10,25 198:2
    198:4,5,6,7,11,14,25 199:3
    199:10 200:3 217:21
**dead**
83:7
**dealing**
39:4
**deals**
11:4
**decarboxylation**
78:16
**December**
1:14 152:17 230:7 251:10
    253:3 254:17
**decided**
198:8
**decision**
40:7
**deduce**
155:5
**deductive**
192:14
**defendant**
2:15 65:25 88:9
**defendants**
1:8,21 2:8 65:24 66:7
**defense**
13:9,13 25:10
**defer**
39:11
**deferring**
145:24
**defiance**
48:12,23 50:3,4,7,14,23
    53:17 54:3
**define**
39:19 110:17,19 182:20

209:4
**defined**
75:4 145:22 147:17
**defines**
167:12
**defining**
210:3
**definition**
40:19 141:6,7 142:6 145:22
   145:24 146:3 183:4 210:18
   212:7,15 216:2
**definitions**
40:16 75:12
**definitive**
191:19
**definitively**
156:10
**deflate**
113:5
**deflation**
112:16,20,24
**defying**
48:20
**degree**
184:9 189:24
**degrees**
21:25
**delivered**
186:2
**delivers**
61:11
**Delta**
150:6 247:7
**Delta-9-THC**
78:12,13,14
**demonstrates**
157:21
**Denkin**
47:20 108:3,7 109:22 111:7
**Denver**
27:10 34:10 115:11,14
   124:12
**department**
16:7,23,24 17:2 25:10 29:5,6
   56:17 148:8
**depend**
150:22
**depends**

45:16 51:17 65:10 77:12
   96:23 148:18 183:11
**depleted**
24:2
**Deponent**
253:4
**deposition**
3:16 7:2,23,25 9:7 229:4
   230:6 251:10 253:3
**depositions**
102:13 218:7
**derivatives**
211:12
**derived**
103:12 225:17 238:4
**deriving**
213:24
**describe**
10:17 26:21 34:7 61:20
   108:24 123:21 152:21
**described**
80:14,23 96:2
**describing**
95:19 109:2
**description**
121:5 252:8
**designed**
10:24
**designing**
14:5
**Despite**
131:18
**destroyed**
122:21 154:12
**detail**
15:5
**detail-oriented**
151:14
**detailed**
134:14 164:22 221:15
**details**
132:9,13,15 133:16
**detect**
215:17 247:8
**detectable**
167:6,7,17 214:23 223:8,10
**detected**
215:19

**detection**
202:24 221:7 237:6
**determine**
233:14,17
**determining**
157:17
**develop**
24:8,17 206:25
**developed**
22:19 26:9
**developing**
13:3,24 25:21,24
**development**
24:13 25:11 28:22 68:24
**dew**
79:8 101:13 152:25
**diagnostic**
14:6 25:22 114:17
**diagnostics**
14:12 28:18,22
**dialogue**
143:6
**Dice**
1:7 2:9 88:8,19 240:16
**dietary**
24:7 99:17 194:3
**differ**
140:21
**difference**
19:13,16 40:24 64:7 92:5
   166:3,11 213:20,23 235:18
**different**
19:8 33:14 40:16 90:3,17
   145:3 150:8,15 161:13
   162:22 163:7,20 164:14,15
   165:18 182:12 188:23 191:6
   202:22 204:18,19 208:20,23
   213:15
**differentiates**
146:21
**differs**
59:10
**difficult**
118:10
**Digipath**
10:4,6,8,19 11:15,19,20,24
   12:11 14:15 26:25 27:4
   29:11,15,18,18,24 30:3,5,7

30:16,23 31:4,16 36:22
42:17,19 45:5,12,23 46:20
47:2,12,14,17 59:5 64:16,17
64:19 65:12,13,14 108:13
108:14 110:14 113:22
116:11,15 119:25 122:7,11
122:14 125:3,4,10,11,23
204:16,18,25 235:9
**Digipathlabs.com**
44:15
**dilated**
232:2
**dilute**
35:16
**diluted**
35:15
**dilution**
35:23
**directed**
199:5,21
**directly**
34:14 124:13,21
**director**
8:22 13:6 26:13 225:5
**dirty**
231:13
**discernible**
166:3,10
**disclose**
90:5 105:3,19
**disclosure**
224:13 249:11
**disconnect**
39:15 40:13 48:17 50:3 60:4
221:5
**disconnection**
40:8
**discovery**
28:11
**discrimination**
202:8
**discuss**
68:3 69:4 182:12
**discussed**
32:23
**discussion**
102:7 116:20 152:13 210:13
**dispensary**

42:24
**dispense**
216:19,25 217:16
**dispensers**
216:13
**distillates**
64:20
**distillation**
80:20 81:24 82:5,8 83:5
**distilled**
82:4
**distinction**
142:23
**distinguishing**
78:11
**distribute**
52:11 53:2 216:19,24 217:16
240:2,20
**distribution**
43:2
**distributors**
216:12
**DISTRICT**
1:2,2
**disturbing**
232:7
**division**
13:9 25:13
**divorce**
9:2,12
**Dixie**
1:6,7 2:15,15 5:11 6:13 30:20
36:24,25 65:24,25 66:14
68:6,9,11,16 69:4,8 78:25
79:8,8,11,15 82:3 84:2,12
85:11,15,18,21 87:16 88:7,7
88:19 89:5 90:25 95:16
96:9 100:3,12,25 101:8
104:10 134:25 152:24
157:18,21 160:11 174:8
176:10 177:15,18,21 178:23
179:2 181:9 183:16,17
184:9 187:14 191:19 193:9
211:17 213:10,22 216:17
219:7,8 220:17 225:17
226:9 228:21 230:20 231:5
231:12 232:6,11 236:12
237:13 240:10 242:12

245:18,24 248:5,12,15
250:10 252:20
**Dixie's**
88:24 92:14 99:15 225:5
250:7
**doc**
12:20
**doctor**
74:19 241:15
**document**
120:25 123:19,22 139:7
158:18
**documentation**
17:3
**documented**
206:23
**documents**
28:10 121:8 123:24 132:13
133:8 134:6 153:10 161:18
**dog**
209:7
**doing**
11:6 68:23,24 114:19 139:13
181:7 231:23
**domestic**
94:11
**dosage**
4:23 73:24 74:10 252:16
**dosages**
73:2 74:21
**dose**
74:16 183:25
**dosing**
111:22,23 112:5
**DOT**
148:11,17 149:4,19,22
150:17 151:2,18,20 172:16
184:10 200:16 204:3
**doubt**
70:21 130:9 180:16 240:21
**Doubtful**
122:19
**Douglas**
1:3 6:11 103:24 196:12,18
**download**
137:17
**Dr**
1:19 6:8 34:18 57:23 72:6

86:23 107:25 128:18 129:11
131:15,18 152:20 177:4,13
230:6 250:17 251:8,17
252:4 253:4,22
**draw**
8:8 142:22 156:5
**dried**
35:10 79:22
**drive**
222:19
**drop**
79:8 152:25 177:22
**drops**
101:13
**drug**
34:5,17 36:20 37:13,14,20
38:9 61:15,21 62:18 69:15
117:18 126:7,11,17,22
127:4,8,21 146:21,22
147:23 148:12,16 151:2
181:6,19,20 182:8 192:3
201:5,14 203:19 247:5,6,16
247:19 248:9 249:22
**drugs**
63:4,10 147:16 148:22 211:8
**due**
177:22
**duly**
5:21 254:9
**duties**
10:15,18

---

**E**

**E**
2:2,2 4:14 5:20 107:21,21
195:20,20 251:2,2 252:2,7
252:13 254:3,3
**E-mail**
195:24 196:7,18 198:23
**E2**
164:4
**earlier**
20:23 206:21 217:22 229:15
**early**
12:23 99:23 154:17
**easy**
123:14
**eat**

110:23
**eating**
247:10
**Ecstasy**
63:6,15
**edible**
75:6 110:17 113:13 174:9
**edibles**
1:7 73:24 74:25 109:23,24
110:8,16 111:8,21 113:12
177:19
**educated**
73:15
**education**
21:10,13,17,20 26:16 31:18
73:20
**educational**
6:17 12:14,17 20:12,15
**effect**
3:17 98:25 105:7 192:24
236:10
**effective**
62:12,14
**effectiveness**
62:4
**effects**
22:11 69:21 70:6 72:21 73:16
236:3
**efficacy**
99:13
**effort**
55:25 56:3,6,11 117:15
125:12,13
**efforts**
55:9 248:22
**eight**
172:24
**either**
16:13 53:24 65:13 159:22
200:3 232:17
**elaborate**
59:23 109:21 118:11
**eliminated**
182:18 183:8
**Elixinol**
84:13
**elixir**
79:8 100:12 157:18 170:23

177:15 211:17 213:11,22
228:22
**Elixirs**
1:6 2:15 6:13 66:15 87:16
88:7,7 174:9 177:19 179:2
219:7 240:10
**Emails**
4:14 252:13
**embedded**
114:6
**embeds**
120:7
**emphatically**
181:17 220:23
**employee**
125:2
**employees**
7:6 10:22
**employer**
247:19
**employment**
7:8 9:24
**EMSL**
4:11,14 133:2,16 152:3
168:14,23 169:15,15 170:11
172:3,7,18 173:6,10 174:23
177:9 185:3,7,14 187:2
188:2 190:21 195:25 196:5
205:21 207:12 214:11
216:14 252:12,13
**EMSL's**
199:8
**enabled**
214:4
**enacted**
212:23
**ended**
13:19,22 32:17 108:5
**endorsed**
116:25
**endorsement**
232:22
**engagement**
194:7
**enjoys**
57:3
**enteric**
76:12

entities
49:9
entitled
86:13,16
entity
14:14 29:20 90:17 241:5
entries
172:21,24
entry
221:8 234:8
environment
129:24 130:24 131:5,13,19
EPA
55:24 56:17 60:3
epilepsy
236:4
equally
111:11
equivalence
211:14
equivalent
211:18
equivalents
211:7,10
era
143:8
ERIC
2:12
ERRATA
253:2
eschews
88:23 89:13 92:14
ESL
188:14
especially
185:4
ESQ
2:6,12,18
Essence
84:9
established
59:7 174:12
estimate
13:3
estimated
87:14
et
58:11 90:25 253:3

ethanol
79:23 80:2
ethical
232:12
Euphoria
84:9
events
19:18 147:21 148:13
eventually
117:13
everybody
18:20
everyone's
182:16
evidence
118:3 131:17,21 155:2
189:12
exact
162:8
exactly
15:5 34:21 82:21 97:16 169:9
EXAMINATION
1:19 5:25 57:21 86:7 107:22
177:11 241:11 252:3
examined
5:23
example
15:6 18:21 37:5,25 42:13
50:22 64:18 119:25 120:21
129:4 215:18,19 236:16
examples
50:14
exception
211:9
excreted
151:5
excuse
17:18 50:4 69:15 132:15
141:4 161:21 237:20
exemplar
170:12
exemption
215:23
exhibit
4:2,5,8,11,14,17,20,23 5:2,5
5:8,11,14,17 44:18,24 45:2
61:2 102:2 103:6 152:16,19
152:21 161:19 162:10 163:3

165:13 166:5,14,21 168:10
168:13 170:2 176:22 177:3
185:6 195:21 205:22 218:7
218:8,10 229:21 230:5
234:3,12,17 241:13 246:4
246:19
exhibits
101:18 102:10,13 234:5
252:24
exist
57:7 137:14 153:25 154:3
155:10
existed
14:9 154:14
existence
33:10 71:17 121:21
existing
56:4
exists
10:6 13:20 15:24 55:23
191:17
exit
182:22
expand
23:24
expect
6:21
expensive
98:14
experience
14:6 20:14 21:10 22:3 31:19
34:5 36:20 37:22 38:13,25
40:25 43:2,6 74:14 85:14,18
112:17 127:8 136:10 137:9
139:10 140:4 205:13
experienced
112:19 131:16
experiences
208:25
experiential
6:17
expert
1:20 5:20 28:13
explain
18:13 73:7,22 109:10 168:9
explained
244:25
explanation

161:25
**exploit**
18:20
**explosion**
65:21
**expo**
66:18
**extensive**
163:5
**extent**
169:17
**externally**
190:9
**extra**
103:17
**extract**
36:3 59:8 79:23 80:2,10,11
  97:24 102:20 103:12 127:16
  206:11 239:8
**extracted**
35:11 96:13,17 97:20 98:10
  141:10
**extracting**
89:25 225:13
**extraction**
35:23 79:21 80:3,23 95:13,18
  95:24,25 160:4 203:12
  219:5 231:17
**extracts**
64:20
**extremely**
118:10
**eye**
129:21

_____

**F**

**F**
4:17 107:21 152:11,11,17
  252:14 254:3
**face**
161:17
**facilities**
27:7 242:3,6 243:14
**facility**
11:7 27:22 173:13 197:9
  198:2,7,14
**fact**
67:18 82:6 174:12 177:21

182:4 187:3 195:9 229:8
  231:24 241:2
**facto**
87:19
**facts**
101:4
**fail**
184:10
**failed**
27:9 181:6
**fair**
12:5 19:5 22:21 23:16 28:16
  30:11,19,25 46:18 62:7 81:5
  90:10 110:24 111:4 131:10
  152:7 164:10 168:19 250:2
**fall**
120:23 142:6 223:18
**fallen**
162:9
**false**
225:20
**familiar**
30:20 38:8 63:9 77:21,23
  78:6 86:23 119:20 200:11
  200:13 217:23
**familiarity**
148:11
**familiarize**
44:23
**FAQ**
234:11,21 239:15 243:7
  244:9 247:6 248:9 249:10
**FAQs**
5:11,15 241:14 244:19
  248:13,24 249:18 250:7,11
  252:20,21
**far**
28:7 154:3 206:14
**farm**
68:11 94:6,10 97:10 98:23
  137:13 138:3,10 141:24
  146:9 158:2,4 178:18 214:3
**fast**
112:22
**favor**
72:15
**FDA**
56:17 99:18 225:10,25

**feasible**
98:13
**February**
234:15 242:21
**feces**
233:4
**federal**
3:3 8:6 20:5,10 23:23 39:4,11
  39:16 40:8,18 41:13 48:13
  50:4,24 51:4,19 53:10,13
  56:2,16 57:4 58:5,15,19
  60:4,18 63:3 71:5 77:23
  89:25 134:19 145:14 177:20
  177:25 178:11 204:2 211:25
  213:8 217:8,24 225:11,14
  225:16 226:5
**federally**
134:17 203:16
**fee**
124:15
**feel**
117:17,24 189:25 194:14
  232:11
**feels**
71:5
**fees**
124:21
**field**
19:4 20:20 21:18 136:13
  139:10 154:18
**fields**
26:13
**fifth**
149:3
**figure**
58:21
**figuring**
58:7
**filing**
3:7
**final**
81:12 84:19 135:24 136:7
  137:21 139:2,9 140:2,17,22
  146:9 161:4 176:2 178:23
  213:15,21 227:12 228:14
**find**
100:24 124:8 130:8 161:11
  172:21 173:23 191:2 195:4

197:16 206:22 207:19
225:20
**finding**
27:23 149:13 170:22 214:11
**findings**
123:23
**fine**
81:8
**finish**
72:4 136:24
**finished**
34:22 160:5,24
**Fire**
13:20,20
**firm**
13:14
**firms**
95:16,19
**first**
5:21 10:13 14:19 17:23 28:9
33:16,17,18 34:10 48:7,8
55:13 56:23 57:24 58:25
64:3 80:23 85:14,18 87:19
88:18 101:7 116:7,11
127:25 132:14,20 133:13,14
134:16 144:3,7 148:14
161:2,18 163:18 165:12,24
166:18 167:11 168:12 185:4
185:11 196:7 207:21 212:23
218:15,25 239:22 241:20
246:14,24
**five**
27:14 36:16,19 90:3 183:9
184:3 246:19
**five-panel**
148:23
**flagship**
10:23
**flip**
75:10 184:6
**floor**
2:16 56:14
**flower**
35:11 59:8 160:3
**focus**
40:17 73:5,8,18 116:12 142:3
**focused**
73:14

**follow**
77:16
**follow-up**
198:23
**followed**
243:20,24 244:24
**following**
76:24 107:19 210:8 220:19
**follows**
5:24
**food**
56:25
**foods**
247:10
**footnote**
132:3
**force**
3:17 14:11,13
**foreign**
219:7
**forensics**
47:23
**forgot**
124:3
**form**
3:11 21:23 23:5 35:6 39:22
40:22 41:9,17 43:22 46:8
47:7 48:23 50:12,19 51:2,16
51:22 53:7 54:9 55:4 58:17
61:17 63:24 65:7 66:4,10
69:18 70:12,20 71:8,21
72:14 74:6 75:24 76:6,16
78:12 79:4 80:17 81:20
83:20 85:17 88:2 89:7
94:23 95:9,22 96:21 100:15
101:10 102:23 104:15,22
105:22,25 106:15,20 107:13
112:12 113:8,21 114:15,24
115:5 117:12 118:2,21
124:10 126:24 128:22
129:13 130:7,18 131:8
135:4 136:3,9,17 137:4,25
138:15 139:4,17 140:8,22
141:15,23 142:10 143:12
144:17,21 145:7,16,21
146:6,17,24 149:8,25 151:4
155:13,21 156:8,16,22
157:7,14 158:15 159:5,13

159:20 160:17 161:16
162:13 163:15,25 164:8,12
164:19 166:23 167:19
171:14,18,25 172:15 173:3
176:4 179:7,13,22 180:4
181:16 182:15 184:24 187:6
187:8,18 188:11,19 189:2
189:17 190:17 191:9,23
192:10,20 193:5,13 194:12
194:19 195:3,13 196:25
197:7 198:19 199:13 200:7
205:8 207:15 208:8,13
209:13 211:5,21 212:3,10
212:19 213:7 214:19 215:8
216:21 217:4,11,18 218:19
219:21 220:13,22 221:4
222:2,12,22,24 223:7
224:18 225:22 226:7,12,16
226:22 227:6,15,19 228:3
228:25 232:19 233:24
236:19 237:4,25 238:18,25
239:5,19 240:5,13,23
242:16 244:6,13,16 245:8
247:15 248:18 249:2,15,24
250:4,13
**formal**
21:25 197:22
**formally**
230:20
**format**
110:20
**formed**
32:21 78:15
**formerly**
122:24 231:4
**formulate**
34:17 37:9
**formulated**
30:17 31:2,5 33:25 43:11,20
61:24 62:8,9,13 63:18 64:10
75:5 78:20,25 79:13 84:4
107:7 110:25 113:4 137:22
138:12 139:2 140:23 144:4
144:14 145:4,17,19 176:3,7
178:23 194:4 207:8 211:16
213:16,21 228:14 232:10
**formulating**
81:6

**formulation**
34:5,6,10 36:21,23 37:7
  68:23
**formulations**
64:5,6,8 67:7 231:11
**forth**
99:15 254:9
**forward**
67:15,18 109:9 112:22
**found**
122:12 133:24 157:20 170:4
  170:9 173:14 188:7 193:9
  197:21 199:17 201:4 212:25
  214:16
**foundation**
181:2 191:12,17 192:6
**four**
9:18 13:10 152:23 153:4
  235:19
**fourth**
210:16
**FPG/MJR**
1:5
**fragment**
202:13
**frame**
9:19 137:15
**free**
228:23 247:22,23 248:22
  249:8,12
**frequency**
58:9
**frequently**
234:18,25 235:6,9,17 236:11
  246:24 248:8
**front**
85:25 104:11 152:15 157:2
  169:5,12 174:7 175:21
  185:9 192:24 200:10 201:2
  205:21 208:2 221:12 223:16
  239:15
**frozen**
161:2
**Fudens**
1:23 5:22 254:5,23
**full**
99:6 134:16 249:11
**fully**

42:22
**function**
84:15
**functions**
10:13 58:20 119:6
**funding**
23:23
**further**
3:10,15 80:11,20,21 82:4,5
  116:18 228:12 254:12

## G

**G**
4:20 102:2,10 103:7,8 192:25
  251:2 252:15
**G-O-B-I**
28:4
**gas**
202:11
**gastric**
129:24 130:23 131:5,13
**GC**
202:5,10
**GC/MS**
201:20,25 206:5
**gears**
99:14
**gene**
24:19 182:17
**general**
11:16 14:11 20:16 65:5 71:23
  76:9 100:11 110:4,21
  112:13 118:24 121:12
  142:15 194:8
**generally**
25:22 70:10 78:7,24 79:18
  106:18 120:5 147:2 207:12
**generated**
246:20
**genetic**
22:20,23 23:11,14
**genetics**
65:10 96:23
**getting**
19:14 125:23
**give**
10:21 19:12 27:9 28:5 32:2
  37:5 42:12 59:5 63:19

67:20 84:6 101:16 115:8
  117:23 125:18 128:16
  134:14 152:8,10 163:20
  170:22 191:3 246:3,13
**given**
7:2 28:9 32:7 42:13 63:20
  138:6 141:7 189:12,12
  192:2 222:7 251:13 254:11
**gives**
176:6 187:23
**giving**
107:25 108:4 125:7 171:19
**glean**
164:16
**go**
10:21 12:8 17:2,3 20:14
  34:15,16 57:18 67:15,24
  100:20,21,21,24 128:10
  138:16 144:24 215:15
  242:25
**Gobi**
27:25,25 28:3,12
**goes**
12:11 33:19 49:23 80:12
  81:12 87:2,15 95:15 99:24
  110:3 180:11 196:16 210:9
  231:21
**going**
6:15,21 16:18 20:12 34:21
  41:25 63:16 72:7,8 82:7
  83:5 91:13 93:6 97:23,24
  103:22 109:19 111:8 131:9
  150:22 152:18 197:17,19,22
  216:10 218:5 228:4 234:7
  236:20 246:3
**good**
6:9,10 20:22 76:9 183:6
  232:22
**Gotcha**
161:6
**gotten**
186:13
**governed**
51:18
**government**
27:20 28:25 71:5 116:22
  117:4 118:6
**graduate**

20:23
**Graham**
128:18 131:15 152:16,19,21
161:19,19 175:21 230:5
**Graham's**
129:11 131:18 177:4 230:6
**grants**
43:9
**grapple**
40:7
**great**
2:5 47:5 143:21
**greater**
53:8
**gross**
79:25
**grosser**
202:8
**group**
13:7
**groups**
55:22
**grow**
239:25
**grown**
90:2 96:24 219:6
**guaranteeing**
155:3
**guess**
18:7 28:2 50:15 59:6 63:17
87:17 101:12,16,20 106:5
110:6 136:10 157:16 186:17
198:22 199:15
**guessing**
122:4,5
**guidance**
74:11,12
**guideline**
50:4 51:20 134:19 135:15
137:12 138:6 140:10,13
178:16 200:2 243:20
**guidelines**
20:5,9 217:7,8 225:11

─────────────────────
**H**
─────────────────────
**H**
4:23 102:10 192:25 252:7,16
**hair**

127:15
**half**
13:10 32:19 116:5 121:20
183:2
**half-life**
182:11,21,24 183:2,9 184:4
**halfway**
99:4
**hallucinations**
208:25
**hallucinogenic**
141:18 208:6,10,14,21 209:4
209:11 210:3,8
**hallucinogens**
208:25
**hand**
44:17 218:5 234:10 254:17
**handful**
115:6
**handle**
120:24
**HANOCH**
2:18
**happen**
66:21 82:4 117:14 186:22
214:4
**happened**
25:22 121:24 155:5 213:12
**happens**
82:6 180:16
**happy**
6:20
**hard**
169:8
**hardware**
203:4
**harmful**
76:9
**HARP-HORN**
1:3
**head**
116:23 117:5 230:20 231:4
232:11 233:21
**headhunter**
14:4,14
**heading**
58:2 59:13 61:3 69:25 72:25
73:24 76:19 181:18 207:23

**health**
16:7,23,24 29:5 45:8 236:3
247:18
**healthy**
82:21
**hear**
6:19,20 228:4
**heard**
87:6 245:12,15
**heated**
78:15,21 186:14
**heavy**
24:15,20 85:4
**held**
1:22 67:9 102:7 115:17
152:13 159:8 210:13 240:18
**help**
12:14 38:2
**helping**
10:25
**helps**
70:4,4,5
**hemp**
31:3 64:5,8,11,12,14,18,20
64:22,24 65:2,4,12,18,20,23
66:7 68:11 79:12,20,22 80:4
81:22 84:3,17 90:2 93:25
94:7,11 95:4,16 96:3,6,7,13
96:17,24 97:20,21,24 98:7
98:16 99:16 103:13 119:3,4
129:19 134:18,20,24 135:10
135:11,23 136:22 137:21
138:8,11,25 140:12,12,16
140:21 141:5,7,9,11 143:5
144:5,11 145:9,10,16,22
146:2 175:24 176:2 177:21
192:12 212:6,13,25 213:11
213:15,21,24,25 214:8
219:6 225:10,13,17 231:12
231:13 232:2 235:21,25
237:17 238:3,5,11,15 239:8
247:10
**hemp's**
152:24
**hemp-based**
98:18 232:2 247:4,9
**HempMeds**
245:12 248:3,15

**Hempmedspx**
5:14 252:21
**hempmedspx.com**
246:21
**hereinbefore**
254:9
**hereto**
3:7
**hereunto**
254:16
**heterogeneity**
65:22
**hey**
98:14
**HGS**
27:25,25
**Hi**
6:8
**hierarchy**
121:5
**high**
36:4 65:22 204:11 219:6
**higher**
26:16 112:13
**Hill**
115:10
**hired**
12:21 25:12
**hold**
185:5 207:12
**Holdings**
1:7 2:9 88:8 240:16
**honey**
35:14
**hoping**
67:8
**Horn**
1:3 6:12 103:25 131:15
   153:15 154:17 174:15
   175:10,14 179:5 180:23
   181:7 184:10 189:19,20
   191:12 194:22 196:2,12
   198:11,25 214:16 242:13
   243:8 244:4 245:2,5 253:3
**Horn's**
147:23 229:4
**Horns**
248:6

**hot**
209:7
**hour**
124:17
**HPLC**
36:3
**huge**
46:11 217:12
**human**
13:4,22 19:17 25:25 31:9,21
   33:18 71:18 72:11 111:3
   127:14 140:17 213:16 216:7
   231:22
**hundred**
28:20 187:14,21 188:13
   205:23
**hundreds**
65:20
**Hydrocortisone**
61:12
**hydroxy**
33:13,19
**hyper-accumulate**
24:15
**hypertechnical**
19:15
**hypothetically**
184:18

---

**I**

**ID**
163:18 176:24
**Idaho**
12:22 22:4
**idea**
76:10 89:16 158:25 169:2
**identical**
152:3 156:12 175:10
**identification**
4:3,7,9,12,15,19,21,24 5:3,7
   5:10,12,15,19 163:21
**identified**
81:10 169:16 175:3 177:6
**identifying**
11:3
**ignore**
117:6
**ignored**

**49:4**
**ignoring**
48:22,25
**illegal**
118:17
**immunoassays**
148:14
**immunochemistry**
201:19 202:4,6
**impaired**
8:11 32:3
**impairment**
32:22
**implicit**
178:20
**import**
93:25 97:23 98:7,10 134:18
   213:11 225:11,25
**important**
72:25 170:14
**importantly**
238:2
**importation**
214:8
**imported**
96:6 134:20
**importing**
95:5 97:24 98:13 225:9
**improper**
111:22 113:15
**improved**
205:12
**impurities**
82:19
**in-house**
207:2 237:6 244:21
**inaccurate**
223:21 227:3
**inappropriate**
224:21
**Inc.'s**
99:11
**include**
58:8 74:23 106:8,21 248:14
**included**
99:12 144:13,19
**includes**
117:21

including
243:13
income
126:3
inconsistency
214:23
inconsistent
150:5 184:20 215:21
Incorporated
91:23
incorrect
151:8
indented
175:2
independent
11:25 15:19 190:10
indicate
103:4 132:12 138:24 164:5
    167:4 175:23,25 230:2
    248:14
indicates
234:14
indicating
174:17,20 190:25 214:7
indication
166:8
indigo
229:21
individual
32:3 68:10 183:12
individuals
115:20
industrial
64:22,24,25 65:4,12 84:17
    90:2 93:25 94:7,11 95:4
    96:6 129:19 134:18,20
    135:23 136:22 137:21 138:8
    138:11,25 140:21 141:5
    144:5,11 145:16 175:24
    176:2 212:6,13 213:11,15
    213:21,25 214:8 225:10
    238:3,5
industry
28:18 58:7,18 82:6 87:15
    107:10 109:8 114:6 118:15
    119:11 138:7 139:12 140:11
    192:3
ineffective

62:10
inference
243:12
inflation
112:5,8
inform
135:11
information
28:12 45:12 46:11 74:3
    108:22 111:16 128:24
    129:16 134:10 150:9,23
    156:2 163:17,20 187:20
    248:7
informational
235:5
informed
66:6
infused
37:11
ingest
82:22 110:20 247:17 249:20
ingesting
57:3
ingestion
130:2
ingredient
170:23
ingredients
4:21 193:22 194:9,16 252:15
inherent
57:6
inhibitor
19:22
initial
95:13 99:20 100:3 134:5
initially
99:12
injuries
7:9
innovates
131:15
inspect
205:22
inspected
201:16
instance
9:19 23:8 29:16 41:23 49:3
    80:25 81:9 146:20 183:14

instituted
18:10
instructed
148:3
instrument
25:10 120:11,15 168:25
    202:13 203:18 222:18
instrumentation
11:5 127:18 215:15
instruments
201:21 206:4 224:14
integrated
42:22
intend
119:5,15
intended
57:14 74:11 177:3
interact
28:25 29:8
interacting
11:5 115:7
interaction
84:16
interest
30:2
interested
14:5 18:20 46:13 254:14
interesting
237:16
interface
27:10
internal
176:23
international
84:14 119:23,24 121:12
Internet
193:10
interpret
31:22 38:2 91:22 127:19
    238:12 248:20
interpretation
31:20 43:10,14,19 44:7 45:17
    136:13 213:13
interpreting
41:19 126:11 136:11
interspersed
120:18
interstate

118:13
**interview**
108:2,4,11,18,24 109:17,20
116:15,18 118:12 229:9
**interviews**
228:18
**introduced**
186:15
**introduction**
47:11
**introductory**
48:3,5
**invented**
13:11
**involve**
21:10,13 24:13
**involved**
21:17 23:17 25:9 26:14 27:12
29:19 31:20 37:14,17
119:16
**involves**
64:5 182:4
**involving**
21:20
**ion**
202:14
**irrelevant**
155:19
**ISO**
119:19,23,25 120:6 242:2,9
243:20,21 244:24
**issue**
26:18 31:2 33:20 42:10 50:2
52:8 57:10 110:4 111:24
112:4 113:10 129:11,15
130:4 140:3,18 157:18
178:24 186:7 233:12 241:6
**issued**
177:9
**issues**
7:12 27:11 109:23,24,25
110:6 111:20 112:15 113:13
186:6 189:13 204:6
**item**
131:14 169:4

---

**J**

**J**

1:3 5:5 252:18
**James**
198:25
**January**
49:19 115:22
**Jeff**
6:10 71:22 90:13 176:21
**JEFFREY**
2:6
**Jennifer**
122:25 123:10 159:10
**jewelry**
123:6,12
**job**
14:10 60:3 121:4
**Joe**
47:20
**join**
35:7 41:10,18 43:23 47:8
63:25 69:19 79:5 83:21
94:24 100:16 118:22
**judge**
32:5 126:14 226:25
**judge's**
31:23
**judgment**
166:24
**jump**
67:19

---

**K**

**K**
5:8 251:2 252:19
**Keber**
66:17,25 68:8 88:11 225:2,4
228:18
**keep**
41:25 232:7
**keeping**
61:23
**Keurig**
37:10
**key**
11:3 62:4
**killing**
32:17
**kind**
8:15 35:14 92:20 127:19

186:21 189:14
**kits**
25:22
**knew**
248:20
**know**
8:5,13,15,16 11:6 15:24
17:14,22 18:8 23:9 28:7
32:15 34:21,23 37:10 40:23
47:2,16 55:10 56:15 60:6,23
63:2 65:23 66:21,23 67:17
68:10,12,17,19 69:2,14,20
70:22 71:14 72:2,22 75:19
76:7 79:15,16,19 80:24 81:3
83:25 87:2,3,23 88:6,11
89:9 91:12,17,18,18 92:19
93:24 97:12 98:3,4,9,12,20
98:24 99:2 100:2,7 101:11
103:19 104:9,19 106:11,17
108:5,16 113:9 114:16,20
115:2,19 116:4 121:24
122:3,9,17,19,22,23,25
123:3,5,7 125:6,15,16
130:15,21 132:4 135:16,19
136:20,21,25 138:19,20,22
138:23 140:10 142:4 143:18
143:19 146:11,14,20 147:2
147:8,11 148:7,9,13,16,20
149:5,18 150:3 151:9,17
153:2 155:15 157:8,9
158:24 159:7,9,14 160:11
160:25 161:10 162:24 165:2
165:21 169:9 172:16,23
178:14 179:15 180:5 181:6
182:17 186:4,14 187:24
189:23 190:10,11,12,24
192:11 193:2,7,14 194:6,13
194:21 196:3,5 197:3
199:22,23 200:2,8,14,16,25
201:10,18,21 202:2,3 203:7
203:11,12,13,22 204:5
205:18,20 206:9,16,19
207:16 212:5 215:3,9,11
216:17,22 217:19,20 222:18
225:6,24 230:8,16,21 232:3
234:18 235:12 239:10,13,20
240:15,16 242:24 245:5,10
245:17 249:4,17,20 250:6

---

**knowing**
51:4 128:19 135:7 239:10
**knowledge**
17:9 18:4 20:8 60:10 62:3
63:5 69:22 78:21 91:15
95:2,23 96:15,22 98:11
103:3 107:14 116:8,9
121:22 123:11,13 143:23
150:19 154:16 155:9 158:19
161:7,9 190:5 196:21
200:18 205:16 211:23
219:14 233:20 234:24
239:24 240:19
**knowledgeable**
196:22
**known**
24:22 55:21 61:7 64:22,23,25
85:25 88:7,8 122:10 197:13
**knows**
73:21
**Kristy**
99:24
**KUPILLAS**
2:3

**L**

**L**
5:11 30:11 134:25 135:12
234:4,7 251:2 252:20
**lab**
4:11 8:21 10:23 12:9 14:6,18
15:3,20 27:22 29:9 42:16,17
42:18 46:22 67:20 114:8,17
114:21 115:24 116:2,3,11
120:9 121:7 132:8,12,15,15
133:2,16,21,22 134:9
150:23 152:3 172:7,8 186:5
186:23 187:2 190:10 197:10
200:16,17,18 201:4,8
203:16,23 204:2 206:22
217:21 241:18 252:12
**lab's**
133:20 170:16
**Labcorp**
133:22
**label**
4:20,23 59:19,25 60:7 76:24
77:9 102:12 103:3,20 104:7

105:3,6,14,15,20 107:7,11
111:18 191:24 192:23,25
194:10,17,24 252:15,16
**labeled**
101:24,25
**labeling**
37:20,25 38:3,5,9,13,21 39:2
41:3,6,14,20,22 42:8 76:19
77:17,20,22,24 78:6 111:13
113:6 141:8 191:18 193:16
193:19,21 217:23 218:3
**labels**
60:12 101:2,3,8 102:17,19
104:10,20,25 112:16
**laboratory**
8:22 133:3 177:7 200:12,15
200:23 206:25 207:13
**labs**
10:20 11:3,19 12:2,7 14:25
55:16 56:5 64:17 111:11,12
111:13,15 114:2 115:6,9,16
120:4 121:14,18 172:12,17
**lack**
46:11 56:16 73:20 118:13,14
**lacks**
215:11
**Lafayette**
2:10
**language**
144:14,20 210:4 220:10
239:11 247:25 248:14
**large**
14:10
**Largely**
108:21
**Las**
7:7 8:7 10:24 31:23
**lasagna**
161:2,5
**lastly**
236:7
**Latin**
135:11
**launch**
99:20 100:3 219:15,23 220:6
220:17
**law**
40:8,9 50:3 59:20 77:24

94:10 122:12 217:24 225:16
226:5 240:3
**laws**
77:17,22
**lawsuit**
6:12 9:16 27:12,16
**lawsuits**
29:19
**lawyer**
40:9 52:17 71:2 143:15
246:14
**lawyers**
6:11
**lay**
175:5
**LD50**
23:8,9
**LD50s**
23:15
**lead**
217:6
**leads**
112:13
**learned**
195:7
**leave**
121:7
**leaving**
63:18 83:17
**led**
130:8
**Lee**
86:19
**left**
79:25 81:15 186:14 232:12
**legal**
40:11 49:21,25 50:9 52:9
53:2,4 56:12 60:11,14 70:25
85:18 88:15 96:8 115:18
134:18 141:3,19 143:17
158:8,21 161:20 199:20
215:22 237:17,20,21 238:4
238:14,22 247:8
**Legality**
199:4
**legalization**
48:11
**legally**

96:6
**legitimate**
52:9
**lesser**
28:18
**let's**
20:14 52:7 95:17 107:17
  110:5,16 113:24 123:14
  132:7 184:6 201:2 207:24
  246:24
**letter**
248:6
**letting**
58:21
**level**
17:14 20:10 39:5 41:11 48:13
  53:13 57:4 60:4 74:11,12
  96:25 105:8,20 115:8
  145:10 148:14 202:8,23
  215:14,16
**levels**
73:6,9,14,19 97:16 181:12
**license**
67:8,9 197:10 198:6 217:21
  225:11,25 240:19
**licensed**
114:18 198:7,14
**licensing**
88:22 89:17 92:12 240:15
**lieu**
58:7
**Life**
13:14,16,19
**lift**
111:17
**light**
56:13
**liked**
160:13
**limit**
60:6 134:20 141:4 142:4
  158:8,21 161:20 177:20,25
  178:11 221:7 228:13 237:6
  238:9,14
**limited**
49:8
**limits**
238:23

**Linden**
2:4
**line**
62:25 70:3 219:8 234:4
  237:18
**lines**
118:19 140:12 224:25
**linked**
221:14
**liquid**
36:4
**list**
53:20 75:12 129:17 132:13
  132:14,19,19 134:4,7
  147:12,16 188:17 203:9,25
  224:14 235:3
**listed**
70:13 118:18 123:25 128:7
  128:18,20 129:10 133:13
  135:21 136:14 173:18
  177:17 194:9,16 203:15
  209:10 210:5 238:12 239:12
**Listen**
143:2
**listened**
108:22
**listing**
20:13 133:14 134:5 172:8
  173:15,19 174:25 175:2,11
  193:22
**listings**
175:7
**lists**
63:3 118:9
**literally**
231:25
**literature**
128:11,12,13,14 129:3
**little**
33:12 55:6 99:20 126:2
  152:16
**living**
131:21
**LLC**
1:7
**LLCs**
2:9
**LLP**

2:3,14
**LN**
253:7
**lobbied**
118:5
**lobby**
119:6
**lobbying**
119:12,16
**local**
118:6
**located**
115:13
**location**
219:7
**locations**
207:17
**LOD**
202:24 215:9
**logic**
192:14
**logo**
45:14,17
**long**
7:18 32:18 37:12 109:7
  183:11 238:4
**longer**
49:13 117:6
**look**
44:20 48:2 57:24 70:2 85:24
  86:9,20 99:3 102:3,5,14,16
  102:19 123:17 129:18
  147:20 151:14,20,22 152:11
  152:20 155:2 162:20 165:22
  168:3,7 169:25 170:3
  172:18 181:18 195:19
  198:22 207:25 209:25
  210:15 218:7,24 229:22
  234:6,16 235:16 241:14
  245:11 246:6,14,22,24
**looked**
119:9 128:17 129:6 134:8
  169:10 172:19
**looking**
33:7 104:25 127:24 129:9
  147:3 156:4 158:17 161:17
  163:6 184:13 185:3 188:12
  195:15 235:17 237:11

247:21 248:7
**looks**
47:4 75:11 86:15 98:13 103:9
155:3 165:13 246:20
**LOQ**
215:9
**lost**
67:21
**lot**
19:24 42:10 67:19 68:18
152:25 153:11 174:14 186:5
232:15
**lots**
10:21 76:10 82:17
**loud**
6:23
**low**
205:6
**lower**
145:10
**lunch**
107:17
**luncheon**
107:18
**Lungsford**
99:22
**Lunsford**
99:24

**M**

**M**
5:14 246:5,23 251:2 252:21
**machine**
120:19 242:22
**magazine**
5:5 45:4,6 46:3 87:3 218:10
218:11,16 252:18
**magnitude**
177:20 227:8
**main**
10:19 27:4 170:23
**maintain**
204:4 235:11
**maintained**
17:4 120:9,20
**maintains**
122:17
**major**

20:19 61:4 69:25
**makeover**
99:15
**making**
82:24 93:4 232:5 248:21
**management**
120:7 121:5 236:5
**managing**
225:5
**mandated**
16:3
**mandatory**
204:19
**manufacture**
52:11 67:10 216:18,24
217:15 240:19
**manufactured**
175:15,16 178:8 203:10
**manufacturers**
216:12
**manufacturing**
37:13,15,18 161:2 241:23
243:9
**March/April**
54:7,20
**marijuana**
1:6 2:9 6:13 7:13,16 16:3,11
16:16 22:8,11,13 23:18 24:4
25:15 26:4,10,10,18,19
31:20 33:17,21,23,24 37:3
43:10,15,19 44:7 48:11,21
49:7,12,21,24 50:8,9 53:4
53:23 54:16 55:10 56:12
61:20 62:14 63:6,14 65:25
66:18 69:11,12 75:7,21,22
86:17 87:14,17,18 88:20,23
89:4,21 90:2,5,11 91:3,7,10
91:23 92:3,8 93:4,14,21
95:14 99:7,11 100:7 105:4
107:8 108:12 110:18 113:4
115:18 117:2 119:2 122:14
148:25 149:10,19 176:10
179:2 181:9 194:5 197:5
207:8 213:22 216:18 229:9
232:4 238:7,12 239:24
240:18 253:3
**Marijuana's**
48:12

**marijuana.com**
5:9 44:13 252:19
**marked**
4:3,6,9,12,15,18,21,24 5:3,6
5:9,12,15,18 44:18 86:10
99:16 101:19 102:10 123:18
127:25 152:10,16 168:4
176:22 185:9 207:24 218:6
229:19,20 230:3,5 234:10
246:23
**market**
81:16 87:15,20,23 92:2 157:4
**marketing**
45:11 108:15,17,19 141:10
235:6,8
**marriage**
254:13
**Martin**
86:18
**Mary**
246:5
**mas**
203:12
**mass**
87:20 169:2 202:11
**Massachusetts**
53:22
**massive**
17:13
**material**
30:8,11 35:14 76:8 79:25
135:23,25 141:9,10 198:6
210:6
**materials**
203:13 206:16
**mathematical**
42:10
**matrix**
120:13,16
**matter**
7:8 26:17 27:13,18 32:20
71:23 100:12 101:21 254:15
**max**
165:7,9 166:12 221:17
**maximum**
139:23,25 141:4,19 145:11
158:20 161:20 178:15
228:13 238:9

**MD**
74:19
**mean**
8:21 9:18 11:18 21:25 26:23
29:18,25 42:2 45:17,19
53:25 56:18 57:12 62:8
68:20,21,22 71:10 73:8,11
74:3 75:5,17 82:8 95:2
98:12 109:5,6 113:12 116:9
117:3,8 121:12 126:2
140:16,20 141:25 144:9
150:23 154:13 155:16
163:18 171:3 172:16 183:15
185:5 186:5 190:9 198:5,22
199:20 204:14 205:4 206:12
209:3 213:25 215:10,13
221:8 223:4 227:2 229:23
232:9,21 233:2 238:8
245:13
**meaning**
14:21 91:22 110:21
**means**
42:23 74:3 89:14
**meant**
118:11
**measurable**
180:25 181:11 194:15
**measure**
13:11 159:18
**measuring**
13:25 26:10
**medical**
1:6 2:9 6:13 7:12,16 14:13
16:2,11,16 37:3 48:10 49:6
49:12,21,24 50:8,8 53:4,24
53:25 54:16 55:10 56:12
62:14 65:24 69:10,12 74:8
75:21 76:22 77:8 82:24
86:17 87:13,17,18 88:20,23
89:4,21 90:4,11 91:2,6,10
91:23 92:3,7 93:4,14,21
95:13 99:7,11 100:7 105:3
107:7 110:17 113:4 115:17
117:2 118:25 147:6,15,17
176:10 179:2 181:9 194:5
197:4 207:8 213:21 216:18
232:4 235:22 236:2,7
239:24 240:18 253:3

**medicinal**
21:14 99:21 100:8,13 103:12
118:4 209:19
**meet**
66:24 212:6,15
**meets**
16:2
**member**
55:15
**memory**
102:21
**mental**
7:10 8:11
**mention**
144:4,5
**mentioned**
9:7 11:15 19:14 20:23 21:5
24:12 25:18 26:6 27:17
28:14 31:15 40:2 50:15,23
56:7 82:3 83:16 97:13
115:13 121:10 125:15
126:13 127:7 130:4 150:21
185:12 189:25 224:15
229:15
**menu**
173:15
**mercenary**
108:25 109:3
**message**
72:25 100:25
**Messner**
2:14 123:24 124:6,7,12 153:9
**met**
13:7 66:16,22 67:14
**metabolism**
182:16
**metabolite**
32:24 33:16,17,18 148:3
151:6,16,18
**metabolites**
31:8 32:23 33:9 150:7
**metal**
24:21
**metals**
24:15 85:5
**methanol**
206:12
**methodology**

222:17
**methods**
113:15
**methyltransferase**
24:19
**meticulously**
225:14
**Metrics**
23:13,17
**MGNA**
90:12
**microbial**
27:8 110:11 233:4,6
**microbials**
85:5
**microbiology**
12:20 21:4
**middle**
58:4 73:4 175:2
**mil**
149:17 202:9
**military**
24:2 247:17
**milligram**
152:25 165:6 166:20 169:16
170:21 172:4 174:20 177:22
187:14 188:14
**milligrams**
74:16 112:6 164:3,25 165:2
176:6 187:21,22 205:24
219:12
**million**
169:17 170:7 187:2 188:2,5,6
189:8 214:11
**mind**
208:22
**mindful**
41:13
**minimum**
76:24 139:22 141:3
**miniscule**
96:18
**minivan**
32:16
**minor**
20:19,21
**minuscule**
96:8

**mis-testing**
113:11,13
**mischaracterize**
92:24
**misfolded**
13:12 25:25
**mislabeling**
109:25 111:7,8,9,20 112:15
112:19,24
**misleading**
225:20 226:3,14,20 244:10
**missing**
54:15,15
**misstep**
99:20
**missteps**
100:2
**mistaken**
166:2
**mistesting**
109:25
**mix**
20:22 152:15 164:4
**mixture**
210:6
**MJMA**
232:3
**MJNA**
87:16,18 88:22 90:4 91:4,11
91:22,24 92:13,15
**MJNAs**
231:24
**ML**
149:10
**MLNA**
90:6,12
**Mm-hmm**
12:12 14:16 20:18,25 22:22
30:15 58:3 101:6 132:11
134:23 147:25 165:8 177:16
182:23 199:7 210:20 228:16
243:5 247:13
**model**
13:3
**moderate**
70:6
**modernize**
14:12

**modify**
24:20
**molecular**
13:2 22:20 25:21 131:20
**molecules**
18:19 72:19 202:14
**moment**
86:3 102:5 168:6 176:21
201:2
**Montana**
26:12
**month**
158:20 207:10 220:19
**monthly**
11:9,10
**months**
66:22 155:4,6
**morning**
6:9,10
**mother**
32:17
**mouse**
13:3 233:3
**move**
10:25 123:14
**moving**
13:22 176:12
**MSL**
132:12,15 133:10
**muddled**
88:15 238:20,21
**multiple**
185:7 232:17 241:23 242:14
243:9
**MURA**
2:8
**Murray**
122:25 123:10 159:10
**muscle**
61:9
**mutation**
13:4 22:20

———————— **N** ————————
**N**
2:2 5:17,20 107:21,21,21
251:2,2 252:2,22
**N-O-T-I-S**

84:7
**name**
6:3,10 8:2 11:7 27:24 32:14
44:11 68:12,25 130:21
245:13,21,23,25 253:3
**named**
87:3 114:21
**names**
84:6 90:13
**nanogram**
149:17
**nanograms**
202:19
**national**
56:2 116:19
**natural**
108:12 247:4,9
**necessarily**
90:9 223:20,21
**necessary**
239:23
**Neck**
2:5
**need**
6:18 46:16 109:8 139:6
170:19 200:25 241:8
**needed**
68:19
**needing**
110:4
**needs**
116:19
**negligence**
27:22
**Neither**
174:16
**net**
80:8 81:10
**network**
56:4
**neuroprotective**
61:10
**neutrasuitical**
24:8
**Nevada**
12:4,7 14:18 15:15,22 16:18
16:24 17:18 18:10,21 29:4,6
31:15 38:2,5,8,20 39:6,11

41:23 42:2 49:3,4,9,10,13
49:16 50:16 51:12 52:10,12
53:3,16 59:7 67:8 76:23
77:5,9 84:8 140:14 180:10
**never**
30:22 79:7,10 85:11,21 87:3
127:11 171:3 183:24 189:20
189:21 190:2,4,9,14 218:21
245:15
**new**
1:2,13,13,24 2:5,11,17,17
5:23 23:21 47:2 51:4 74:7
109:12 115:23,24,25 116:7
120:3 158:21 219:8 251:4
253:4,4 254:6
**news**
108:13,16,23
**NG**
149:10
**nicely**
244:24
**nine**
183:14
**Nixon**
143:8
**Nodding**
6:22 40:14 48:24 50:6 51:11
54:22 65:3 113:23 146:8
199:25 224:23
**noodles**
161:3
**norm**
120:3
**normal**
180:18
**normally**
56:25 78:22 81:14 140:20
198:5
**Notary**
1:23 3:17 5:22 251:23 253:25
254:6
**notation**
165:6
**note**
224:2 237:7
**noted**
131:20 250:18
**Notice**

1:21
**Notis**
84:7
**novel**
24:17
**November**
177:10 196:8 198:24 234:11
242:19,24
**number**
17:5,6 133:2,9 145:18 147:22
151:23 163:18 169:4 177:5
177:8 184:14 185:14 189:11
210:15 221:6 230:7 238:15
239:12 246:25
**numbers**
112:6 152:25 162:8 164:14
164:15 167:4 188:22 189:2
191:3 202:22 222:19
**numerous**
236:2
**nurses**
45:8,10 46:12
**nursing**
4:2 45:4 252:9
**nutraceutical**
24:6

**O**

**O**
5:20 107:21,21,21 251:2
**O'Shaughnessy**
87:4
**O'Shaughnessy's**
4:6 86:14,24 252:10
**O.pen**
34:9 36:9
**Oakland**
115:10
**oath**
251:10
**object**
132:21,23 146:12 239:2
**objecting**
227:20,23
**objection**
21:22 23:4 35:5,8 39:13,22
39:23 40:4,20,21 41:8,16,24
43:21 46:7 47:6 50:10,11,18

50:20,25 51:14,15,21 52:13
52:15,24 53:6,7,12 54:8
55:2,3 58:16 60:15,22 61:16
62:17,20 63:23 64:2 65:6,8
66:3,9 69:17 70:11,17,19
71:6,7,15,19,20 72:3,13
73:10 74:5 75:23 76:5,15
77:11,18 79:3,6,14 80:16
81:18,19 82:23 83:19 85:16
87:25 88:3 89:6,8 92:6
94:22,25 95:7,8,21 96:20
97:3,9 100:5,14,17 101:9,18
101:23 102:22 104:13,14,21
105:9,10,21,24 106:2,13,14
106:19 107:12 112:11 113:7
113:20 114:4,14,23 115:4
117:11,25 118:20 121:25
124:9 126:23,25 128:21
129:12,14 130:6,17,19
131:7 135:3,5 136:2,4,8,16
136:18 137:3,5,23,24 138:5
138:13,14 139:3,5,15,16
140:6,7 141:14,16,21,22
142:8,9,20 143:11,13
144:16,18,21,22 145:5,6,20
146:5,7,16,18,23 147:13,14
147:18 149:7,9,24 150:2
151:3,11,12 154:4,19,23,25
155:12,14,20,22 156:7,9,14
156:15,21,23 157:5,6,13,15
158:9,14,16,23 159:5,12,19
159:21 160:16,18 161:8,15
162:11,12,19 163:14,16,25
164:7,9,11,18 166:22
167:18 169:7 171:13,15,17
171:24 172:14 173:2 175:18
176:4,5 179:6,8,12,14,21
180:2,3,9,20 181:14,15
182:9,14 184:23,24 187:6,7
187:17,19 188:10,18,20,25
189:15,16 190:16,18 191:8
191:21,22 192:8,9,19,21
193:4,11,12,17,24 194:11
194:18,20,25 195:2,12,14
196:24 197:6,8 198:17,18
199:12,14,24 200:5,6 205:7
205:9,19 207:14 208:7,9,12
209:12,14 211:3,4,19,20

212:2,4,9,11,17,18 213:5,6
214:18 215:7,24 216:3,20
217:2,3,9,10,17,18 218:18
218:20 219:19,20 220:11,12
220:20,21 221:2,3,25
222:10,11,22,23 223:5,6,15
224:3,16,17,22 225:21,23
226:6,8,11,13,15,17,21,23
227:4,5,14,17,18,21 228:2
228:24 229:2 230:15 232:18
232:20 233:23,25 236:17,18
237:2,3,24 238:17,19,24
239:4,17,18 240:4,11,12,22
240:25 241:7 242:15 243:11
244:5,7,11,12,15,17 245:7,9
248:18,19,25 249:3,14,23
249:25 250:3,5,12,14
**objections**
3:11
**observed**
100:11
**obtained**
149:11
**occasion**
67:13
**occurred**
131:17
**October**
66:24 87:13 113:25 147:23
153:16,16 154:3,17,20
155:18 156:12,13 157:4
158:20 159:18 160:8,9
176:25 180:24 243:2 244:3
**odd**
191:4
**offer**
47:10 247:21 249:7
**offered**
9:14 13:8 216:6 220:17
227:13
**offering**
232:6 248:5 249:12
**offers**
26:22 219:8
**offhand**
132:4 232:3
**office**
31:23 130:22

**officer**
10:9,20 125:5
**officers**
47:16
**Official**
55:19,20
**officials**
29:2 96:10
**Oh**
67:2 108:9 207:3
**oil**
55:17 99:16 232:2
**oils**
247:10
**okay**
6:21 7:20 8:18 12:13 13:18
16:15 19:16 33:2 35:21
36:17 39:6 42:5 44:17,22
50:22 60:24 62:18 68:12
80:8,11 83:4 91:8 94:9
103:8,15,22 104:2 106:6
117:23 123:14,16 128:19
134:24 135:22 136:6 150:19
151:22,24 159:23 161:17
162:15 163:10 165:2 166:17
169:20,24 171:10 176:12,16
183:4,6,13 205:4 211:16
218:12 219:18 220:15
221:12,23 230:24 235:15
238:8 247:2,25
**old**
183:20
**once**
90:14
**oncology**
25:4
**one-third**
174:6
**ones**
70:13 115:13 150:21 154:2
155:10
**open**
67:20
**operates**
91:5
**operating**
14:21 58:11 136:11 140:11
225:15 226:4

**opine**
184:8 227:12
**opinion**
28:10 32:2,21 40:11 52:10
63:20 70:15 71:24 72:10
75:25 76:2 84:11 105:2
114:2,7 115:8 125:17
128:23 130:4,24 133:25
137:6,9 154:14 166:5 192:5
194:14 195:18 209:9,23
232:16,21
**opinions**
124:4 125:18 126:21 127:4
127:21 128:4,9,20 153:5
**opioids**
63:7 149:2
**opposed**
40:18 65:19 75:7,21 140:22
152:17 189:4 209:4
**option**
247:24
**oral**
181:25 182:5
**order**
19:12 99:18 101:19 102:10
152:18 176:24 177:8,19
227:8
**ordered**
186:2
**Oregon**
53:22
**organism**
24:16
**Organization**
119:24
**organizations**
47:23 55:14
**original**
97:12 149:13
**Orser**
1:19 4:2,5,8,8,11,14,17,20,23
5:1,2,5,8,11,14,17 6:1,5,8
7:1 8:1 9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1 32:1
33:1 34:1,18 35:1 36:1 37:1

38:1 39:1 40:1 41:1 42:1
43:1 44:1,18,18 45:1 46:1
47:1 48:1,4 49:1 50:1 51:1
52:1 53:1 54:1 55:1 56:1
57:1,23 58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1 71:1
72:1,6 73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1,2
86:10,23 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1,2,10
103:1 104:1 105:1 106:1
107:1,25 108:1 109:1 110:1
111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1
119:1 120:1 121:1 122:1
123:1,18 124:1 125:1 126:1
127:1,25 128:1 129:1 130:1
131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1
151:1 152:1,11,11,17,20
153:1 154:1 155:1 156:1
157:1 158:1 159:1 160:1
161:1 162:1 163:1 164:1
165:1 166:1 167:1 168:1,6,7
169:1 170:1 171:1 172:1
173:1 174:1,19 175:1 176:1
176:22 177:1,13 178:1
179:1 180:1 181:1 182:1
183:1 184:1 185:1,9 186:1
187:1 188:1 189:1 190:1
191:1 192:1,25 193:1 194:1
195:1,20,20 196:1 197:1
198:1 199:1 200:1 201:1
202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1
210:1 211:1 212:1 213:1
214:1 215:1 216:1 217:1
218:1 219:1 220:1 221:1
222:1 223:1 224:1 225:1
226:1 227:1 228:1 229:1,20
230:1 231:1 232:1 233:1

234:1,4,7 235:1 236:1 237:1
238:1 239:1 240:1 241:1
242:1 243:1 244:1 245:1
246:1,4,4 247:1 248:1 249:1
250:17 251:8,17 252:4,8,11
253:4,22

**outcome**
254:14

**outside**
23:25 56:11 77:9 90:3 93:25
  115:16 120:23 129:9 134:11
  142:6 194:23 198:8,10
  225:10

**oversaw**
26:15

**oversee**
27:5

**oversees**
29:7

**oversight**
56:17 57:4 58:19

**ownership**
30:2

**owns**
47:14

---

**P**

**P**
2:2,2

**p.m**
246:18 250:18

**packaging**
217:23

**packet**
162:7 246:23

**page**
57:24 59:13 60:25,25 61:2,3
  72:25 73:23 75:10,11 76:18
  86:15 127:25 131:14 132:14
  132:20 133:9,14 134:15
  147:20 161:18 162:17,21
  165:16,16,17 166:4,4,13,14
  166:16,18,20 167:11 169:8
  169:21,22,23 170:2,3 174:5
  174:6,25 175:2 176:12
  177:13 181:18 184:6 185:4
  185:12 196:7,17 198:21,23
  207:21,25 208:2 210:2,16

218:11 220:3 221:12 223:16
  234:11,17 235:17 241:20

**pages**
153:14 162:10,25 163:2
  164:21 165:13,24 167:13
  168:17,18,22 191:15 205:2
  234:13 246:19 252:3,8

**paid**
124:21,22 125:23

**pain**
236:4

**panel**
148:18,19

**paragraph**
48:3,6,7,8 56:19,24 57:24
  58:4 61:13 70:2 72:24 73:2
  73:4 78:10 87:12 89:20
  90:20,21,24 92:9 93:6,8,11
  93:20 95:12 97:25 99:5,6,6
  100:20 104:18 134:16
  135:15 169:18 177:24 182:8
  182:12 191:14,14 207:21
  211:10 218:25 220:3 247:14
  247:20

**paragraphs**
93:19

**paraphrase**
131:10

**paraphrasing**
70:5 78:12

**parentheses**
61:8 225:17

**paresthesia**
91:3

**part**
23:15 45:22 48:14 50:7 57:15
  58:12 59:16 63:12 96:11
  99:14 101:5 109:17 123:10
  126:5 134:22 181:22 194:14
  238:5 240:9

**participate**
119:5

**particular**
14:24 40:3,18 41:15 44:10
  65:24 77:20 114:21 121:15
  153:21,23 162:6

**parties**
3:6 27:19 254:13

parties'
218:7
parts
169:17 170:6 187:2,9,25
  188:4,6 189:7 214:11
  227:24
party
28:14
Pasadena
115:11
pass
27:8
passage
202:25
passing
67:5
paste
95:16 96:3,7,13,17
patents
43:13,14
pathology
21:21
patients
46:13 171:9
patterns
202:14
peer
46:23,25
pen
34:15,16
Pens
34:11
people
11:6 57:3 73:15 74:7 82:22
  84:11 97:23 108:22 109:8
  117:7 118:6 125:16 136:11
  139:12 143:5 201:10 235:3
percent
28:17,19,20 53:9 82:10 83:17
  97:4,7,17 98:16,19,21
  116:24,25 125:12 134:21
  135:16,23 136:12,21,25
  137:14 138:4,25 139:8,21
  140:13 141:3,11,19 143:3
  144:5,10,15 145:3,23
  157:23,24 158:7,11 161:21
  161:21 162:2,9,17,21
  167:10,15 170:4,6 175:5,6,6

177:21,22,25 178:11,22
  192:12 210:21 211:25
  214:22 215:2,12,19,20
  219:9 220:10,19,25 221:11
  221:17,24 222:7,9 223:3,13
  223:21 225:12 227:8,11
  229:10 238:9,15
percentage
28:16 76:25 125:9
perception
209:6
Perdue
12:21
perfectly
52:9
perform
10:15
performance
8:21
performed
95:13 203:19
period
113:24 120:18 217:12 220:18
person
151:14 183:13 193:2 237:8
  237:10
personal
192:5
perspective
112:24
pertains
207:23
pesticide
27:13,18 59:15 60:5,16
  110:10
pesticides
27:10,23 57:3 59:19,24,25
  60:7,9,12 83:13 85:4 233:3
Peterson
47:21
PG
253:7
PH
131:19
Ph.D
12:18 68:22
pharmacological
22:10

pharmacology
21:11
phenolic
72:20
philosophy
20:21
photo
101:12
photos
102:12
phrased
64:4
physiological
72:21
physiology
21:2
phytosphere
95:15,24 98:3
pick
17:5
picture
230:23,24
pictured
219:16
pictures
103:23 230:22
piece
45:11 100:19
pieces
130:3
pitching
86:18
place
1:22 2:4 253:4
placed
73:13
plaintiff
54:24 103:24
Plaintiffs
1:4 2:3
plant
12:19 18:19 21:2,4,21 24:19
  30:7,14 31:12 61:4 64:21,25
  65:10,12,21 69:25 72:19
  79:25 82:17 83:9,10,11
  96:18 97:19,20,21 98:7
  117:19 118:4 127:15 135:2
  135:9,25

plants
24:14,14 235:25 238:6
platelets
13:22
play
55:9
please
6:3,19 44:21 48:2 52:19
   57:23 85:24 100:20 101:16
   102:14 151:22 163:2,10
   168:3 195:19 218:8,24
   234:6,16 235:16 241:15
   245:11 246:7,23
plenty
118:3
PLLC
2:8
point
66:24 81:4,9 92:22 115:17
   133:9 170:20 215:20 230:18
   249:6
pointed
182:5
pointing
239:21
police
71:23,24 72:10,15
policy
28:23
political
46:5 71:9
portion
15:10 35:2 52:4,20 94:16
   96:14 134:12 194:16 224:7
   228:6
position
10:8 13:8 22:3,18 26:20
   68:16 117:10 179:3 225:6
positive
148:4 149:6 199:2,9,17 201:5
   202:10,20,21 247:11 248:17
possession
95:5 180:18
possibility
185:21 190:14
possible
129:17 186:19
possibly

64:9
post
5:3 12:20 97:8 230:10,11,17
   230:19 231:3 235:9 252:17
postdoctorate
21:6
posted
249:4,17
posting
248:23 249:12
potency
15:6 18:12 19:5 73:5,8 112:4
   113:16 204:23,24
potential
193:7 236:3
pounds
59:8,9
power
61:11,12
powerful
61:8
practical
49:2,3
practice
46:19
practicing
109:6
pre-onset
13:12
precedes
53:25
precise
202:12 203:3
pregnancy
202:7
premise
181:4 228:9,12
preparation
58:10 210:7
prescription
211:8
presence
247:8
presentations
10:22
presented
76:25
presently

6:6
preservation
13:21
President
10:12
press
87:13 99:11 100:21,22,24
pressure
36:4
pressurized
80:6
Presumably
234:2
presume
90:11 202:2
pretty
61:19 166:10
previously
48:17 137:6 218:6 229:19
   230:2,5
price
112:14
primary
201:19
primer
46:14,15
Princeton
13:7
principal
29:23,24,25 191:17
principle
191:11
print
242:16,25
printed
121:8 242:20,21
prion
26:2
prior
21:9 98:25 102:13 112:18
   113:24 137:13 154:20
   155:10 156:6
probably
18:2 54:11 92:21 111:10
   125:11 186:20 240:6
procedure
207:2
procedures

14:22 58:11 201:17 205:23
  206:2
**process**
17:20,24 18:9 35:13,17,22,23
  78:21,25 80:3,15,22 81:6,6
  81:21 82:3 83:5,17 95:18,25
  135:24 219:6 241:24 243:10
**processed**
136:7 139:9 140:2,17,23
  141:5 146:10
**produce**
36:6 55:22
**produced**
148:4 204:15 248:16,17
**producers**
12:4 38:7
**produces**
76:8 96:2
**producing**
36:8
**product**
24:6 26:4 27:23 30:20,25
  31:2,3 34:2,5 36:21 37:13
  37:14,20 51:17,18 52:11
  53:3,8 54:25 62:7,8,9,12,14
  66:2,8 67:8 68:6 73:14 74:8
  74:15 75:5,21 76:12,19
  78:14,25 79:9,13,20,20 80:8
  80:24 81:10,13,23 82:11,12
  82:15,24 84:3,4,20 85:3
  87:20 97:20,22 98:10,13
  100:12 101:13 102:25 104:3
  105:4,11,12,23 107:8
  110:18,25 112:9 114:3
  135:24 136:7 137:22 138:12
  139:2,9 140:2,16,17,23
  141:5,8 142:5 144:14
  145:17,19 152:2,2,3 153:3
  153:12,15,21 154:3,16
  155:17 156:6,11 157:18
  159:18 160:5,7,25 161:5,13
  162:16 166:8,20 170:12,15
  170:20,21 171:4 172:4
  174:14,21 175:4,9,13 176:3
  176:8,9 177:8 178:8,23
  179:5,25 180:14,23 181:4
  181:10 182:6 183:12,16,18
  183:21,23,25 184:10,17,21

185:13 187:4,14,14,15
  188:16 189:19,20,21,22
  190:2 191:4,19,24 192:16
  193:3,9,25 195:5,10 197:12
  198:2,4 205:24 207:8 209:2
  211:16 213:16,22 214:9,16
  219:8 220:6,16 223:13
  227:7,13 228:14,22 229:6
  229:16 233:22 240:9 242:13
  243:7 244:21 245:2,5
  248:16 249:21
**production**
42:23 217:21
**products**
16:4 17:16 24:9,17 30:17
  31:6 38:9,11 41:20 43:11,20
  46:17 50:8 57:6 61:24
  63:18 64:10,12,14,19 67:7
  69:5 72:11 76:23 77:8
  78:20 85:19 86:18 87:24
  88:24 89:5 92:15 96:6
  98:19 99:16 100:3 111:14
  113:4 137:2 140:12 144:4
  145:4 146:10 157:23 164:20
  174:9 177:19 197:5 213:12
  219:15,23 225:18 226:10
  229:11 231:12 232:10,23
  236:13 237:21 238:3 241:18
  241:22 247:18,22 248:22
  249:7
**professional**
20:14 21:9 22:2 31:19 47:22
**professor**
12:21
**profile**
175:11
**profit**
122:13 241:4,6
**program**
16:3 17:13 26:13 27:6 49:18
  49:19 51:7 121:17
**programs**
26:15 29:7 49:7,8 53:24
  56:10
**prohibiting**
122:13
**prohibition**
89:25

**prohibits**
199:2 213:25
**project**
37:12 67:22 86:16
**promised**
100:12
**promotion**
12:24
**promotional**
108:19 235:6
**propane**
80:6
**proper**
160:23 203:17 206:2
**properly**
213:3
**proposed**
20:8
**proprietary**
219:5
**props**
60:16
**proteins**
13:12 25:25 26:2
**protocol**
15:3,5 203:12
**protocols**
14:20 55:23,25 111:12
  206:23
**provide**
27:7 72:21 74:11 108:21
  111:15 124:4 143:20 163:8
  179:3,11 236:8
**provided**
103:24 123:24 133:8,11
  134:7,11,24 150:10 151:15
  153:8 155:11 160:21 170:17
  181:9 184:18,19,22 188:7
  205:5 206:15 214:15 218:21
  222:16 227:9 243:16 244:2
**providers**
45:8
**provides**
95:15
**provision**
135:19
**psychoactive**
19:19 20:2 32:24 33:13 61:9

19:19 20:2 32:24 33:13
61:9 208:17 209:3,5
**psychologized**
129:23 131:4
**psychotropic**
236:9
**public**
1:23 3:17 5:22 16:6,23 30:4
46:12 47:15 57:12 84:7
122:13 147:7 240:24 241:3
241:5 251:23 253:25 254:6
**publication**
86:13,16,24 230:13,16
**publications**
11:8 43:17 131:18
**publicly**
239:25 240:6
**published**
44:3 54:10 86:12
**pulled**
133:5
**Pulling**
192:11
**punched**
173:25
**Purdue**
21:7
**pure**
82:10
**purported**
87:8
**purportedly**
169:16
**purporting**
230:18
**purports**
230:9
**purpose**
67:11 82:15 84:22 108:10
**purposes**
46:5 92:7 102:11 108:19,20
231:10
**pursuant**
1:21 248:5
**put**
78:23 80:13,14,18 81:16
107:11,15 111:13,17 119:11
143:24 152:15 174:3 200:25

219:22 222:20 232:15
236:15
**putting**
75:18 85:25
**PX**
245:12 248:3

---

**Q**

**qualified**
126:21 127:2,4,6,21 200:19
**quality**
57:5,10 59:13 120:7,8,9,12
120:19 203:14 204:6,11
205:6 206:17 233:11,12,22
**quantitation**
215:14
**quantity**
160:21 167:5,24 181:11
210:7,19,25 211:13 214:12
214:16 215:5 239:12,16
**Quest**
133:23
**question**
3:12 6:18 21:24 23:6,7 31:4
34:19,23,25 35:9 38:19,25
42:12 43:4,13 44:5 49:23
51:23 61:18 63:17,19 64:4
67:24 69:10 72:6 82:14
83:4 89:10 92:7 94:14
95:10 110:2,7 112:2 113:11
132:17,18,22,25 135:22
136:19,23 138:18 139:20
142:3,15,21 143:2,17 145:8
145:12 147:4 150:4 157:16
160:10 188:4 199:21 201:15
206:24 212:12 213:18 222:5
222:14 224:4 227:23,24
228:5 234:19,25 235:2,18
237:12 239:22 241:13,18
244:23 246:25 248:8
**questioning**
102:11 234:4 237:18
**questions**
6:15 90:10 91:21 108:7
109:22 199:4 201:3 235:4,6
235:10 236:12
**quick**
102:11

**quickly**
20:14 124:2 201:3 229:23
**quiet**
232:7
**quote**
58:5 89:12 99:19 225:2,4,9
231:19 233:20 237:20
**quoted**
237:10
**quotes**
99:19 101:2
**quoting**
53:21 54:15 89:14 118:10
134:17 148:2 177:14 196:12
198:25 210:4 226:3 231:14
235:24

---

**R**

**R**
2:2 5:20,20 107:21 254:3
**ran**
32:15 249:5
**Rand**
2:10
**random**
192:3
**range**
76:8
**ranging**
236:4
**rapid**
13:24
**rapidly**
181:21
**rare**
247:11
**rate**
13:4
**rates**
22:20
**ratio**
163:8 189:14
**raw**
17:5 95:16 96:2 97:19,19,21
97:24 98:7,16 140:22 141:9
145:4,10,16
**re-branding**
99:15

reactivity
148:15
read
15:8,11 35:3 52:2,5,18,21
86:3 90:24 92:12 94:14,17
102:4 104:17 137:17 193:6
210:10,18 213:3 224:8
228:7 229:4,23,23 231:10
232:9 237:16 246:12 251:9
253:7
reading
48:10 99:10 223:11 233:13
READS
253:7
reagents
203:7 206:9,10,13
real
193:2
realize
145:9
really
10:21 27:14 40:23 42:10
49:23 57:10 101:21 110:9
112:7 114:5 115:8 139:18
153:2 159:22 188:21 204:12
207:16 232:21
rear
8:8
rearrangements
131:20
reason
83:15 113:5 117:23 155:8
159:2,15 168:21 184:16,20
198:15 201:15 205:4 249:20
253:7
reasons
232:13
rebuttal
130:12,13
recall
218:23
receive
156:24
received
248:6
receptor
19:20,22
receptors

19:17
recess
57:19 86:5 107:18 176:17
241:9
reciprocity
49:11 50:21
recite
146:25
recognize
123:18 168:12 195:20,23
208:2
recommend
247:16 249:21
recommending
74:21
reconcile
40:24
record
6:4 15:11 18:16,24 32:7,8
35:3 42:5 52:5,21 56:20
57:18 72:7 86:11 94:17
102:6,8 107:24 110:17
123:21 152:12,14,22 159:25
165:20 168:10 174:18
176:20 210:12,14 224:8
228:7 234:9 246:15 251:11
251:13 254:10
records
122:18,21 159:8,23 160:6,20
161:6 165:23 179:11 180:7
180:22 181:8 205:16
recruited
13:5
Red
1:7 2:9 88:8,19 240:16
reduce
182:25
reduction
112:25
Reeves
2:14 123:24 124:6,7,12 153:9
refer
42:3 92:2 161:24 224:24
reference
58:10 66:23 120:13 131:18
133:22 170:20,22 200:12,14
200:22 203:13,23 206:16
207:18

referenced
102:20 129:4,7,22,25 133:8
references
99:22 128:17 130:8
referencing
90:16 103:6,8 128:25
referrals
125:16
referred
95:18 196:23
referring
57:9 87:17 88:22 91:10 93:12
99:24 100:4 106:24 111:10
163:24 191:13 218:10,11
221:16
refers
18:14 103:20 113:14 232:4
refine
84:18
refined
67:6 81:22 202:10
refinement
80:12 81:5,5,8
refresh
93:10
refute
130:16
regard
130:23 172:11
regarding
44:6
registered
216:18,23 217:7,15
registration
196:15 197:4 198:11 199:2,4
199:10 216:10,12,15
registrations
196:22
regulated
49:18 71:5
regulation
129:20
regulations
20:9 42:2 58:6,15 151:18,21
200:3 213:9
relate
29:17 43:9
related

11:13 34:12 46:19 66:11
153:2 225:16 226:9 235:25
254:12
**relation**
66:25
**relationship**
11:14,16 88:6 108:14 188:16
245:17
**relatively**
109:12
**relaxant**
61:9
**release**
87:13
**releases**
99:11
**relevance**
159:16
**relevant**
157:20 237:17
**reliable**
172:5,7
**relied**
159:17
**relief**
236:8
**remember**
25:7 43:7 63:7,8,15 72:4
103:2 107:25 108:4 109:2
109:18,20 110:2 119:13,14
128:19 129:9 169:11 216:11
219:25 221:14
**removal**
81:12 82:8
**remove**
82:18
**removed**
81:22 186:18
**removing**
62:5 82:15
**rename**
101:20
**render**
126:21 127:4,21 130:11
**rendering**
218:22
**repeat**
34:25

**report**
4:8,12 6:16 14:11 29:13,15
74:18 123:15 127:24 128:5
128:9 129:10 130:11,12
131:2,6,8,9,11,12 132:8
133:2,3 134:2,13,15 143:24
145:15 148:24 150:10 153:6
155:16,19 160:13 168:14,15
169:5,10,15,19,23 170:10
170:11 172:2,3 173:7 174:5
176:13 177:5,7,13 185:3,15
191:7,15 195:9,17 196:13
200:23 201:14 205:21
207:12,18 211:24 215:15
218:22 219:22 229:9 252:11
252:12
**reported**
167:20 204:10
**reporter**
1:23 6:24 15:12 32:9 35:4
52:6,22 94:18 224:9 228:8
254:5
**reporting**
167:8,9,14 214:21 221:6
**reports**
31:23 150:6 185:7 187:12
**reposted**
231:4
**represent**
85:2
**representative**
157:2,3,11 174:8 184:21
188:15 192:16 244:3
**representing**
29:10,12 125:24
**reproducible**
83:2
**reputable**
207:13
**requested**
15:10 35:2 52:4,20 94:16
224:7 228:6
**required**
76:23 105:2 192:3 194:21
204:22
**requirement**
17:15 60:12,14,18 97:8 120:6
179:16 193:16 194:8 217:15

**requirements**
27:9 37:21 38:3,9 39:12
41:14,20 49:5 148:8 157:22
193:19,21 204:20 217:24
**requires**
207:9
**reschedule**
118:6
**rescheduled**
209:23
**rescheduling**
117:9
**research**
11:7 21:6 22:7 26:12,13,15
43:17 118:14 133:10 194:23
**researched**
129:3
**reserved**
3:12
**reside**
6:6
**residual**
85:5 110:11 231:16 233:3
**residue**
110:11
**residues**
59:16
**respect**
8:11 16:15 17:9 29:2 43:18
76:18 83:14 111:6,20,25
112:19 130:3 131:13 138:4
141:18 160:7 167:16 169:14
172:3,13 179:24 185:11
207:7 221:8 222:8 238:9
248:9
**respective**
3:6
**response**
130:12 154:8 235:4
**responsibility**
88:23 89:4 92:14 129:18
199:16
**responsible**
121:6 232:11
**restate**
51:23 52:23 213:19
**restraints**
119:11

**result**
148:4 149:6,11 188:4,14
191:5 199:17
**resulting**
19:18
**results**
35:13 76:25 126:6 127:8,19
127:22 132:15 155:4 163:8
170:11 179:16 184:17
188:23 201:13 204:10
243:17 247:11 248:17
**retail**
16:13,17 49:7 53:23,25,25
112:13
**retained**
85:21 124:4 252:24
**return**
196:14,18
**returning**
199:2
**review**
33:2 102:14 126:14 133:15
168:15 200:22 203:18
**reviewed**
33:11,25 46:23,25 128:2,8
153:5 169:4 187:5 192:17
219:15 225:14 250:7
**reviewing**
169:8 194:24
**revised**
101:2 104:10,20
**rhetorical**
99:14
**rid**
83:12
**right**
6:25 14:18,19 22:17 25:15,16
26:4 35:10 36:2 39:2,10
42:25 46:21 48:8,9 51:20
54:7,17 58:15 66:18 74:20
75:12,13 78:18 81:4 82:22
85:20 86:20 88:12 91:8,17
91:19 92:21 93:2,8 94:21
96:4 103:11,13 104:8,17
105:15 106:12 107:3,4,5
108:16 109:16 110:5,22
112:4 116:13,21 117:22
120:2 126:7,18,19 132:17

133:3,4,7 134:9 135:2
137:19,22 138:21 139:14,24
140:25 146:3 150:15 153:17
155:7 156:19 158:3,5,6,13
161:3,7 162:4 163:22
164:24 165:7 166:9,9 167:5
167:6,22,23 170:4,8 173:14
174:9,16,22,24 178:2
180:19 181:23 182:3,22
183:18 185:6,14,15,16,25
186:9 188:21 190:19 192:5
192:7 195:11 196:19,20
197:14,15 198:16 199:20
202:15,20 203:6 207:9
208:6,19 210:19,20,23
211:11 212:14 213:17 215:6
215:22 216:13,15,25 217:24
217:25 218:22 220:6 221:20
221:21 223:19 224:21 228:9
228:22 230:4 231:8,15,20
235:20,23 236:6 237:14
238:15 239:3,6 241:25
243:10,14,15,23 245:18
246:16 247:24,25 249:9
**rightly**
182:5 249:6
**rigorous**
203:4
**risk**
19:11 147:7
**role**
8:22 16:6 23:21,23 46:21
**rolling**
49:6
**room**
101:4
**RSHO**
231:25
**rule**
65:5
**rules**
42:2 73:24 77:19 99:18 194:7
**ruling**
51:5
**run**
120:10,18
**runs**
68:11

**S**

**S**
2:2 5:20 107:21,21,21 126:4
252:7
**safety**
22:13 57:10,13 233:10
**sale**
122:11,21
**sample**
17:5,6 33:11 58:8,9 59:2
120:12,13 127:13 157:3,11
160:21 163:9,13 169:17
176:7 185:19 186:12,13,16
186:18 188:2,3 196:13,19
199:9,18,19 222:9 223:22
244:3
**samples**
12:6,8,11 31:9,12 59:6 65:13
65:15 120:10,11,16,17,24
127:17 163:12 164:6,17
192:17 199:3 200:20 203:14
206:17
**sampling**
127:12
**sand**
116:23 117:5
**sativa**
134:25 135:12
**sativus**
30:11
**sauce**
161:4
**saw**
47:4 150:23 191:5 204:9
220:25 222:8 229:5 247:25
249:19
**saying**
6:24 40:15 59:24 65:12 91:16
119:13 130:16 141:2 166:2
172:7 178:10 187:25 191:17
195:6 197:25 213:2 214:5,6
214:22 215:21 217:14
222:25 223:19,20 233:9
238:10 243:7
**says**
29:13 59:18,25 61:6 78:11
87:12 88:14,18 89:21,24
90:6 91:4,5,9 92:13 93:7,14

95:12,14 96:5 100:21
103:19 104:9,19 106:7,23
134:16 141:13,20 153:16
161:23,25 162:21 163:23,25
164:2,4,24 165:7,9 166:17
167:11 176:6 191:24 192:12
195:9 196:17,19 199:20
210:2,11,19 211:11 214:25
218:25 221:16 223:3,9,12
225:17 226:3 231:9,11,22
231:24,25 232:5,14 235:24
236:7 241:17,22 243:4
247:3,6,14,20
**scan**
151:15
**scans**
151:15
**schedule**
42:3 48:12,20 49:4 50:5,24
51:4,19 53:10,17 54:4 62:18
62:22 63:4,10 69:15 70:18
70:23 78:7 107:6 117:9,18
117:20,24 118:8,16,17
119:10 146:21,22 147:9,12
147:16 209:15,18 210:6
212:7,16 238:11
**science**
10:9,20 12:19 47:24 108:25
109:3,7,9 125:5 136:13
230:20 231:5 232:11 233:21
**scientific**
8:18 11:8 13:6 68:20 71:3
118:3 128:13 184:9 191:11
191:16 192:6
**scientifically**
8:19
**scientist**
16:25 40:9 129:16
**scope**
198:8,10,12
**Scott**
195:25 196:3 198:24
**screen**
25:24 85:4,6 126:7,11 147:23
151:19 201:5,19 242:16
**screening**
148:17 149:4 150:17 151:2
201:14 247:12 248:10

**screening/testing**
247:19
**screenings**
148:12 249:22
**screens**
247:6
**se**
62:5
**sealing**
3:7
**search**
172:19 173:21,25
**second**
59:18 61:2 70:2,3 89:20
90:19,21,23 93:16,18 99:5,6
134:15 170:2,3 198:21,22
202:15,16 208:3 234:5,17
235:16 237:12
**secondary**
201:20
**secret**
219:7
**section**
5:17 43:8 54:17 92:11 210:18
252:22
**sections**
71:11
**secure**
23:23
**see**
17:5 48:5,14 54:17 58:12
59:16,21 61:4,13 73:2 75:12
75:15 76:19 77:3 87:9,21
88:14,16,25 89:22 92:22
93:7 96:11 99:4,8,19 100:21
101:5 104:11 132:10,13,14
134:17,22 144:7 147:22,24
148:5 151:15 152:5 156:18
162:4 164:13,21 169:18
174:9 175:4,7 177:14,15
178:11 181:20,22 192:24
196:11,17 199:6 202:14
203:15 218:13 219:3,12
220:4 225:2 229:12 230:23
231:6 235:20,22 241:17,18
242:7,21 243:2,4 247:23
**seed**
232:2

**seeing**
103:2 169:11 192:23,25
209:7
**seen**
30:22 79:10 87:3 105:6,13,18
107:6 112:23 140:4 154:5
160:13 189:20 218:2,9,16
222:17 227:2,7 228:17
**segments**
71:16
**self-employed**
9:23
**sell**
52:10 240:2
**selling**
50:7 84:25 113:3 141:8
**sells**
123:6
**send**
12:5
**sense**
62:6 72:8 92:17 145:2,13,15
171:20
**sent**
65:14 152:2 174:23
**sentence**
53:21 54:14 56:19,23 59:18
61:6 73:6 90:14,18 96:5
144:3,7,10 183:5 195:16
231:23 232:6
**separate**
81:25 163:12 164:6,17
170:24 172:24
**September**
108:2 109:14 112:2,18
113:25 117:4 173:8,9
219:17,23 220:18
**sequence**
147:21 148:13
**series**
152:23
**serve**
133:25
**service**
109:2 247:23
**services**
26:21 27:3 47:11
**Sessions**

71:22
**set**
28:9 254:9,16
**setting**
188:2
**sharing**
122:13 241:5,6
**SHEET**
253:2
**SHEPS**
2:18 35:7 39:13,23 40:4,20
41:10,18,24 43:23 47:8
50:10,20 51:14 52:13,23
53:6,12 55:2 57:18 60:15,22
61:16 62:17,20 63:25 65:8
66:3 69:19 70:17 71:6,15,19
72:13 77:11,18 79:5,14
81:18 82:23 83:21 86:11
88:3 89:8 90:21 91:5 94:13
94:24 95:7 97:3,9 100:16
101:22 102:6 103:16 104:13
104:16 105:9 106:2,5,13
114:4 118:22 126:25 129:14
130:19 132:23 135:5 136:4
136:18,24 137:5,23 138:5
138:13 139:5,15 140:6
141:16,21 142:8,11,17,19
143:13 144:18,22 145:5
146:7,12,18 147:4,13,18
149:9 150:2 151:11 154:4
154:19,23,25 155:14,22
156:9,14,23 157:5,15 158:9
158:16,23 159:21 160:18
161:8 162:11 163:16 164:9
165:25 166:7 168:9 169:7
171:15 174:18 175:18 176:5
176:14,19 179:8,14 180:2,9
180:20 181:14 182:9 184:12
184:23 185:5 187:6,9,19
188:20 189:15 190:18
191:21 192:8,21 193:11,24
194:11,20,25 195:14 197:8
198:17 199:14,24 200:5
205:9,19 208:3,9 209:14
211:3,19 212:4,11,17 213:5
215:24 216:3 217:2,9,17
218:20 219:19 220:11,20
221:2 222:10,22 223:5

224:2,16,22 225:23 226:8
226:13,17,23 227:4,17,22
229:2,25 230:15 232:20
233:25 234:9 236:17 237:2
238:19 239:2,17 240:11,25
241:7 243:11 244:7,11,17
245:9 246:8,15 248:19
249:3,25 250:5,14
**shifted**
99:14
**ship**
67:19 198:16 199:10 200:4
**shipped**
198:13
**shipper**
199:3
**show**
12:15 17:6 156:19 161:19
173:4 230:22 247:5
**showed**
180:24
**showing**
222:9
**shown**
236:2 247:10
**shows**
135:20 166:14
**shut**
122:15
**side**
101:12
**sides**
9:15 104:5,6
**sidewalk**
32:16
**sieve**
79:24
**signed**
3:16
**significant**
236:3
**Silver**
42:15,21 84:8
**similar**
24:7 127:17
**simple**
93:7
**simplistic**

79:22 80:5
**simplistically**
19:19
**simply**
31:11 39:11 42:12 59:3 71:11
80:14 83:4 89:14 91:14
142:14 143:23 188:13
193:22 194:24 196:19 222:5
248:7
**simulated**
129:22 130:23
**sister**
95:16 108:13
**sit**
69:14 70:22 98:21 108:6,7
119:15 126:20 130:14 132:5
159:7 178:14 245:4
**sites**
24:2
**sits**
79:24
**sitting**
9:8 169:5
**situation**
116:10
**six**
66:21 163:7
**size**
58:8 59:2 160:2 163:9 176:7
**sizes**
59:6
**skip**
59:12 89:19
**Sky**
9:23 10:10,14,18 11:15,19
14:9 26:20,21 27:2,14 29:10
29:13,20,23 124:22,23,24
125:10,13,19,24 126:3
235:13
**slightly**
163:20
**slowly**
73:15
**small**
65:9 101:3,3
**smoking**
75:22 76:9 78:17 181:21,25
**society**

**software**
 203:5
**Solanum**
 24:20,20
**sold**
 76:23 77:8 245:25
**solvent**
 35:12 79:23 231:17
**solvents**
 83:12 85:5 110:11 233:3
**somebody**
 12:10 47:4 138:16
**somewhat**
 88:15 197:2
**sooner**
 76:13
**SOP**
 15:4 121:7
**SOPs**
 14:20,21 17:3
**sorry**
 56:22 94:13 101:15 102:9
   107:3 119:7 124:2 128:12
   139:24 168:4 169:21 223:25
   237:9,11
**sort**
 33:2 46:14 47:11 59:14 80:12
   116:12 173:15 197:19
**sounds**
 230:25
**source**
 97:12 98:20 128:16 131:24
   178:15 192:7 234:14
**sources**
 128:20 130:15,15
**SP**
 83:2
**space**
 115:8 122:14
**speak**
 193:14
**speaking**
 70:10 106:18
**spec**
 202:5 203:12
**species**
 24:14 30:14

55:17,18 71:11,17

**specific**
 15:21 30:10 34:4 42:7 77:5
   121:4 135:15,19 138:18
   151:17 153:11 159:2 170:18
   180:23 181:8 186:7 191:16
   193:16 200:2
**specifically**
 15:17 21:3 23:11 29:4 41:6
   42:3 45:10 51:19 52:7 68:3
   74:4 79:15 81:22 92:9 93:3
   103:9 108:19 109:24 110:3
   111:19 112:20 115:23 117:8
   117:17 121:11,15,18 128:15
   136:14 137:20 144:2 149:19
   173:22 178:22 191:13 197:4
   203:9 207:7 210:5 212:12
   233:18
**specification**
 79:10 121:2 192:2
**specifications**
 82:25 222:16
**specifics**
 146:25 225:24
**specified**
 150:11
**specify**
 58:6
**specimen**
 127:13
**specimens**
 247:12
**spectra**
 169:2
**spectrometry**
 202:11
**spectrum**
 98:18
**speises**
 30:13
**spell**
 28:3 68:25
**spelled**
 174:2
**spent**
 124:16
**spike**
 120:15
**spiked**

**spinning**
 13:19
**split**
 125:9
**spoke**
 230:13 242:9
**spoken**
 85:21 176:21
**spokesperson**
 10:21
**spreading**
 232:12
**spun**
 13:12
**Square**
 2:10
**ss**
 251:5
**stage**
 80:22,23
**stalks**
 134:18
**stamp**
 246:17
**standard**
 14:21 58:11 97:5 119:23,24
   121:12,13 141:3 145:14
   149:22 206:12,13 235:4
   243:25
**standardization**
 46:16 54:16 56:4 57:25 58:23
   110:4 113:18
**standardize**
 55:10
**standardized**
 56:13
**standards**
 56:2 58:5,10 120:13 203:17
   204:3 243:22,23 244:24
**standing**
 17:13
**standpoint**
 58:23 70:25 71:3 125:14
   201:18
**stands**
 51:6 174:4
**staple**

120:12

168:4
**start**
13:9,15 25:12 59:15 95:17
  132:7
**started**
13:14,23 14:17,19 25:18
  38:17 122:6
**starting**
29:8 70:2 74:16 110:6 180:23
**starts**
49:19 89:20 93:13,20 99:5
**state**
1:24 5:23 6:3 7:10 8:6,11
  10:25 15:15,21,25 16:2,5,8
  16:8,14 26:12 39:4,8,9,16
  40:8,16,16 41:11,15,19 42:7
  42:15,21 48:12,12 50:3,23
  51:3,3,5,7,9 53:3,18 58:7
  59:10,10 76:22 77:12,13,19
  84:8 116:2,15 118:18 131:2
  140:12 148:2 157:22 158:8
  158:21 174:6 177:18,20,25
  178:4,7 179:17,18 180:7,11
  181:20 184:8 193:19 205:10
  225:14 249:6 251:4 254:6
**state's**
77:22
**state-by-state**
40:7 57:8
**stated**
42:5 54:14 74:18 88:12 92:8
  116:19,22 119:18 137:20
  138:20 147:21 151:18
  153:14 161:20 166:12
  170:10 172:2 177:14 178:21
  180:10 185:4 189:3 202:5
  206:21 207:11 212:23
  217:22 228:21 229:10
  243:25 248:4
**statement**
9:14,15 19:6 22:21 30:12
  40:12 56:18 63:21 73:7
  88:14 94:19 111:4 160:23
  164:10 178:20,21 216:6
  222:6 225:19 226:14 243:19
  244:9 250:2
**statements**
93:5 232:17 233:22

**states**
1:2 17:8,14,25 39:17,19,25
  40:2,6 48:20 49:2,20,20,24
  50:8 51:12 53:17,20,23,24
  54:2 56:7,9,12 58:21 77:16
  90:3,25 94:2,8,20 96:7,9
  115:17 120:3 138:9 198:24
  210:17 223:22 247:17
**stating**
54:3 92:6 156:25 177:24
  226:24 237:19
**status**
48:13,21 49:5 50:24 53:18
  54:4 88:15
**statute**
60:20 63:3 129:4 210:16,17
  211:9 212:22
**statutes**
225:14
**Steep**
115:10
**stenotype**
1:23 254:5
**step**
79:21
**steps**
80:20 83:3
**Steven**
68:15
**stimulated**
129:24
**STIPULATED**
3:5,10,15
**stipulates**
120:8
**STIPULATIONS**
3:3
**stock**
91:25 92:3,15
**stomach**
131:17,19,23
**stories**
70:24
**STORM**
2:8
**Stouffer**
160:25
**straightforward**

127:18
**strain**
96:24 219:6
**strains**
65:20
**strategic**
28:23
**strep**
202:6
**strict**
213:13 223:2
**strictly**
41:19 99:16
**strike**
59:3 119:9
**strip**
32:16
**structure**
124:15
**structured**
88:20
**student**
213:8
**studies**
23:15 72:23 129:25 236:2
  247:9
**study**
124:18 129:23
**stuff**
123:15
**subject**
26:17 31:25 37:25 239:8
  247:15 249:21
**sublingual**
182:6
**sublingually**
75:14,20 76:4,10
**submit**
103:22 179:16 232:4 248:3
**submitted**
180:7
**subparagraph**
59:15
**subpoena**
179:18
**subscribed**
3:18 251:20 253:23
**subsequent**

214:3 221:15
**subset**
19:4 54:5
**subsidiary**
87:19 95:14
**substance**
33:14 37:18 38:13 39:2,3,7
39:11,20 40:3,17 41:2,13,22
42:8 53:11 57:15 63:11
69:15 70:16,18 137:17
142:7 149:18 170:12 183:8
208:6,10,15,17,21 211:2
215:25 218:3 240:2
**substances**
34:16 39:12 43:3,11,19 44:8
60:8 62:23 63:9 78:7 117:9
118:9,18 135:18,20 136:15
137:20 141:13,17,18 142:2
142:5,12,16 143:4,7 146:15
158:13 207:19,22 208:5
209:10 210:3,8 216:13,19
238:7 239:9,11,12
**substitute**
24:21
**suggest**
97:25 242:12 243:6 244:20
**suggesting**
89:11 91:19 129:23
**suit**
27:22
**Suite**
2:4
**summary**
19:12 165:14 166:13
**sun**
186:14
**superior**
124:24
**supervise**
7:7 10:22
**supplemental**
101:4
**supplements**
24:7 99:17 194:3
**supplied**
176:9 185:14
**supply**
25:25

**support**
9:15 71:25 72:11 117:15
118:4 128:4 206:20
**supported**
131:24
**suppose**
84:13 143:16 193:6
**supposed**
77:9 151:19 199:18
**sure**
51:24 60:23 72:15 92:4 93:23
96:14 97:6 103:18 105:12
120:17 144:23,23 149:3
168:20 169:9 172:6 203:17
204:3 224:20
**Surgeon**
14:11
**surprise**
172:23
**suspect**
106:3 191:2
**sweeping**
99:12
**sworn**
3:18 5:21 251:20 253:23
254:9
**symbol**
87:17,18 92:16 218:2
**synthetic**
131:19 211:7,10,11,13,18
237:13
**system**
14:13 76:12 120:8 131:22
**systems**
72:22

---

**T**

**T**
2:12 107:21 251:2 252:7
254:3,3
**T-U-R-E-T-S-K-Y**
69:3
**table**
73:23,23 74:25
**take**
6:24 16:5 44:20 48:2 57:23
65:13 74:9,16 75:20 76:3
79:12,22 83:6,16 84:3,17

85:24 86:3,9 102:5,9,14
123:17 129:10,18 152:11,20
156:2 168:3,6,7 176:14
195:19 209:2 218:24 229:22
229:23 234:6 246:6,22
**taken**
1:21 32:8 57:20 86:6 107:19
152:4 154:16 156:6,13
176:18 241:10 251:9
**takes**
12:11 65:14 182:21,25 183:8
**talk**
52:7 66:14 146:9 161:6
181:19 209:7 238:22 239:6
**talked**
26:25 68:9 147:22 216:11,11
230:25
**talking**
48:16 62:8 84:2 110:10
141:24,25 164:2 165:22
167:10 178:4 183:20 211:17
216:14 228:22 239:7
**talks**
67:13
**Tamar**
5:2 252:17
**Tamara**
230:8,19 237:8
**target**
247:7
**Taxation**
29:7
**TC**
203:12
**tea**
37:11
**teaching**
22:7
**team**
247:23
**technical**
46:19 67:5 115:7
**technically**
72:20
**technology**
13:11,13,21 23:25
**tell**
8:2 12:13 18:23 27:2 47:19

64:7 71:4 73:11 78:13
79:18 109:19,20 119:22
120:5 142:25 144:2 159:11
163:2 165:14 170:25 171:11
171:21 206:14 207:20
223:10
**telling**
196:12
**tells**
127:25
**tenure**
12:23
**term**
73:20 74:9 106:21
**terms**
19:25 39:10 100:13 126:17
203:4
**terpene**
72:17
**terpenes**
72:18,20,21 73:17
**Terri**
1:22 5:22 254:5,23
**test**
12:6 15:3 18:21 19:8 22:15
30:16 31:5,8 33:8 59:5
64:12,14,16,19 76:25 84:19
126:7,14 127:8 148:23
149:20 150:17 151:7 154:15
154:18 162:2,23 163:18
164:17 170:19 171:4 179:16
181:6,19,20 184:11,17
190:22 197:18,20,25 200:19
201:5,16 202:7,15,16,17,18
203:8 204:19,23,25 206:10
206:20 233:5 241:18 243:17
247:5 248:17
**tested**
30:23 110:13 148:7,17,23
149:19 150:16,20 151:2
155:18 156:12 157:10 160:7
160:8 163:12,13 164:23
175:23 180:14 189:21 190:2
190:4,9,11,15 195:10
200:17 232:23 241:23
242:13 243:9 245:6
**testified**
5:24 8:25 18:13 81:11 127:11

186:9 220:9 227:12
**testify**
96:15 109:18
**testifying**
94:12
**testimony**
7:15 8:10,12,14,19 9:7 28:5
50:17 98:15,17 124:18
125:7 150:12 156:11 158:12
159:16 173:23 175:9 190:20
190:23 192:15 194:22 251:9
251:12 254:8,10,11
**testing**
10:23 11:2,2 12:2,7 14:6,25
15:7,17,20 16:4 17:15,24
18:12 19:5,5 20:6,9 22:8
23:19 25:15 26:4 27:6,8,22
33:3 34:13 46:17,22 47:5
54:16 55:11 56:5,13 57:15
57:25 58:9,9,15 59:2 67:21
73:8 109:11 111:11 113:18
114:3,3,10 115:24 116:2,12
116:20 120:4,8 121:11,13
121:16,18 126:17,22 127:5
127:22 133:20,21 137:10
149:12 151:9 152:24 170:18
170:24 171:9,10 172:13
173:11 177:8 182:8 192:3
197:10,14,17,23 203:20,24
204:2,20 205:11 206:6
237:6 242:3,5 243:13,14
244:21,22 247:16
**testings**
126:11
**tests**
17:6 29:20 30:7 31:11 149:23
150:8 151:19 172:9 247:6
**tetrahydrocannabidiol**
247:7
**tetrahydrocannabinol**
19:3 61:7
**thank**
20:13 42:25 59:12 60:24
78:23 99:3 127:24 155:7
163:22 165:23 184:6 185:10
207:22 237:14,19 239:21
250:16
**Thanks**

93:22
**THC**
18:20,25 19:2,14,19,23 20:3
31:8 33:7,11,12,15,19,19
35:18,21 36:13 38:21 39:6
39:16,19 40:2,17 41:6 42:9
52:7,11 53:3,9,10 61:7,8,15
61:23 62:4,5,10,13,15 63:13
63:14,18 65:4,15,16,19 68:3
69:15,21 70:6,9,15,23 71:4
71:17 72:11 73:6,9,14,18,24
74:22 77:2,10 78:2,21 80:25
81:10,12,21 82:9,15,16 83:5
83:14,17,24 85:7 88:24 89:5
92:15 96:8,19,25 97:17
105:3,8,20,23 106:8,22
111:25 112:8,16,20 113:5
117:17,18,21 129:24 130:2
131:4,16,21,23 134:20
139:22,25 140:20 141:11
142:5 145:10 147:8 148:3
150:6,7,15,25 157:18,23
158:8,21 159:18 161:7,20
165:7,9 166:12 167:5,17,24
169:16 170:19,24,25 171:5
171:11,19,22 172:3,19,21
172:25 173:6,10,18,22,24
174:3,3 175:3 177:21,23
178:15 180:25 181:5,11,20
182:21 186:15,25 188:13
190:23 192:12,13,18 193:3
193:10,16 194:15 196:14
197:12,16,19,20,22,25
199:17 201:6 206:7 207:23
208:4,24 209:9 210:15,25
212:7,16,24 214:12,17
215:5,23 216:7 219:9
220:10,19,25 221:17 222:7
222:9 223:3,4,8,10,22
225:12 228:13,23 229:10,11
229:17 232:24 233:14 236:2
236:8,13,16,24 238:9,14,23
239:13,16 240:9 247:7,21
247:22,23 248:16,16,21,22
249:7,12
**THCA**
77:2 78:15
**theoretically**

186:17,19
**therapeutic**
99:13
**Therapy**
23:22
**thing**
58:25 90:12 101:11 165:18
210:11 231:10 232:10
**things**
22:15 37:10 82:18,21 83:9
85:6 110:13 121:10 124:2
128:7 131:10 133:19 153:4
196:16 203:11 209:7 210:9
222:20 224:15 231:9,11
233:5
**think**
11:15 24:12 26:25 32:10
35:14 40:6,11 50:16 62:24
67:21 68:18,24 71:9 81:8
89:13 90:6,10 91:20,24
92:19 98:18 99:23 115:20
117:13,19 133:5 138:16
141:6 142:22 148:21 150:22
153:14 157:17 159:10
162:20 165:16,16 166:20
168:22 170:2 179:19 181:3
197:11 204:21 205:10
208:24 209:15 212:22
221:19 222:6 223:23 226:18
234:3 237:17 238:10 246:4
246:10
**thinking**
41:14 144:24
**third**
1:12 2:16 63:8 87:12 89:20
93:20 253:4
**third-party**
12:2 15:20
**thought**
129:5,18 197:12 224:12
236:25
**thousands**
64:10
**three**
62:24,25 63:2,4 93:19 118:15
175:7 177:15,18 188:17,23
234:13
**threshold**

97:13,15 98:19 136:12,22
137:14 138:4 139:8,22,25
143:3 144:6 145:18 157:25
178:15,23 192:18
**Thumb**
73:25
**ticker**
87:16,18
**tightly**
121:3
**time**
1:22 3:12 6:18 8:15 9:19 13:7
14:9 32:3 36:10 54:24
57:19 86:5 109:7 113:24
114:6 122:6 124:16 125:9
125:24 137:15 142:12,18
144:24 175:15 176:17
179:15 182:21,24 183:7
202:25 204:20 205:11
217:12 218:15 229:23
231:10 236:21 241:9 246:17
250:18
**timeline**
237:15
**times**
61:11 183:9 184:3 188:17,23
235:3 241:23 243:9
**tincture**
75:19 79:20 80:2,19
**tinctures**
75:13,13
**tissues**
31:21
**title**
10:11 125:3 218:25
**titration**
74:10
**TNM**
108:22
**today**
9:8,21 10:6 15:25 17:11 55:6
69:14 70:22 88:4 98:21
108:6 112:22 113:18 119:15
126:20 130:14 132:5 159:7
178:14 220:9 229:20 237:18
245:4 250:8
**Todd**
47:20,21 108:2,7

**told**
67:4 149:21 183:24 215:16
248:12
**tolerance**
60:6
**tongue**
75:18 76:11
**tons**
84:9
**top**
196:17 198:23 208:2 234:11
**topic**
11:10 130:9
**topics**
129:2
**total**
63:2 165:15
**totally**
77:21 115:21
**touch**
67:21
**tough**
186:21
**toxic**
24:16
**toxicology**
13:2 21:16,18 22:24 23:12,14
31:23 47:24
**toxins**
14:2 231:17
**trace**
236:16
**traded**
239:25 240:7
**tradition**
242:2
**training**
34:4 37:21 38:15 43:2
**transcript**
251:9,11 253:2
**transferred**
205:17
**transformed**
131:23
**transgenic**
13:3 24:18
**transitioned**
12:25

transport
118:13,18
**Transportation**
148:8
**treated**
130:25
**treatment**
74:13
**trial**
1:19 3:13 7:24 9:10
**trials**
60:5
**tried**
122:11
**trim**
35:11 59:9
**Trip**
66:16,17,24 68:8 88:11 225:2
225:4 228:18
**true**
42:6 54:4 56:8 77:17 96:3
98:8 133:6 175:13 180:22
183:7,10 186:25 210:24
251:11,13 254:10
**truth**
232:12
**try**
109:9
**trying**
39:20,24 40:12 55:22 92:24
142:22,25
**Turetsky**
68:15
**turn**
79:19 84:3 174:5 198:21
234:7
**twice**
61:12
**two**
9:6 11:17 19:13 32:19,19
49:20 89:17 90:17 102:12
104:5,6 112:23 115:14
121:20 125:6 130:3 131:18
137:2 145:3 155:4,5,10
156:6 162:25 163:2,11,19
163:19 164:6,16,21 165:12
165:18,21,24 167:13 188:23
205:2 234:4 235:24 249:5

**two-part**
227:23
**type**
11:23 35:11 64:18 65:18,23
66:7
**types**
23:2 38:4 150:16 204:14
**typically**
96:18 134:19 150:14 235:5
**typo**
90:7

---
**U**
---

**U.S**
14:10 98:4 138:8 225:10
237:22 238:3,6 240:3 242:6
**UC**
20:24
**umbrella**
91:2,6
**unable**
114:12
**unbiased**
63:19,20
**uncertainty**
185:12,18,23 189:24
**undermine**
180:25
**underneath**
161:25
**understand**
21:24 23:6 35:9 39:24 40:10
40:12 42:11 44:5 73:12
83:22 92:5,23 95:3,10 96:14
98:5 99:25 126:6,8 132:25
142:21 145:12 163:11
213:17
**understanding**
89:3 95:11 115:25 122:20
150:14 154:11 177:2
**understood**
109:9
**undetectable**
161:24 162:3,16 166:18,19
167:12,12,21 215:13 221:9
221:11,20,23 223:14,17,22
224:11 236:24
**unfit**

231:21
**Unfortunately**
83:13
**UNGER**
2:3
**uniform**
58:8 59:2
**unique**
18:18
**unit**
160:2
**United**
1:2 17:24 90:3 93:25 96:7,9
247:16
**University**
12:18,22 22:3
**unquote**
233:21
**unregulated**
115:21,22
**unsanitary**
109:24 110:8
**unsupported**
100:9
**unusual**
161:11
**upstream**
160:24
**uranium**
24:2
**urinalysis**
129:25
**urine**
33:3 126:6,11,17,22 127:4,11
127:14,21 147:23 151:6
181:19,19 182:8 184:10
200:17,19 201:5,14 203:19
247:12
**use**
24:16 33:23,24 36:3 57:2
58:10 60:2,17 66:8 80:6,6
94:11 111:12 116:25 127:17
152:18 201:24 203:17 206:2
213:25
**useful**
153:19 157:17
**user**
208:24

**uses**
202:7
**usually**
15:4 16:6 53:25 112:5 160:3
**utility**
23:24
**utilize**
88:21

---
**V**
---

**v**
253:3
**V-A-N-E-T-T-E-N**
196:2
**v-A-P-E**
34:11
**valid**
114:10
**validate**
206:25
**validated**
55:23 111:12
**value**
73:13 100:13 118:4 162:2
   167:14 170:11,17 171:19
   214:21 222:9
**Vanetten**
195:25 196:3,11 198:25
**Vape**
34:9,11,11,15,16 36:9
**variability**
222:15
**variable**
59:4,6
**variables**
181:3
**variants**
182:17
**varies**
11:12 16:14
**variety**
236:4
**various**
32:23 109:10 236:9
**vary**
150:8 182:17
**vast**
26:17

**Vegas**
7:7 8:7 10:24 31:24
**vendors**
11:4
**venue**
8:5
**verbal**
32:6
**verifying**
91:13
**versa**
125:25
**version**
189:22
**versus**
27:25,25 147:7
**vessels**
76:11
**vice**
125:24
**video**
118:8 119:6,18
**view**
39:16,18 40:2 71:16
**violates**
240:2
**violating**
199:9 200:3
**virtue**
51:5
**viscous**
35:13
**visited**
201:8
**volume**
187:23
**voters'**
51:6

---
**W**
---

**W**
251:2
**wait**
34:19
**waived**
3:8
**walk**
74:2

**want**
18:6 37:11 82:25 83:6,16
   84:20 85:2 96:14 101:15
   125:16 139:18 142:2 176:19
   224:2 240:8 246:13
**wanted**
83:23 128:24
**wants**
170:16 210:10
**warning**
107:7
**Washington**
13:8 53:21,22
**wasn't**
33:12 50:16 114:6 115:3,7
   150:23 172:6 187:9 198:2,4
   198:13
**wasting**
8:15
**wax**
83:6
**waxes**
82:17
**way**
6:7 8:12,19 49:4,17 75:20
   79:22 95:4 135:6 193:2
   203:2 205:3 225:6 242:22
   254:14
**ways**
49:2 90:17 197:16
**We'll**
143:22 183:19
**we're**
6:24 9:8 15:2 16:18 42:17
   62:8 72:6 79:9 107:24
   110:10 149:21 152:18
   211:17 228:22
**we've**
37:8 189:20 207:24 220:8
   227:7,9
**web**
242:23
**website**
133:6,11,20 172:18,24 173:6
   173:10,13,22 234:15 235:11
   244:18 246:21
**websites**
100:25 133:15,25 134:10

**Weed**
228:21
**week**
154:22
**weeks**
155:10 156:6
**weight**
77:2
**wellness**
87:14,20,24 237:21
**went**
133:19 134:8,10 173:13
**weren't**
114:18,19 216:23 243:16
**WESTERN**
1:2
**whatsoever**
7:16 144:4 218:3
**WHEREOF**
254:16
**wholesale**
84:25
**wife**
186:2
**winter/spring**
86:14 87:9
**Wise**
5:2 230:8,19 237:8 252:17
**wishes**
51:6
**witness**
1:20 5:20 52:14 91:15 106:6
 166:6,9 168:24 189:9 241:8
 252:3 254:8,11,16
**woman**
32:15 230:18,21 231:2
**wonder**
61:15,21 213:9
**words**
12:10 32:8 44:13 47:3 59:4
 90:4 145:18 162:16 166:18
 182:11,24 216:5
**work**
9:21 10:3 20:24 28:17,21
 29:2 55:22 62:25 68:10,23
 126:10 201:10
**worked**
13:2,10 143:5 231:12

**working**
11:3 37:9 192:2
**workplace**
126:7 247:6 248:9
**works**
123:5
**Workshop**
115:11
**worried**
185:19 186:8
**wouldn't**
62:6 144:13,19 145:18 184:2
 187:13 197:13 208:16
 216:24 224:12 233:17
 239:14 243:6
**write**
11:8,8 32:5 45:24 46:9 58:5
**writing**
14:11,19 28:10
**written**
9:13 44:3,6 45:7 46:4 94:5
 140:5 143:7 231:6 242:24
**wrong**
91:11,12,17,19 223:11
**wrote**
45:3,7,19,22 54:6,11,19 73:5
 73:12 185:23

---
**X**

**X**
1:3,9 65:25 90:25 95:16
 177:21 219:8 225:17 226:9
 237:13 252:2,7

---
**Y**

**Y**
5:20
**yeah**
36:7 108:9 129:22 223:23
 236:20
**year**
7:19,20 18:3 36:17 37:9 55:6
 116:5 173:10
**years**
9:18 13:10 27:15 32:19 36:16
 36:19 66:22 112:23 121:20
 242:17 248:13
**York**

1:2,13,23,24 2:5,11,17,17
 5:23 51:4 115:23,24,25
 116:7 158:21 251:4 253:4,4
 254:7
**young**
32:17
**YouTube**
108:2,5 116:14,18 228:17
 229:9

---
**Z**

**Zeno**
23:13,17
**ZenoMetrics**
22:18

---
**0**

**0**
219:9 220:10,19,25 221:24
 222:7 223:3,21 229:10
**0.1**
167:13
**0.3**
145:11 161:21
**017**
170:5,6
**04**
165:7 167:2,14 175:5,6
 221:17 222:9
**05**
13:17 162:21 165:10,18
 166:12,14 167:2,10,15,17
 175:5 177:22 189:9,10
 215:2,3,19 223:10,13
**0803**
164:4

---
**1**

**1**
2:4 42:4 48:13,20 49:5 50:5
 50:24 51:5,20 53:11,17 54:4
 62:18,22 63:4,10 69:15
 70:16,18,23 73:24 78:8
 107:6 115:22 117:9,18,20
 117:24 118:9,16,17 119:10
 147:9,12,16 152:17 153:16
 154:3,17,20 156:13 157:4
 159:18 160:9 162:2,9,17
 165:16,17 166:4 167:7,14

180:24 184:14 209:16 212:7
212:16 214:22 215:12,20
221:11 223:17 230:7 234:11
238:11
**10**
75:10,11 148:19 224:25
**10:06**
1:14
**100**
28:17 169:16 170:21 172:4
174:20
**10022**
2:17
**1011.rnd-500**
164:3
**11**
18:21 19:8 33:13,19 76:18
85:10,11
**11021**
2:5
**12**
1:14 10:22 137:15 251:10
253:3
**12/10/2017**
246:18
**13**
152:16,19,21 161:19,19
175:21
**1308.11**
5:18 252:22
**14**
2:10 137:15
**14203**
2:11
**15**
59:9 120:11 149:17 202:9,19
**15-cv-701**
1:5
**150**
124:17
**16**
155:18 156:12 160:8 244:3
**17**
170:4 243:21
**17-025**
119:19 120:2,6,22 121:12
**170**
169:17 170:6 187:2,25 188:4

189:4 214:11
**17025**
242:2,10 243:20
**18th**
2:16
**19**
243:2
**1974**
212:21,24 213:10 214:3
217:13
**1st**
49:19

**2**

**2**
74:16 146:21 147:20 162:21
163:23 166:4,14 169:21,22
169:23 207:21,25 209:18
210:2 220:3,3
**20**
61:11
**2004**
13:17
**2012**
17:17,18,21 18:5 36:18 54:24
66:24 87:13 95:3 106:3
114:2,20 137:12 138:23
139:10 143:9 147:24 153:17
154:17 155:18 156:12,13
157:4 158:4,7,19,20 159:18
160:9 176:25 177:10 178:17
180:16,24 193:8,19 194:7
196:8 198:24 205:12 213:2
213:11 214:9 216:17 217:13
217:14 219:17,24 220:18
223:18 228:20 229:8 234:11
242:19 243:3
**2013**
4:6 86:14 87:9 252:10
**2014**
14:8,15 18:11 94:6,10,19
97:6,8 98:23,25 113:22
116:16 122:4 137:12 138:3
138:11,21,24 139:11 178:18
214:4 234:15 242:21
**2015**
67:2,3 108:2 109:14 112:3,18
117:4

**2016**
45:4,8 54:7,20
**2017**
1:14 152:17 177:5 218:6
230:7 251:10,21 253:3,23
254:17
**21st**
254:17
**23**
229:8 234:15
**24**
218:7
**25**
86:15 108:2
**26**
198:24
**28**
39:16,19,19,25
**281201415**
176:24 177:9
**29**
176:25 177:5
**2nd**
87:13

**3**

**3**
53:9 97:4,7,13,15,17 98:16
98:19,21 134:21 135:16,20
135:23 136:12,21,25 137:14
138:4,25 139:8,21 140:13
141:3,11,19 143:3 144:5,10
144:15 145:3,23 146:4
147:22 157:23,24 158:7,11
161:21 166:20 167:2 169:22
174:5,25 177:13,21,25
178:11,22 185:14 192:12,17
209:18 210:21 211:25
225:12 227:8,11 228:13
234:12 238:9,15 246:25
**30**
234:11 242:19,24
**31**
210:15 239:12

**4**

**4**
133:9 146:22 165:16 166:16



176:12 181:18 252:9,10,11
252:12,13,14,15,16
**4:58**
250:18
**40**
168:17
**400-page**
14:11
**410-A**
2:4
**42**
218:11
**4507**
6:7

--- 5 ---

**5**
59:8 87:15 131:14 133:2,9
148:18,21 151:23 163:23
169:4 177:10 184:6 191:15
219:17,23 252:5,17,18,19
252:20,21,22
**50**
116:24,25 149:10
**500**
112:7 152:24 164:25 165:6
166:20 176:6 177:22 187:22
188:6 189:4,6,7 219:12
**500-milligram**
164:20 175:4 187:4,15
188:15
**516**
165:15

--- 6 ---

**6**
131:14 169:18 177:5 191:15
**6:40**
246:18

--- 7 ---

**7**
191:14
**716.855.2800**
2:11

--- 8 ---

**8**
196:8 218:6 228:20

**800**
112:6
**805**
1:12 2:16 253:4

--- 9 ---

**9**
60:25 61:3 72:25 73:23
147:23 150:6 153:16 230:7
247:7
**90**
125:11
**930**
2:10
**96**
115:20
**99**
82:10 83:17