





# CannLabs TESTED

| Test Date | Expires |
|---|---|
| 10/16/2012 | 12/15/2012 |

**Dixie X Hemp CBD 500mg Dew Drop**

Sample Type: Tincture

For: Dixie Elixirs & Edibles
6701 E. Stapelton Dr N
Denver, Colorado 80216
303.945.2048

TestID: DED10.12.12-2

EXHIBIT Graham 13 12-1-17

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms.

These statements have not been evaluated by the Food and Drug Administration (FDA). These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

## Certificate of Analysis

| Maximum Legal Limit THC | Amount per Product |
|---|---|
| 0.3% | *Undetectable |

*Any test value below 0.1% is considered to be undetectable.

## Product Details

| Net Wt. | 68 g |
|---|---|
| Total CBD | 516.78 mg |

www.CannLabs.com   303.309.0105   INFO@CannLabs.com



# CannLabs TESTED

| Test Date | Expires |
|---|---|
| 10/16/2012 | 12/15/2012 |

**For**



**Dixie Elixirs & Edibles**
6701 E. Stapelton Dr N
Denver, Colorado 80216
303.945.2048

HEMP CBD WELLNESS PRODUCTS

| | |
|---|---|
| Sample Type | Tincture |
| | Dixie X Hemp CBD 500mg Dew Drop |
| TestID | DED10.12.12-2 |

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable wieght. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms.

## Certificate of Analysis

| Maximum Legal Limit THC | Amount per Product |
|---|---|
| 0.3% | 0.05% |

## Product Details

| Net Wt. | 68 g |
|---|---|
| Total CBD | 516.78 mg |

These statements have not been evaluated by the Food and Drug Administration (FDA). These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

www.CannLabs.com    303.309.0105    INFO@CannLabs.com

# CannLabs

**For** DIXIE

**Dixie Elixir**
6701 E. Stapleton Dr N
Denver, Colorado 80216
303.945.2048
MIP #404-00036

| Test Date | Expires | Sample Type | TestID |
|---|---|---|---|
| 10/16/2012 | 12/15/2012 | CBD1011R&D-500mg Consumable | DED10.12.12-5 |

## Chemical Report

### Cannabinoid Assay

**Assayable Cannabinoids** — Active Cannabinoids

| | Max CBD | |
|---|---|---|
| CBD-A | <0.01 % | |
| CBD | 0.69 % | Total Active Assayable Cannabinoids 0.73 % |
| THC-A | 0.00 % | |
| THC | 0.039 % | Max THC 0.04 % |
| CBN | <0.01 % | 0.00 % |
| THC-V | N/A | |

### Ratio and Chart of Cannabinoids

**Ratio**

| CBD | THC | CBN |
|---|---|---|
| 94.46 % | 5.54 % | 0.00 % |

**Chart**

Cannabinoid Assay — CBD 94.46 / THC 5.54 / CBN 0.00

## Edible Report

### Consumable Details

| Sample Size | 1g | Approx. Net Wt. | 38.4 g |
|---|---|---|---|
| Serving Per Package | 1.00 | | |
| Amount Per | 1g | mg Per Net Wt. | |
| CBD | 6.86 mg | 263.45 mg | 38.4 g |
| THC | 0.39 mg | 14.84 mg | |
| CBN | 0.00 mg | 0.00 mg | |
| Total Dosage of Cannabinoids | 7.25 mg | 278.29 mg | |

mg of Inactive Cannabinoids per 1g not added to Total Dosage

| THC-A | 0.02 | CBD-A | 0.00 | C |

**NOTES**

CBD1011R&D-500mg

www.Cannlabs.com   303.309.0105   INFO@Cannlabs.com

The below test is reported in percentage by weight; milligrams per gram, or milligrams per final consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC is not detected in the sample, the calculated active and total active will remain the same. Edible results may be fewer than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms. Due to many factors outside of CannLabs control, results may vary. Results are only for the samples supplied by the client.

The statements and results herein have not been approved or endorsed by the FDA.



# CannLabs

### Dixie Elixir

For DIXIE

6701 E. Stapleton Dr N
Denver, Colorado 80216
303.945.2048
MIP #404-00036

| Test Date | Expires | Sample Type | TestID |
|---|---|---|---|
| 10/16/2012 | 12/15/2012 | CBD0803MIXE2 Consumable | DED10.12.12-2 |

The below test is reported in percentage by weight; milligrams per gram, or milligrams per consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 + THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of Cannlabs control, such as cannabinoid material adhering to the manufacturer's packaging, etc. Due to many factors outside of Cannlabs control, results may vary. Results are only for the samples supplied to Cannlabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms. The statements and results herein have not been approved or endorsed by the FDA.

## Chemical Report

### Cannabinoid Assay

**Assayable Cannabinoids** — Active Cannabinoids

| | | Max CBD | | |
|---|---|---|---|---|
| CBD-A | <.01 % | 0.76 | Total Active Assayable Cannabinoids | |
| CBD | 0.76 % | | | |
| THC-A ▼ | 0.00 % | 0.05 | | 0.81 % |
| THC ▼ | 0.047 % | Max THC | | |
| CBN | <0.01 % | 0.00 | CBN | |
| THC-V | NTV | | | |

### Ratio and Chart of Cannabinoids

**Ratio**

| CBD | THC | CBN |
|---|---|---|
| 93.89 % | 6.11 % | 0.00 % |

**Chart**

CBD 93.89   THC 6.11   CBN 0.00

Cannabinoid Assay
■ CBD ■ THC ■ CBN

303.309.0105   INFO@Cannlabs.com
www.Cannlabs.com

## Edible Report

### Consumable Details

| Sample Size | 1g | Approx. Net Wt. | 68 g |
|---|---|---|---|
| Serving Per Package | 1.00 | | |
| Amount Per | 1g | mg Per Net Wt. | 68 g |

| | Amount Per 1g | Total Dosage |
|---|---|---|
| CBD | 7.60 mg | 516.78 mg |
| THC | 0.47 mg | 32.03 mg |
| CBN | 0.00 mg | 0.00 mg |
| **Total Dosage of Cannabinoids** | 8.07 mg | 548.81 mg |

mg of Inactive Cannabinoids per 1g not added to Total Dosage

| THC-A | 0.03 | CBD-A | 0.00 |
|---|---|---|---|

**NOTES**

CBD0803MIXE2