

# CannLabs TESTED

| Test Date | Expires |
|---|---|
| 10/16/2012 | 12/15/2012 |

**Dixie X Hemp CBD 500mg Dew Drop**

Sample Type: Tincture

For



Dixie Elixirs & Edibles
6701 E. Stapelton Dr N
Denver, Colorado 80216
303.945.2048

TestID: DED10.12.12-2

EXHIBIT Graham 13 12-1-14

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms.

These statements have not been evaluated by the Food and Drug Administration (FDA).
These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

## Certificate of Analysis

| Maximum Legal Limit THC | Amount per Product |
|---|---|
| 0.3% | *Undetectable |

## Product Details

| Net Wt. | 68 g |
|---|---|
| Total CBD | 516.78 mg |

*Any test value below 0.1% is considered to be undetectable.

www.CannLabs.com   303.309.0105   INFO@CannLabs.com



# CannLabs TESTED

**For**

Dixie Elixirs & Edibles
6701 E. Stapelton Dr N
Denver, Colorado 80216
303.945.2048



HEMP CBD WELLNESS PRODUCTS

| Test Date | Expires |
|---|---|
| 10/16/2012 | 12/15/2012 |

| | TestID |
|---|---|
| Dixie X Hemp CBD 500mg Dew Drop | DED10.12.12-2 |

| Sample Type |
|---|
| Tincture |

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable wieght. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms.

## Certificate of Analysis

| Maximum Legal Limit THC | Amount per Product |
|---|---|
| 0.3% | 0.05% |

## Product Details

| Net Wt. | 68 g |
|---|---|
| Total CBD | 516.78 mg |

These statements have not been evaluated by the Food and Drug Administration (FDA). These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

www.CannLabs.com    303.309.0105    INFO@CannLabs.com



# CannLabs TESTED

**For** DIXIC — Dixie Elixir

6701 E. Stapleton Dr N
Denver, Colorado 80216
303.945.2048
MIP #404-00036

| Test Date | Expires | Sample Type | TestID | |
|---|---|---|---|---|
| 10/16/2012 | 12/15/2012 | CBD1011R&D-500mg Consumable | DED10.12.12-5 | |

## Chemical Report

### Cannabinoid Assay

**Assayable Cannabinoids** — Active Cannabinoids

| | | Max CBD | |
|---|---|---|---|
| CBD-A | <0.01 % | 0.69 % | |
| CBD | 0.69 % | | |
| THC-A | 0.00 % | Max THC | |
| THC | 0.039 % | 0.04 % | |
| CBN | <0.01 % | 0.00 % | |
| THC-V | NTV | | |

Total Active Assayable Cannabinoids: 0.73 %

### Ratio and Chart of Cannabinoids

| CBD | THC | CBN |
|---|---|---|
| 94.46 % | 5.54 % | 0.00 % |

**Chart** — Cannabinoid Assay

- CBD 94.46
- THC 5.54
- CBN 0.00

## Edible Report

### Consumable Details

| Sample Size | 1g | Approx. Net Wt. | 38.4 g |
|---|---|---|---|

| Serving Per Package | 1.00 | | |
|---|---|---|---|
| Amount Per | 1g | mg Per Net Wt. | 38.4 g |
| CBD | 6.86 mg | | 263.45 mg |
| THC | 0.39 mg | | 14.84 mg |
| CBN | 0.00 mg | | 0.00 mg |
| Total Dosage of Cannabinoids | 7.25 mg | | 278.29 mg |

mg of Inactive Cannabinoids per 1g not added to Total Dosage

| THC-A | 0.02 | CBD-A | 0.00 |

CBD1011R&D-500mg

**NOTES**

---

www.Cannlabs.com  303.309.0105  INFO@Cannlabs.com

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample; the calculated active and total active will remain the same. Edible results may be fewer than expected; this is due to circumstances outside of Cannlabs control, such as symptoms. Due to many factors outside of Cannlabs control, results may vary. Results are only for the samples supplied to Cannlabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related cannabinoid material adhering to the manufacturer, packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of Cannlabs. The statements and results herein have not been approved or endorsed by the FDA.

# Cannabis TESTED

**For** DIXIC

Dixie Elixir

6701 E. Stapleton Dr N
Denver, Colorado 80216
303.945.2048
MIP #404-00036

| Test Date | Expires | Sample Type | TestID |
|---|---|---|---|
| 10/16/2012 | 12/15/2012 | CBD0803MIXE2 Consumable | DED10.12.12-2 |

## Chemical Report

### Cannabinoid Assay

**Assayable Cannabinoids**

| Active Cannabinoids | | Max CBD / Max THC / Total Active Assayable Cannabinoids |
|---|---|---|
| CBD-A | <.01 % | 0.76 % |
| CBD | 0.76 % | |
| THC-A | 0.00 % | 0.05 % → 0.81 % |
| THC | 0.047 % | |
| CBN | <0.01 % | 0.00 % |
| THC-V | N/A | |

### Ratio and Chart of Cannabinoids

**Ratio**

| CBD | THC | CBN |
|---|---|---|
| 93.89 % | 6.11 % | 0.00 % |

**Chart**

Cannabinoid Assay
- CBD 93.89
- THC 6.11
- CBN 0.00

www.Cannlabs.com    303.309.0105    INFO@Cannlabs.com

## Edible Report

### Consumable Details

| Sample Size | 1 g | Approx. Net Wt. | 68 g |
|---|---|---|---|
| | | Serving Per Package | 1.00 |
| Amount Per | 1g | mg Per Net Wt. | 68 g |
| CBD | 7.60 mg | | 516.78 mg |
| THC | 0.47 mg | | 32.03 mg |
| CBN | 0.00 mg | | 0.00 mg |
| Total Dosage of Cannabinoids | 8.07 mg | | 548.81 mg |

mg of Inactive Cannabinoids per 1g not added to Total Dosage

| THC-A | 0.03 | CBD-A | 0.00 |

**NOTES**

CBD0803MIXE2

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of Cannlabs control, such as cannabinoid material adhering to the manufacturer's packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of Cannlabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms. Due to many factors outside of Cannlabs control, results may vary. Results are only for the samples supplied to Cannlabs. The statements and results herein have not been approved or endorsed by the FDA.