UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS J. HORN and CINDY HARP-HORN,

                *Plaintiffs*,

-against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS AND EDIBLES, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,

                *Defendants.*

Civil Action No. 15-cv-701-FPG

**NOTICE OF MOTION**

---

| | | |
|---|---|---|
| MOTION MADE BY | : | Defendant Dixie Elixir and Edibles, by and through their attorneys, Mazzola Lindstrom LLP, 733 Third Avenue, 15th Floor, New York, NY 1001 |
| DATE, TIME AND PLACE OF HEARING | : | Date and time of hearing to be determined by the Hon. Frank P. Geraci, with place of hearing to be United States District Court, Western District of New York, 100 State Street, Rochester, New York 14614. |
| SUPPORTING PAPERS | : | This notice of motion; movants' Statement of Undisputed Material Facts with attached exhibits A through K; Affirmation of Jean-Claude Mazzola, Esq. dated August 30, 2018,; Affidavit of Chuck Smith, dated August 30, 2018; and movants' Memorandum of Law dated August 30, 2018. |
| RELIEF DEMANDED AND GROUNDS THEREFOR : | : | A.  an Order of this Court pursuant to Fed. R. Civ. P. 56, granting summary judgment to movants, dismissing Plaintiffs' complaint with prejudice; and |

4813-3409-7521, v. 1

|  |  |  |
|---|---|---|
|  | B. | such other, further and/or different relief favoring movants as is just and proper. |
| ANSWERING PAPERS | : | Pursuant to WDNY L.R. 7(b)(2)(A), absent different deadlines set by the Court, Plaintiff shall have twenty-eight (28) days from August 30, 2018 to file and serve responding papers to this motion. Movants intend to file and serve reply papers in further support of this motion, and absent deadlines set by the Court, movants shall have fourteen (14) days after service of plaintiffs' responding papers to file and serve reply papers in further support of this motion. |
| ORAL ARGUMENT | : | Requested, but to be determined and scheduled by the Court. |

4813-3409-7521, v. 1

Dated: New York, New York
August 30, 2018

                              Respectfully submitted,

                              Mazzola Lindstrom LLP

                              /s/ Jean-Claude Mazzola

                              Jean-Claude Mazzola
                              Hanoch Sheps
                              Mazzola Lindstrom LLP
                              733 Third Avenue, 15th Floor
                              New York, NY 10017
                              (646) 216 - 8126
                              jeanclaude@mazzolalindstrom.com

                              *Attorneys for Dixie Elixirs LLC, sued incorrectly herein as Defendant Dixie Elixirs and Edibles*

4821-8624-8817, v. 2