

THE OFFICIAL 🌿

# High Times
## CANNABIS COOKBOOK

### GO *WAY* BEYOND THE BROWNIE

**50+ irresistible recipes that will get you high, including:**

- Time Warp Tamales
- Pineapple Express Upside-Down Cake
- Sativa Shrimp Spring Rolls
- Pico de Ganja Nachos

*Use promo code* **HIGHTIMES** *when you order at* **CHRONICLEBOOKS.COM** *to get 25% off & free US ground shipping!*







INCLUDES RECIPES INSPIRED
BY SNOOP DOGG, CHEECH AND
CHONG, AND WILLIE NELSON!

$18.95 • Paperback
**AVAILABLE WHEREVER
BOOKS ARE SOLD!**

CHRONICLE BOOKS





# 17 and COUNTING

**Despite ongoing opposition from the federal government, medical marijuana continues to advance across the nation—including in Connecticut, the latest state to go green.**

Story by Paul Armentano. Illustration by Dongyun Lee

Upon taking office in 2011, Connecticut's Democratic Gov. Dannel Malloy made it clear that he favored marijuana law reform in the Nutmeg State. And it turns out he wasn't kidding.

Less than two years into his inaugural term, Malloy has already overseen dramatic changes in the way Connecticut addresses cannabis. First, he signed legislation into law reducing marijuana possession from a criminal misdemeanor (punishable by up to one year in jail and a $1,000 fine) to a non-criminal infraction (still punishable by a fine, but with no arrest, jail time or criminal record). The immediate result: Since the law took effect last July, marijuana arrests have fallen by more than 75 percent statewide.

Then, on June 1, Malloy followed up by approving Public Act 12-55, an Act Concerning the Palliative Use of Marijuana, making Connecticut the 17th state in the nation—and the fourth in New England—to authorize the limited legalization of marijuana for medicinal use.

"For years, we've heard from so many patients with chronic diseases who undergo treatments like chemotherapy or radiation and are denied the palliative benefits that medical marijuana would provide," the governor announced upon the bill's passage. "With careful regulation and safeguards, this law will allow a doctor and a patient to decide what is in that patient's best interest."

Malloy's accomplishments stand in sharp contrast to the legacy of his predecessor, former Republican Governor Jodi Rell. In 2007, Rell vetoed legislation that would have allowed state-registered patients to grow and possess small quantities of cannabis, alleging that a change in the law would "send the wrong message" to young people since so many pharmaceutical options were already available. Lacking the votes to override her veto, local lawmakers and many marijuana law reform advocates all but abandoned efforts to move similar legislation forward—until Governor Malloy was sworn into office. At that point, a coalition of regional and national groups, including the American Civil Liberties Union, Law Enforcement Against Prohibition, Students for Sensible Drug Policy, the newly reconstituted Connecticut NORML, A Better Way

Foundation and others sprung into action.

For Erik Williams, director of Connecticut NORML, the passage of Public Act 12-55 represented the culmination of a proposed five-year plan for marijuana law reform in the state—in a little under two years.

"When I formed Connecticut NORML 18 months ago, I wrote a five-year plan with the goal to decriminalize possession and legalize medical marijuana. I never would have dreamed we could do it as quickly as we did," said Williams, a longtime grassroots organizer who assisted the governor's office in drafting the new law and, along with the chapter's communications director, Peter Angini, generated more than 36,000 phone calls and emails to lawmakers in support of the measure.

The Connecticut Senate's most hardcore prohibitionist, Republican Toni Boucher, predictably led the opposition to the measure, railing against the use of cannabis therapy under any circumstances and alleging that "marijuana is a harmful, Schedule I, federally illegal drug that does not save or improve lives [and] can undermine the seriously ill's best prospect of recovery." Lawmakers were largely unmoved by Boucher's ranting—including a 10-hour filibuster on the Senate floor on the eve of the bill's passage—and ultimately approved the law by a vote of 117 to 64. In fact, the only confirmed consequence of the filibuster was that the bill reached the governor's desk at the unusual hour of 2:30 a.m.

Williams believes that the focus of pro-reform advocates on putting medical cannabis patients and physicians in front of decision-makers helped to stymie Boucher's reefer-madness rhetoric. One such physician was Alan Shackelford, MD, a Harvard Medical School-educated internist and former Harvard Research Fellow who now specializes in medical cannabis evaluations in Colorado. On three separate occasions, Shackelford flew from Denver to Hartford to provide the governor's office and lawmakers with a physician's perspective on the many compelling reasons for approving the medical cannabis legislation. Ultimately, lawmakers found the testimony of patients and doctors to be far more convincing than that of their credibility-challenged opponents. As Shackelford noted: "Once you've looked patients in the eye, the

# IT'S A NOR'EASTER!

Long identified with the laid-back West Coast, serious marijuana law reform has been taking New England (and other Northeastern states) by storm.



## MAINE

Following the passage of a 2009 ballot initiative, Maine lawmakers in 2010 approved language authorizing the creation of up to eight nonprofit medical cannabis dispensaries—one for each of the state's "public health districts." This past May, the last of these facilities finally opened its doors.

To date, Maine is one of only three states in the country to have state-licensed medical marijuana up and running (joining Colorado and New Mexico). Thus far, the operations have drawn virtually no criticism from local politicians or state law enforcement; nor have they been targeted by Justice Department officials on the federal level. Maine voters initially authorized patients to grow and possess cannabis with a doctor's recommendation in 1999.

## MASSACHUSETTS

Voters this November will decide on a statewide ballot measure to legalize the use and distribution of medical cannabis to qualified patients. If approved, the measure would allow state regulators to license several dozen dispensaries statewide to produce and dispense marijuana to eligible patients.



Massachusetts' voters have historically backed marijuana law reform measures at the ballot box. In 2008, 65 percent approved a ballot initiative decriminalizing marijuana-possession offenses. Recent statewide polls indicate that voters will continue to maintain their support for legalization come election time, despite opposition from the Massachusetts Medical Society, which is campaigning against the measure.

## NEW HAMPSHIRE

New Hampshire House and Senate lawmakers gave final approval in June to Senate Bill 409, which allows for the personal possession, cultivation and use of cannabis for medicinal purposes. More than



two-thirds of House lawmakers endorsed the measure, while the Senate voted 13 to 9 in favor of the legislation, which is opposed by the state's Democratic governor, John Lynch. The four-term Lynch, who recently announced that he would not seek re-election in 2012, has historically stood in the way of marijuana law reform in the Granite State, including by publicly speaking out against efforts to decriminalize marijuana-possession offenses. In 2009, Lynch vetoed a proposed medical-marijuana program that would have been among the most restrictive in the nation, claiming that the measure lacked sufficient controls.

efficacy of medicinal cannabis is no longer theoretical—it's personal."

Unfortunately, despite Governor Malloy's signature, questions still remain regarding Connecticut's new law, which takes effect on October 1, 2012, and how effective it will be in meeting patients' needs—starting with the relatively restricted list of qualifying conditions. Illnesses such as cancer, Crohn's disease, epilepsy, glaucoma, HIV, multiple sclerosis, Parkinson's disease, post-traumatic stress disorder and spinal cord injury all qualify, but chronic and neuropathic pain do not (though new conditions may be added pending approval from a soon-to-be-created eight-member Board of Physicians, which will meet twice a year).

## Registered patients in Connecticut will be able to obtain a one-month supply of cannabis from state-licensed dispensaries, which are required to keep a licensed pharmacist on staff.

Further, the Nutmeg State's nascent law doesn't explicitly permit qualified patients to privately cultivate their own cannabis—but it doesn't explicitly forbid this activity either. In fact, in an April 2012 story published by CT.com and republished nationwide, Michael Lawlor, undersecretary of criminal-justice policy and planning for Gov. Malloy, acknowledged that patients who wish to grow a limited number of plants likely may do so, though he suspects the majority will not. "As a practical matter, most of the people who would use this couldn't be bothered to grow it themselves," Lawlor said.

What the law does specify is that registered patients may obtain a one-month supply of cannabis from state-licensed dispensaries, which are required to keep a licensed pharmacist on staff. Connecticut's law also prohibits dispensaries from obtaining cannabis from any source other than a licensed producer, with no more than 10 permitted statewide. (Thinking of applying for a cannabis producer's license? It will cost you a non-refundable fee of at least $25,000.)

According to Williams, the law's limitations were a necessary (though far from ideal) compromise to ensure the act's passage. "Connecticut has an opportunity to be a leader in America on this issue," he said. But only time will tell what happens next. ✳



ACQUISITION OF LIVE CANNABIS SEEDS IS ILLEGAL IN THE UNITED STATES | PAYABLE IN US DOLLARS FROM ANYWHERE IN THE WORLD

## Introducing New Products From First Quality!



**VAPORIZER BAGS**
FOODSAFE FLAVORLESS ROBUST
HIGH HEAT TOLERANCE



Each roll yields six balloons at a
length of 24 in (60 cm).

Each balloon, made of food grade
polyester, will generally last for as
many as 50 uses.

First Quality

For more information
Call toll-free 877-726-7287
www.firstqualitybags.com

### Don't Trust Your Herb to Just Any Bag!
Realize the benefits of storing your herbal medication in
**First Quality Oven Bags**

**Preserve Freshness**
Highest quality food grade nylon resin • Guaranteed to be free of pin
holes • Exceptionally strong seals • Excellent gas and aroma barrier

**Safe & Convenient**
Only manufacturer of nylon oven bags that is a 510K FDA registered
medical device manufacturer • Can be trusted to protect your
medicinal herb products

 

 First Quality Oven Bags are available in 
Turkey size (19" x 23.5") and Large size (16" x 17.5")
in packs of 100, 25 or 10.

## Dealer Inquiries Welcome!

 Made in
the U.S.A.



# IT'S A NOR'EASTER!

continued from page 54

## NEW JERSEY

Members of the NORML Legal Committee in April filed suit against the state of New Jersey over regulators' failure to enact even a single provision



of the Compassionate Use of Medical Marijuana Act, which was signed into law on January 18, 2010, but has yet to be implemented by the administration of Governor Chris Christie. Named in the suit are Department of Health and Senior Services Commissioner Mary O'Dowd and retired state police lieutenant John O'Brien, the newly appointed director of New Jersey's medical-marijuana program. "We are filing suit

to require the DHHS to do what every other citizen must do—follow the law," the attorneys stated upon announcing the suit.

Legislation to decriminalize the non-medical possession and use of marijuana also remains pending in the Garden State. In May, members of the Assembly's Judiciary Committee unanimously backed Assembly Bill 1465, which reduces misdemeanor marijuana-possession offenses to a civil infraction. The measure awaits action from the full Assembly and, if approved, by the Senate.

## NEW YORK

By a 90-50 vote, members of the State Assembly approved legislation in June allowing for the limited legalization, production and distribution of cannabis



for medicinal purposes. The vote marked the third time that Assembly lawmakers have approved medical cannabis legislation. As of this writing, however, the leadership of the State Senate appears reluctant to allow debate on the issue.

The Senate appears equally unwilling to discuss separate legislation proposed by Governor Andrew Cuomo and backed by an unlikely ally, New York City Mayor Michael Bloomberg, which would decriminalize the possession of marijuana in public view. The governor's proposal came in response to the soaring arrest rates in New York City, which have risen from less than 1,000 in 1990 to more than 50,000 in 2011, with most of those arrested being black or

Hispanic. The *New York Times'* influential editorial board opined in favor of the change, yet Republican Dean Skelos—the majority leader of the State Senate—publicly pronounced the measure dead on arrival, stating: "Being able to walk around with 10 joints in each ear ... I think that's wrong."

## RHODE ISLAND

This past May, Governor Lincoln Chafee signed legislation into law authorizing the creation of three state-licensed "compassion centers" to engage in the



production and distribution of cannabis for authorized patients. Under the new law, the centers will not be allowed to cultivate more than 150 cannabis plants on their premises at any one time, only 99 of which may be mature. The centers will also be restricted to possessing no more than 1,500 ounces of

usable product at any one time. One other state (New Mexico) imposes similar cultivation caps on state-licensed dispensaries. Chafee said that the imposed statutory limits would lower the likelihood of federal law enforcement officials interfering with the state's implementation of the law. Prior to this, Chafee had actively opposed expanding the Ocean State's six-year-old medical-marijuana law to include the establishment of state-licensed dispensaries.

In June, state lawmakers approved, by a vote of more than 2 to 1, separate legislation decriminalizing the non-medical possession of up to one ounce of marijuana for people 18 years or older. Governor Chafee quickly signed the measure, which takes effect on April 1, 2013, making Rhode Island the 15th state to reduce minor marijuana-possession penalties to a fine-only offense.

## VERMONT

In June, state officials began accepting public applications for certificates to operate licensed medical-marijuana dispensaries. Under a 2011 law, the state is mandated to license up to four privately



operated dispensaries, which will be required to cap their membership at 1,000 registered patients each—a threshold that far exceeds the total number of registered patients statewide. Vermont lawmakers initially approved the use and cultivation of cannabis for qualified patients in 2004, although, to date, fewer than 500 citizens have registered for the program.





# HIGH TIMES GOES HIGH TECH



## HIGH TIMES DIGITAL EDITION FEATURES:

- Interactive features such as live video and audio links

- Crystal-clear images in beautiful full-screen portrait and landscape

- Fluid text-only reading mode allows you to resize, highlight and copy text

- Bookmark and share articles or download them to read offline

- Sync your magazine library on your iPhone, iPad, desktop and laptop

- Searchable database makes it easy to locate specific articles & info

- Print out pages for reference or to hang up on your wall



Available on the iPhone
App Store

**POWERED BY**


zinio™

**SCAN HERE TO DOWNLOAD**



Get the free mobile app at
http://gettag.mobi

With HIGH TIMES Digital Edition, you can have all of our expert grow info, counterculture news and mouth-watering bud shots at the tip of your fingers—anywhere, anytime.

Simply install the Zinio™ Reader app and download HIGH TIMES discretely and directly to your iPhone, iPad or computer. Buy a single issue, or better yet, subscribe for the whole year and save 60% off the cover price!

**FOR MORE INFO AND A FREE SAMPLE GO TO HIGHTIMES.COM/DIGITALEDITION**



Angel Raich took her fight for the right to use medical cannabis all the way to the US Supreme Court.

# Angel in Waiting

### The *High Times Medical Marijuana* interview with Angel Raich.

#### By Murphy Green

When the issue of medical marijuana reached the US Supreme Court in 2005 in a case called *Gonzalez v. Raich*, the majority ruled that a chronically ill woman living in a state that had legalized the medicinal use of cannabis—and was growing her own plants on her own property for her own personal consumption with a doctor's recommendation—was somehow engaged in "interstate commerce." That part of the ruling was key, since the commerce clause of the US Constitution allows the federal government to supersede state law when regulating interstate commerce—and so, as a result, the supposedly conservative high court (many of whose members allegedly support the notion of "states' rights") cleared the government to enforce the Controlled Substances Act against Angel Raich, who suffers from an inoperable brain tumor that causes frequent seizures.

Ever since, Raich and every other medical cannabis patient in America has been left in a kind of legal limbo, caught between state laws protecting them and a federal government steadfastly committed to prohibition. More recently, the *Raich* case was cited as a key precedent in Supreme Court Chief Justice John Roberts's majority decision upholding the Affordable Care Act (a.k.a. Obamacare) as constitutional.

Prior to that decision, Angel Raich had joined efforts to overturn Obamacare through the courts, citing concerns that it would allow the power of the federal government, via the commerce clause, to run amok. Still, she remains best known as a steadfast supporter of medical marijuana, both as a patient and an activist.

While much progress has been made in extending the rights of medical cannabis patients since Raich's original day in court, her recent disastrous visit to the UCSF Medical Center in San Francisco proves that there hasn't been nearly enough. Following that nightmarish ordeal, Raich agreed to tell *High Times Medical Marijuana* exactly what happened, in her own words.



Angel Raich at a press conference during her 2004 Supreme Court case.

**Why don't we start with an update on your current health situation?**

I'm terminal. I have radiation necrosis of the brain, plus a brain tumor, and I'm still suffering complications from surgery I underwent in 2009–after going home, I had a brain blood clot, which led to a stroke. I actually died and came back to life.

According to two brain surgeons, I need brain surgery again right now, but I would not survive it–there were so many complications last time that they don't want to take the risk. And so, since there'll be no brain surgery and radiation necrosis of the brain is not survivable, I'm terminal. I'm also in severe pain 24 hours a day and suffer from seizures to the point where I sometimes stop breathing. I have a "do not resuscitate" order, so they're not allowed to give me CPR. I have chosen to be prepared to leave this world naturally.

**How did you end up getting kicked out of the hospital?**

It was really kind of crazy. I ended up at UCSF because my brain surgeon of 12 years had left Stanford on a permanent sabbatical, and I didn't trust the brain surgeon that replaced him.

Almost every single doctor I talk to–it

doesn't matter whether it's a brain surgeon, a neurologist, an anesthesiologist or a pain doctor–they all say that it's very difficult to figure out anything to do, because my conditions are so complicated and the MRIs don't show the whole back side of the tumor and necrosis area in the brain. Also, I'm further complicated by the fact that I'm on cannabis and could die without it, which means they can't put me in the hospital to do certain treatments, and the fact that I can't take synthetic drugs–so they can't just give me a pill and say, "Okay, she's fixed."

It's worse than I ever let on. I've been hiding from everyone how much pain I'm in. People treat you way different when they think you're disabled ... even people close to you! It hurts, and I am way more sensitive than I show. I got in the habit of showing my strength, not my vulnerability, and I continually push my boundaries daily

to have a higher quality of life. But I never feel like I've done enough.

**What specifically brought you to the hospital that day?**

I was having all these really bad seizures that would stop my breathing, and they were trying to figure out whether they're

> ## "My neurologist knew I was a cannabis patient. She admitted me to the hospital and made them aware that my cannabis was going to come in with me."

pseudo-seizures or epileptic seizures–both of which can be dangerous. A lot of doctors, even specialists, get the two mixed up because they're so similar. With pseudo-seizures, you don't need medication; with epileptic, you do. And one way to tell them apart is the different ways they hit on the wavelength of the brain, as measured by an EEG. So they wanted to run that test, which meant staying in the hospital for three to five days.

My new UCSF neurologist knew I was a cannabis patient. She basically admitted me into the hospital and made them aware

AP WIDE WORLD

## Angel in Waiting



After suffering a harrowing ordeal at the hospital, Angel Raich says cannabis helps her control seizures, relieve pain and cope with her illness.

right-hand side of my bed and told me the hospital pharmacist said that if I use cannabis or even have it in my possession in the hospital, they were going to call the Feds and have me arrested.

And I said, "Excuse me?" And then she tried to quote California law. I said, "Whoa, wait a minute, time out. First of all, you've got me all wired up, I'm about to undergo treatment, so go ahead, call a Fed—I don't care. Second, you may not know me, but my name is Angel Raich, the medical cannabis patient who went to the US Supreme Court. I helped *write* the California medical cannabis laws, and you just quoted the state law improperly."

### "At that moment, I really needed my medicine, so I picked up the vapor pen and took a big hit off it. At which point, the doctor started having an absolute fit."

There I am, facing the Grim Reaper, and she tries to threaten me with the Feds. She left and then came back and said she was sorry, but they were going to make me leave! I told that doctor I was already wired up and I was having my treatment. Then I refused to get out of my hospital bed. I could understand a little of how Rosa Parks felt when she refused to move to the back of the bus, because I refused to get off the bed without getting the EEG.

Next thing you know, the head doctor of the floor arrives and says I can't have any cannabis—I have to leave or I'll be arrested by the Feds. And I said, "It's already been *approved*. It's in my records. I'm not breaking any law—in fact, *you* are, for trying to make me leave."

I'd been there for nearly five hours at that point, and I have to use cannabis every two hours to treat my symptoms. I thought I might be arrested and taken into custody, and that concerned me with my cannabis levels already so low. At that moment, I really needed my medicine, so I picked up the vapor pen and took a big hit off of it. At which point, the doctor started having an absolute fit.

that I was going to bring my vaporizer, and that my cannabis was going to come in with me. After I was checked in, a male doctor arrived and eventually asked to see my cannabis; he wanted to inspect it. I had what's called a vapor pen with cannabis oil in it. Now, even my mom, who *hates* to be around cannabis smoke—man, when I use that pen, she doesn't even notice it.

Next, the doctor asked me to demonstrate. He was like, "Oh, that's really neat—I don't smell it." So I explained how the vapor pens are so small, discreet and very patient-friendly, you can use them anywhere because it's not smoke. (Doing my little education, like I always do.) We sat there and chatted about that for a few

minutes, which happens a lot with doctors and nurses; most of them are pretty curious. By now, they all at least know about medical cannabis, but they don't always see it.

At the end, the doctor said, "Okay, great, everything is good to go." At which point, the nurse put me on an IV and started wiring my head up for the EEG. I laid back on what turned out to be a broken inflatable bed and started watching TV while eating snacks, trying to relax.

**When did things start to go wrong?**
A female doctor, who had been in earlier asking about my "do not resuscitate" order, came back and pulled up a chair on the

DAN SKYE

# "No patient is safe until we're all safe."



## Learn more. Get involved. Make history.
## www.newapproachwa.org



# ✓ YES on I-502

# A NEW APPROACH TO MARIJUANA

Paid for by: New Approach Washington • 1914 N. 34th St., Ste. 409 • Seattle, WA 98103 • (206) 633-2012



BURN CLEAN... BURN GREEN ... BURN ITAL!

the original

I-TAL HEMPWICK®

MADE WITH ORGANIC HEMP & BEESWAX

● ALL NATURAL HEMP SMOKING WICK
● GET FULL FLAVOR OF YOUR SMOKE
● KEEP IT HEALTHY AND BUTANE FREE

Available at better smoke shops and
Dispensaries nation wide..... Ask for it by name

italhempwick.com

FREE SAMPLES: Send a self addressed stamped envelope to: Free Sample Dept HE,
P.O. Box 529, Kealakekua, Hi 96750



California's Finest

SoCal Seed Co.

WWW.SOCALSEEDCO.COM

## Angel in Waiting

**Next, you say a security guard arrived, followed by two UCSF police officers. How did they treat you?**

They were just really rude—standing there with their hands on their holsters, telling me I've got to get out of the hospital right now. Earlier, I'd had a chance to call my lawyer, Bill Panzer, and he told me not to get arrested, because I could end up being held without access to my cannabis and I was not well. So I tried to stay calm. I called Jeff Jones and Dale Clare [two well-known canna-activists in the state] to sound the alarms; Bob Egelko, a reporter from the *San Francisco Chronicle*; and my friend Dan, who rushed to the hospital in the nick of time to see the police in my room forcing me to leave.

In the meantime, a nurse came in and said, "Could you please lay down?" I said no, so she started ripping off my EEG feeds while I was sitting up, accidentally pouring acetone in my right eye. She ripped those things right off my scalp—I had blood running down my forehead. The police weren't even going to let me get dressed. They were going to kick me out on the fucking street in my jammies, my robe and my slippers.

### "I'm rolling these big ol' fat bomber joints that have hash, kief, wax and multiple strains of cannabis in them. I smoke those every day, then I have an edible at night."

I finally convinced them to let me get dressed. As they walked me out, the security guard said, "People are trying to get medical care here." And I replied, "Excuse me, but so am I! I have the right to the same medical care as anyone else!"

Then, while standing in the lobby waiting for the return of my seizure medicine, I got off a few phone calls to the media. ABC showed up shortly thereafter—in time to catch me having a seizure after coming out of the hospital. They called 911, and I ended up being taken to another hospital, where I refused treatment—after what had just happened, I didn't trust them to do what was in my best medical interest. So they just checked on my seizure and symptoms and let me go.

**Now that you're back home, where do you go from here? And how does cannabis continue to help you at this stage in your life?**

One of the things that I'm really focused on right now—more than anything, in fact—is my quality of life. I'm trying to have as much fun as I can. I don't care how much it hurts. A lot of people expect that when you're dying, you just kind of give up and go *wah-wah-wah*. But not me—I already did my *wah-wah-wah*, and I've dealt with my anger over not having enough time. I'm done with that. Now I'm ready to party—party 'til I drop. Also, I'm going to be a *lola* [grandma] in September 2012, which I'm extremely excited about!

I want to have fun with the time I have left, and cannabis helps me deal with the severe pain and my many other symptoms while maintaining an appetite. Right now, my body is shutting down for the most part, so I need a lot more to help me eat and manage the monster headaches. I'm rolling these big ol' fat bomber joints that have hash, kief, wax and multiple strains of cannabis in them. I smoke those every day, then I have an edible at night.

The cannabis really helps me a lot, pain-wise. It's helping my seizures, though it obviously doesn't stop them. And it *definitely* helps me with coping. ✻

*Send your support to Angel at angeljustice.org*

"In this excellent field guide, Danny's years of experience translate into easy-to-reference information on more than 125 strains, all at the flip of a finger, condensing everything you need to know into an easy-to-read, well-researched, concise package—with great photos too!" —JORGE CERVANTES, AUTHOR OF *MARIJUANA HORTICULTURE: THE INDOOR/OUTDOOR MEDICAL GROWER'S BIBLE*







THE OFFICIAL **HIGH TIMES** FIELD GUIDE TO **MARIJUANA** STRAINS

• Cannabis Cup® Winners
• Top 10 Strain Awards
• Over 125 pot varieties!

By Danny Danko, Senior Cultivation Editor with a foreword by Jorge Cervantes

"If you wish to become more sophisticated about the large number of strains now available, you will be hard-pressed to find a better written and superbly photographed little compendium than this book." —DR. LESTER GRINSPOON




• Cannabis Cup® champions • "Top 10 Strain" award winners
• Over 125 pot varieties described • Cannabis buyer's guide
• Landrace & heirloom genetics
• Foreword by Jorge Cervantes

**Available online at**
**HIGHTIMES.COM/HEADSHOP**
or call **1-866-POT-SHOP**

# VancouverSeed.Com

**World Class Genetics**
**Award Winning Breeds**
mail order seeds @ www.vancouverseed.com

# VSC

420    Lady Liberty    GSPOT    Burmese

Blackberry    Gold    Fucking Incredible    Mother    British Columbian    Kat

## Vancouver Island Seed Company

| | |
|---|---|
| 420 | $60 |
| 1.3G | $80 |
| B-Bud | $75 |
| Beaster | $100 |
| Bitch | $65 |
| Black Velvet | $75 |
| Blackberry | $85 |
| BlackBurmese | $90 |
| British Columbian | $75 |
| Bud Lite | $62 |
| Burmese | $85 |
| Burmaberry | $85 |
| Bush Bud | $62 |
| Canadian | $80 |

| | |
|---|---|
| Che | $75 |
| Copperhead | $75 |
| Dubble Bubble | $75 |
| Eve | $75 |
| Fucking Incredible | $140 |
| Gold | $75 |
| GSPOT | $105 |
| Indigo | $80 |
| Jinn | $85 |
| Kat | $85 |
| KGB | $62 |
| Midnight | $75 |
| Mystic | $85 |
| Nuclear | $85 |
| Olympic | $62 |
| Passionfruit | $85 |
| Ripper | $85 |
| Rx | $75 |
| Sin | $75 |

| | |
|---|---|
| Sweet | $75 |
| The Producer | $100 |
| THC | $75 |
| Titanium | $75 |
| Vertigo | $75 |
| Virgin | $62 |
| WMD | $70 |
| WOW Weed | $100 |
| VISC Mix | $50 |

## Liberty Seeds

| | |
|---|---|
| Mother | $70 |
| Stealth | $75 |
| Lady Liberty | $85 |
| Infinity | $65 |
| Justice | $70 |

Read about VISC's Induction into The Seed Bank HALL OF FAME in the August 2009 issue of High Times

Complete this form, or on a seperate paper, include the product name, quantity, item price and order total. Send along with payment in the form of CASH or BLANK Money Order to:

**V.M.H.**
PO Box 298 - Station A
Nanaimo, BC Canada
**V9R 5K9**

Include $7.00 Shipping & Handling - (Add $15 for Rush Orders)
We ship World Wide Discreetly!

| Product Name | Quantity | Subtotal | Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Name
Address

Subtotal
Rush
S&H    $ 7.00

City          Province
Postal        Country      ☐ Include $10 for Photo Catalogue CD.
TOTAL

**Pot-pourri Special**
VISC Mix with each Order
That's TEN Free Seeds!

Acquisition of live cannabis seeds is illegal in the United States. Cannabis growers and consumers are one of the largest...





## Southern California

REGIONAL NEWS

The mayor of Cudahy, CA steps down from office with a little help from the FBI.



# Dank Corruption

**The mayor and two top officials in Cudahy, CA, are charged with taking bribes to lift their city's medical marijuana dispensary ban.**

Located just 10 miles from Los Angeles, the city of Cudahy (with a population of less than 25,000) has never permitted medical-cannabis dispensaries to open within city limits. But all that was destined to change—or so it seemed to Mayor David Silva, City Manager Angel Perales and City Councilman Osvaldo Conde, right up until all three were arrested on June 22 by agents of the Department of Justice as part of a wide-ranging sting operation against local corruption.

Accused, among other crimes, of accepting bribes totaling $17,000 from an undercover FBI informant in exchange for promising to lift Cudahy's moratorium and clear the way for opening a dispensary in the city, the three former officials now face serious federal charges. According to an affidavit filed by the government—which also included wiretap transcripts of the negotiations—the FBI's informant met with the three city officials numerous times to discuss the terms of the alleged transaction, including once inside a nightclub, where Councilman Conde (described as the leader of the group) arrived with two armed bodyguards later identified as city employees.

"The informant had been instructed that he should expect to make multiple payments," according to Assistant US Attorney Joseph Akrotirianakis. "He would make one payment in order to have the matter considered, another to have it acted upon, and he should also be expected to come around at Christmas."

The city is currently considering extending its medical marijuana dispensary ban for another year. Perhaps it should consider imposing a ban on blatant crooks in high office instead.

# TOMMY CHONG: "I'M TREATING MY CANCER WITH CANNABIS."

Comedian Tommy Chong, one-half of the beloved stoner dynamic duo Cheech & Chong, has been part of America's great ganja debate since first achieving stardom in the 1970s for his highly acclaimed portrayals of a pot-addled, kind-hearted cannabis clown—a "roll" he made famous both onstage and in feature films. Seen by some as a walking stoner stereotype, and by others as a clever parody of those same stereotypes, Chong would continue to provide his signature style of comic relief for decades, to the delight of a global marijuana community that eagerly embraced him as one of its own.

Since serving nine months in prison in 2003 for selling marijuana paraphernalia



across state lines, Chong has also become a serious and outspoken advocate for pot legalization, using his celebrity status and quick wit to challenge the media to take a much more critical look at the many negative effects of the War on Marijuana.

And now he's adding medical cannabis patient and pioneer to his résumé. "I've got prostate cancer, and I'm treating it with hemp oil, with cannabis," Chong, 74, told CNN in June. "So [legalizing marijuana] means a lot more to me than just being able to smoke a joint without being arrested."

Our best wishes go out to this long-time friend of *High Times* for a speedy recovery and many more years of hilarious high-jinks.

VIA APPEARS

## Southern California

# MEDICAL MARIJUANA, STATE BY STATE

DISPENSARY PROFILE



"Unfuckwitable" OG Wax, 3rd Place Concentrate winner.

**Venice Medical Center**
9636 Venice Blvd Suite A
West Los Angeles, CA 90232
(424) 603-2133

One of the Los Angeles area's top medical marijuana providers, Venice Medical Center, has earned a reputation as a must-stop destination for high-quality concentrates in Southern California by winning the #2 and #3 spots in that category at *High Times'* two most recent Medical Cannabis Cups in the Golden State. They also provide a full line of top-shelf pot strains, edibles and topicals, all at competitive prices. Stop in and see what all the buzz is about!

**ALASKA (1998)**
MED-POT LAW: Ballot Measure 8
PLANT LIMIT: 1 oz. usable, 6 plants (3 mature, 3 immature)
HOW TO REGISTER: Patients must obtain an identification card from the Alaska Bureau of Vital Statistics' Marijuana Registry. Application requires a fee of $25 and a signed statement  from the patient's physician that addresses the patient's condition, states that the physician has personally examined the patient, and details how the physician came to the conclusion that medical marijuana was justified. Patients must have a "debilitating medical condition."

**ARIZONA (2010)**
MED-POT LAW: Proposition 203
PLANT LIMIT: Up to 12 plants indoors (unless within 25 miles of a dispensary)
HOW TO REGISTER: Patients must obtain a valid doctor's recommendation for an approved medical condition, which allows them to possess 2.5 ounces of  cannabis, or buy that much from a state approved dispensary in a 14-day period. At press time, the Arizona Department of Health was planning a lottery to award 126 dispensary licenses (see page 80). More info: www.azdhs.gov/medicalmarijuana

**CALIFORNIA (1996)**
MED-POT LAW: Prop 215
DISPENSARIES: YES
PLANT LIMIT: 8 oz. usable, 6 mature or 12 immature
HOW TO REGISTER: ID cards are not required, but they are recommended and can cost up to $66. Contact your county and provide proof  of residency and written documentation of a "serious medical condition" that includes the name, office address and telephone number, and California medical license number of your attending physician.

**COLORADO (2000)**
MED-POT LAW: Ballot Amendment 20
DISPENSARIES: YES
PLANT LIMIT: 2 oz. usable, 6 plants (3 mature, 3 immature)
HOW TO REGISTER: Patients must obtain a Medical Marijuana Registry ID card from the Colorado Department of Public Health and  the Environment. Application requires a copy of your Colorado driver's license or ID card, a $90 application fee, and a certification form completed and signed by a doctor licensed to work in Colorado confirming a "debilitating medical condition."

## DISPENSARY LISTINGS

**ANAHEIM**
Premium Organic Treatments
3148 East La Palma Ave Unit J
714-243-4220
potpca.com

**ARLETA**
Valley Patients Group
8953 Woodman Avenue, Ste 101
818-332-8736
valleypatientsgroup.com

**BAKERSFIELD**
BCCP
1928 N. Chester Ave. Suite B
Bakersfield, CA 93308
Phone: (661) 399-8551
Fax: (661) 399-9349
bccpcollective@gmail.com
"Monday thru Saturday, 10 AM to 9 PM–Sunday 12 PM to 7 PM"

**EXETER**
J&J Compassionate Care
960 South Spruce
559-592-0420

**GARDENA**
420 Highway Pharmacy
18710 South Normandie Ave, Ste. D
310-808-0420

**LONG BEACH**
Green Earth Center
3748 Atlantic Avenue
562-989-0300
greenearthcenter.blogspot.com

**Herbal Solutions**
5752 E. 2nd Street
herbalsolutionsca.com

**Herbal Solutions**
1206 E. Wardlow Road
888-993-4372
herbalsolutionsca.com

**Herbal Solutions**
4311 Carson Street
888-993-4372
herbalsolutionsca.com

**LOS ANGELES**
Green Oasis
11924 W. Jefferson Blvd
323-389-1899

**Herbal Solutions**
735 North LaBrea
888-993-4372
herbalsolutionsca.com

**Little Amsterdam**
2461 South Robertson Blvd
310-842-4750
somedamsldc.com

**MARINA DEL REY**
Marina Caregivers
730 Washington Blvd
310-574-4000

**PALM SPRINGS**
Cannahelp Collective
505 East Industrial Place. Ste A
Palm Springs, CA 92264
Phone: (760) 327-2504
Fax: (760) 327-2538
www.cannahelp.com
info@cannahelp.com
"$10 grams! Serving the medical community since 2005."

**RIVERSIDE**
Inland Empire Health &
Wellness Center, 647 Main St
951-782-8400
iephealthandwellnesscenter.org

**SAN DIEGO**
Greenlight Deliveries
909 9th Avenue
619-602-1713
420greenlight@gmail.com

**Doc Greens Farmacy**
4655 Mission Blvd.
619-206-3359
docgreensfarmacy.com

**SANTA ANA**
Go N' Green
1628 E 17th #201 ST
714-766-0420
gogreen.com

**Healing OC**
1665 East 4th St. Suite 112
Santa Ana, CA 92701
(714) 835-4286
www.healingoc.com

**Santa Ana Patients Group**
1823 East 17th Street
(714) 568-0641
"True Compassion In Orange County"

**STUDIO CITY**
Perennial Holistic Wellness Center
11705 Ventura Blvd.
Studio City, CA 91604
Phone: 818-505-3631
Fax: (818) 505-3621
facebook.com/perennialshwc
perennialholistic@mail.com
"Commited to the advancement of cannabis science through dedicated patient service"

**WESTMINSTER**
Hope Wellness Collective
714-476-7198
hopedelivery.org

**WEST HOLLYWOOD**
The Farmacy
7825 Santa Monica Blvd
323-848-7981
the-farmacy.com

**VENICE**
99 High Art Collective
1108 Abbot Kinney Blvd
310-450-8619
99collective.com

**The Farmacy**
1509 Abbot Kinney Blvd
310-392-3890
the-farmacy.com

**WESTWOOD**
The Farmacy
1035 Gayley Ave
310-208-0820
the-farmacy.com

**VAN NUYS**
Green Dragon Caregivers
7423 Van Nuys Blvd. Suite C
VanNuys, CA 91405
(818) 442-0054
www.greendragoncoop.com
edward@greendragoncoop.com

**DOCTOR'S EVALUATION**

**AGOURA HILLS**
Holistic Health & Healing Center
5280 Kanan Road
818-706-1123

**ANAHEIM**
Medi Cann
1000 South Anaheim Blvd. #301

**CHATSWORTH**
MediCann
21712 Devonshire Street
866-632-6627

**LONG BEACH**
MediCann
936 Atlantic Avenue
866-632-6627

**RESEDA**
MediCann
6670 Reseda Boulevard #103
866-632-6627

**SAN DIEGO**
MediCann
4295 Gesner Street #1B
866-632-6627

**WEST HOLLYWOOD**
MediCann
1107 Greenacre Avenue
866-632-6627

TO SEE YOUR DISPENSARY OR CLINIC IN THIS LIST, PLEASE CALL (646) 856-8888 AT 212-387-0600.



# haight solid state ™

## Revolutionary LED Grow Lights

* 6W DIODES
* FULL SPECTRUM
* NO FANS

$349.00  90W PPF-400R
$549.00  180W PPF-800R
$849.00  300W PPF-1600

(415)752-2160
www.haightsolidstate.com
See us at Berkeley's Secret Garden
921 University Ave. Berkeley, CA 94710

---

# Dealzer.com

## Call to Order! 888-HYDRO-81 | BBB Accredited Business!



MORTGAGE LIFTER

**Grows 120 Pounds of Dried Plant Matter Per Year.**
Includes everything you need including 1200w HPS/MH lighting system, a year supply of nutrients, warranty, and free tech support. All you need is water and plants! Soil version also available on request. This system uses Hydro Heart technology.

Capacity: 35 Plants
Dimensions: 7'H x 8'W x 4'D
**Price: $2495**

**Grows 60 Pounds of Dried Plant Matter Per Year.**
Includes everything you need including 600w HPS/MH lighting system, a year supply of nutrients, warranty, and free tech support. All you need is water and plants! Soil version also available on request. This system uses Hydro Heart technology.

Capacity: 19 Plants
Dimensions: 4'D x 4'W x 6.5'T
**Price: $1750**



MINI MORTGAGE LIFTER



SUPER LOCKER 2.0

**Grows 6 Pounds of Dried Plant Matter Per Year.**
Includes everything you need including 150w HPS/MH lighting system, a year supply of nutrients, and free tech support. All you need is water and plants! This system uses Superponics technology.

Capacity: 8 Plants
Dimensions: 61"H x 14"W x 24"D
**Price: $1295**

**Grows 5 Pounds of Dried Plant Matter Per Year.**
Includes everything you need including 200w CFL lighting system, a year supply of nutrients, and free tech support. All you need is water and plants! This system uses Superponics technology.

Capacity: 12 Plants
Dimensions: 30"H x 18"W x 24"D
**Price: $795**



SUPER BOX

---

Low Power Usage | Low Heat Output | Noise & Scent Suppression | Fully Automated "Plug & Play"
Over 50 Hydroponic Systems & LED Grow Lights to Choose From!
Call to Order! 888-HYDRO-81 or Visit Us Online at www.Dealzer.com

## Northern California



Small-scale medical cannabis gardens like this one were saved by dedicated marijuana activists and concerned local citizens.

# NOT SO FAST!

**Tom Ammiano's medical marijuana regulation bill takes an abrupt detour on the way to (possibly) becoming law.**

When Assembly Bill 2312 passed the California State Assembly in Sacramento by a vote of 41-28 this June, medical cannabis advocates cited the victory as a historic step on the way to finally implementing the uniform regulation of medical marijuana in the first state to legalize it.

AB 2312 was originally conceived as a ballot initiative, backed by Americans for Safe Access and the United Food Workers Union. When their joint effort to put that initiative on the ballot proved insufficient, Assemblyman Tom Ammiano (D-San Francisco) agreed to sponsor it as a bill in the Legislature. But after successfully pushing it through the Assembly, he quickly pulled the bill from consideration before it reached the State Senate, presumably due to the last-minute addition of restrictive amendments.

As originally written, AB 2312 would have created a Bureau of Medical Marijuana Enforcement, required state licensing for all dispensaries, and allowed additional local taxes on medical marijuana up to 2 percent (in addition to existing sales taxes). Shortly before passage, however, anti-marijuana members of the Assembly added provisions setting a standard of one dispensary per every 50,000 people, and allowing local governments to ban them outright.

"Many good bills take more than a year to pass," Don Duncan, ASA's California director, wrote to members of the organization in the wake of Ammiano's move to temporarily shelve the bill. "We need to make sure that taxation, if necessary, is limited; and we have to make it difficult for cities and counties to ban patients' associations outright."

# Butte Out!

## Voters in Butte County reject a highly restrictive medical marijuana ordinance.

When legislators in rural Butte County, CA, passed a measure last year to ban medical marijuana cultivation entirely on all properties one-half acre or smaller, while also severely limiting plant numbers on larger properties, they almost certainly assumed that they'd have the last word on the matter. Fortunately, this story has a far greener ending.

First, local medical marijuana patients and supporters banded together to collect the 12,000 signatures required to stop implementation of the new law pending a countywide vote. Then they took their concerns directly to the people with a public education campaign in favor of voting down the new law in order to replace it with a set of fairer, common-sense regulations. On election night, more than 55 percent of the electorate agreed with that plan, scuttling the existing measure and sending county officials back to square one.

"It was an interesting Tuesday last week," admitted Paul Hahn, Butte County's chief administrative officer, speaking to the Board of Supervisors during its first regular meeting following the defeat of the controversial medical marijuana restrictions. "We [now] have no ordinance."

While county administrators remain free to pass a new one, it must be "significantly different" from the ordinance just rejected at the ballot box. Local supervisors have since vowed to work with medical marijuana growers when crafting any new version of the law. ✼

> "It was an interesting Tuesday last week," admitted Paul Hahn, Butte County's chief administrative officer. "We [now] have no ordinance."



*"Expansive outdoor coverage of Northern California's grow scene, including Humboldt, Mendocino and Trinity counties."* –Danny Danko, HIGH TIMES Senior Cultivation Editor

NICO ESCONDIDO'S GROW LIKE A PRO

HIGH TIMES PRESENTS GROW LIKE A PRO

• Learn specific techniques for cloning, topping, pruning, harvesting and much more.

• Unprecedented visual cultivation material covering indoor, greenhouse and outdoor techniques.

• Never-before-seen grow footage, shot in HD, of America's top medical grow operations.

• Exclusive scenes from Colorado's most progressive medical grow ops, including gardens in Denver, Pueblo and Boulder.

• Extensive bonus features, including the world's first-ever onscreen interview with Chemdog, the legendary breeder of some of the world's best strains.

*"Loaded wall to wall (literally!) with grow info."* –Dan Skye, HIGH TIMES Executive Editor

NICO ESCONDIDO, HIGH TIMES Cultivation Editor, is world renowned for his growing expertise and has specifically created this DVD for beginner *and* advanced growers. This DVD is an excellent resource for patients just starting out on their first medical garden as well as expert growers looking to pick up a few extra tips and tricks.

Order online at headshop.hightimes.com

# Northern California

## MEDICAL MARIJUANA, STATE BY STATE

### DELAWARE (2011)
MED-POT LAW: Senate Bill 17
PLANT LIMIT: No self-cultivation
HOW TO REGISTER:  Qualified patients registered with the Department of Health and Social Services will be issued an ID card allowing them to buy up to three ounces of marijuana every two weeks, and to possess up to six ounces at any one time. The law calls for the opening of three not-for-profit compassion centers, one in each county, by the beginning of 2013.

### HAWAII (2000)
MED-POT LAW: Senate Bill 862
PLANT LIMIT: 3 oz. usable, 7 plants (3 mature, 4 immature)
HOW TO REGISTER: Patients must  register with the Department of Public Safety. Application requires your Hawaii driver's license or ID card, a non-refundable $25 fee, and a physician's written certification confirming a "debilitating medical condition." The physician must register the patient with the Department of Public Safety, which will issue a registration certificate.

### MAINE (1999)
MED-POT LAW: Ballot Question 2
DISPENSARIES: YES
PLANT LIMIT: 1.25 oz. usable, 6 plants (3 mature, 3 immature)
HOW TO REGISTER: Maine offers a  voluntary registration process. A patient may possess a usable amount of marijuana for medical use if, at the time of that possession, the person has available an authenticated copy of a medical record or other written documentation from a physician. The patient must have a "debilitating or chronic medical condition," and the physician must have a "bona fide physician-patient relationship with the person."

### MARYLAND (2003)
MED-POT LAW: Senate Bill 502
HOW TO REGISTER:  Maryland allows an affirmative defense in court for medical marijuana patients in possession of less than an ounce of cannabis, but offers them no other regulations or formal protections. Beyond a doctor's recommendation, the state has no registration process, no identification card, and no list of eligible medical conditions. Some accredit organizations do not even list MD among their medical marijuana states.

## DISPENSARY PROFILE



**Boulder Creek Collective**
3711A Soquel
Soquel, CA 95073
(831) 713-5217

With a focus on serving the community, including low prices, subsidized medicine for low-income patients, and charitable giving, Boulder Creek Collective has made a name for itself as a dispensary focused on both cannabis and compassion. In their new 1,800 square-foot home in Soquel, you'll find the finest medicine produced by their in-house team of cultivation experts, including top pot strains like the ones featured on the cover of this issue. S.C. Blues in particular is a local favorite!

## DISPENSARY LISTINGS

**ARCATA**
Emerald Mountain Collective
1593 Peninsula Drive
emeraldmountaincollective.org
(720) 290.1317

Rumboldt Patient Resource Center
980 6th Street
(707) 826-7998

**BERKELEY**
Berkeley Patients Group
2747 San Pablo Avenue
(510) 540-6013
berkeleypatientsgroup.com

Patients Care Collective
2590 Telegraph Ave
(between Blake & Parker)
Berkeley, CA 94704
BerkeleyPatientsCare.com
(510) 848-7078
Mon to Sat 12-7pm

**FRESNO**
Mind, Body, and Soul Collective
3131 East Central Ave.
Fresno, CA 93725
Phone: (559)-486-6810
Fax: (559)-486-6071
www.mbscollective.com
admin@mbscollective.com
"Open 7 days a week - Quality, Integrity, Trust"

**JAMESTOWN**
Alternate Natural Solutions Inc.
8477 Enterprise Dr.
Jamestown, CA 95327
(209) 352-1779
www.altnatsol.com
"Home of the 5 dollar gram"

**OAKLAND**
Harborside Health Center
1840 Embarcadero,
Oakland, CA 94606
(510) 533-0147
harborsidehealthcenter.com
"Out of the shadows, into the Light"

Coffee Shop Blue Sky
377 17th Street, Oakland, CA 94612
(510) 251-0690
Open 9am-9pm Mon-Sat,
10am-6pm Sunday
www.coffeeshopbluesky.com

**REDDING**
Nature's Nexus
1647 Hartnell Dr. #2T
(530) 222-6708
natures-nexus.com

Trusted Friends II Inc.
3061 Churn Creek Rd.
530-222-3445 (phone number)
530-222-3671 (fax number)
www.trustedfriends.com
trusten421@yahoo.com

**RICHMOND**
7 Star Meds
3623 San Pablo Dam Rd.
El Sobrante, CA 94803
1 (510) 758-MEDS (6337)

**SACRAMENTO**
1 Love Wellness Center
1841 El Camino Ave.
Sacramento, CA 95815
916-231-LOVE
916-927-1653 (fax)
www.1lovewellness.org
1lola@onelovewellness.org
"Sacramento's largest and loving Wellness Center"

**SAN FRANCISCO**
The Green Cross
(415) 648-4420
thegreencross.org

Emmalyn's California Cannabis Clinic
211 12th St. (Cross st: Howard)
San Francisco, CA 94103
Phone: (415) 861-1000
Fax: (415) 861-0237
emmalynscannabisclinic.com
emmalynscc@yahoo.com

Grass Roots
1077 Post Street
San Francisco, CA 94109
(415)346-4336

Love Shack
502 14th Street
San Francisco, CA
(415) 552-5121
theloveshacksf.coperative.com
Mon-Sat 10am-7pm, Sun 11am-4pm
Full Service Dispensary
Voted Best of The Bay

Igacity 420
527 Howard St.
San Francisco, CA 94105

Phone: (415) 834-5225
Fax: (415) 834-5326
igcacity420.com
"Most strains in the Bay, vapor lounge"

Vapor Room
607A Haight Street
vaporroom.com

**SAN JOSE**
Harborside Health Center
2106 Ringwood Ave
(408) 321-0424
harborsidehealthcenter.com

**SANTA CRUZ**
Greenway Compassionate Relief
140 Dubois St. Santa Cruz, CA 95060
(831) 420-1640
Mon-Sat 11am -7pm
Organic-All Grades-Edibles-Tincture

**SEBASTOPOL**
Peace in Medicine
4771 Sebastopol Ave
(707) 823-4206
peaceinmedicine.org

**STOCKTON**
Pathways Health Co-Op
3240 Tomahawk Dr.
(209) 451-3940
cwcaregiverscoop.com

**UPPER LAKE**
MJ's Place
9449 Main Street
(707) 275-9291
mjsplacecoop.index.com

**VALLEJO**
Greenwell Collective
616 Marin St.
Vallejo, CA 94590
(707) 980-7774
greenwellcooperative.com
greenwellcooperative@yahoo.com
"In Greenwell, we trust"

## DOCTOR'S EVALUATION

**CONCORD**
MediCann
2560 Park Avenue #102
(866) 632-6627

**COSTA MESA**
Cali Green RX
440 Fair Drive, Suite S
(877) 387-2459
CaliGreenRX.com

**COTATI**
MediCann
8889 La Plaza #H

**ELK GROVE**
MediCann
9731 Florin Road #100

**FRESNO**
MediCann
2320 N. Winery Avenue #103
(866) 632-6627

**LOS ANGELES**
Cali Green RX
5105 York Blvd.
(323) 286-1676
CaliGreenRX.com

**MODESTO**
MediCann
725 10th Street
(866) 632-6627

**OAKLAND**
MediCann
1814 Franklin #305
(866) 632-6627

**SACRAMENTO**
MediCann
3701 J St. #240
(866) 632-6627

**SAN FRANCISCO**
MediCann
1426 Fillmore #205
(866) 632-6627

**SAN JOSE**
MediCann
862 N. Winchester Boulevard #1A
(866) 632-6627

**SANTA CRUZ**
MediCann
1509 Seabright Avenue #CZ
(866) 632-6627

**SANTA ROSA**
MediCann
5282 Old Redwood Highway
(866) 632-6627

**UKIAH**
MediCann
557 E. Perkins
(866) 632-6627

# Check out the Wo/Men's Alliance for Medical Marijuana





# wamm.org

## Accepting new members NOW!

### Call 831.425.0580 for more info,
### or write to us at info @ wamm.org



● Often imitated, but never duplicated!
● 100% all-natural, sun-grown
medicine from unique heirloom genetics
● Support local, sustainable medical cannabis

● WAMM is more than California's first medical
marijuana collective, it's a supportive community
providing compassionate care

● Follow WAMM on Facebook



## Colorado

**REGIONAL NEWS**

## "YOU HAVE NO RIGHT!"

Colorado's Supreme Court affirms a ruling that medical marijuana patients have no constitutional right to use their medicine.

Jason Benoir was fired in February 2010 from his job in Denver as a 16th Street Mall street-sweeper after testing positive for marijuana on a random drug test mandated by his employer—even though he's a legal medical marijuana patient in Colorado and wasn't impaired during working hours. Even worse, he was later denied unemployment benefits solely on the basis of that single drug test result.

Benoir responded by suing the company that fired him. Last August, the Colorado Court of Appeals decided against him in a ruling that cited his employer's "zero tolerance" policy as the reason his job could be terminated with cause, which also meant he could be denied unemployment benefits. That ruling further stated that Amendment 20—Colorado's medical marijuana law—does not create a "right" to use cannabis as a medicine, even for state-legal patients, but merely provides a set of exemptions from criminal prosecution.

"It does not create a constitutional right to consume marijuana," State Attorney General John Suthers said in the wake of the Court of Appeals decision. "The advocates, I think, have missed that over time."

Benoir promptly moved to have his case heard by Colorado's Supreme Court, but this June, the state's highest court declined to do so, in effect affirming the lower court's decision. As it stands now, the decision means that medical marijuana patients remain vulnerable not just at work, but also when applying for gun permits, living in public housing, or facing a loss of custody of their children in child-welfare cases.

# Legalize It, Once and For All

### If Colorado voters approve pot legalization this November, patients will benefit—along with everyone else.

This November, Colorado voters will decide on Amendment 64, the Regulate Marijuana Like Alcohol Act, which, if passed, will legalize possession of at least one ounce of marijuana for all adults in Colorado, allow them to grow at least six plants at home, and compel the state government to develop a regulatory system for commercial growers and distributors—all without affecting Colorado's current "seed to sales" medical cannabis system for patients and providers. Though the success of marijuana measures at the ballot box is typically difficult to predict, a recent Rasmussen poll showed support for marijuana legalization at higher than 60 percent among likely voters in the Rocky Mountain State.

According to the text of the initiative, nothing in the new law "shall be construed: (a) to limit any privileges or rights of a medical marijuana patient, primary caregiver, or licensed entity as provided in section 14 of this article and the Colorado Medical Marijuana Code; (b) to permit a Medical Marijuana Center to distribute marijuana to a person who is not a medical marijuana patient; (c) to permit a Medical Marijuana Center to purchase marijuana or marijuana products in a manner or from a source not authorized under the Colorado Medical Marijuana Code; (d) to permit any Medical Marijuana Center licensed pursuant to section 14 of this article and the Colorado Medical Marijuana Code to operate on the same premises as a retail marijuana store; or (e) to discharge the department, the Colorado Board of Health, or the Colorado Department of Public Health and Environment from their statutory and constitutional duties to regulate medical marijuana pursuant to section 14 of this article and the Colorado Medical Marijuana Code."

In layman's terms, this means that if Amendment 64 passes, Colorado's medical marijuana law will remain in place alongside a new system of distribution available to all persons 21 and older. For patients, this outcome provides the best of both worlds, maintaining their existing rights at the same time that legalization provides myriad new options for them to find safe access to their medicine. For more information, visit *regulatemarijuana.org*. ❧



# DON'T GET HIGH WITHOUT IT!



THE OFFICIAL **HighTimes**
POT SMOKER'S HANDBOOK
FEATURING 420 THINGS TO DO WHEN YOU'RE STONED
By David Bienenstock and the editors
of *High Times* magazine

Learn how to roll the perfect joint
Make the most potent pot brownies
Smoke-proof a dorm room
Order off an Amsterdam coffeeshop menu
Improve your jay-dar
And much, much more!

BECAUSE IT'S ALWAYS        SOMEWHERE...




Available at headshop.hightimes.com,
1-866-POT-SHOP, and at your local bookstore!

 CHRONICLE BOOKS

# Colorado

## MEDICAL MARIJUANA, STATE BY STATE

**DISPENSARY PROFILE**



**MICHIGAN (2008)**
MED-POT LAW: Proposal 1
PLANT LIMIT: 2.5 oz. usable, 12 plants
HOW TO REGISTER: Patients must obtain a registry identification card from the Michigan Department of Community Health. Application requires information about the patient and the patient's physician and a signed document from the physician stating the patient's "debilitating medical condition."

**MONTANA (2004)**
MED-POT LAW: Initiative 148
PLANT LIMIT: 1 oz. usable, 6 plants
HOW TO REGISTER: Patients must register with the Quality Assurance Division of the Department of Public Health and Human Services. For the latest information on attempts to change/repeal Montana's medical marijuana law, visit: dphhs.mt.gov/medicalmarijuana.

**NEVADA (2000)**
MED-POT LAW: Ballot Question 9
PLANT LIMIT: 1 oz. usable, 7 plants (3 mature, 4 immature)
HOW TO REGISTER: Patients must obtain a registry identification card from the Nevada State Health Division. Applicants must include proof that the patient is a resident of Nevada, written documentation from a physician of the patient's "chronic or debilitating medical condition," and a $50 application fee. Upon approval, there is an additional $150 registration fee.

**NEW MEXICO (2007)**
MED-POT LAW: Senate Bill 523
DISPENSARIES: YES
PLANT LIMIT: 6 oz. usable, 16 plants (4 mature, 12 immature)
HOW TO REGISTER: Patients must obtain a registry identification card from the Department of Health. Applicants must include proof of New Mexico residency and written documentation from the patient's practitioner of a "debilitating medical condition." There are no fees in place at this time.

**NEW JERSEY (2010)**
MED-POT LAW: S-119
PLANT LIMIT: No self-cultivation
HOW TO REGISTER: At press time, regulations were still being finalized. For more information, go to state.nj.us/health/med_marijuana.shtml

### The Clinic
Multiple locations serving Glendale/Cherry Creek, the Highlands, Congress Park/Park Hill, Capitol Hill and Lakewood
*thecliniccolorado.com*

Focused on providing the ultimate customer service experience to Colorado's medical cannabis patients, the Clinic strives to source the safest, highest quality products possible, including their Medical Cannabis Cup winning Stardawg Guave (best *sativa*), second place concentrate winner Strawberry Cough Nectar and third place Best Hybrid entry Raskal OG. The Clinic's highly trained staff is capable of servicing all types of patients, making their experience both pleasurable and comfortable in a clean, safe environment.

## DISPENSARY LISTINGS

**BOULDER**
Nature's Medicine
5565 Arapaho Rd. Suite G
naturesmedicine420.com

**CHERRY CREEK**
Nature's Medicine
4972 Leadsdale Dr.
720-389-7442
naturesmedicine420.com

**COLORADO SPRINGS**
Sunshine Wellness Center
In Colorado Springs:
31 N. Tejon St., Ste. 400
Colorado Springs, CO 80903
(719) 632-6192

Colorado Alternative Care Services
1402 W. Colorado Ave.
719-963-8495
csmmd.com

**DACANO**
Dacano Meds
730 Glen Creighton Dr., Unit C
Dacono, CO 80514
(303) 833-2321
http://www.daconomeds.com
Hours: Mon-Sat, 10am - 7am
Handicap Accessible

**DENVER**
Broadway Wellness
1290 South Broadway
303-997-8413

Karmaceuticals LLC
4 South Santa Fe Drive
Denver, CO 80223
(303)-765-2762
www.facebook.com/karmaceuticals
karmaceuticalsco@gmail.com
"Over 120 strains of fire"

Kush Caregivers
303-949-3418
kushcafe@dc.com

The Releaf Center, LLC
2800 W. 32nd Ave
303-458-5323
thereleafcenter.com

Mayflower Wellness Center
1408 Market Street
303-862-4164
mayflowerwellness.com

**DURANGO**
Nature's Medicine
129 East 32nd Street
970-259-3718

**EDWARDS**
New Hope Wellness Center
210 Edwards Village Blvd,
Suite B110.
970-569-3701
newhopewellness@gmail.com

**FORT COLLINS**
Nature's Medicine
2839 S College Ave
Unit 3 & 4
naturesmedicine420.com

**GRAND JUNCTION**
Nature's Medicine
2755 North Ave
970-424-5486
naturesmedicine420.com

**LONGMONT**
Nature's Medicine
1260 South Hover Street,
Suite C
303-772-7188
naturesmedicine420.com

**LOVELAND**
Medicalm Limited
4202 North Garfield Avenue
970-669-5105
medicalmltd@0.com

**Nature's Medicine**
843 N. Cleveland Ave.
970-461-2811
naturesmedicine420.com

**MINTURN**
Minturn Medicinal / Vail Valley
Minturn, CO 81645
(720) 490-0458
Free Delivery
www.minturnmedicinal.com

**PAGOSA SPRINGS**
Nature's Medicine
100 Country Center Drive #1
303-507-8148
naturesmedicine420.com

**PUEBLO**
Sunshine Wellness Center
47 Silicon Drive
Pueblo West, CO 81007
Phone: (719) 543-7482
Fax: (719) 634-8207
sunshinewellnesscenter.com
Doctor Evaluations Provided!

TO ADD YOUR DISPENSARY OR CLINIC TO THIS LIST, PLEASE CALL JOHN MCCOOE AT 212-387-0500.

Points Beyond Alaska, Hawaii, Maine, Maryland, Michigan, Montana, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington & D.C.

**REGIONAL NEWS**

Emotions will run high when the Arizona Department of Health draws ping pong balls to determine who can open a medical cannabis dispensary in the state.



## MASS APPROVAL

**A majority of Massachusetts voters support medical marijuana in advance of this November's election.**

If a proposed voter initiative to legalize medical marijuana in Massachusetts (including a system of licensed dispensaries) makes it onto the ballot this November—and all indications are that it will—citizens of the Bay

*The new law would permit approved patients "a 60-day supply of medical marijuana" and task the Department of Public Health with issuing registrations for up to 35 nonprofit medical marijuana treatment centers.*

State will at last have a chance to bring safe access to one of America's most progressive areas. And with a recent survey by Public Policy Polling showing that 53 percent of Massachusetts voters support medical marijuana and only 35 percent remain opposed (with 11 percent undecided), prospects for the initiative's passage look very promising.

The new law would permit approved patients "a 60-day supply of medical marijuana" and task the Department of Public Health with issuing registrations for up to 35 nonprofit medical marijuana treatment centers—at least one (but no more than five) in any given county. The initiative also allows home cultivation for qualified patients whose access to a treatment center is limited by verified financial hardship, a physical inability to use transportation, or the absence of one within a reasonable distance. For more info, visit masspatients.org.

# The Marijuana Lottery

**Arizona will soon award 126 licenses for medical cannabis dispensaries, with the winners announced via a live random drawing on the Internet.**

After more than a year of legal wrangling, including an unsuccessful federal lawsuit filed by the governor attempting to block parts of the state's medical marijuana law, Arizona's Health Services Department director, Will Humble, finally announced in April that his office would begin accepting applications to open state-regulated medical cannabis dispensaries. In June, Humble confirmed that 486 applications had come in, vying for a total of just 126 available certificates—one for each of Arizona's Community Health Analysis Areas (CHAAs).

According to the highly informative Arizona Department of Health Services Director's Blog (*directorsblog.health.azdhs.gov*), 75 of the state's CHAAs attracted more than one application, while 27 drew none at all. Assuming every applicant meets the department's basic standards, the certificates will be awarded during a live Internet lottery.

"We'll be using a device that blows balls inside of a clear cage to randomly select the successful applicant in each CHAA," Humble wrote on his blog. "Applicants will be assigned a random code in advance, and the person with the code that matches the ball that blows into the chamber will be allocated a Registration Certificate. We'll repeat this process for each of the competitive CHAAs ... The Act doesn't allow us to identify the successful applicants by name or even business name publicly—so the live announcement will be made using the code that only the applicants will have. Each applicant will receive their unique identifier electronically so they'll know whether they won their CHAA drawing via the webcast. The Certificates will be mailed later that day."

Perhaps, back in high school, you read a classic short story by Shirley Jackson, in which the winner of a local lottery ends up getting stoned to death by the entire town. Arizona's medical marijuana dispensary lottery should prove to be no less exciting—but with a much happier ending! ✳

## Points Beyond

# MEDICAL MARIJUANA, STATE BY STATE

DISPENSARY PROFILE



**The Joint**
5265 University Way NE
Seattle, WA 98105
thejointcoop.com

One of Seattle's licensed dispensing collectives, and a leader in the local medical marijuana community, The Joint carries a full line of top quality cannabis medicine in a discreet, professional storefront located in the Emerald City's thriving university district. Knowledgeable staff offers patients advice on selecting from among dozens of strains, plus concentrates, edibles, topicals, tinctures and more. Additional health services, from massage to yoga, are also provided to members.

The Joint is now accepting patients for a new location in Bellingham.

**OREGON (1998)**
**MED-POT LAW:** Ballot Measure 67
PLANT LIMIT: 24 oz. usable, 24 plants (6 mature, 18 immature)



**HOW TO REGISTER:** Patients must register with the Oregon Medical Marijuana Program, part of the State Department of Human Services' Public Health Division. Application requires an Oregon driver's license or ID, a written statement from the patient's physician confirming a "debilitating medical condition," and a $150 fee (or a $50 fee if the patient is part of the Oregon Health Plan).

**RHODE ISLAND (2006)**
**MED-POT LAW:** Senate Bill 0710
PLANT LIMIT: 2.5 oz. usable, 12 plants
HOW TO REGISTER: Patients must obtain a registry identification card from the Department of Health. Application requires a Rhode Island driver's license or ID, written documentation from a physician of a "debilitating medical condition," and a $75 registration fee. If you have a medical marijuana registry ID card from any other state, you may use it with the same force and effect as a card issued by the Rhode Island Department of Health.

**VERMONT (2004)**
**MED-POT LAW:** Senate Bill 76, House Bill 645
PLANT LIMIT: 2 oz. usable, 9 plants (2 mature, 7 immature)



**HOW TO REGISTER:** Patients must register with the Department of Public Safety. Application requires a Vermont driver's license or ID, written documentation from a physician of a "debilitating medical condition," and a $50 registration fee.

**WASHINGTON (1998)**
**MED-POT LAW:** Initiative 692
PLANT LIMIT: 24 oz. usable, 15 plants
HOW TO REGISTER: Washington offers no formal registration process. Legal patients must have a Washington driver's license or ID and a formal statement signed by a physician licensed in Washington documenting a "terminal or debilitating medical condition."

**WASHINGTON, DC (2010)**
**MED-POT LAW:** Initiative 59
STATUS: Although medical marijuana was overwhelmingly approved by Washington, DC voters more than ten years ago, the US Congress (which has direct control over the city's budget) indefinitely blocked its implementation at that time. In December 2009, Congress finally passed a DC appropriations bill without a ban on I-59, paving the way for a DC City Council debate on how to implement the law that continues as of press time.

DISPENSARY LISTINGS

**MICHIGAN**
A2 Compassionate Healthcare
MedMar A2 Inc.
1818 Packard Street
Ann Arbor, MI 48104
734.213.1420
www.medmarx.net
Highest grade medical marijuana at the lowest prices.

American Medicinal
Marijuana Association
25900 Dequindre Rd.
Warren, MI 48091
(800) 946-4501 (toll free)
(586) 806 5858 (office)
amma-usa.com
amm_a1@yahoo.com

Big Daddy's Compassion Center
13211 Northend
Oak Park, Michigan 48237
248-399-5299
bigdaddyshydro.com
Five locations statewide, professional, courteous, best selection anywhere

Cannoisseur Collective
"A Shelf Above The Rest"
(call for pre-verification & address)
State St, Ann Arbor, MI
734-494-0772
cannoisseurcollective.com
Twitter.com/Cannoisseurlife

**C-4**
2464 East Stadium
Ann Arbor, MI 48104

Downriver Wellness Group
17109 Ecorse Rd.
Allen Park, MI 48101
313-769-6288
www.downriverwellness.com

GanjaMama's
Treecity Health Collective
1712 S State St
Ann Arbor, MI 48104
(734) 369.3212
www.ganjamamas.com
Compassionate Care, Safe/Supportive Environment, Highest Quality Medicine

Grass Roots Society
8899 W Peck Rd
Greenville, MI 48838
616-225-2200
616-225-2220 (fax)
grassrootssociety.com
grassrootssociety@rocketmail.com

Michigan Medical
Marijuana
Certification Center
29877 Telegraph Road,
Suite 303 B
Southfield, MI 48034
(248) 932-6400
www.MMMCC.net

Michigan Compassion Center
1222 Glenwood Ave.
Flint, MI 48503
970-509-0781 (Phone number)
810-265-7821 (office number)
810-265-7436 (fax number)
mccc.flint@gmail.com
www.facebook.com/michigan-compassioncenter
"Patients Come First"

MSC3
227 N. Winter Street
Suite 302
Adrian, MI 49221
oredichaelsolutions.com
MON - FRI 10am - 8pm - SAT
10am - 7pm - CLOSED SUNDAYS

OM of Medicine
112 South Main Street, 3rd Fl
Ann Arbor, MI 48104
734-369-8255
omofmedicine.org
info@omofmedicine.org
"Power to the Patients!"

Pure West Compassion Club
840 N. Black River Dr.
Suite #80
Holland, MI 49424
616-446-6204
purewestclub@gmail.com

**MONTANA**
Action Alert!
Call (406) 444-3111 and urge the governor to veto SB 423 and regulate medical marijuana via administrative rules.

**OREGON**
Eugene Compassion Center
2055 W. 12th Ave
Eugene, OR 97402
(541) 484-6558

**WASHINGTON**
Purple Cross Patient
Care Association
469 North 36th Street, Suite E
Seattle, WA 98103
Phone: (206) 588-1034
Fax: (206) 588-1596
PurpleCrossPatientCare.org
Mon-Sat, 11-9 pm,
Sunday 1-9 pm
Open 7 days a week, 365 days a year!

TO ADD YOUR DISPENSARY OR CLINIC TO THIS LIST, PLEASE CALL JOHN MCCODE AT 212-387-0500.

# You won't get rolled at The Joint!








**THE JOINT COOPERATIVE**

**THEJOINTCOOP.COM**

5265 University Way NE  |  Seattle, WA 98105  |  (206) 283-3333



# CANNEX
## MEDICAL MARIJUANA LOCATOR

**MEDICAL DISPENSARY** LOCATOR

Dispensaries near me

Find by Zip Code/City

My Bookmarks

POWERED BY
HIGH TIMES

**POWERED BY**
# HIGH TIMES



| LOCATE DISPENSARIES | COMPARE PRICES | READ REVIEWS | SEARCH FOR STRAINS |

Cannex is the revolutionary iPhone app designed to serve the needs of the medical marijuana community. You can use this tool to find the highest-quality, most affordable medical cannabis anywhere in the nation.

# TO DOWNLOAD JUST SCAN HERE

App Store

Get the free mobile app at http://gettag.mobi

FOR MORE INFORMATION OR TO SEE A VIDEO DEMO GO TO HIGHTIMES.COM/APP



Harvest time is upon us once again at the WAMM garden in Santa Cruz.

MURPHY GREEN

In the next issue of
## MEDICAL
# Marijuana™

In each quarterly issue of *High Times Medical Marijuana*, our top-notch team of writers, editors, researchers, photographers, growers, breeders and activists journeys far into the field to bring you the most astounding stories found anywhere in the world of cannabis. You'll read amazing tales of healing, meet true heroes of the medical marijuana movement, absorb the latest science in a meaningful way, learn all about the hottest new strains—and much more!

As America and the world slowly but surely begin to recognize the true importance of creating cannabis freedom for one and all, the responsibility of spreading the word about all of the wonderful properties of pot will largely rest on the shoulders those of us who know the truth about marijuana, and refuse to remain silent. By helping to educate our readers on this most highly important subject, we hope to do our own small part in pushing this conversation forward—with your help, of course. So if there's a subject of concern that you'd like to read more about, please don't hesitate to email our editor: *bean@hightimes.com*.

In the meantime, we'll keep working overtime to make sure that no pot leaf goes unturned in our never-ending quest to bring you inside the world of medical marijuana. And we most assuredly plan to keep on having a high time doing it!

# On sale November 27, 2012

# THE HIGH TIMES HEADSHOP

Browse our full selection of products at *headshop.hightimes.com*
Order direct from the website or call 1-866-Pot-Shop

## Featured Products



**2012 Ultimate Grow Calendar**
*High Times* is proud to offer the Ultimate Grow Calendar. Packed with monthly summaries and daily grow tips, this calendar aims to keep you on track, whether you're growing indoors or outside. **$13.99**



**HIGH TIMES Presents Nico Escondido's Grow Like a Pro DVD**
Featuring over two hours of comprehensive cultivation coverage and bonus material, this HD-film features footage of America's top medical grow facilities, indoor and outdoor-growing and greenhouse techniques. **$19.95**



**Official HIGH TIMES Bonghitters Jersey**
Show your pot pride by sporting the same shirts worn by the legendary High Times Bonghitters Softball team. Sizes: S-XXL. **$19.95**



**HIGH TIMES Cultivation Editors' Combo Pack**
Set includes *Jorge Cervantes' Ultimate Grow Box Set*, *Nico Escondido's Grow Like a Pro*, and *Danny Danko's Field Guide to Marijuana Strains*. An $85 value for only **$69.99!**

  

**Back Issues of HIGH TIMES**
Lots of issues available! HIGH TIMES: $5.99; Best Of HIGH TIMES: $6.99; HIGH TIMES: Medical Marijuana: $5.99

## Classics from master grower Jorge Cervantes



**Ultimate Grow DVD Complete Box Set**
Three disc DVD box set includes Ultimate Grow: Indoor Marijuana Horticulture, and Ultimate Grow 2: Hydroponic Cannabis Indoors & Organic Marijuana Outdoors. Plus a full disc of bonus features! **$49.95**



**Marijuana Horticulture**
The Fifth Edition of Jorge Cervantes' best-selling book, completely rewritten, updated and expanded! **$29.95**



**Marijuana Grow Basics**
This informative guide is packed with illustrations and photos of more than 150 affordable marijuana grow setups. **$21.95**

## High Times Books



**The Official HIGH TIMES Field Guide to Marijuana Strains By Danny Danko**
This compendium covers the world's top pot varieties—all meticulously researched and lovingly described in terms ranging from odors and flavors to potency levels and medicinal properties. **$14.95**



**Marijuanaland: Dispatches From An American War By Jonah Raskin**
Part history, part counter-culture mythology, this informative and entertaining stoner memoir provides readers with a backstage pass to the world of cannabis. From the Emerald Triangle to Prop 19, Marijuanaland offers a compelling, eye-opening look at the war on drugs. **$12.95**



**The Official HIGH TIMES Pot Smoker's Handbook by David Bienenstock**
This handbook rolls up all of our collected wisdom into one indispensable ganja guide. With a life-changing list of 420 things to do when you're stoned, this is truly the ultimate guide to green living. **$19.95**



**The Official HIGH TIMES Pot Smoker's Activity Book by Natasha Lewin**
Now you can smoke, play, laugh and learn all at the same time! Packed with puzzles, games, mazes, jokes, how-tos and why-nots, plus kilos and kilos more! It's what to do when you're stoned! **$16.95**



**HIGH TIMES Presents Hi-Yield Homemade Hydroponics Revised Edition**
Our best-selling grow book, now updated with organic-hydro how-to information. **$9.95**



# SEED·LIST
## PRICES PER 12-SEED PACK

INDOOR / OUTDOOR
BC GOD BUD - $90
THE PURPS - $90
SWEET GOD - $75
BC MANGO - $75
THE BLACK - $75
BC BLUEBERRY - $75
THE BIG - $75
BC SWEET TOOTH- $75
BC CHEESE - $75
707 HEADBAND - $75
LEMON OG 18 - $75
BC HASH PLANT- $75
BLUE BUDDHA - $75
JACK HERER- $75
NORTHERN LIGHTS - $75
TRULY FRUITY - $75
BC KUSH- $60
BC HELL BUSH - $60
PURPLE BUDDHA- $60

INDOOR
AMNESIA HAZE- $75
BC CHRONIC - $75
UBC CHEMO - $75
WHITE WIDOW - $75
ALBINO RHINO - $60
BC BIG BUD - $60
BURMESE- $60
WILLIAMS WONDER - $60
INDOOR MIX - $50

OUTDOOR
BC PINEWARP - $75
SWEET ISLAND SKUNK - $60
OUTDOOR MIX - $50
TEXADA TIMEWARP - $75

FEMINIZED
BC GOD BUD - $150
THE PURPS - $150
ORIGINAL BLUEBERRY - $150
BC HASH PLANT - $125
JACK HERER - $125
SKUNK #1 X NL - $125
SWEET DREAMS - $125
CINDERELLA 99 - $125
STRAWBERRY COUGH - $125

AUTO FLOWERING
LOWRYDER #2 - $90
LOWRYDER #2 - $60

Award Winner
All Female

HIGH-TIME'S STRAIN OF THE YEAR

THE BIG

## Buy seeds online, by mail or by phone:

Free Seeds to all Cash or BLANK Money Orders!

GFS Industries, Suite 65
Nieuwezijds Voorburgwal 86
1012 SE Amsterdam
The Netherlands

VISA

**1-888-40-BCBUD**
or: **011-31-64-465-3362**

ADDICTION OF LIVE CANNABIS SEEDS IS ILLEGAL IN THE UNITED STATES I PAYABLE IN US DOLLARS FROM ANYWHERE IN THE WORLD

ACQUISITION OF LIVE CANNABIS SEEDS IS ILLEGAL IN THE UNITED STATES I PAYABLE IN US DOLLARS FROM ANYWHERE IN THE WORLD


