# Summary Judgment
# Exhibit F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                         Plaintiffs,

                                          Civil Action No.
          -against-                       15-cv-701 FPG/MJR

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
AND EDIBLES, RED DICE HOLDINGS, LLC and
DIXIE BOTANICALS,

                         Defendants.

------------------------------------------------X

805 Third Avenue
New York, New York

December 12, 2017
10:06 A.M.

          EXAMINATION BEFORE TRIAL OF DR. CINDY ORSER,

an Expert Witness appearing on behalf of the

Defendants herein, taken pursuant to Notice, and

held at the above time and place before Terri

Fudens, a Stenotype Reporter and Notary Public of

the State of New York.

CERTIFIED
TRANSCRIPT

231

                    CINDY ORSER

1

2    a woman.

3         '         So she claims, at least in this post,

4    that was reposted, that she was formerly head of

5    Dixie Science.

6                   Do you see that was written there

7    anyway?

8         A    Right.

9         Q    And she says things -- and I won't

10   read the whole thing for purposes of time, but she

11   says things like the formulations from the CBD

12   hemp products from Dixie, where she worked, were

13   crude and dirty hemp based.

14                 I'm quoting that there.

15        A    Right.

16        Q    Perhaps even contains residual

17   solvent and other toxins as the extraction was

18   done in China.

19                 That's a quote from this.

20        A    Right.

21        Q    She goes on to say it's unfit for

22   human consumption in this article.  She says in a

23   sentence, what these companies are doing is

24   critical and dangerous.  She says, in fact, MJNAs

25   and it says RSHO, is literally just this

232

1                         CINDY ORSER

2       hemp-based dilated in hemp seed oil.

3       '               Now, we don't know offhand if MJMA

4       refers to Medical Marijuana.  I submit that it

5       does.  But she's making -- and she says later in

6       that sentence, what Dixie Botanicals is offering

7       is beyond disturbing.  I cannot keep quiet

8       anymore.

9                       I didn't mean to read this whole

10      thing.  Since I formulated most of these products

11      as head of Dixie Science, I feel responsible for

12      spreading the truth, and I left for ethical

13      reasons.

14                      That's what she says in there.

15      That's a lot that she put out.

16                      Do you have any opinion as to those

17      statements, either one or multiple of them?

18                      MR. BORON:  Objection as to

19                      form.

20                      MR. SHEPS:  Objection.

21          A       I mean I don't really have an opinion

22      other than it's a good endorsement for why these

23      products should be tested for contaminants.

24          Q       THC is not a contaminant?

25          A       No.