# Summary Judgment Exhibit G

# EXHIBIT D

# TO

# DEFENDANTS' JOINT

# EXPERT DISCLOSURES

# SERVED OCTOBER 2,

# 2017



29 September 2017

To: Hanoch Sheps Exq.
……..Messner Reeves LLP

From: Cindy S. Orser, PhD

*C. Or* (signature)

RE: *Douglas J. Horn and Cindy Harp-Horn v. Medical Marijuana, Dixie Elixirs & Edibles, Red Rice Holdings, LLC and Dixie Botanicals*

I have reviewed the following documents as provided:

1. CannLabs Certificate of Analysis: 10.12.Dixie X 500mg Dew Drop (02475533xA9B4D).png
2. CannLabs Certificate of Analysis: 10.16.12.500mg Dew Drop CBD0803MIXE2 (1) (02475534.xA9B4D).pdf
3. CannLabs Certificate of Analysis: 10.16.12CBD1011RD-500mg (02475535xA9B4D).pdf
4. CannLabs Certificate of Analysis: 10.16.12.DD 500 mg CBD0803MIXE2 (02475536xA9B4D).pdf
5. Laboratory report #281201415 from EMSL Analytical Laboratory dated Nov 5, 2012
6. Clinical Reference Lab materials (02343464xA9B4D).pdf
7. Complaint and Jury Demand—Douglas Horn v. Medical Marijuana Inc., Dixie Elixir & Edibles, Red Dice Holdings, LLC, and Dixie Botanicals.
8. Douglas Horn Deposition Transcripts dated 5-9-17 and 5-8-17
7. Written report by expert witness Kenneth Graham, PhD, RPh dated August 29, 2012
8. Photo of Bottle – Plaintiff's Supplemental Disclosure
9. Plaintiff's Expert Disclosure

## Background

The conflict between federal and state laws on the medical and recreational use of cannabis products, the lack of consistency among state laws, and the availability of cannabis and CBD products in dispensaries and online has caused significant confusion for researchers, regulators, patients and consumers, particularly with regard to CBD products. It is important to remember

1

that the events under review in this case happened in 2012, five years ago, under 2012 regulations.

In 2012 under the Controlled Substance Act, it was federally legal to import industrial hemp stalks as they typically contain less than the federal guideline limit for THC in imported industrial hemp, which is 0.3%. It is widely known that those *Cannabis sativa* L. strains being grown for medical marijuana (MMJ) use at the time typically contained 10 to 20% THC. It is also relevant to recognize that cannabis testing was a new testing market in 2012 and there were very few cannabis analytical testing labs with validated testing procedures in place and only in MMJ complicit states. Neither New York or New Jersey fell into that category in 2012.

### Brief Sequence of Events

1. Mr. Horn, who had suffered personal injury in a vehicular accident on Feb 24, 2012, made the decision to purchase a high CBD product produced by Dixie Elixir & Edibles and to start using it on or around October 1, 2012 for pain relief. We do not know how much of the product Mr. Horn actually ingested.

2. Dixie Elixirs & Edibles in 2012 imported industrial hemp from outside the US using an FDA import license and extracted the CBD from the plant stalks and made their formulation in Colorado. This Dixie X product line, 500 mg CBD Elixir was commercially launched on September 5, 2012.

3. Mr. Horn's employment required random drug testing. On October 9, 2012, he was randomly selected to supply a urine sample for drug testing. Subsequently on Oct 11, 2012, he learned that he had failed the drug test for a THC metabolite (we are not instructed as to which one) testing at 29 ng/ml with the limit being 15 ng/ml. THC is rapidly metabolized by humans to the equally psychoactive 11- hydroxy-THC (11-OH-THC), and then to the inactive 11-nor-9-carboxy-THC (THC-COOH) metabolite, the normal excreted form.

4. Following being terminated from his job, Mr. Horn purchased an over-the-counter drug test kit and following the kit instructions, collected a urine sample and mailed it to the testing laboratory for analysis. The result was positive for a marijuana metabolite according to Dr. Graham's expert report, but again we do not know which one.

5. Mr. Horn ordered more of the CBD product from Dixie Elixirs & Edibles with the intention to have it tested in New York. The product received was not the identical product which he had taken. The formula was the 100 mg CBD and not the 500 mg CBD Elixir.

6. The 100 mg product was submitted to an EMSL Analytical Laboratory in New Jersey for analysis. The laboratory purportedly identified THC in the product at a concentration of 170 µg/g or 170 ppm but did not report a value for CBD or any other substance in the exemplar product. The 100 mg exemplar product was then purportedly destroyed, providing no

2

possibility for any other laboratory to test the product to confirm the findings of the EMSL laboratory.

## Review of Testing DATA

Within this series of events we have two sources of product testing data to review: 1) the Certificates of Analysis from CannLabs in Denver, Colorado of the Dixie Elixirs & Edibles' 500 mg product; and the Certificate of Analysis of the 100 mg product by EMSL Analytical Laboratory in New Jersey.

### Dixie Elixirs & Edibles Products -

CannLabs was an analytical cannabis testing laboratory licensed by the City of Denver and the State of Colorado. CannLabs provided certificates of analysis for three separate representative Dixie Elixirs & Edibles products in the timeframe of October 2012 including one with the same name as purchased by the Plaintiff; i.e. 500 mg CBD Dew Drops:

#1  In CannLabs report identified as 10.16.12.500mg Dew Drop CBD0803MIXE2 (1) (02475534xA9B4D).pdf, the total THC is reported to be **0.05%** for product Dixie X Hemp CBD 500mg Dew Drop.

#2  In CannLabs report identified as 10.16.12.CBD1011RD-500mg (02475535xA9B4D).pdf, the total THC is reported to be **0.04%** for product CBD1011R&D-500mg.

#3  In CannLabs report identified as 10.16.12.DD 500 mg CBD0803MIXE2m (02475536xA9B4D).pdf, the total THC is reported to be **0.04%** for product CBD0803MIXE2.

All three of the Dixie Elixirs & Edibles products had an order of magnitude less than the state and federal limit of 0.3% THC; in fact, the same Dixie X Hemp 500 mg Dew Drop contained just <u>0.05% THC</u>.

No testing results were provided by CannLabs for the Dixie X Hemp 100 mg Dew Drop product.

### EMSL Analytical Testing Laboratory –

EMSL Analytical has dozens of accredited analytical testing labs throughout the U.S. focusing on industrial hygiene, environmental and food testing using validated protocols (see Appendix A for full list of tests offered). The EMSL lab report originated from the Corporate office in Cinnaminson NJ. It does not appear that the EMSL Analytical Laboratory network has any accreditation to test cannabis, and therefore no accredited validated procedures.

The EMSL Lab test results was on a different product, the Dixie X Hemp 100 mg Dew Drop, and not the 500 mg product as consumed by the Plaintiff and as tested by CannLabs in Denver. EMSL reported a THC content of 170 μg/g or <u>0.017% THC</u> which is again an order of magnitude below the federal threshold for a hemp stalk derived product. It is curious that the report did

not also report a CBD value for the product since that was the main active ingredient and would have provided a critical comparative value.

No testing results were provided by the EMSL Lab or by the Plaintiff for the Dixie X Hemp 500 mg Dew Drop product that he actually consumed. In Dr. Graham's report, he extrapolates from the THC content in the 100 mg product to arrive at the THC content in the 500 mg product by multiplying 0.017% x 5 = 0.085% which requires making the assumption that the 100 mg was a simple 5-fold dilution of the 500 mg; but since we were not informed as to the volume of the sample, we do not know if this is appropriate or not. Nonetheless, if we take Dr. Graham's value at 0.085%, this is again far below the state and federal threshold for THC at 0.3%.

### Urine Drug Test:

Many variables can affect how long THC and its metabolite THC-COOH remain in your system. An edible goes through your gut and then your liver and then makes its way to the kidneys via the blood. Cannabinoid detection times in urine depend upon pharmacological factors (e.g., drug dose, route of administration, duration and frequency of use and individual rates of absorption, metabolism and excretion), and methodological issues including analytes evaluated, matrix, type of hydrolysis, cut-off or threshold used, and sensitivity of the method. The primary psychoactive constituent of cannabis, Δ9-tetrahydrocannabinol (THC), is rapidly absorbed during smoking, and due to its high lipophilicity is widely distributed to adipose tissue, liver, lung, and spleen. Body stores of THC increase with increasing frequency and chronicity of cannabis use. THC-COOH has an elimination **half-life** (time it takes to exit the body) of about **4 days on average**. THC is rapidly metabolized to the equally psychoactive 11- hydroxy-THC (11-OH-THC), and to the inactive 11-nor-9-carboxy-THC (THCCOOH) metabolite and its glucuronide and sulfate conjugates.[1] In other words, the actual form of THC that is measured and reported on any report is relevant and in particular if it is found in urine.

Studies involving humans indicate that 80%-90% of the total dose of delta-9-THC (THC) is excreted within 5 days--approximately 20% in urine and 65% in feces[2]

### Expert Summary Findings:

Both myself and Dr. Kenneth Graham are PhDs. Neither of us are MDs or Attorneys. I am an experienced diagnostic, laboratory scientist with most recent direct experience working with cannabis as the Laboratory Director and Chief Science Officer for a cannabis testing laboratory in Las Vegas, NV. All issues associated with this case that deal with legality, regulations,

---

[1] Huestis, MA.; Smith, ML. Human cannabinoid pharmacokinetics and interpretation of cannabinoid concentrations in biological fluids and tissues. In: Elsohly, M., editor. Marijuana and the Cannabinoids. New York: Humana Press; 2005. p. 205-235.

[2] Hunt AC, Jones RT (1980) Tolerance and disposition of THC in man. Pharm Exp Ther 215:135-44.

4

reconciliation of 2012 and 2017 regulations and legal precedent should be left to the Attorneys and the court. Here I will provide my concluding comments on the matters related to the science and analytical lab testing.

1) Without any analytical laboratory test results to review as to what was contained in the actual Dixie Elixir product that was used by Mr. Horn, no one can opine with any degree of scientific confidence that it was the Dixie product used by Mr. Horn that caused him to fail his random DOT urine test of October 9, 2012.

2) CannLabs test results report both a CBD value as well as a THC value which is important as reference for the product, since the main ingredient was CBD. The test results from the EMSL Analytical Lab only reported a THC value which makes comparison to the Colorado lab findings incongruous.

3) There is considerable uncertainty with regards to whether or not the Plaintiffs maintained proper chain-of-custody over the Dixie X Hemp 100 mg Dew Drops product that was tested by the EMSL Lab back in 2012. Even more uncertainty exists for the untampered state of the remaining Dixie X Hemp 500 mg Dew Drop product.

4) Looking at the EMSL website (https://www.emsl.com/Default.aspx) for the accredited analytical testing lab in New Jersey where the testing was done, there is no listing for cannabinoid analysis, no method is referenced. Accurate cannabinoid analysis would require having the proper certified reference standards in hand to compare with a previously generated calibration curve using those same reference standards.

5) Because we do not know the amount of Dixie X Hemp 500 mg Dew Drop product Mr. Horn allegedly consumed prior to submitting to a urine drug test, it is impractical to calculate with any degree of scientific certainty a range of expected contaminating THC metabolite in his urine sample based on either the analytical lab testing results reported by CannLabs in Colorado or by the EMSL Lab in New Jersey. Ideally, the remainder of the actual product in question, *ie.* Dixie X Hemp 500 mg Dew Drops, should have been timely tested by a certified cannabis testing lab for both CBD and THC content.

6) Even though Dr. Graham intimates that Mr. Horn could have experienced the conversion of CBD to THC in his stomach, there is no evidence that occurred. Despite Dr. Graham's reference to two publications where a synthetic stomach pH environment was created and molecular rearrangements were noted from CBD to THC, there is *no* evidence from a living, biological system that CBD is chemically transformed to THC in the stomach at any appreciable level and therefore should not be included in any calculations of potential THC metabolites being excreted.

7) The Plaintiffs should have been aware that the labeling on the Dixie X Hemp 500 mg Dew Drop product was not definitive of product content. There was NO certificate of analysis included, only the statement, "this product contains CBD and other cannabinoids." The primary

5

responsibility in a largely unregulated industry in 2012 rests on the buyer/consumer. The Plaintiffs appeared to be aware of the potential risk of THC contamination and the impact of failing a urine test failure for THC given their line of employment. The Plaintiffs should have had the product tested prior to ingesting knowing their livelihood was at risk.

## APPENDIX A.

# EMSL Lab Details

**Laboratory** Corporate - Cinnaminson, NJ
**Address** 200 Route 130 North, Cinnaminson, NJ, 08077
**Phone** 1-800-220-3675, Fax: (856) 786-5974
Click here for map/directions (courtesy Google Maps)



Cinnaminson Laboratory (Corporate Lab) - Laboratory Hours: Monday- Friday 8AM – Midnight, Saturday 8AM - 6PM, Sunday On-Call

| Services carried out by this Laboratory ( click the Name for details ) | | Lab Hours |
|---|---|---|
| Asbestos Lab Services | Chain of Custody Form | |
| Consumer Products Testing | Chain of Custody Form | |
| DNA and PCR Testing Laboratory | Chain of Custody Form | |
| Environmental Chemistry Lab Services | Chain of Custody Form | |
| Food and Beverage Testing | Chain of Custody Form | |
| Home Owner Services | Chain of Custody Form | |
| Indoor Air Quality (IAQ) Lab Services | Chain of Custody Form | |
| Industrial Hygiene (IH) Lab Services | Chain of Custody Form | |
| Lead and Metals Lab Services | Chain of Custody Form | |
| Legionella Testing Lab Services | Chain of Custody Form | |
| Materials Testing Lab | Chain of Custody Form | |
| Microbiology Laboratory | Chain of Custody Form | |
| Radiological Testing | Chain of Custody Form | |

| List of Qualifications ( click the Certificate for details ) | Certificate # | Expires |
|---|---|---|
| AIHA-LAP, LLC ELLAP | 100194 | 09/01/2018 |
| AIHA-LAP, LLC EMLAP | 100194 | 09/01/2018 |
| AIHA-LAP, LLC IHLAP | 100194 | 09/01/2018 |
| AIHA ELPAT Participant - Paint Chips, Soil, Dust Wipes, Air | 100194 | |
| AIHA EMPAT Participant - Bacteria and Fungi | 100194 | |
| AIHA IHPAT Participant - Asbestos, Metals, Silica, Organics, 3M Diffusive Sampler, Formaldehyde and Beryillium | 100194 | |
| A2LA Bulk Asbestos and Lead - Cinnaminson | 2845.01 | 05/31/2019 |
| A2LA Chemistry (Food Chemistry/Materials Science) - Cinnaminson | 2845.15 | 05/31/2019 |
| A2LA Food Micro - Cinnaminson | 2845.14 | 05/31/2019 |
| A2LA Material Science/Mechanical - Cinnaminson | 2845.16 | 05/31/2019 |
| NVLAP - Air and Bulk | 101048-0 | 06/30/2018 |
| API - 2011 Food PT certificate | Certificate | |
| NSF Material Program (Brake Pads) - SAE J2975:2011 | CO192670-AL004 | 02/28/2018 |
| IRSST Recognition - PLM and TEM | See list | |
| National Radon Proficiency Program | NRPP ID 109000 AL | 01/31/2019 |
| National Radon Safety Board - Radon | NRSB-ARL6006 | 07/30/2019 |
| National Radon Safety Board - Radon Measurement Specialist | NRSB 15SS037 | 07/30/2019 |
| National Radon Safety Board - Radon Measurement Specialist | NRSB 17SS064 | 07/30/2019 |
| CDC Elite - Legionella Certificate of Proficiency | Certificate | 10/27/2017 |

| Certification | ID | Expiration |
|---|---|---|
| FDA - Drug Firm Registration | 3003933331 | 12/31/2017 |
| US Dept of Justice - DEA certificate | RE0419716 | 08/31/2018 |
| US Dept of Justice - Explosives License/Permit | 8-NJ-005-33-0F-00326 | 06/01/2020 |
| CPSC - Cinnaminson - Metals, Lead, Phthalates | Letter - ID #1140 | |
| EPA - UCMR - Inorganic anions (Chlorate) | Approval letter | |
| USDA - Soil Permit | P330-17-00019 | 01/27/2020 |
| Maine - Analyst Individual Certification List | See list | |
| Vermont - Analyst Individual Certification List (Cinnaminson) | See list | |
| NC - Microbiology and Inorganic Chemistry | 34700 | 07/31/2017 |
| AL - Cryptosporidium and Giardia | 41260 | 06/30/2018 |
| AL - Asbestos and Lead in Drinking Water | 41260 | 06/30/2018 |
| AL - Radon | NRSB-ARL6006 | 07/30/2019 |
| AK - Radon | NRSB-ARL6006 | 07/30/2019 |
| AZ - PLM and TEM | Letter - AZ0955 | 06/30/2018 |
| AZ - Radon | NRSB-ARL6006 | 07/30/2019 |
| AR- Radon | NRSB-ARL6006 | 07/30/2019 |
| CA - Asbestos, Lead and Chemistry for Metals in Drinking Water, Bulk Asbestos, Cryptospordium and Giardia | 1877 | 06/30/2018 |
| CA - Radon | NRSB-ARL6006 | 07/30/2019 |
| NJ - Office of Attorney General - CDS | CDS #CA00030200 | 03/31/2018 |
| CO - PCM, PLM and TEM | AL - 15133 | 01/30/2018 |
| CO - Asbestos in Drinking Water | Letter | 05/31/2018 |
| CO - Lead in Drinking Water | Letter | 05/31/2018 |
| CO - Radon | NRSB-ARL6006 | 07/30/2019 |
| CT - Asbestos, Lead, Micro, Env. Chemistry, Radiochemicals and Cryptosporidium | PH-0270 | 06/30/2018 |
| CT - Radon | NRSB-ARL6006 | 07/30/2019 |
| DE - Asbestos, Chemistry, Radon, Micro, Cryptosporidium and Giardia in Drinking Water | Letter | 06/30/2018 |
| NY - ELAP - Legionella | 10872 | 04/01/2018 |
| FL - Asbestos, Lead, Chemistry, Microbiology, Cryptosporidium and Giardia | E87975 | 06/30/2018 |
| FL - Radon | RB2034 | 07/22/2018 |
| FL - Radon Measurement Specialist | R2451 | 06/22/2018 |
| GA - Asbestos, Lead, Micro and Cryptosporidium-Giardia | 972 | 06/30/2018 |
| GA - Radon | NRSB-ARL6006 | 07/30/2019 |
| HI - Bulk Asbestos | L-01-032 | 07/10/2018 |
| HI - Asbestos in Drinking Water 100.2 | Letter | 06/30/2018 |
| HI - Radon | NRSB-ARL6006 | 07/30/2019 |
| ID - Asbestos in Drinking Water | NJ00337 | 06/30/2018 |
| ID - Radon | NRSB-ARL6006 | 07/30/2019 |
| IL - Cryptosporidium | 1703036 | 06/30/2018 |
| IL - Radon | RNL2008202 | 09/30/2019 |
| IN - Lead, Chemistry and Asbestos in Drinking Water | C-NJ-04 | 06/30/2018 |
| IN - Radon Lab Tester License | RTL00760 | 12/31/2017 |
| IA - Radon Measurement license | L00032 | 03/01/2018 |
| KS - Radon | KS-LB-0005 | 09/30/2019 |
| KS - Radon Measurement Technician | KS-MS-0338 | 09/30/2019 |
| KY - Radon | NRSB-ARL6006 | 07/30/2019 |

| Certification | Number | Expiration |
|---|---|---|
| LA - Asbestos in Drinking Water | LA170022 | 12/31/2017 |
| LA - Chemistry, Asbestos in Air, Non-potable Water and Solid Hazardous Waste, Fungi Direct and Cultures | 04127 | 06/30/2018 |
| LA - Radon | NRSB-ARL6006 | 07/30/2019 |
| ME - Asbestos, Radiochemistry, Env. Lead, E. coli, Crypto and Giardia in DW | 2016030 | 08/16/2018 |
| ME - Radon | SPC202 | 09/30/2017 |
| ME - Air Asbestos Analysis | LA-0038 | 10/31/2018 |
| ME - Bulk Asbestos Analysis | LB-0039 | 10/31/2018 |
| MD - Asbestos, Chemistry and Radiochemistry in Drinking Water | 331 | 06/30/2018 |
| MD - Radon | NRSB-ARL6006 | 07/30/2019 |
| MA - PCM, PLM and TEM | AA000056 | 09/28/2018 |
| MA - Asbestos, Lead and Radiochemistry in Drinking Water | M-NJ337 | 06/30/2018 |
| MA - Cryptosporidium | See letter | 06/30/2018 |
| MA - Radon | NRSB-ARL6006 | 07/30/2019 |
| MI - Asbestos, Micro and Cryptosporidium in Drinking Water | 9970 | 06/30/2018 |
| MI - Radon | NRSB-ARL6006 | 07/30/2019 |
| MN - Radon | NRSB-ARL6006 | 07/30/2019 |
| MS - Asbestos in Drinking Water | Letter | 06/30/2018 |
| MS - Radon | NRSB-ARL6006 | 07/30/2019 |
| MO - Radon | NRSB-ARL6006 | 07/30/2019 |
| MT - Asbestos and Chemistry in Drinking Water | CERT0016 | 01/01/2018 |
| MT - Radon | NRSB-ARL6006 | 07/30/2019 |
| NE - Micro and Asbestos in Drinking Water | NE-OS-19-08 | 06/30/2018 |
| NE - Radon Measurement Specialist | 342 | 03/31/2019 |
| NE - Radon Measurement License | RMB-1083 | 03/31/2019 |
| NV - Asbestos in DW and Bulk Asbestos (PLM) | NJ003372018-1 | 07/31/2018 |
| NV - Radon | NRSB-ARL6006 | 07/30/2019 |
| NH - Asbestos and Radiochemistry in Drinking Water | 2988 | 10/22/2017 |
| NH - Radon | NRSB-ARL6006 | 07/30/2019 |
| NJ - NELAP - Asbestos, Chemistry, Gravimetric, TO-15, Microbiology, Radon, Cryptosporidium and Giardia | 03036 | 06/30/2018 |
| NM - Radon | NRSB-ARL6006 | 07/30/2019 |
| NY - ELAP - Asbestos, Metals, TCLP, Lead, Chemistry, PCB, Radon, Total Coliform, TO-15, TO-17 and TO-10A | 10872 | 04/01/2018 |
| NJ - Radon Measurement License | MEB92525 | 04/24/2018 |
| NJ - DWLD OSC - Permit to Store Explosives | 12510 | 03/31/2018 |
| NC - Asbestos in Drinking Water and Cryptosporidium | 34700 | 07/31/2018 |
| NC - Radon | NRSB-ARL6006 | 07/30/2019 |
| ND - Radon | NRSB-ARL6006 | 07/30/2019 |
| ND - TCLP, Metals and Pesticides | R-208 | 06/30/2018 |
| OH - Cryptosporidium | Letter | 06/30/2018 |
| OH - Lead in Paint Chips, Wipes, Soil and Air | E10002 | 06/02/2018 |
| OH - Radon | RL39 | 07/11/2019 |
| OH - Ohio VAP - Asbestos and VOC/TO-15 | CL105 | 04/19/2018 |
| OK - Radon | NRSB-ARL6006 | 07/30/2019 |
| OR - Radon | NRSB-ARL6006 | 07/30/2019 |
| PA - Radon | 2573 | 03/13/2019 |
| PA - Radon Analyst Certification | 3111 | 09/29/2019 |
| PA - Asbestos, Chemistry, Radon, Micro and Cryptosporidium | 014-001 | 11/30/2017 |
| PA - Philadelphia - PCM, PLM and TEM | ALL-137 | 04/30/2018 |

| Certification | Number | Expiration |
|---|---|---|
| NJ - Radioactive Materials License | RAD150001 - 535776 | 08/31/2020 |
| RI - PCM, PLM and TEM | AAL-075 | 04/30/2018 |
| RI - Asbestos, Chemistry and Radiochemistry in DW | LAO00318 | 12/30/2017 |
| SC - Asbestos in Drinking Water | 94017001 | 06/30/2018 |
| SC - Cryptosporidium | 94017002 | 06/30/2018 |
| SC - Radon | NRSB-ARL6006 | 07/30/2019 |
| SD - Asbestos in Drinking Water | Letter | 06/30/2018 |
| SD - Radon | NRSB-ARL6006 | 07/30/2019 |
| TN - Asbestos in Drinking Water | TN02856 | 06/30/2018 |
| TN - Radon | NRSB-ARL6006 | 07/30/2019 |
| TX - Asbestos, Lead, Chemistry and Micro in Drinking Water | T104704177-17-13 | 08/31/2018 |
| TX - PCM, PLM and TEM | 300161 | 11/02/2017 |
| TX - Mold | LAB1002 | 01/08/2018 |
| TX - Radon | NRSB-ARL6006 | 07/30/2019 |
| UT - Radon | NRSB-ARL6006 | 07/30/2019 |
| VT - PCM, PLM and TEM | AL818603 | 07/29/2018 |
| VT - Asbestos, Metals, Radon in Drinking Water | VT-04006 | 10/03/2018 |
| VT - Lead | LL379642 | 07/26/2018 |
| VA - PCM, PLM and TEM | 3333 000075 | 02/28/2018 |
| VA - Radon | NRSB-ARL6006 | 07/30/2019 |
| VA - NELAC - Asbestos, Lead, Cryptosporidium, Organics, Metals and Inorganics | 460184 | 09/14/2018 |
| WA - Asbestos (PCM, PLM and TEM), Lead, Chemistry, Methamphetamine and PCB in Drinking and Waste Water. | C922 | 07/14/2018 |
| WA - Radon | NRSB-ARL6006 | 07/30/2019 |
| WV - Air and Bulk Asbestos | LT000571 | 07/31/2018 |
| WV - Cryptosporidium | 9967 M | 12/31/2017 |
| WV - Radon | RL000197 | 09/30/2018 |
| WI - Radon | NRSB-ARL6006 | 07/30/2019 |
| WY - Radon | NRSB-ARL6006 | 07/30/2019 |
| WI - Cinnaminson | 121065 | 04/30/2018 |

https://www.emsl.com/Default.aspx