# Summary Judgment Exhibit H

# CannLabs TESTED

**For** Dixie Elixirs & Edibles
6701 E. Stapelton Dr N
Denver, Colorado 80216
303.945.2048

EXHIBIT Graham B 12-1-14

| Test Date | Expires | Sample Type | | TestID |
|---|---|---|---|---|
| 10/16/2012 | 12/15/2012 | Dixie X Hemp CBD 500mg Dew Drop | Tincture | DED10.12.12-2 |

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable wieght. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms.

These statements have not been evaluated by the Food and Drug Administration (FDA). These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

## Certificate of Analysis

| Maximum Legal Limit THC | Amount per Product |
|---|---|
| 0.3% | *Undetectable |

*Any test value below 0.1% is considered to be undetectable.

## Product Details

| Net Wt. | 68 g |
|---|---|
| Total CBD | 516.78 mg |

www.CannLabs.com    303.309.0105    INFO@CannLabs.com

# CannLabs TESTED

**Test Date:** 10/16/2012  
**Expires:** 12/15/2012

**For** Dixie Elixirs & Edibles  
6701 E. Stapelton Dr N  
Denver, Colorado 80216  
303.945.2048

HEMP CBD WELLNESS PRODUCTS

**Dixie X Hemp CBD 500mg Dew Drop**

**Sample Type:** Tincture

**TestID:** DED10.12.12-2

The below test is reported in percentage by weight, milligrams per gram, or milligrams per final consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 = THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms.

## Certificate of Analysis

| | Maximum Legal Limit THC | Amount per Product |
|---|---|---|
| | 0.3% | 0.05% |

## Product Details

| Net Wt. | 68 g |
|---|---|
| Total CBD | 516.78 mg |

These statements have not been evaluated by the Food and Drug Administration (FDA). These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

www.CannLabs.com     303.309.0105     INFO@CannLabs.com



# CannLabs TESTED

**Dixie Elixir**

6701 E. Stapleton Dr N
Denver, Colorado 80216
303.945.2048
MIP #404-0036

For: )I IC

| Test Date | Expires | | TestID | |
|---|---|---|---|---|
| 10/16/2012 | 12/15/2012 | CBD1011R&D-500mg | Consumable | DED10.12.12-5 |

Sample Type: Consumable

The statements and results herein have not been independently evaluated by the FDA.

## Chemical Report

### Cannabinoid Assay

**Assayable Cannabinoids** | **Active Cannabinoids**

| | Max CBD | |
|---|---|---|
| CBD-A | <0.01 % | 0.69 |
| CBD | 0.69 % | |
| THC-A | 0.00 % | Max THC |
| THC | 0.039 % | 0.04 |
| CBN | <0.01 % | 0.00 |
| THC-V | NTV | |

Total Active Cannabinoids: 0.73 %

### Ratio and Chart of Cannabinoids

| CBD | THC | CBN |
|---|---|---|
| 94.46 % | 5.54 % | 0.00 % |

**Chart**
94.46
0.00

Cannabinoid Assay
■ CBD ■ THC ■ CBN

www.Cannlabs.com    303.309.0105    INFO@Cannlabs.com

## Edible Report

### Consumable Details

| Sample Size | 1g | Approx. Net Wt. | 38.4 g |
|---|---|---|---|
| Serving Per Package | | 1.00 | |
| Amount Per | 1g | mg Per Net Wt. | 38.4 g |
| CBD | 6.86 mg | | 263.45 mg |
| THC | 0.39 mg | | 14.84 mg |
| CBN | 0.00 mg | | 0.00 mg |
| Total Dosage of Cannabinoids | 7.25 mg | | 278.29 mg |

mg of inactive Cannabinoids per 1g not added to Total Dosage

| THC-A | 0.02 | CBD-A | 0.00 |
|---|---|---|---|

**NOTES**

CBD1011R&D-500mg

# CannLabs TESTED

For

**Dixie Elixir**

6701 E. Stapleton Dr N
Denver, Colorado 80216
303.945.2048
MIP #404-00036

| Test Date | Expires | CBD0803MIXE2 | TestID | DED10.12.12-2 |
|---|---|---|---|---|
| 10/16/2012 | 12/15/2012 | Sample Type: Consumable | | |

The below test is reported in percentage by weight, milligrams per gram, or milligrams per total consumable weight. THC-A is not decarboxylated (not active) and shall not be reported in the total active cannabinoids. THC-A is converted to active THC in the calculated active column using the formula (THC-A x .877 + THC). Total assayable cannabinoids simply represents the sum of the cannabinoids detected in the sample. If THC-A is not detected in the sample, the calculated active and total active will remain the same. Edible results may be lower than expected; this is due to circumstances outside of CannLabs control, such as cannabinoid material adhering to the manufacturers' packaging. This report and all information herein shall not be reproduced, except in its entirety, without the expressed consent of CannLabs. This report is for informational purposes only and should not be used to diagnose, treat or prevent any medical related symptoms. Due to many factors outside of CannLabs control, results may vary. Results are only for the samples supplied to CannLabs.
The statements and results herein have not been approved or endorsed by the FDA.

## Chemical Report

### Cannabinoid Assay

| Assayable Cannabinoids | | Active Cannabinoids | | Total Active Assayable Cannabinoids |
|---|---|---|---|---|
| CBD-A | <.01 % | Max CBD | 0.76 % | 0.81 % |
| CBD | 0.76 % | | | |
| ▲THC-A | 0.00 % | Max THC | 0.05 % | |
| ▲THC | 0.047 % | | | |
| CBN | <0.01 % | CBN | 0.00 % | |
| THC-V | NTY | | | |

### Ratio and Chart of Cannabinoids

Ratio

| CBD | THC | CBN |
|---|---|---|
| 93.89 % | 6.11 % | 0.00 % |

Chart

93.89
0.00
Cannabinoid Assay
CBD THC CBN

## Edible Report

### Consumable Details

| Sample Size | 1g | Approx. Net Wt. | 68 g |
|---|---|---|---|
| Serving Per Package | 1.00 | | |

| | Amount Per 1g | mg Per Net Wt. 68 g |
|---|---|---|
| CBD | 7.60 mg | 516.78 mg |
| THC | 0.47 mg | 32.03 mg |
| CBN | 0.00 mg | 0.00 mg |
| Total Dosage of Cannabinoids | 8.07 mg | 548.81 mg |

mg of Inactive Cannabinoids per 1g not added to Total Dosage

| THC-A | 0.03 | CBD-A | 0.00 |
|---|---|---|---|

NOTES

CBD0803MIXE2

WWW.CannLabs.com 303.309.0105 INFO@CannLabs.com