# Summary Judgment Exhibit I

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                              Plaintiffs,

                              -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

                              Defendants,
-----------------------------------------------------------------X

Civil Action No:
15-cv-701 FPG/MJR

**PLAINTIFF'S FIRST**
**FRCP 26(a)(2) DISCLOSURE**

COUNSELORS:

    PLEASE TAKE NOTICE, that pursuant to FRCP 26(a)(2) plaintiffs, DOUGLAS J. HORN and CINDY HARP-HORN, provides expert disclosure as follows:

1. Plaintiff intends to call Kenneth D. Graham, Ph.D., R.Ph. at the time of trial as an expert in Forensic Toxicology.

2. Annexed hereto as Exhibit "A" is a copy of Dr. Graham's Curriculum Vitae.

3. Annexed hereto as Exhibit "B" is a copy of a list of Dr. Graham's other cases in which he has testified.

4. Annexed hereto as Exhibit "C" is a copy of Dr. Graham's written report in the above case.

5. Dr. Graham is expected to testify consistent with the annexed report *inter alia*, that plaintiffs' reliance on defendants' advertising and promotional materials, and Mr. Horn's daily ingestion of the Dixie X Elixir product for the week preceding his DOT urine sample collection on October 9, 2012 was the direct cause of his positive THC drug test result which subsequently led to his loss of employment.

6. The Exhibits supporting Dr. Graham's opinions are annexed collectively hereto and are summarized on Page 1 of Dr. Graham's Report also annexed hereto.

7. Dr. Graham's compensation to be paid for study in the case is $330.00 per hour. His compensation for testimony in the case is $355.00 per hour.

8. Plaintiff reserves the right to supplement and/or amend the instant disclosures at a later time pursuant to the FRCP.

Dated: Great Neck, New York
August 30, 2017

KUPILLAS, UNGER & BENJAMIN, LLP.

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.
Attorney for Plaintiffs HORNS
1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493

To: Eric T. Boron, Esq.
Mura & Storm, PLLC
Attorneys for Defendants
Medical Marijuana, Inc. and
Red Dice Holdings, LLC.
930 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716-855-2800
Email: eric.boron@muralaw.com

Hanoch Sheps, Esq.
Messner Reeves LLP
Attorneys for Defendant
Dixie Elixirs and Edibles
805 Third Ave, 18th Floor
New York, NY 10022
646 663-1856
Fax: 646 663-1895
Email: hsheps@messner.com