# KUPILLAS, UNGER & BENJAMIN, LLP

**1 Linden Place, Suite 410-A**
**Great Neck, NY 11021**
**(516) 213-4493**
**(718) 425-0692 (Fax)**
E-mail: jbenjamin@nyfraudlaw.com

---

September 20, 2018

<u>**Via ECF**</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

    Re:    ***Horn v. Medical Marijuana, Inc., et al.***
              **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

    This office represents Plaintiffs in this matter.

    Pending before Your Honor are two (2) separate Motions for Summary Judgment by the two sets of Defendants in this matter. By Order of Court, Plaintiffs' opposition papers to these motions are currently due September 28, 2018.

    I write to respectfully request an extension of time for these opposition papers to <u>November 2, 2018</u>. The reasons for the request are this office's multiple, current deadlines in other matters, and the down-time over the past week, and the next week, for religious observances.

    This is plaintiffs' first request for an extension of time as to these motions.

    Thank you for Your Honor's consideration.

                                                 Very truly yours,

                                                 *Jeffrey Benjamin*
                                                 Jeffrey Benjamin, Esq.

JB

cc: All parties via *ECF*

---