# KUPILLAS, UNGER & BENJAMIN, LLP

1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493
(718) 425-0692 (Fax)
E-mail: jbenjamin@nyfraudlaw.com

---

October 30, 2018

<u>**Via ECF**</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

      Re:    ***Horn v. Medical Marijuana, Inc., et al.***
                **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

      This office represents Plaintiffs in this matter.

      Pending before Your Honor are two (2) separate Motions for Summary Judgment by the two sets of Defendants in this matter. By Order of Court, all opposition papers to these motions are currently due this Friday, November 2, 2018.

      Previously, and upon my consent to both, the Court granted the Defendants two (2) adjournments to file their motions which spanned a period in excess of two (2) months.

      This morning, I obtained the consent of the Mura & Storm firm representing MMI and Red Dice Holdings to a further adjournment for all parties' opposition papers. However, the Mazzola & Lindstrom firm for the Dixie Defendant has not yet responded saying that the partner who would be able to consent is out of the country.

      I write to respectfully request a second extension of time for two (2) weeks for these opposition papers to <u>November 16, 2018</u>. The main reason is that one of Plaintiffs' experts in the matter has been travelling for a conference, and with whom it has been difficult to communicate to obtain the Affidavit in Opposition.

      Thank you for Your Honor's consideration.

                                      Very truly yours,

                                      *Jeffrey Benjamin*

                                      Jeffrey Benjamin, Esq.

JB
cc: All parties via *ECF*

---