UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                Plaintiffs,

                -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

                Defendants,
------------------------------------------------------------------X

Civil Action No:
15-cv-701 FPG/MJR

***NOTICE OF MOTION***

PLEASE TAKE NOTICE that upon the Declaration of Jeffrey Benjamin, Esq. dated November 15, 2018, and upon all of the papers and proceedings heretofore had herein, Plaintiffs by their counsel will move this Court before the Hon. Frank P. Geraci, Jr. United States District Judge at the U.S. Courthouse, 2 Niagara Square Buffalo, New York 14202 for an Order pursuant to Fed. R. Civ. P. 15(c) granting Plaintiffs leave to amend the caption and Complaint against the defendants, together with such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Court Rules, answering/reply affidavits, if any, are required to be served upon the undersigned by November 30, 2018.

Dated: Great Neck, New York
       November 15, 2018

Respectfully Submitted,

KUPILLAS, UNGER & BENJAMIN, LLP

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.
1 Linden Place, Suite 410-A
Great Neck, New York 11021
(516) 213-4493