11-Oct-2012                Clinical Reference Laboratory                        12:44
           CLIA #17D0667123, #17D2005163, SAMHSA #0007, CAP #30211-03

PIPELINE TESTING CONSORT
DAVID PAINE MD
7 COMPOUND DR
HUTCHINSON, KS 67502                NAME: 2013672889
PH: (866) 359-0414                  DOB: N/S                    SAMPLE ID: 83435752
COLL. SITE ID: N/S                  SSN/ID:                     COLLECTED: 10/09/12
                                    GENDER: N/S                 RECEIVED:  10/10/12
                                    SLIP ID: 201367289          REPORTED:  10/11/12
                                    REF ID: CORAOPOLIS #110     FAX: (620) 664-5594
                                    BRANCH: ENTERPRISE TRANSPORTATION

COLL NAME: KELLY WILHELM                              CELL PHONE: 4124944550

                 REASON FOR TESTING: RANDOM
                 SAMPLE TYPE:        SAMHSA DRUG SCREEN

Testing authority: Federal Motor Carrier Safety Administration

INITIAL TEST
                                       RESULT / STATUS    CUTOFF/EXPECTED VALUES
AMPHETAMINE (CLASS) SCR (500)          NEGATIVE           500 ng/mL
ECSTASY SCREEN          (500)          NEGATIVE           500 ng/mL
COCAINE METABOLITE SCR  (150)          NEGATIVE           150 ng/mL
OPIATES SCREEN          (2000)         NEGATIVE           2000 ng/mL
MARIJUANA METABOLITE                   POSITIVE           50 ng/mL
AM SCREEN                              NEGATIVE           10 ng/mL
PHENCYCLIDINE           (10)           NEGATIVE           25 ng/mL

CONFIRMATION                           RESULT / STATUS    CUTOFF VALUE
GC/MS MARIJUANA METABOLITE             29  POSITIVE       15 ng/mL

RESPONSIBLE PERSON: JOHN IRVING, MS, RP

REPORT CERTIFIED BY LYUDMILA BURDYUGOVA

Page 1

Copyright 2012 Clinical Reference Laboratory.   All Rights Reserved.
8433 Quivira Road, Lenexa, Kansas 66215.   (913) 492-3652

FCB: CLS.PYC.EYC

[ end of report ]

§ 40.87  What are the cutoff concentrations for drug tests?

(a) As a laboratory, you must use the cutoff concentrations displayed in the following table for initial and confirmatory drug tests. All cutoff concentrations are expressed in nanograms per milliliter (ng/mL). The table follows:

| Initial test analyte | Initial test cutoff concentration | Confirmatory test analyte | Confirmatory test cutoff concentration |
|---|---|---|---|
| Marijuana metabolites | 50 ng/mL | THCA[1] | 15 ng/mL |
| Cocaine metabolites | 150 ng/mL | Benzoylecgonine | 100 ng/mL |
| Opiate metabolites | | | |
| Codeine/Morphine[2] | 2000 ng/mL | Codeine | 2000 ng/mL |
| | | Morphine | 2000 ng/mL |
| 6-Acetylmorphine | 10 ng/mL | 6-Acetylmorphine | 10 ng/mL |
| Phencyclidine | 25 ng/mL | Phencyclidine | 25 ng/mL |
| Amphetamines[3] | | | |
| AMP/MAMP[4] | 500 ng/mL | Amphetamine | 250 ng/mL |
| | | Methamphetamine[5] | 250 ng/mL |
| MDMA[6] | 500 ng/mL | MDMA | 250 ng/mL |
| | | MDA[7] | 250 ng/mL |
| | | MDEA[8] | 250 ng/mL |

[1] Delta-9-tetrahydrocannabinol-9-carboxylic acid (THCA).
[2] Morphine is the target analyte for codeine/morphine testing.
[3] Either a single initial test kit or multiple initial test kits may be used provided the single test kit detects each target analyte independently at the specified cutoff.
[4] Methamphetamine is the target analyte for amphetamine/methamphetamine testing.
[5] To be reported positive for methamphetamine, a specimen must also contain amphetamine at a concentration equal to or greater than 100 ng/mL.
[6] Methylenedioxymethamphetamine (MDMA).
[7] Methylenedioxyamphetamine (MDA).
[8] Methylenedioxyethylamphetamine (MDEA).

(b) On an initial drug test, you must report a result below the cutoff concentration as negative. If the result is at or above the cutoff concentration, you must conduct a confirmation test.

(c) On a confirmation drug test, you must report a result below the cutoff concentration as negative and a result at or above the cutoff concentration as confirmed positive.

(d) You must report quantitative values for morphine or codeine at 15,000 ng/mL or above.

[65 FR 79526, Dec. 19, 2000, as amended at 75 FR 49862, August 16, 2010; 77 FR 26473, May 4, 2012]

§ 40.177  What does the second laboratory do with the split specimen when it is tested to reconfirm the presence of a drug or drug metabolite?

(a) As the laboratory testing the split specimen, you must test the split specimen for the drug(s)/drug metabolite(s)

(b) You must conduct this test without regard to the cutoff concentrations of §40.87.

(c) If the test fails to reconfirm the presence of the drug(s)/drug metabolite(s) that were reported positive in the primary specimen, you must conduct validity tests in an attempt to determine