

## EMSL Analytical, Inc.

EMSL Analytical, Inc. Federal Tax ID 22-2357101
200 Route 130 North, Cinnaminson, NJ 08077
(800) 220-3675

| INVOICE NO. | PAGE |
|---|---|
| 28016768 | 1 of 1 |
| INVOICE DATE | |
| 11/9/2012 | |

**BILL TO**
Attn: Douglas Horn
195 Parker Road
Lockwood, NY   14859
US

**REPORT TO**
Attn: Douglas Horn
195 Parker Road
Lockwood, NY   14859
US

| SLSM. | SHIP VIA | TERMS | BILLING FREQUENCY | CUST. NO. |
|---|---|---|---|---|
| pfrasca | US MAIL | Cash on Delivery | With Report | MISC-ACCT |

| DATE | ORDER NO. | QTY | TEST CODE | TEST DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/29/2012 | 281201415<br>P.O: CC auth 011013 | 1 | IH-Special Project | Analysis as described in order.<br>1 Week<br>Project: Dixie X   THC | EA | 180.00 | 180.00 |
| | | | | | | SUB TOTAL | 180.00 |
| | | | | | | INVOICE TOTAL | $180.00 |

Please review your invoice promptly. We will gladly correct any errors within 30 days of the invoice date. After that, we deem the invoice to be correct and reserve the right not to issue credits, in whole or part. A 1.5% finance charge will be added to invoices over 30 days.

Billing Inquiries - please call 1-800-220-3675

---

Please detach and return with payment

| 11/9/2012 | CUST # | MISC-ACCT | INV # | 28016768 | | $180.00 |
|---|---|---|---|---|---|---|
| | | | DEPT: | 28 | | |

**Please Remit to:**
EMSL ANALYTICAL, INC.
200 Route 130 North
Cinnaminson, NJ  08077

Billing Inquiries - please call 1-800-220-3675

Payment in US Funds Only.



**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077

## Order ID: 281201415

| | | | |
|---|---|---|---|
| Attn: | Douglas Horn | Customer ID: | MISC-ACCT |
| | 195 Parker Road | Customer PO: | |
| | Lockwood, NY 14859 | Date Received: | 10/29/12 |
| Phone: | (607) 343-1010 | EMSL Order: | 281201415 |
| Project: | Dixie X THC | EMSL Project ID: | |
| Report Date: | 11/5/12 | Date Analyzed: | 10/31-11/2/12 |

## Analysis for THC content in bulk sample by LC/MS/MS

| Sample ID | Identification | Reporting Limit (ug/g) | Sample Amount (ug/g) |
|---|---|---|---|
| 281201415-0001 | 1 | 1.0 | 170 |

Notes:
1. Sample was received in acceptable condition unless otherwise noted.
2. This result relates only to the sample tested.
3. Sample is not blank corrected, unless otherwise noted.

**AN/SV**
*Analyst*

*Scott VanEtten CIH- Lab Manager*
*Or other approved signatory*

*Page 1 of 1*

**EMSL ANALYTICAL, INC.**
LABORATORY • PRODUCTS • TRAINING

Industrial Hygiene
**Chain of Custody**
EMSL Order Number (Lab Use Only): 281201415

| Report To Contact Name: | | | | Bill To Company: DOUGLAS HORN | | | Sampled By (Signature): | |
|---|---|---|---|---|---|---|---|---|
| Company Name: Douglas Horn | | | | Attention To: Douglas Horn | | | Number of Samples in Shipment: | |
| Address 1: 195 Parker Rd Lockwood NY 14859 | | | | Address 1: 195 Parker Rd, Lockwood NY 14859 | | | Date of Shipment: | |
| Address 2: | | | | Address 2: | | | U.S. State where Samples Collected: | |
| Phone: 607-343-1010  Fax: | | | | Phone: 607 589 4421  Fax: | | | Purchase Order: | |
| Email Results To: Jameshorn65@yahoo.com | | | | Project Name: DIXIE X | | | | |

| Turnaround Time – Please Check: Please Note Standard TAT is 2 Week. | | | | | | | Media Type: | |
| 2 Week | 1 Week | 4 Day | 3 Day | 2 Day | 1 Day | Other (Call Lab) | Manufacturer/Part #: | |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Lot #: | |

| Sample ID | Media | Analyte / Method | Volume | Sample Date/Time | Location | Comments |
|---|---|---|---|---|---|---|
| 1 | | THC | | | | |

Note: Most NIOSH and OSHA methods require field blanks. It is the IH field sampler's responsibility to submit the proper number of field blanks and duplicates.

| Released By | Date | Received By | Date |
|---|---|---|---|
| (signature) | | (signature) Mail 8:30AM | 10/23/13 |

**Comments:**
TEST FOR THC $180 PLEASE CALL FOR CREDIT CARD 607 343-1010 CELL
607 589 4421 HOME

___ of ___ pages