scott van etten          Search Mail   Search Web   JAMES   Profile    Go   Sign Out   Home

| We Found Scott Van E... | 1) Scott Van Ettenamp; More. Search Free! | www.BeenVerifi... | Sponsored |

**RE: Emailing: 281201415 Douglas Horn**                        Thursday, November 8, 2012 3:27 PM

**From:** "Van Etten   Scott" <svanetten@EMSL.com>
**To:** "'jameshorn65@yahoo.com'" <jameshorn65@yahoo.com>
**Cc:** "Peters   Tracy" <tpeters@EMSL.com>   "Kotowski   Paula" <pkotowski@EMSL.com>   "Parker   more ...

Douglas,

We can't return your sample.



Scott Van Etten, CIH  | National Director of Industrial Hygiene
| 200 Route 130 North | Cinnaminson, NJ 08077
Phone: 856-303-2558 | Fax: 856-786-0380 | Toll Free: 800-220-3675
Lab Hours: Mon-Friday 7AM-10PM, Saturday 8AM-5PM, Sunday On-Call

Some of the resources EMSL Analytical, Inc. offers to our clients:

---

"This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). **If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited.** If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you."

**From:** Van Etten, Scott
**Sent:** Thursday, November 08, 2012 1:41 PM
**To:** 'jameshorn65@yahoo.com'
**Cc:** Peters, Tracy; Kotowski, Paula; Parker, Lisa; Van Etten, Scott
**Subject:** Emailing: 281201415 Douglas Horn

Douglas,

Your report is attached.  Since the sample contained THC, I may not be able to return it to you as per our DEA registration.  I am chceking on that.  I'll send you an email either way.  If we can, we would charge the shipping to your CC before we ship.

I'll be in touch.



Scott Van Etten, CIH  | National Director of Industrial Hygiene
| 200 Route 130 North | Cinnaminson, NJ 08077
Phone: 856-303-2558 | Fax: 856-786-0380 | Toll Free: 800-220-3675
Lab Hours: Mon-Friday 7AM-10PM, Saturday 8AM-5PM, Sunday On-Call

Some of the resources EMSL Analytical, Inc. offers to our clients:

---

"This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). **If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited.** If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you."