# Kenneth D. Graham, Ph.D., R.Ph.
Forensic Toxicologist

30 WESTHORPE LANE
PHOENIXVILLE, PENNSYLVANIA  19460-1717

_____

Phone: (610) 933-4395
Cell: (610)322-2544
Email: grahamke1@verizon.net

## *CURRICULUM VITAE*

**PROFESSIONAL EXPERIENCE:**

Janssen Research & Development, LLC, Springhouse, PA (2009 -Present)
**Associate Director, Clinical Pharmacology and Experimental Medicine**

Shasun Pharma Solutions, Inc., Piscataway, NJ (2008 -2008)
**General Manager, Laboratory Operations**

Centocor, Inc., Radnor, PA (2007 -2007)
**Consultant, Clinical Pharmacology and Experimental Medicine**

Rhodia Pharma Solutions, Deepwater, NJ (2002 -2006)
**Director, Analytical Sciences**

Lonza, Inc., Conshohocken, PA. (2000 -2002)
**Director, Analytical Sciences**

Omnicare Pharmaceutic Services, Inc., Ft. Washington, PA. (1999 - 2000)
**Director, Analytical Sciences**

SmithKline Pharmaceutical Research and Devleopment, Phila., PA. (1998 - 1999)
**Consultant, Clinical Pharmacology**

Medlab Clinical Testing, Inc., New Castle, DE (1996 - 1998)
**Director, Forensic Toxicology Services**

SmithKline Beecham Clinical Laboratories, Norristown, PA. (1990 - 1996)
**Director, Clinical Toxicology and Chemistry** (1990-1996)
**Staff Toxicologist** (1990-1990)

Hahnemann-MCP University, Philadelphia, Pa. (1992-2001)
**Adjunct Professor, College of Allied Health**

Kenneth D. Graham, Ph.D., Phoenixville, Pa. (1990-present)
**Consultant, Forensic Toxicology and Pharmacology**

Wyeth-Ayerst Laboratories, Radnor, Pa. (1990-1990)
**Fellow, Clinical Drug Safety Surveillance**

Albert Einstein Medical Center, Philadelphia, Pa. (1981-1989)
**Clinical Pharmacist**

*Kenneth D. Graham, Ph.D.*
*Page 2*

| | |
|---|---|
| **EDUCATION:** | **Ph.D., Toxicology and Pharmacology,** *Temple University,* Philadelphia, Pa.<br>**B.S., Pharmacy,** *Temple University,* Philadelphia, Pa.<br>**B.A., Biology,** *Temple University,* Philadelphia, Pa. |
| **PROFESSIONAL MEMBERSHIPS:** | American Academy of Forensic Sciences<br>American Association for Clinical Chemistry<br>American Association of Pharmaceutical Scientists<br>Rho Chi Pharmaceutical Honor Society |
| **LICENSURE:** | Registered Pharmacist, Commonwealth of Pennsylvania |
| **CONTINUING EDUCATION:** | Drug Use Testing: Forensic Science and Legal Issues, American Academy of Forensic Sciences (1988).<br><br>Toxico-Thanatometrics, Society of Forensic Toxicologists (1988).<br><br>Clinical Forensic Toxicology, Society of Forensic Toxicologists (1989).<br><br>Pharmacology and Toxicology of Opioids, American Academy of Forensic Sciences (1990).<br><br>Modern Practice of Forensic Toxicology: Current States and Future Trends, American Academy of Forensic Sciences (1990).<br><br>Bioanalytical Separations Utilizing SF Chromatography, Society of Forensic Toxicologists (1990).<br><br>Certainty in Toxicology: Application of the NCCLS GP-10 to Toxicology Screening, American Association for Clinical Chemistry (1991).<br><br>Annual Lectureship in Forensic Toxicology: Pharmacology and Toxicologic Significance of Fluoxetine, American Academy of Forensic Sciences (1992).<br><br>Frontiers in Forensic Toxicology, American Academy of Forensic Sciences (1992).<br><br>Analytical Quality Assurance through Quality Planning and Quality Control, American Association for Clinical Chemistry, (1992).<br><br>Drugs and their Impact on Motor Performance, Society of Forensic Toxicology (1993).<br><br>Back to Basics, American Academy of Forensic Sciences (1994).<br><br>Clinical Chemistry: A Practical Review, American Association for Clinical Chemistry, (1995). |

*Kenneth D. Graham, Ph.D.*
*Page 3*

Looking Backward and Forward: Three Decades of Toxicological Adventure, American Academy of Forensic Sciences (1997).

Pharmacokinetics and Interpretation of Old and New Drugs, American Academy of Forensic Sciences (1997).

Forensic Toxicology: A Living Science, American Academy of Forensic Sciences (1997).

Post Mortem Forensic Toxicology - Issues in Childhood Poisoning, American Academy of Forensic Sciences (1999).

Marijuana: A Forensic Symposium, American Academy of Forensic Sciences (1999)

GHB: Old Substance, New Problem, American Academy of Forensic Sciences (2002)

Central Nervous System Toxins: Biochemical Mechanisms and Physiological Consequences, American Academy of Forensic Sciences (2002)

Is This Driver Impaired by Drugs?  Can Blood Concentrations and A DRE Evaluation answer this question? American Academy of Forensic Sciences (2002)

Tryptamines and Other Psychotropic Substances: Analysis, Toxicology and Pharmacology, American Academy of Forensic Sciences (2004)

Ephedrine: Drug or Supplement?  Ephedrine Related Compounds and the Debate on Their Potential for Contribution to Injury, American Academy of Forensic Sciences (2004)

Application of the Principles of Pharmacology and Pharmacokinetics to the Interpretation of Drug Blood Levels, American Academy of Forensic Sciences (2004)

Anatomical, Pathological and Physiological Foundations of Toxicity, American Academy of Forensic Sciences (2005)

Human Factors, Performance and Transportation Safety – The Rest of the Story: Beyond Alcohol and Other Drug Impairment, American Academy of Forensic Sciences (2005)

Interpretation of Toxicological Analysis in the Elderly, American Academy of Forensic Sciences (2006)

Operation Street Smart: An Overview of Current Street Drugs and Drug Culture, American Academy of Forensic Sciences (2006)

Forensic Toxicology – The World Outside of Drugs, American Academy of Forensic Sciences (2006)

*Kenneth D. Graham, Ph.D.*
*Page 4*

Finding the Needle in the Haystack: Improving the Toxicological Investigation of Drug-Facilitated Sexual Assault and Other Crimes, American Academy of Forensic Sciences (2007)

Pharmacology and Pharmacokinetics for Forensic Toxicologists, American Academy of Forensic Sciences (2009)

Beyond the Numbers: An Objective Approach to Forensic Toxicological Interpretation, American Academy of Forensic Sciences (2013)

Toxicology of the Poisoned Patient, American Academy of Forensic Sciences (2015)

Driving Under the Influence of Drugs – Synthetic Cannabinoids, American Academy of Forensic Sciences (2016)

Impaired Driving Symposium, American Academy of Forensic Sciences (2016)

**COURT QUALIFIED:**

| | |
|---|---|
| Bucks County, Pennsylvania | Baltimore, Maryland |
| Montgomery County, Pennsylvania | Lebanon County, Pennsylvania |
| Delaware County, Pennsylvania | Franklin County, Pennsylvania |
| Adams County, Pennsylvania | Cook County, Illinois |
| Federal Court, Middle District, Pennsylvania | Philadelphia, Pennsylvania |
| Burlington County, New Jersey | Northumberland County, Pennsylvania |
| Chester County, Pennsylvania | Schuylkill County, Pennsylvania |
| Allegheny County, Pennsylvania | |