Case 1:15-cv-00701-JWF   Document 70-2   Filed 11/16/18   Page 1 of 2

# HIGH TIMES

**Award-winning *indicas*, *sativas*, hybrids, concentrates, edibles, high-CBD strains and more!**

# Medical Marijuana

**Inside a Legal Cannabis Farmers' Market**

**Dr. Andrew Weil Interview** pg. 50

**Healthy Edibles Recipe**

**Finding Dispensary Clones**

Fall 2012 / No. 11   USA $5.99 / CAN $7.99

DISPLAY UNTIL NOVEMBER 26, 2012

0 71896 44727 9

## High & Healthy

## CBD for Everyone!

**Using a proprietary extraction** process and a strain of high-CBD hemp grown in a secret, foreign location, Colorado's Dixie Elixirs and Edibles now offers a new product line called Dixie X, which contains 0% THC and up to 500 mg of CBD. This new CBD-rich medicine will be available in several forms, including a tincture, a topical and in capsules.

Promoted as "a revolution in medicinal hemp-powered wellness," the non-psychoactive products will first roll out in Colorado MMCs (medical marijuana centers), with plans to quickly expand outside the medical-marijuana market.

"It has taken a tremendous amount of time, money and effort, but finally patients here in Colorado—and ultimately all individuals who are interested in utilizing CBD for medicinal benefit—will be able to have access to it," says Tripp Keber, Dixie's managing director. "We are importing industrial hemp from outside the US using an FDA import license—it's below federal guidelines for THC, which is 0.3%—and we are taking that hemp and extracting the CBD. We have meticulously reviewed state and federal statutes, and we do not believe that we're operating in conflict with any federal law as it's related to the Dixie X [hemp-derived] products."





## Cannabis Superfood Sandwich

**Chef Mike Delao** of Cannabis Planet TV has been seeking the best way to administer marijuana as an edible medicine for years. He cut out sugar and animal fats after learning that eating those foods causes the body to expel energy constantly in order to digest.

"This is an issue for patients who are sick," Chef Mike explains. "They need their bodies to fully absorb the natural essential oil from cannabis, so they can receive the medicinal properties of the plant. I want patients' bodies to spend energy on healing, not digestion."

At Earthly Juices, a detox juice bar in Tustin, CA, Chef Mike discovered that by consuming all natural plants and elixirs, the body can be healed. "My advice is to detox cleanse your body, and then start to eat foods like this recipe. It has a good amount of healthy fat that the body can burn quickly while keeping your insides fresh and clean!"

**Ingredients:**
2 tablespoons medicated coconut oil*, warm enough to spread
1 avocado, sliced
1 teaspoon sea salt
1 lemon, juiced and some sliced thin for garnish
4 slices of tomatoes
¼ cup cilantro, chopped
4 Wasa crackers

Spread the infused coconut oil on the crackers, sprinkle some sea salt, then layer the slices of avocado, then tomato, add lemon juice, cilantro and garnish with fresh cannabis leaves. *Stones 2*

*To infuse cannabis into coconut oil, simmer 1 oz of cannabis buds in 2 oz. of coconut oil and ½ cup water on low heat (or in a Crockpot) for six to 12 hours. Strain with cheese cloth, and let cool in the refrigerator. Separate the hard coconut oil from the liquid and use as directed. Enjoy!

COURTESY OF DIXIE ELIXIRS (2), CHEF MIKE DELAO (1)