# Invoice

| | |
|---|---|
| Order ID | HEMRX-201209171913-000492 |
| Order Date | 17 SEP 2012 19:13:02 |
| | |
| Bill To | Cindy Harp-horn |
| | 195 Parker road |
| | Lockwood, NY 14859 |
| | 6073218022 |
| | ladydeathz@hotmail.com |
| | |
| Ship To | Cindy Harp-horn |
| | 195 Parker road |
| | Lockwood, Ny 14859 |
| | 6073218022 |
| | |
| Paid On | 19 SEP 2012 |
| Payment Method | Discover (Ending in 4019) |



| Item | Quantity | Description | Unit Cost | Amount |
|---|---|---|---|---|
| DX-Drops500 | 1 | Dixie X CBD Dew Drops 500mg Tincture | 160.00 | 160.00 |

| | |
|---|---|
| Subtotal | 160.00 |
| Tax | 0.00 |
| Shipping/Handling | 7.95 |
| Total | $167.95 |
| Paid via Credit Card | ($167.95) |
| Outstanding Balance | $0.00 |

**Return Policy**

We take customer satisfaction very seriously, all our products are tested for quality and all shipments are carefully inspected before leaving our warehouse.

Please check your shipment carefully upon arrival to ensure it has not been damaged during shipping. All claims for damaged product must be made with 72hrs. Please contact us and provide detailed information for any product damaged during shipping within that time.

Due the nature of our products all sales are final. NO REFUNDS shall be given.

**Customer Service**

Dixie X
info@dixiex.com
866-920-4262

# Packing Slip

| | |
|---|---|
| Order ID | HEMRX-201209171913-000492 |
| Order Date | 17 SEP 2012 19:13:02 |
| | |
| Bill To | Cindy Harp-horn<br>195 Parker road<br>Lockwood, NY 14859<br>6073218022<br>ladydeathz@hotmail.com |
| | |
| Ship To | Cindy Harp-horn<br>195 Parker road<br>Lockwood, Ny 14859 |
| | |
| Ship To Phone | 6073218022 |
| Email | ladydeathz@hotmail.com |
| Shipped On | 19 SEP 2012 |
| Shipped Via | USPS Flat Rate Shipping |
| Payment Method | Discover |

| Item | Quantity | Description | Unit Cost | Amount |
|---|---|---|---|---|
| DX-Drops500 | 1 | Dixie X CBD Dew Drops 500mg Tincture | 160.00 | 160.00 |
| | | Subtotal | | 160.00 |
| | | Tax | | 0.00 |
| | | Shipping/Handling | | 7.95 |
| | | Total | | $167.95 |

**Return Policy**

We take customer satisfaction very seriously, all our products are tested for quality and all shipments are carefully inspected before leaving our warehouse.

Please check your shipment carefully upon arrival to ensure it has not been damaged during shipping. All claims for damaged product must be made with 72hrs. Please contact us and provide detailed information for any product damaged during shipping within that time.

Due the nature of our products all sales are final. NO REFUNDS shall be given.

**Customer Service**

Dixie X
info@dixiex.com
866-920-4262