11-Oct-2012                                                                 12:44

Clinical Reference Laboratory
CLIA #17D0667123, #17D2005163, SAMHSA #0007, CAP #30211-03

PIPELINE TESTING CONSORT
DAVID PAINE MD
7 COMPOUND DR
HUTCHINSON, KS 67502
PH: (866) 359-0414
FAX: (620) 664-5594

NAME: 2013672889
DOB: N/S
SSN/ID:
GENDER: N/S
SLIP ID: 2013672889
REF ID: CORAOPOLIS #110
BRANCH: ENTERPRISE TRANSPORTATION

SAMPLE ID: 83435752
COLLECTED: 10/09/12
RECEIVED: 10/10/12
REPORTED: 10/11/12
FAX: (620) 664-5594

COLL NAME: KELLY WILHELM                                    CELL PHONE: 4124944550
COLL SITE ID: N/S

REASON FOR TESTING: RANDOM
SAMPLE TYPE: SAMHSA DRUG SCREEN

Testing authority: Federal Motor Carrier Safety Administration

INITIAL TEST

|                              | RESULT / STATUS | CUTOFF/EXPECTED VALUES |
|------------------------------|-----------------|------------------------|
| AMPHETAMINE (CLASS) SCR      | NEGATIVE        | 500 ng/mL              |
| ECSTASY SCREEN               | NEGATIVE        | 500 ng/mL              |
| COCAINE METABOLITE SCR       | NEGATIVE        | 150 ng/mL              |
| OPIATES SCREEN               | NEGATIVE        | 2000 ng/mL             |
| MARIJUANA METABOLITE         | POSITIVE        | 50 ng/mL               |
| 6-AM SCREEN                  | NEGATIVE        | 10 ng/mL               |
| PHENCYCLIDINE                | NEGATIVE        | 25 ng/mL               |

CONFIRMATION

|                         | RESULT / STATUS | CUTOFF VALUE |
|-------------------------|-----------------|--------------|
| GC/MS MARIJUANA METABOLITE | 29 POSITIVE  | 15 ng/mL     |

RESPONSIBLE PERSON: JOHN IRVING, MS, RP

REPORT CERTIFIED BY LYUDMILA BURDYUGOVA

Page 1

Copyright 2012 Clinical Reference Laboratory.    All Rights Reserved.
8433 Quivira Road, Lenexa, Kansas 66215.    (913) 492-3652

FCB: CLS.PYC.ETC

[ end of report ]

§ 40.87  What are the cutoff concentrations for drug tests?

(a) As a laboratory, you must use the cutoff concentrations displayed in the following table for initial and confirmatory drug tests. All cutoff concentrations are expressed in nanograms per milliliter (ng/mL). The table follows:

| Initial test analyte | Initial test cutoff concentration | Confirmatory test analyte | Confirmatory test cutoff concentration |
|---|---|---|---|
| Marijuana metabolites | 50 ng/mL | THCA[1] | 15 ng/mL |
| Cocaine metabolites | 150 ng/mL | Benzoylecgonine | 100 ng/mL |
| Opiate metabolites | | | |
| Codeine/Morphine[2] | 2000 ng/mL | Codeine | 2000 ng/mL |
| | | Morphine | 2000 ng/mL |
| 6-Acetylmorphine | 10 ng/mL | 6-Acetylmorphine | 10 ng/mL |
| Phencyclidine | 25 ng/mL | Phencyclidine | 25 ng/mL |
| Amphetamines[3] | | | |
| AMP/MAMP[4] | 500 ng/mL | Amphetamine | 250 ng/mL |
| | | Methamphetamine[5] | 250 ng/mL |
| MDMA[6] | 500 ng/mL | MDMA | 250 ng/mL |
| | | MDA[7] | 250 ng/mL |
| | | MDEA[8] | 250 ng/mL |

[1] Delta-9-tetrahydrocannabinol-9-carboxylic acid (THCA).
[2] Morphine is the target analyte for codeine/morphine testing.
[3] Either a single initial test kit or multiple initial test kits may be used provided the single test kit detects each target analyte independently at the specified cutoff.
[4] Methamphetamine is the target analyte for amphetamine/methamphetamine testing.
[5] To be reported positive for methamphetamine, a specimen must also contain amphetamine at a concentration equal to or greater than 100 ng/mL.
[6] Methylenedioxymethamphetamine (MDMA).
[7] Methylenedioxyamphetamine (MDA).
[8] Methylenedioxyethylamphetamine (MDEA).

(b) On an initial drug test, you must report a result below the cutoff concentration as negative. If the result is at or above the cutoff concentration, you must conduct a confirmation test.

(c) On a confirmation drug test, you must report a result below the cutoff concentration as negative and a result at or above the cutoff concentration as confirmed positive.

(d) You must report quantitative values for morphine or codeine at 15,000 ng/mL or above.

[65 FR 79526, Dec. 19, 2000, as amended at 75 FR 49862, August 16, 2010; 77 FR 26473, May 4, 2012]

§ 40.177  What does the second laboratory do with the split specimen when it is tested to reconfirm the presence of a drug or drug metabolite?

(a) As the laboratory testing the split specimen, you must test the split specimen for the drug(s)/drug metabolite(s) detected in the primary specimen.

(b) You must conduct this test without regard to the cutoff concentrations of § 40.87.

(c) If the test fails to reconfirm the presence of the drug(s)/drug metabolite(s) that were reported positive in the primary specimen, you must conduct validity tests in an attempt to determine