


Print Edition

- About
- O'S Reader
- Dispatches
- CBDiary
- Off Topic
- Songs
- Correspondence
- Contact

Home » The Second Column »

# Dixie Elixirs "Unfit for Human Consumption?"



21 November 2013   From Martin A. Lee, ProjectCBD.org:

Tamara Wise, the former chief scientist at Medical Marijuana Inc and Dixie Elixirs, denounces the company and their products in her Nov. 20 facebook post. Wise wrote:

> "I'm tired of so called CBD companies claiming that what they provide is medicine. Anyone using a CBD from hemp product please be aware of what you're actually getting b/c it is not what you think. These formulations start with a crude and dirty hemp paste (contaminated with microbial life! I have seen this and these organisms decompose the paste. The paste perhaps even contains residual solvent and other toxins as the extraction is done in China ) made in a process that actually renders it unfit for human consumption. What these companies are doing is criminal and dangerous. In fact MJNA's RSHO is literally just this hemp paste diluted in hemp seed oil. No refinement at all!!! And what Dixie Botanicals is offering is beyond disturbing. I cannot keep quiet any more. And since I formulated most of these products as head of Dixie science, I feel responsible for spreading the truth. I left Dixie for ethical reasons but it is not enough to just walk away. These frauds need to be exposed for what they are. Look out for my tell all article coming soon and feel free to contact me directly with questions as it is time to blow the whistle. Let's keep this industry pure and safe." — Tamar Wise, formerly head of Dixie Science.

An article in the Winter/Spring 2013 O'Shaughnessy's questioned the integrity of the Dixie/MMJ Inc operation.

## Search

## Support O'Shaughnessy's



"I make shoes for everyone, even you, while I still go barefoot." —Bob Dylan

## O'S Available Here