1       Graham

2       Q.   And when the statute is
3  interpreted for you; is that correct?
4       A.   Well, I can interpret that for
5  myself without all of the bells and
6  whistles that you just went to.
7       Q.   Who gave you the statute to
8  look at?
9       A.   I looked it up.
10      Q.   That was the 2017 one?
11      A.   Correct.
12      Q.   And you looked at the 2017
13 statute without any reference to what the
14 statute said in 2012; is that correct?
15      A.   Correct.
16      Q.   When you looked at the 2017
17 statute, you didn't look at any of the
18 legislative history regarding the 2017
19 statute; is that correct?
20      A.   Correct.
21      Q.   When you looked at the 2017
22 statute, you didn't look at any
23 decisional law that may have been used to
24 interpret that statute; is that correct?
25      A.   Correct.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 502, New York, NY 10123 1.800.642.1099