1           Graham
2  have to have a follow-up conversation;
3  however, within my field I know of more
4  specific laboratories that would be
5  probably better options for testing THC
6  than EMSL.
7        Q.   Did you call EMSL and speak to
8  them on the telephone to see if they had
9  the expertise?
10       A.   I did not.
11       Q.   Is it then fair to say based
12 upon your observations of EMSL on the
13 internet, is it fair to say that it's
14 your professional opinion that they do
15 not have the expertise to test products
16 for THC?
17       A.   I don't know.
18       Q.   Is it your professional
19 opinion that based upon your observations
20 that EMSL is not the best of choice to
21 test a product for THC?
22       A.   I can't tell you that either.
23       Q.   Based upon your observations
24 and your experiences, is it your
25 professional opinion that there are

```
                                                            23
 1                     Graham
 2    better facilities than EMSL to test
 3    products for THC?
 4         A.    There are facilities that
 5    would be my preferred choices over EMSL
 6    based on what I know.
 7         Q.    If you took those -- can you
 8    give me an example of those preferred
 9    facilities?
10         A.    The one that I tend to use the
11    most is NMS Labs.
12         Q.    That's your number 1, right?
13         A.    Uh-hum.
14         Q.    What is your number 2?
15         A.    They're usually my go-to lab.
16    I don't have a per se number 2 off the
17    top of my head.
18         Q.    So faced with an option of
19    sending a product to NMS labs or EMSL
20    labs for testing for THC, in your
21    professional opinion, NMS Labs would be
22    the better choice?
23         A.    They specialize in toxicology
24    services, so if I was directing where a
25    sample would be provided for that
```