# KUPILLAS, UNGER & BENJAMIN, LLP

1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493
(718) 425-0692 (Fax)
E-mail: jbenjamin@nyfraudlaw.com

---

November 27, 2018

<u>**Via ECF**</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

     Re:    *Horn v. Medical Marijuana, Inc., et al.*
               **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

     This office represents Plaintiffs in this matter. The Court recently gave the parties until this Friday, <u>November 30, 2018</u> for responsive papers and a week after for replies. I write seeking an amended briefing schedule for these multiple motions for an additional 1 week.

     Plaintiffs are now charged with 1) opposing defendants MMI/RDH's motion to strike evidence; 2) replying to defendants MMI/RDH's Opposition to plaintiffs' motion for summary judgment; 3) opposing defendant DIXIE's motion to strike evidence; and 4) replying to defendant DIXIE's Opposition to plaintiffs' motion for summary judgment.

     However, defendants' need only respond to two (2) of the above.

     Given the intervening Thanksgiving holiday and other matters this week, completing these four (4) interrelated sets of papers has become extremely taxing and demands additional time. Again, I am the sole attorney responsible, knowledgeable and able to do all four sets above.

     I respectfully propose the following new briefing schedule, extended by one (1) week, again with the consent of counsel for the certain defendants' MMI/RDH.

     A) Oppositions to new motions, and replies as to Motions for Summary Judgment due by <u>December 7, 2018</u>;
     B) Replies to oppositions on recently filed motions by <u>December 14, 2018</u>;

     Thank you for Your Honor's consideration of this request.

                                  Very truly yours,

                                  *Jeffrey Benjamin*

---