UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DOUGLAS J. HORN, et al.,

                          Plaintiff(s),

v.

MEDICAL MARIJUANA, INC., et al.,

                          Defendant(s).

_____

***MEDIATION CERTIFICATION***

__15__ - cv - __701__

I hereby certify that:

☑ The mediation session scheduled for __11/27/18__ has been adjourned to __2/28/19__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 11/28/2018        Mediator: /S/ Michael Menard

**Additional Comments:**
_____
_____
_____

[Print]  [Clear Form]