# MAZZOLA LINDSTROM LLP

Jean-Claude Mazzola  
jeanclaude@mazzolalindstrom.com

D: 646.216.8585

April 25, 2019

**VIA ECF**

Hon. Frank P. Geraci, Jr.  
Chief U.S. District Judge  
U.S. Courthouse  
100 State Street  
Rochester, NY 14614

        **RE:** **Horn v. Medical Marijuana, Inc., Dixie Elixirs and Edibles, Red Dice Holdings, LLC, and Dixie Botanicals**  
             **Index No.: 1:15-cv-00701-FPG-MJR**  
             <u>**Our File No.: Dixie Elixirs -00001**</u>

Dear Chief Judge Geraci:

We represent Defendant, Dixie Elixirs in the above-referenced matter.

We write to make an unopposed request that the Court accelerate the date of the Status Conference set for May 16, 2019 pursuant to the Text Order dated April 19, 2019 to May 9, 2019 instead. We have met and conferred with all counsel and they have consented to this request, and this is the first request to extend this conference. If the proposed date is unavailable, we respectfully request that the conference be adjourned until after May 27, 2019 as lead counsel will be overseas on previously arranged business.

We thank the court for its consideration of this request and attention to this matter.

                                                Respectfully submitted,

                                                Mazzola Lindstrom LLP

                                                Jean-Claude Mazzola

JCM/hs

cc:      All parties via ECF