# KUPILLAS, UNGER & BENJAMIN, LLP

**1 Linden Place, Suite 410-A**
**Great Neck, NY 11021**
**(516) 213-4493**
**(718) 425-0692 (Fax)**
E-mail: **jbenjamin@nyfraudlaw.com**

---

June 17, 2019

**Via ECF**

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

    Re:    ***Horn v. Medical Marijuana, Inc., et al.***
                **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

    This office represents Plaintiffs in this matter. The Status Conference in this matter is scheduled for **Thursday, June 20, 2019 at 9:30a.**

    I write to respectfully request that I be allowed to appear by phone that day.

    Thank you for Your Honor's consideration.

                              Very truly yours,

                              *Jeffrey Benjamin*
                              Jeffrey Benjamin, Esq.

JB
cc: All parties via *ECF*