UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS J. HORN and CINDY HARP-HORN,

                        Plaintiffs,

-against-

MEDICAL MARIJUANA, INC., DIXIE ELIXIRS
AND EDIBLES, RED DICE HOLDINGS, LLC,
and DIXIE BOTANICALS,

                        Defendants.

**NOTICE OF APPEARANCE OF COUNSEL**

Civil Action No. 15-cv-701-FPG

---

Notice is hereby given of the entry of the undersigned as additional counsel for defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC in the above entitled action. Roy A. Mura, Esq. will remain as lead counsel for the defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relative to this action should be also directed to and served upon:

    Scott D. Mancuso, Esq.
    MURA & STORM, PLLC
    930 Rand Building
    14 Lafayette Square
    Buffalo, New York 14203
    (716) 855-2800
    scott.mancuso@muralaw.com

DATED:    Buffalo, New York
                June 25, 2019

*[signature]*

Scott D. Mancuso, Esq.
MURA & STORM, PLLC
*Attorneys for Defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
eric.boron@muralaw.com

cc: Jeffrey Benjamin, Esq.
JEFFREY BENJAMIN, P.C.
*Attorneys for Plaintiffs*
118-21 Queens Boulevard, Suite 501
Forest Hills, New York 11375
(718) 263-1111

Wendy J. Lindstrom, Esq.
MESSNER REEVES, LLP
*Attorneys for Defendant Dixie Elixirs LLC*
805 Third Avenue, 18th Floor
New York, New York 10022
(646) 663-1860