UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                 Civ Action No: 15-cv-701 FPG/MJR

     Plaintiff,

 -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,
     Defendants,
-------------------------------------------------------------------X

## PLAINTIFF/APPELLANT'S INDEX TO THE RECORD ON APPEAL

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2018 | 61 | MOTION for Summary Judgment *and/or for Judgment on the Pleadings* by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Statement of Undisputed Facts, # 2 Declaration Declaration of Roy A. Mura, Esq., # 3 Exhibit Exhibit A to Declaration of Roy A. Mura -- Complaint, # 4 Exhibit Exhibit B to Declaration of Roy A. Mura -- Answer of MMI and RDH, # 5 Exhibit Exhibit C to Declaration of Roy A. Mura -- EBT of Douglas Horn, # 6 Exhibit Exhibit D to Declaration of Roy A. Mura -- EBT of Cindy Harp-Horn, # 7 Exhibit Exhibit E to Declaration of Roy A. Mura -- Fall 2012 High Times Medical Marijuana Magazine, # 8 Exhibit Exhibit F to Declaration of Roy A. Mura -- EBT of Dr. Cindy Orser, # 9 Exhibit Exhibit G to Declaration of Roy A. Mura -- Expert Report of Dr. Cindy Orser, # 10 Exhibit Exhibit H to Declaration of Roy A. Mura -- CannLabs Testing Certificates, # 11 Declaration Declaration of Stuart W. Titus, PhD, # 12 Declaration Declaration of Michelle L. Sides, Esq., # 13 Exhibit Exhibit A to Declaration of Michelle L. Sides, # 14 Memorandum in Support)(Mura, Roy) (Entered: 08/30/2018) |
| 08/30/2018 | 62 | MOTION for Summary Judgment by Dixie Elixirs and Edibles. (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Affidavit, # 4 Statement of Undisputed Facts, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 |

|  |  | Exhibit)(Mazzola, Jean-Claude) (Entered: 08/30/2018) |
|---|---|---|
| 11/16/2018 | 69 | RESPONSE in Opposition re 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings* filed by Cindy Harp-Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Op Agr, # 3 Exhibit Dixie v. MMI, # 4 Exhibit SEC FIling, # 5 Exhibit Magazine, # 6 Exhibit First FAQ, # 7 Exhibit Second FAQ, # 8 Exhibit Invoice, # 9 Exhibit CRL Test, # 10 Exhibit Lab Test, # 11 Exhibit Email, # 12 Exhibit Cert of Analysis, # 13 Exhibit Bottle Label, # 14 Exhibit Launch, # 15 Exhibit Tamar Wise, # 16 Exhibit Deft Expert Dep, # 17 Exhibit Pltf Econ CV, # 18 Exhibit Expert Econ Report, # 19 Affidavit Plaintiffs' Affid, # 20 Affidavit Plaintiffs' Suppl Affid, # 21 Affidavit Affid Ellen Voie, # 22 Affidavit Affid Dr. Graham, # 23 Exhibit Graham CV, # 24 Exhibit Graham Report, # 25 Exhibit Graham Report 2, # 26 Memorandum in Support MOL - MMI)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 11/16/2018 | 70 | RESPONSE in Opposition re 62 MOTION for Summary Judgment filed by Cindy Harp-Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Magazine, # 3 Exhibit First FAQ, # 4 Exhibit Second FAQ, # 5 Exhibit Invoice, # 6 Exhibit CRL Test, # 7 Exhibit Lab Test, # 8 Exhibit Email, # 9 Exhibit Cert of Analysis, # 10 Exhibit Bottle Label, # 11 Exhibit Launch, # 12 Exhibit Tamar Wise, # 13 Exhibit Deft Expert Dep, # 14 Exhibit Pltf Expert CV, # 15 Exhibit Pltf Expert Econ Report, # 16 Affidavit Pltf Affidavit, # 17 Affidavit Pltf Suppl Affid, # 18 Affidavit Affid Ellen Voie, # 19 Affidavit Affid Dr Graham, # 20 Exhibit Graham CV, # 21 Exhibit Graham Report, # 22 Exhibit Graham Report 2, # 23 Memorandum in Support MOL Dixie)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 12/07/2018 | 85 | REPLY/RESPONSE to re 70 Response in Opposition to Motion,,, filed by Dixie Elixirs and Edibles. (Sheps, Hanoch) (Entered: 12/07/2018) |
| 12/07/2018 | 86 | MEMORANDUM in Support re 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings* filed by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Gvertz, Daniel) (Entered: 12/07/2018) |
| 04/17/2019 | 88 | DECISION AND ORDER: Plaintiffs' motion to amend 68 is GRANTED IN PART and DENIED IN PART. Defendants' motions to strike [71, 74] are DENIED. Plaintiffs' motion for partial summary judgment 60 is DENIED. Defendants' motions for summary judgment 61 62 are GRANTED IN PART and DENIED IN PART. As a result of these rulings, the only surviving claims are Douglas's claims for fraudulent inducement and civil RICO. All other claims |

|  | against Defendants are dismissed. The Clerk of Court is directed to amend the name of Defendant "Dixie Elixirs and Edibles" to "Dixie Holdings, LLC a/k/a Dixie Elixirs." By separate order, the Court will schedule a status conference to hear from the parties on the progress of this action. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 4/17/2019. (MFM) |
|---|---|

Dated: New York, New York

August 7, 2019

KUPILLAS, UNGER & BENJAMIN, LLP

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.,
Attorney for Plaintiffs
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 655-9536