UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN,
CINDY HARP-HORN

                    -v-

MEDICAL MARIJUANA, INC., ET AL

_____

15-CV-701
USCA: Enter USCA #

**CLERK'S CERTIFICATE /
INDEX**

     I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

     **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

     Docket No. **All Documents Filed Electronically.**

     Upon your request, we will make the above documents available to you.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/K.McMillan
_____
Deputy Clerk

DATED:     August 8, 2019

          Buffalo, NY