UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                              Plaintiffs,

                       -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

                             Defendants,
-------------------------------------------------------------------X

Civil Action No:
15-cv-701 FPG/MJR

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to FRCP 54(b); and upon the Declaration of Jeffrey Benjamin, Esq., dated August 9, 2019 and all Exhibits, papers and proceedings herewith and heretofore had herein, Plaintiffs, by their counsel, will move this Court before the Hon. Frank P. Geraci, Jr. United States District Judge at the U.S. Courthouse, 2 Niagara Square Buffalo, New York 14202 for an Order pursuant to F.R.C.P. 54(b) granting Plaintiffs' Motion to issue a final Order and Judgment by this Court as to the claims of Plaintiff, Cindy Harp-Horn, for purposes of her appeal, along with such other and further relief as this Court deems just proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Court Rules, answering/reply affidavits, if any, are required served to the undersigned within fourteen (14) days.

Dated: New York, New York
       August 9, 2019

Respectfully Submitted,
KUPILLAS, UNGER & BENJAMIN, LLP

*Jeffrey Benjamin*
Jeffrey Benjamin, Esq.
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 655-9536
jbenjamin@nyfraudlaw.com