UNITED STATES DISTRICT COURT                                    Form 1
WESTERN DISTRICT OF NEW YORK

**DOUGLAS J. HORN, et al.**,

Plaintiff,

v.                                          NOTICE OF APPEAL

**MEDICAL MARIJUANA, INC., et al.**,         **15** -CV- **701-FPG**

Defendant(s).

Notice is hereby given that **DOUGLAS J. HORN & CINDY HARP-HORN** **the Plaintiffs** [*identify yourself as plaintiff or defendant in the district court action*] in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from _____ all **X** part [*check one*] of the decision of this Court entered on **April 17, 2019**, 20____.

[*Complete the next section only if you are not appealing the whole order.*] I am appealing from the part of the order which **granted defendants' motions for summary judgment [DEs Nos. 61 and 62] and dismissed the claims of plaintiff CINDY HARP-HORN, and denied the plaintiffs' motion for partial summary judgment [DE Nos. 60].**

Dated: **May 16, 2019**, 20___        **/ s / Jeffrey Benjamin /**
                                          *Signature*

                                          **Kupillas Unger & Benjamin LLP**
                                          *Print Your Name*
                                          **By: Jeffrey Benjamin, Esq.**

                              Address:   **5 Penn Plaza, 23rd Floor**

                                          **New York, New York 10001**

                              Telephone: **(212) 655-9536**

                                          **jbenjamin@nyfraudlaw.com**