# KUPILLAS, UNGER & BENJAMIN, LLP

1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493
(718) 425-0692 (Fax)
E-mail: jbenjamin@nyfraudlaw.com

August 15, 2019

<u>Via ECF</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

   Re: ***Horn v. Medical Marijuana, Inc., et al.***
      **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

  This office represents plaintiffs in this matter.

  In its Scheduling Order at Docket Entry #98, the Court scheduled plaintiff's response to defendant MMI's Motion for Reconsideration (at Doc Entry #97) for tomorrow Friday, August 16, 2019. I write to respectfully request an extension of time for these opposition papers to <u>September 13, 2019</u>.

  The reasons are as follows. Defendant MMI's motion is in its essence a new summary judgment motion as to plaintiff's RICO claim. This is naturally resulting in substantial legal research in addition to further consultation and testimony from plaintiff's expert witness. Moreover, the Scheduling Order itself calls for additional legal issues to be addressed apart from those presented in the defendant's motion.

  We continue to research the legal and factual issues presented for this motion, and are coordinating with our expert to craft plaintiffs' response. We simply need more time.

  This is plaintiffs' first request for an extension of time as to this motion.

  Thank you for Your Honor's consideration.

          Very truly yours,

          *Jeffrey Benjamin*

          Jeffrey Benjamin, Esq.

cc: All parties via *ECF*