

ROY A. MURA
SCOTT D. STORM*
KRIS E. LAWRENCE
SCOTT D. MANCUSO
RYAN M. MURA
BRENDAN S. BYRNE
CHERYL D. KENNEDY

*Also admitted in PA

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK  14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANT
DOREEN WATSON

ANNA-LISA BONVENTRE
TRACEY J. EPSTEIN
Of Counsel

September 3, 2019

Hon. Frank P. Geraci, Jr.  **VIA ECF**
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

    **Re:**  *Horn v. Medical Marijuana, Inc., et al.*
       **Civil Action No.:**  **1:15-cv-00701 FPG/MJR**
       **Our File No.:**    **7023**

Dear Chief Judge Geraci:

   I represent the defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC in the referenced action. I request leave of the Court to appear on behalf of my clients at the upcoming status conference of September 20, 2019 by telephone.

          Respectfully submitted,

          **MURA&STORM, PLLC**

          Roy A. Mura

RAM/me

  cc: <u>Via ECF:</u>
     Jeffrey Benjamin, Esq.
     Jean-Claude Mazzola, Esq.