# KUPILLAS, UNGER & BENJAMIN, LLP

1 Linden Place, Suite 410-A
Great Neck, NY 11021
(516) 213-4493
(718) 425-0692 (Fax)
E-mail: jbenjamin@nyfraudlaw.com

---

October 17, 2019

<u>**Via ECF**</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

      Re:    ***Horn v. Medical Marijuana, Inc., et al.***
               **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

     This office represents plaintiffs in this matter.

     Defendants filed their respective reply and opposition papers at Doc #116-117 on their FRCP 54(b) motion as well as plaintiff's cross-motion under 54(b) for similar relief. However, it appears that the Court did not allow plaintiff an opportunity to file a reply on his cross-motion under FRCP 54(b).

     Plaintiff's expert Dr. Kenneth Graham has identified multiple inaccurate points in the defense's arguments in its Doc #116-117 that he has said demand a response and/or clarification.

     As such, plaintiff respectfully requests a <u>*two week period*</u> in which to file reply papers to defendants' opposition papers on plaintiff's cross-motion.

     Thank you for Your Honor's consideration.

                                                         Very truly yours,

                                                          *Jeffrey Benjamin*
                                                          Jeffrey Benjamin, Esq.

cc: All parties via *ECF*

---