

ROY A. MURA
SCOTT D. STORM*
KRIS E. LAWRENCE
SCOTT D. MANCUSO
RYAN M. MURA
BRENDAN S. BYRNE

*Also admitted in PA

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK  14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANT
DOREEN A. WATSON


TRACEY J. EPSTEIN
Of Counsel

November 1, 2019


Hon. Frank P. Geraci, Jr.                                                                                   **VIA ECF**
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

      **Re:**  ***Horn v. Medical Marijuana, Inc., et al.***
         **Civil Action No.**  :  **1:15-cv-00701 FPG/MJR**
         **Our File No.**   :  **7023**

Dear Chief Judge Geraci:

    My office represents the defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC (MMI/RDH) in the referenced action.

    On October 18, 2019, the Court issued a text order (Dkt. 119) permitting plaintiffs to file a reply regarding their cross-motion for reconsideration by November 1, 2019. The Court further stated that no further briefing is permitted absent prior leave.

    On October 31, 2019, plaintiffs filed an Affidavit of Kenneth D. Graham, Ph.D. (Dkt. 120). This affidavit states in paragraph 2 that it is "in rebuttal to MMI/RDH's response to plaintiff's opposition to MMI/RDH's motion pursuant to Fed. R. Civ. P. 54(b) for reconsideration and revision[.]" This means that the affidavit is not truly a reply affidavit in further support of the plaintiffs' cross-motion for reconsideration, but a sur-reply affidavit in further opposition to MMI/RDH's pending motion (Dkt. 97). Moreover, regardless of how the affidavit is characterized, the substance of the affidavit touches upon issues raised in MMI/RDH's pending motion.

    As the plaintiffs have filed what is stated to be a sur-reply affidavit, and the affidavit contains numerous statements which require a response in order to clarify the issues currently before the Court, MMI/RDH respectfully requests the Court's permission to also file a sur-reply with respect to the plaintiffs' most recent filing. With the Court's permission, MMI/RDH could file the same within one week of the Court's text order.

**MURA&STORM, PLLC**

Hon. Frank P. Geraci, Jr.
November 1, 2019
Page 2

      Thank you for your attention to and consideration of this request.

                Respectfully submitted,

                **MURA&STORM, PLLC**

                Roy A. Mura

RAM/sdm

cc:    <u>Via ECF:</u>
       Jeffrey Benjamin, Esq.
       Jean-Claude Mazzola, Esq.