# Is Dixie X Elixer a Controlled Substance under the US Controlled Substances Act?

