✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | NEW YORK |

| DOUGLAS J. HORN, et al. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MEDICAL MARIJUANA INC., et al. | Case Number:  15-CV-701 FPG |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Frank Geraci | Jeffrey Benjamin, Esq. | Roy Mura, Esq., Jean Claude Mazzola, |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| unknown | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | High Times Magazine Article Page 42 |
| 2 | | | | | FAQs by Defendant Dixie |
| 3 | | | | | YouTube videos: 1) https://youtu.be/Urlwtw_xQ48; 2) https://youtu.be/yDjIGXS58ds; 3) https://youtu |
| 4 | | | | | Dixie Press Release of May 2, 2012 |
| 5 | | | | | Packing Slips, Invoices, Receipts for Product |
| 6 | | | | | Bottles, Labels |
| 7 | | | | | Clinical Reference Laboratory test results |
| 8 | | | | | EMSL Report |
| 9 | | | | | EMSL Emails to Plaintiff |
| 10 | | | | | Defendants' Certificates of Analysis |
| 11 | | | | | Enterprise 401k Statements |
| 12 | | | | | Plaintiff's Tax Returns |
| 13 | | | | | Expert Reports of Kenneth Graham |
| 14 | | | | | Expert Report of Mark Zaporowski |
| | | | | | WITNESSES |
| 1 | | | | | Tripp Keber |
| 2 | | | | | Douglas J. Horn |
| 3 | | | | | Cindy Horn |
| 4 | | | | | Scott Van Etten |
| 5 | | | | | Dr. Kenneth Graham |
| 6 | | | | | Dr. Mark Zaporowski |
| 7 | | | | | Jerrod Ponder |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.