# BENJAMIN ♦ HART, P.C.

**5 Penn Plaza, 23rd Floor**
**New York, New York 10001**
**(212) 835-1532**
**(718) 425-0692 (Fax)**

---

September 23, 2020

<u>**Via ECF**</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

      Re:    ***Horn v. Medical Marijuana, Inc., et al.***
               **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

    This office represents plaintiff in this matter.

    I am writing to request leave to appear at the Pre-Trial Conference in this matter on October 2, 2020 by phone or video. In the alternative, if the Court wishes this Conference to be only in-person, I must request the Conference be moved either a) backwards to October 1, 2020, or b) to the week after, any day October 6-8, or another day convenient to the Court and the defense.

    I did reach out to both defense counsel who each would not consent to my appearance by phone or video.

    As I explained to counsel, the reason for my request is that when the Court rescheduled this Conference in August, I did not realize that the afternoon and evening of October 2, 2020 is a high religious holiday for us, and a trip to Rochester would be extremely difficult that day. Originally, the Conference was scheduled for a Thursday and I had thought that day was carried through to the new date.

    Thank you for Your Honor's consideration.

                                               Very truly yours,

                                               *Jeffrey Benjamin*
                                               Jeffrey Benjamin, Esq.

cc: All parties via *ECF*