**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

DOUGLAS J. HORN and CINDY HARP-HORN,

                *Plaintiffs*,

-against-

MEDICAL MARIJUANA, INC., DIXIE HOLDINGS, LLC, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,

                *Defendants*.

Civil Action No. 15-cv-701-FPG

**DECLARATION OF**
**JEAN-CLAUDE MAZZOLA**

1. I am a partner in the law firm of Mazzola Lindstrom LLP, attorneys for Dixie Holdings, LLC and am duly licensed to practice law in the state of New York and the United States District Court for the Western District of New York.

2. I submit this affirmation in support of Dixie's Motion in Limine to preclude plaintiffs' trial exhibits, pursuant to the courts final pretrial order and FRCP upon my personal review and familiarity with the proceedings held herein.

3. In support of this motion, I annex the following the exhibits:

- Exhibit "A" – Defendant Dixie Elixirs, LLC Combined Demands to Plaintiffs, date August 24, 2016

- Exhibit "B" – Excerpts of Dr. Graham deposition transcript, December 1, 2017, pp. 93 and 94.

- Exhibit "C" – Declaration of defendants' expert Dr. Cindy Orser.

WHEREFORE, based upon the foregoing, defendants request that the court preclude plaintiffs' proposed trial exhibits 2, 3, 4, 7, 8, 9, 10, 13 & 14.

Dated: September 24, 2020
      New York, New York

                                      Respectfully submitted,

                    Mazzola Lindstrom LLP

                    By: Jean-Claude Mazzola
                    Attorneys for defendant
                    Dixie Holdings, LLC
                    1350 Avenue of the Americas, 2nd Floor
                    New York, New York 10019
                    Tel:    646-216-8300
                    Cell:   646-250.6666
                    Email: jeanclaude@mazzolalindstrom.com

cc:    All parties via ECF