# Dixie
# Motion in Limine
# EXHIBIT B

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

------------------------------ X
DOUGLAS J. HORN and CINDY
HARP-HORN,

        Plaintiffs,

    vs.                  No. 1:15-cv-00701-G

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC,
and DIXIE BOTANICALS,

        Defendants.
------------------------------ X


DEPOSITION OF EXPERT

KENNETH D. GRAHAM, Ph.D.

New York, New York

December 1, 2017

10:05 a.m.


Reported by:
THERESA TRAMONDO, AOS, CLR
JOB NO. 52834

2

                    December 1, 2017

                      10:05 a.m.


          Deposition of EXPERT
   KENNETH D. GRAHAM, Ph.D., held at the
   offices of Messner Reeves, 805 Third
   Avenue, New York, New York, pursuant to
   Agreement, before Theresa Tramondo,
   AOS, CLR, a Notary Public of the State
   of New York.

93

```
 1                      Graham
 2        Q.    Did you compare the 2017
 3   statute to the 2012 statute?
 4        A.    No, I didn't.
 5        Q.    Did you look at any
 6   legislative history or changes or
 7   modifications to the statute between 2012
 8   and 2017?
 9        A.    No, I didn't.
10        Q.    So it is fair to say -- I'm
11   not trying to be difficult over here --
12   when it comes to the interpretation of
13   the law, that is not your professional
14   discipline; isn't that correct?
15        A.    Correct.
16        Q.    So is it also fair to say that
17   you're not qualified to opine on how a
18   law should be interpreted; is that
19   correct?
20        A.    I can relate a scientific
21   principle to the way the statute is
22   stated.
23        Q.    When the statute is given to
24   you?
25        A.    Yes.
```

94

1           Graham

2       Q.   And when the statute is
3  interpreted for you; is that correct?
4       A.   Well, I can interpret that for
5  myself without all of the bells and
6  whistles that you just went to.
7       Q.   Who gave you the statute to
8  look at?
9       A.   I looked it up.
10      Q.   That was the 2017 one?
11      A.   Correct.
12      Q.   And you looked at the 2017
13 statute without any reference to what the
14 statute said in 2012; is that correct?
15      A.   Correct.
16      Q.   When you looked at the 2017
17 statute, you didn't look at any of the
18 legislative history regarding the 2017
19 statute; is that correct?
20      A.   Correct.
21      Q.   When you looked at the 2017
22 statute, you didn't look at any
23 decisional law that may have been used to
24 interpret that statute; is that correct?
25      A.   Correct.

254

```
 1
 2            C E R T I F I C A T E
 3    STATE OF NEW YORK    )
 4                         : ss.
 5    COUNTY OF NEW YORK   )
 6
 7            I, THERESA TRAMONDO, a Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10            That Kenneth D. Graham, Ph.D.,
11    the witness whose deposition is
12    hereinbefore set forth, was duly sworn
13    by me and that such deposition is a
14    true record of the testimony given by
15    the witness.
16            I further certify that I am
17    not related to any of the parties to
18    this action by blood or marriage, and
19    that I am in no way interested in the
20    outcome of this matter.
21            IN WITNESS WHEREOF, I have
22    hereunto set my hand this 3rd day of
23    December, 2017.       [signature]
24                          _____
25                          THERESA TRAMONDO
```