- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS J. HORN,<br><br>　　　　　　Plaintiffs,<br><br>-vs-<br><br>MEDICAL MARIJUANA, INC.,<br>DIXIE ELIXIRS AND EDIBLES,<br>RED DICE HOLDINGS, LLC,<br>and DIXIE BOTANICALS,<br><br>　　　　　　Defendants. | **NOTICE OF MOTION**<br><br>Case No. 1:15-cv-00701 |

| | | |
|---|---|---|
| MOTION MADE BY | : | Defendants, MEDICAL MARIJUANA, INC., and RED DICE HOLDINGS, LLC, by and through their attorneys, Mura & Storm, PLLC, 930 Rand Building, 14 Lafayette Square, Buffalo, New York 14203. |
| DATE, TIME AND<br>PLACE OF HEARING | : | Date and time of hearing to be determined by the Hon. Frank P. Geraci, with place of hearing to be United States District Court, Western District of New York, 100 State Street, Rochester, New York 14614. |
| SUPPORTING PAPERS | : | This notice of motion; Declaration of Roy A. Mura, Esq., dated September 25, 2020, with annexed exhibits, Declaration of Cindy Orser, dated September 24, 2020, and Memorandum of Law dated September 25, 2020. |
| RELIEF DEMANDED<br>AND GROUNDS THEREFORE | : | An order of this Court precluding or limiting plaintiff's proposed trial exhibits and precluding or limiting testimony from plaintiff's proposed witnesses; and such other, further and/or different relief favoring movants as is just and proper. |

- 2 -

| | | |
|---|---|---|
| ANSWERING PAPERS | : | Pursuant to Hon. Frank P. Geraci's final pre-trial order, absent different deadlines set by the Court. |
| ORAL ARGUMENT | : | Requested, but to be determined and scheduled by the Court. |

Dated:     Buffalo, New York
             September 25, 2020

/s/ Roy A. Mura
Roy A. Mura, Esq.

MURA & STORM, PLLC
*Attorneys for Defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com

cc:     All parties via ECF