1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

------------------------------- X
DOUGLAS J. HORN and CINDY
HARP-HORN,

        Plaintiffs,

        vs.                No. 1:15-cv-00701-G

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC,
and DIXIE BOTANICALS,

        Defendants.
------------------------------- X

DEPOSITION OF EXPERT

KENNETH D. GRAHAM, Ph.D.

New York, New York

December 1, 2017

10:05 a.m.

Reported by:
THERESA TRAMONDO, AOS, CLR
JOB NO. 52834

```
                                                         2
 1
 2
 3
 4                    December 1, 2017
 5                      10:05 a.m.
 6
 7         Deposition of EXPERT
 8    KENNETH D. GRAHAM, Ph.D., held at the
 9    offices of Messner Reeves, 805 Third
10    Avenue, New York, New York, pursuant to
11    Agreement, before Theresa Tramondo,
12    AOS, CLR, a Notary Public of the State
13    of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

93

1                    Graham
2        Q.    Did you compare the 2017
3   statute to the 2012 statute?
4        A.    No, I didn't.
5        Q.    Did you look at any
6   legislative history or changes or
7   modifications to the statute between 2012
8   and 2017?
9        A.    No, I didn't.
10       Q.    So it is fair to say -- I'm
11  not trying to be difficult over here --
12  when it comes to the interpretation of
13  the law, that is not your professional
14  discipline; isn't that correct?
15       A.    Correct.
16       Q.    So is it also fair to say that
17  you're not qualified to opine on how a
18  law should be interpreted; is that
19  correct?
20       A.    I can relate a scientific
21  principle to the way the statute is
22  stated.
23       Q.    When the statute is given to
24  you?
25       A.    Yes.

```
                                                           94
1                        Graham
2        Q.    And when the statute is
3   interpreted for you; is that correct?
4        A.    Well, I can interpret that for
5   myself without all of the bells and
6   whistles that you just went to.
7        Q.    Who gave you the statute to
8   look at?
9        A.    I looked it up.
10       Q.    That was the 2017 one?
11       A.    Correct.
12       Q.    And you looked at the 2017
13  statute without any reference to what the
14  statute said in 2012; is that correct?
15       A.    Correct.
16       Q.    When you looked at the 2017
17  statute, you didn't look at any of the
18  legislative history regarding the 2017
19  statute; is that correct?
20       A.    Correct.
21       Q.    When you looked at the 2017
22  statute, you didn't look at any
23  decisional law that may have been used to
24  interpret that statute; is that correct?
25       A.    Correct.
```

254

C E R T I F I C A T E

STATE OF NEW YORK     )
                      : ss.
COUNTY OF NEW YORK    )

       I, THERESA TRAMONDO, a Notary Public within and for the State of New York, do hereby certify:

       That Kenneth D. Graham, Ph.D., the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of December, 2017.

       _____

       THERESA TRAMONDO