# BENJAMIN ♦ HART, P.C.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532
(718) 425-0692 (Fax)

---

September 29, 2020

**<u>Via ECF</u>**

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

   Re: ***Horn v. Medical Marijuana, Inc., et al.***
      **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

  This office represents Plaintiff in this matter. I will be attending the pre-trial conference in this matter on October 2, 2020. Plaintiff has filed no Motion in Limine as none is necessary.

  However, as of today, I have fully reviewed each Defendant's Motion in Limine filed the evening of September 25, 2020 under ECF Documents #141 and #142 and its Exhibits. These motions are extensive. There are more than 16 sections and subsections of arguments which span the five-year history of litigation in this case. In part, they rely on an expert Affidavit from Dr. Cindy Orser which will require Plaintiff to respond with his own expert Affidavit. In summary, the motions effectively seek to dismiss this case in its entirety.

  I write because these next three days are simply not enough time to properly respond to these motions given their extent and substance, if the Court indeed expects these motions to be argued this Friday.

  Given the above, I respectfully request that as to the *briefing* on these motions, the Court allow the Plaintiff to file his opposition to same on or before <u>October 23, 2020</u>.

  Thank you for Your Honor's consideration to this request.

              Very truly yours,

              *Jeffrey Benjamin*
              Jeffrey Benjamin, Esq.

cc: All parties via *ECF*