

| | | |
|---|---|---|
| ROY A. MURA<br>SCOTT D. STORM*<br>KRIS E. LAWRENCE<br>SCOTT D. MANCUSO<br>RYAN M. MURA<br>BRENDAN S. BYRNE<br><br>*Also admitted in PA | 930 RAND BUILDING<br>14 LAFAYETTE SQUARE<br>BUFFALO, NEW YORK  14203<br>(716) 855-2800<br>(716) 855-2816 (FAX)<br>www.muralaw.com<br>nycoveragecounsel.blogspot.com | LEGAL ASSISTANT<br>DOREEN A. WATSON<br><br><br>TRACEY J. EPSTEIN<br>Of Counsel |

September 29, 2020

Hon. Frank P. Geraci, Jr.                                                                                     **ECF ONLY**
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

       **Re:**  ***Horn v. Medical Marijuana, Inc., et al.***
          **Civil Action No.:**  1:15-cv-00701 FPG/MJR
          **Our File No.:**   7023

Dear Chief Judge Geraci:

  My office represents the defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC (MMI/RDH) in the referenced action. I write in response to the plaintiff's letter motion, filed this afternoon, for an extension of time to respond to defendants' pending motions *in limine* (ECF Docs. 141 and 142).

  If the Court grants plaintiff's motion, I respectfully request that it also allow the defendants no less than a week to reply to plaintiff's opposition papers and reschedule the final pretrial conference for a week after that.  The defendants have moved to preclude from evidence nine of the plaintiff's 14 proposed trial exhibits, so the outcome of the *in limine* motions could impact the length and scope of the final pretrial conference.

  Thank you for your attention to and consideration of this request.

         Respectfully submitted,

         **MURA&STORM, PLLC**

         */s/ Roy A. Mura*

         Roy A. Mura

RAM/me
cc:  All parties via ECF