# BENJAMIN ♦ HART, P.C.

**5 Penn Plaza, 23rd Floor**
**New York, New York 10001**
**(212) 835-1532**
**(718) 425-0692 (Fax)**

---

October 6, 2020

<u>**Via ECF**</u>

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

      Re:    ***Horn v. Medical Marijuana, Inc., et al.***
               **Case No: 15-CV-701 (FPG-MJR)**

Dear Judge Geraci:

      This office represents Plaintiff in this matter. At the Pre-Trial Conference last Friday the Court scheduled the trial of this matter for May 10, 2021 with an interruption for our religious observance on 5/17-5/18 to continue 5/19. I truly appreciated that accommodation to myself and my firm, as well as defense counsel. Your Honor may remember that I agreed that this case should be reasonably concluded within a full two-week trial.

      Upon further reflection however, a two-day interruption in the trial may cause us to spill over to a third week which I hope we can avoid for the Court and all parties' sake. As well, being in Buffalo respectfully presents a difficulty in observing that high holiday. These issues did not initially occur to me as the trial date was set so far off in the future.

      I reached out yesterday to defense counsel for their consent to a <u>JUNE 7, 2021</u> start date, or another convenient to the Court, so that we have a better chance to complete the trial within a full 2 weeks. No defense counsel has yet responded.

      Under these circumstances, I must respectfully request the Court adjourn the trial to June 7, 2021 or a date convenient to the Court. The other due dates and final pre-trial Conference the Court scheduled yesterday need not be disturbed, unless the Court deems necessary.

      Thank you for Your Honor's consideration to this request.

                                               Very truly yours,

                                               *Jeffrey Benjamin*

                                               Jeffrey Benjamin, Esq.

cc: All parties via *ECF*