

ROY A. MURA
SCOTT D. STORM*
KRIS E. LAWRENCE
SCOTT D. MANCUSO
RYAN M. MURA
BRENDAN S. BYRNE

*Also admitted in PA

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK  14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANT
DOREEN A. WATSON

TRACEY J. EPSTEIN
Of Counsel

October 6, 2020

Hon. Frank P. Geraci, Jr.     **ECM/EF ONLY**
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

    Re: ***Horn v. Medical Marijuana, Inc., et al.***
      Civil Action No.: 1:15-cv-00701 FPG/MJR
      Our File No.: 7023

Dear Chief Judge Geraci:

  My office represents the defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC (MMI/RDH) in the referenced action. I write in response to the plaintiff's letter motion, filed this afternoon, for the rescheduling of the jury trial of this action that this Court just last Friday scheduled to begin on Monday, May 10, 2021.

  I write in response and opposition to plaintiff's motion.  The Court stated during last Friday's conference that Wednesday, May 19, 2021 could be a down day if counsel traveling to Buffalo from New York City, including plaintiff's counsel, were unable to travel on May 18 due to the religious holiday.

  Plaintiff's counsel has asked that the trial be rescheduled to start on Monday, June 7, 2021.  I am unavailable that week and the next.  For that reason, I must respectfully oppose plaintiff's motion.

        Respectfully submitted,

        **MURA&STORM, PLLC**

        Roy A. Mura

RAM/me
cc: All parties via ECF