# MAZZOLA LINDSTROM LLP

Hanoch Sheps  D: 646.216.8126
hanoch@mazzolalindstrom.com

November 25, 2020

**VIA EMAIL**

Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

      **RE:** **Horn v. Medical Marijuana, Inc., Dixie Elixirs and Edibles, Red Dice Holdings, LLC, and Dixie Botanicals**
           **Index No.: 1:15-cv-00701-FPG-MJR**
           <u>**Our File No.: Dixie Elixirs -00001**</u>

Dear Chief Judge Geraci:

    We represent Defendant, Dixie Elixirs in the above-referenced matter.

    Per Your Honor's text order dated September 30, 2020 (ECF No. 145), reply briefs on defendants' motion in limine to preclude plaintiff's trial evidence (ECF No. 141) are due this coming Monday, November 30. We write to respectfully request that the deadline be extended by two weeks, to December 14. This is the first request by defendant Dixie Elixirs for an extension of this reply deadline. Your Honor granted the plaintiff's request for an extension to their initial opposition to the same motion through the above-referenced text order.

    Co-defense counsel do not object to this request; our multiple email and telephone requests to plaintiff's counsel to consent or otherwise meet and confer have gone unanswered. In light of the pending holiday and lack of response from plaintiff's counsel, we hereby motion the court directly on this point as per Your Honor's individual rules of practice.

    We thank the court for its consideration of this request and attention to this matter.

                                          Respectfully submitted,

                                          Mazzola Lindstrom LLP

                                          Hanoch Sheps

cc:    All parties via email

1350 Avenue of the Americas, Second Floor, New York, New York 10019 t: 646.216.8300
1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com