**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGLAS J. HORN and CINDY HARP-HORN,<br><br>*Plaintiffs*,<br><br>-against-<br><br>MEDICAL MARIJUANA, INC., DIXIE HOLDINGS, LLC, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,<br><br>*Defendants*. | Civil Action No. 15-cv-701-FPG<br><br><br>**DECLARATION OF**<br>**JEAN-CLAUDE MAZZOLA** |

1. I am a partner in the law firm of Mazzola Lindstrom LLP, attorneys for Dixie Holdings, LLC and am duly licensed to practice law in the state of New York and the United States District Court for the Western District of New York.

2. I submit this declaration and the memorandum of law to which this declaration is annexed in further support of Dixie's Motion in Limine to preclude plaintiffs' trial exhibits, pursuant to the courts final pretrial order and FRCP upon my personal review and familiarity with the proceedings held herein.

WHEREFORE, based upon the foregoing and the reasons set forth in the memorandum of law to which this declaration is annexed, defendants request that the court preclude plaintiffs' proposed trial exhibits 02, 03, 04, 07, 08, 09, 10, 13 & 14.

Dated: December 14, 2020
      New York, New York

                                                 Respectfully submitted,

                                                 Mazzola Lindstrom LLP

                                                 By: Jean-Claude Mazzola
                                                 1350 Avenue of the Americas, 2nd Floor
                                                 New York, New York 10019
                                                 Cell:   646-250.6666
                                                 Email:  jeanclaude@mazzolalindstrom.com