UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                              :

DOUGLAS J. HORN and CINDY HARP-HORN,   :

                                     :    CM/ECF

                        Plaintiffs,    :

                                     :    Index No.: 15-cv-00701 (FPG)(MJR)

    -against-                      :

                                     :

MEDICAL MARIJUANA, INC., DIXIE HOLDINGS,   :    **Notice of Appearance**
LLC, RED DICE HOLDINGS, LLC, and DIXIE    :
BOTANICALS,                     :

                                     :

                     Defendants.   :
--------------------------------------------------------------------X

       The undersigned hereby appears as counsel for defendant Dixie Holdings, LLC in this

action.

Dated:  New York, New York
          December 15, 2020

                               Respectfully submitted,

                                Mazzola Lindstrom LLP

                                By:_____
                                Richard E. Lerner
                                Attorneys for defendant Dixie Holdings, LLC
                                1350 Avenue of the Americas, 2nd Floor
                                New York, New York 10019
                                Tel:   646-216-8300
                                Cell:  917-584-4864
                                richard@mazzolalindstrom.com