IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS J. HORN,<br><br>    Plaintiff,<br><br>-vs-<br><br>MEDICAL MARIJUANA, INC., et al.,<br><br>    Defendants. | **NOTICE OF MOTION**<br><br>Case No. 1:15-cv-00701 |

| | | |
|---|---|---|
| MOTION MADE BY | : | Defendants, MEDICAL MARIJUANA, INC., and RED DICE HOLDINGS, LLC, by and through their attorneys, Mura Law Group, PLLC, 930 Rand Building, 14 Lafayette Square, Buffalo, New York 14203. |
| DATE, TIME AND PLACE OF HEARING | : | Date, time and place of hearing to be determined by the United States District Court Magistrate Judge Jonathan W. Feldman. |
| SUPPORTING PAPERS | : | This notice of motion; Declaration of Roy A. Mura, Esq., dated July 7, 2021, with annexed exhibits. |
| RELIEF DEMANDED AND GROUNDS THEREFORE | : | An order of this Court pursuant to Fed R. Civ. P. 45(d)(3) quashing the plaintiff's trial subpoena of Michelle Sides, Esq., dated June 25, 2021; and such other, further and/or different relief favoring movants as is just and proper. |
| ANSWERING PAPERS | : | To be filed and served as directed by Magistrate Judge Feldman. |
| ORAL ARGUMENT | : | Requested. |

Dated:    Buffalo, New York
       July 7, 2021

- 2 -

        /s/ Roy A. Mura
        Roy A. Mura, Esq.

MURA LAW GROUP, PLLC
*Attorneys for Defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com

cc:    All parties via ECF