

www.archive.org
415.561.6767
415.840.0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF ELIZABETH ROSENBERG

1. I am a Records Request Processor at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of browser printouts of the Internet Archive's records of the archived files for the URLs and the dates



specified in the footer of the printout or an attached coversheet (in the case of records for which a browser does not provide a ready option to print a URL in the footer, e.g., in the case of a PDF file).

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 10/19/2020

Elizabeth Rosenberg

# Exhibit A

http://www.dixiex.com/index.php/2012-all-press-and-news

- Home
- About Dixie X
- Online Store
- Press Kit

Search Our Site

# 2012 All Press and News

- 2012 News and Press
  Medical Marijuana Inc., a Portfolio Company, Red Dice Hol Inc. announces the official nationwide online sales launch of Dixie X
  09-05-2012
  Read more
- 2012 News and Press
  Medical Marijuana Inc., President Michael Llamas and Director Tripp Keber Appeared on Recent Internet Radio Programs
  08-08-2012
  Read more
- 2012 News and Press
  Medical Marijuana Inc.'s & Dixie Elixir's Tripp Keber to Appear on Cannabis Radio Tonight
  08-07-2012
  Read more
- 2012 News and Press
  Medical Marijuana Inc. Portfolio Company, Red Dice Holdings, Announces a Press Run at the Walk-in Retail Dixie Elixirs
  06-01-2012
  Read more
- 2012 News and Press
  Medical Marijuana Inc. Appoints Vincent ("Tripp") Keber to Board of Directors
  05-30-2012
  Read more
- 2012 News and Press
  Dixie Elixirs & Edibles and PhytoSPHERE Systems, Portfolio Companies of Medical Marijuana Inc., Announce Relationship with New Licensing Agreement
  05-10-2012
  Read more
- 2012 News and Press
  Medical Marijuana Inc.'s Dixie Elixir and Edibles brand to Launch First non-THC Based Line of Health and Wellness Products
  05-01-2012
  Read more
- 2012 News and Press
  Medical Marijuana Inc. and Dixie Elixirs Strike Innovative Agreement for Medical Dixie Elixirs brand for other MMJ Legal States
  04-17-2012
  Read more

More news...

## Company Menu

- About Dixie X
- Privacy Policy
- Terms of Use Agreement
- Contact Us

### Get to Know Us
Press Releases

Free MJ Newsletter

Privacy Policy

Terms of Use Agreement

### Make Money with Us
Become a Wholesaler

Wholesale Login

Become an Affiliate (coming soon)

### Let Us Help You
Review Your Auto Shipment orders

Shipping Rates and Policy

Return Policy

Contact Us

Copyright Dixie X © 2012. All Rights Reserved.

- Home
- About Dixie X
- Online Store
- FAQ
- Your Cart

Search Our Site

# FAQ

### Is CBD from hemp legal?

Our revolutionary Hemp oil cannabidiol (CBD) wellness products are legal to consume both here in the U.S. and in many countries abroad. The United States currently considers industrial hemp products to be legal as long as they are derived from industrial hemp and not from any part of the plants categorized under the United States Controlled Substance Act as marijuana. Dixie x's parent company Medical Marijuana, Inc., is a publicly traded company (see link http://www.otcmarkets.com/stock/MJNA/quote) that does not grow, sell or distribute any substances that violate United States Law or the controlled substance act.

### Is the CBD in Dixie X synthetic?

Dixie X Hemp CBD Wellness Products are derived from a Hemp whole plant extract. We are proud to offer this naturally occurring form of high quality CBD that is not chemically synthesized in a lab.

> Dixie X Science Director, Tamar Wise, elaborates:
> "The CBD we use is biologically created in hemp plants and our methodology isolates and extracts it. We then infuse this naturally occurring CBD into our line of hemp products."

### Are Dixie X products made in the USA?

Yes, all Dixie X products are manufactured in our state of the art 27,000 square production facility located in Denver, Colorado. We are proud to be a company that not only produces a revolutionary line of CBD products, but also does so in the U.S.

### Why are your products so expensive?

Dixie X is the first whole Hemp plant based wellness line of products containing CBD. It represents a significant capital investment of millions of dollars to bring these products to the Continental U.S. and in early 2013, European markets. Red Dice Holdings has a staff of over 25 individuals, including a team of scientists, engineers and clinical herbalists based in the U.S. working to formulate, develop and produce Dixie X. The technology is new and by most standards, revolutionary. All of these components, including strict chemical analysis testing regiments provided by a certified ISO 17-025 testing facility, directly impact the cost to produce Dixie X. We are committed to providing the highest quality products to our customers, balanced with integrity and sustainability.

### What is the Compassionate Care Club and how does it work?

The Dixie X Compassion Care Club offers you the opportunity to receive a 25% discount on your ongoing purchases using our auto order system.

### When will you begin shipments outside of the U.S.?

Dixie X willbegin international distribution (including Great Britain) in early 2013. As a courtesy to our international customers, our customer service staff will gladly coordinate the pickup of orders with most international shipping companies including UPS and FedEx. Advance coordination is required and the associated shipping fees must be prepaid in advance of shipment by the customer.

### Do you lab test your products?

All of our products are tested multiple times during the manufacturing process using both traditional ISO 17 025 chemical testing facilities, as well as cannabinoid testing facilities, all of which are based in the U.S.

### Will Dixie X work for me?

Each individual is unique and has different ailments and concerns they are interested in addressing though the consumption and application of the Dixie X product lines. While we are not medical professionals and cannot make medical claims, the feedback we have received from a variety of patients and consumers alike has been overwhelmingly positive. We encourage you to visit our "testimonials" page on our www.dixieX.com website to read more.

As with any medical condition, we also encourage you to confer with your physician about Dixie X and develop the most appropriate health and wellness regimen for your specific needs.

## Can you disclose revenue projections or sales numbers?

Our company policy is that we don't discuss sales revenue or statistics outside of what is reported by our parent company, Medical Marijuana, Inc. (MJNA). Our new Dixie X product line is being received very well across the country by patients and consumers alike. We encourage you to visit our website and social media pages on Face Book and Twitter to see what customers are saying about Dixie X.

## Will Dixie X make me feel "high"?

We are not aware of any psychotropic effects associated with using these products. The complete product line of Dixie X is consistently tested throughout the formulation and manufacturing process to ensure it meets all local, state and Federal guidelines and laws.

## How long will it take me to get my order?

You can expect your order to arrive in 3-5 business days assuming shipment through the United States Postal Service. Orders received by 1:00 MST on Fridays are shipped the next business day.

## What is the difference between CBD from hemp and CBD from medical cannabis?

While the two plants are botanically related, our hemp contains no THC and numerous medical studies have shown CBD to have significant potential health benefits for a variety of ailments ranging from epilepsy to pain management. Medical cannabis contains THC and may provide relief from various ailments, however, with a psychotropic effect.

## Will Dixie X ever be available in grocery and health food stores?

We are currently in discussion with several major retail chains and hope to offer Dixie X through those retail partners soon.

FOOD AND DRUG ADMINISTRATION (FDA) DISCLOSURE
These statements have not been evaluated by the Food and Drug Administration (FDA). These products and statements are not intended to diagnose, treat, cure, or prevent any disease.

## Dixie X Products

- Dixie X CBD Strips
- Dixie X CBD Salve
- Dixie X CBD Dew Drops

## Company Menu

- About Dixie X
- Privacy Policy
- Terms of Use Agreement
- Contact Us

Compassionate
Care Club Badge

LEAF ALERT

## Get to Know Us

Press Releases

October Newsletter

Privacy Policy

Terms of Use Agreement

## Make Money with Us

Become an Ambassador

Wholesale Login

Become an Affiliate (coming soon)

## Let Us Help You

Shipping Rates and Policies

Return Policy

Contact Us

Copyright Dixie X © 2012. All Rights Reserved.

# JURAT

State/Commonwealth of _____FLORIDA_____ )
)
☐ City ☑ County of _____Hillsborough_____ )

On __10/19/2020__, before me, __J. Demetrius Jones__,
     Date                                           Notary Name

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

__Elizabeth Rosenberg__
Name of Affiant(s)

☐ Personally known to me -- **OR** --

☐ Proved to me on the basis of the oath of _____ -- **OR** --
                                   Name of Credible Witness

☑ Proved to me on the basis of satisfactory evidence: __passport__
                                                    Type of ID Presented

[Notary Seal: J. DEMETRIUS JONES, Notary Public - State of Florida, Commission # HH722, Expires on May 17, 2024]

WITNESS my hand and official seal.

Notary Public Signature: _[signature]_

Notary Name: __J. Demetrius Jones__

Notary Commission Number: __HH722__

Notary Commission Expires: __05/17/2024__

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Affidavit of Elizabeth Rosenberg__

Document Date: __10/19/2020__

Number of Pages (including notarial certificate): __9__