AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff* | ) ) ) ) ) | Civil Action No. |
| v. |  |  |
| *Defendant* |  |  |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Courtroom No.: |
|---|---|
|  | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of New York

Index Number: 15-CV-701 (FG0                                              Date Filed: _____

Plaintiff:
**Douglas Horn**

vs.

Defendants:
**Medical Marijuana, Inc. et al.**

For:
The Linden Law Group, P.C.
5 Penn Plaza
23rd Floor
New York, NY 10001

Received by Front Range Legal Process Service to be served on **Tripp Vincent Keber, 2990 S. Clermont Dr., Denver, CO**.

I, Derek Minto, being duly sworn, depose and say that on the **19th day of March, 2021** at **9:29 am**, I:

affirm that I served the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil action; Federal Rule of Civil Procedure 45** upon **Tripp Vincent Keber** who identified themselves to me; by personal Service. Service was made at their usual place of abode located at **2990 S. Clermont Dr., Denver, CO**.

**Description** of Person Served: Age: 45+, Sex: M, Race/Skin Color: White, Height: 5'8, Weight: 170, Hair: Dark, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Service was made pursuant to the rules and regulations of the State of Colorado.

Subscribed and Sworn to before me on the 22nd day of March, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
My commission expires 8/22/22

**Derek Minto**
Process Server

**Front Range Legal Process Service**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(970) 267-9109**

Our Job Serial Number: FRS-2021001833
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u