UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

      Plaintiffs,

   -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

      Defendants,
------------------------------------------------------------------X

Civil Action No:
15-cv-701 (FPG)

***PLAINTIFF'S SUBSTANTIVE
JURY INSTRUCTIONS***

  Pursuant to the Final Pre-Trial Order, Plaintiff submits the following substantive Jury Instructions to the Court and the Parties:

RICO *18 U.S.C. § 1962(c)* – Matthew Bender's Modern Federal Jury Instructions - Civil

  Instruction 84-21 The Complaint and the Statute

  Instruction 84-22 Prejudice from the Word "Racketeering"

  Instruction 84-23 Elements

  Instruction 84-24 First Element—The Enterprise

  Instruction 84-25 Second Element—Effect on Interstate Commerce

  Instruction 84-26 Third Element—Association With the Enterprise

  Instruction 84-27 Fourth Element—Engaging in a Pattern of Racketeering Activity

  Instruction 84-28 Fourth Element—Unanimity on Racketeering Acts

  Instruction 84-29 Fifth Element—Conducting or Participating in the Enterprise "Through" the Pattern of Racketeering

  Instruction 84-30 Causation

  Instruction 84-31 Damages

and

<u>Fraud – New York Pattern Jury Instructions</u>

      Instruction 3:20 – Fraud and Deceit – Inducement

      Instruction 3:20.2 – Fraud and Deceit - Omission

<u>Damages – New York Pattern Jury Instructions</u>

      Instruction 2:278 – Punitive Damages

      and the Special Verdict Form for 2:278, SV-1 and SV-II as applicable.

Dated: New York, New York          Respectfully Submitted,
       June 29, 2021

                                    THE LINDEN LAW GROUP, P.C.

                                    *Jeffrey Benjamin*
                                    Jeffrey Benjamin, Esq.
                                    5 Penn Plaza, 23rd Floor
                                    New York, New York 10001
                                    (212) 835-1532
                                    jbenjamin@nyfraudlaw.com