UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                              Civil Action No: 15-CV701 (JWF)

          Plaintiffs,

        -against-                     ***NOTICE OF MOTION***

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

          Defendants,
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to FRCP 54(b); and upon the annexed Memorandum of Law, dated November 18, 2021 and all Exhibits, papers and proceedings herewith and heretofore had herein, Plaintiff, by his counsel, will move this Court before the Hon. Jonathan Feldman, United States Magistrate Judge at the U.S. Courthouse, 2 Niagara Square Buffalo, New York 14202 for an Order pursuant to F.R.C.P. 54(b) granting Plaintiffs' Motion to issue a final Order and Judgment by this Court as to the claims of Plaintiff, for purposes of appeal, along with such other and further relief as this Court deems just proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to Local Court Rules, answering/reply affidavits, if any, are required served to the undersigned within fourteen (14) days.

Dated: New York, New York          Respectfully Submitted,
       November 18, 2021               THE LINDEN LAW GROUP, P.C.

                                         *Jeffrey Benjamin*
                                         Jeffrey Benjamin, Esq.
                                         5 Penn Plaza, 23rd Floor
                                         New York, New York 10001
                                         (212) 835-1532

To: *All parties via ECF*