UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                          Plaintiffs,

              -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

                         Defendants,
-----------------------------------------------------------------X

Civil Action No:
15-cv-701 (FPG)

***PLAINTIFF'S SUBSTANTIVE<br>JURY INSTRUCTIONS***

      Pursuant to the Final Pre-Trial Order, Plaintiff submits the following substantive Jury Instructions to the Court and the Parties:

<u>Fraud – New York Pattern Jury Instructions</u>

      Instruction 3:20 – Fraud and Deceit – Inducement

      Instruction 3:20.2 – Fraud and Deceit - Omission

<u>Damages – New York Pattern Jury Instructions</u>

      Instruction 2:278 – Punitive Damages

      and the Special Verdict Form for 2:278, SV-1 and SV-II as applicable.

Dated: New York, New York
       November 29, 2021

Respectfully Submitted,

THE LINDEN LAW GROUP, P.C.

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532
jbenjamin@nyfraudlaw.com

1