IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS J. HORN,<br><br>                Plaintiff,<br><br>-vs-<br><br>MEDICAL MARIJUANA, INC., et al.<br><br>                Defendants. | Case No. 15-CV-701-JWF<br><br>**DEFENDANTS MMI AND RDH'S OBJECTIONS TO PLAINTIFF'S REQUESTS TO CHARGE** |

Defendants, Medical Marijuana Inc. and Red Dice Holdings, LLC ("MMI/RDH"), by their undersigned counsel, submit the following objections to "Plaintiff's Substantive Jury Instructions" dated November 29, 2021 (Docket # 230).

MMI/RDH adopt and incorporate Points II and III made on behalf of co-defendant, Dixie Holdings, LLC ("Dixie") in opposition to the plaintiff's request to charge (Docket # 187 refiled as Docket # 214-3).

MMI/RDH does not join Dixie in requesting a charge on apportionment of fault (Point IV).

DATED:    Buffalo, New York
                November 29, 2021

                                                      s/Roy A. Mura

                                                      MURA LAW GROUP, PLLC
                                                      f/k/a Mura & Storm, PLLC
                                                      *Attorneys for Defendants MMI and RDH*
                                                      930 Rand Building
                                                      14 Lafayette Square
                                                      Buffalo, New York 14203
                                                      (716) 855-2800
                                                      roy.mura@muralaw.com