UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-701

DOUGLAS J. HORN, et al.,

           Plaintiff(s),

    -against-                    *Notice of Appeal*

MEDICAL MARJUANA, INC., et al.,

           Defendant(s).

     NOTICE IS HEREBY GIVEN that DOUGLAS J. HORN, hereby appeal(s) to the United States Court of Appeals for the Second Circuit from the Interim Judgment docketed on January 25, 2022 (ECF Document No. 218) and its underlying decision docketed on January 24, 2022 (ECF Document No. 217) in this action.

Dated: February 16, 2022

                                                    Yours, etc.

                                                    /s/ *Jeffrey Benjamin*
                                                    THE LINDEN LAW GROUP P.C.
                                                    By: Jeffrey Benjamin, Esq.
                                                    5 Penn Plaza, 23rd Floor
                                                    New York, New York 10001
                                                    (212) 835-1532
                                                    jbenjamin@nyfraudlaw.com

*To all counsel via ECF*