UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HORN,                    Civil Action No. 15-cv-701
                                                   (FPG)(MJR)
                              Plaintiffs,

              -against-                            **DESIGNATION OF RECORD**
                                                   **ON APPEAL BY PLAINTIFFS**
MEDICAL MARIJUANA, INC.;
DIXIE ELIXIRS AND EDIBLES;
RED DICE HOLDINGS, LLC; and
DIXIE BOTANICALS
                              Defendants.
------------------------------------------------------------------x

To the Clerk of the District Court:

       The plaintiffs designate the following docket entries, inclusive of sub-documents, as their

Index to the Record on Appeal:

| Orig. DE# | Title of Document |
|-----------|-------------------|
| 1 | COMPLAINT |
| 2 | RICO STATEMENTS |
| 7 | SUMMONS ISSUED |
| 9 | ANSWER, DIXIE |
| 11 | ANSWER, MED. MARIJ |
| 60 | MOTION, SUMMARY JUDGMENT |
| 61 | MOTION, SUMMARY JUDGMENT |
| 62 | MOTION, SUMMARY JUDGMENT |
| 68 | MOTION, AMEND |
| 69 | RESPONSE IN OPPOSITION |
| 70 | RESPONSE IN OPPOSITION |
| 71 | MOTION TO STRIKE |
| 72 | MEMORANDUM OF LAW |
| 73 | MEMORANDUM IN OPPOSITION |
| 74 | FIRST MOTION TO STRIKE |
| 75 | RESPONSE IN OPPOSITION |
| 80 | MEMORANDUM IN OPPOSITION |
| 81 | MEMORANDUM IN OPPOSITION |

| 82 | MEMORANDUM IN OPPOSITION |
|---|---|
| 83 | REPLY TO RESPONSE |
| 84 | REPLY TO RESPONSE |
| 85 | REPLY TO RESPONSE |
| 86 | MEMORANDUM IN SUPPORT |
| 87 | RESPONSE IN OPPOSITION |
| 88 | DECISION AND ORDER |
| 92 | NOTICE OF APPEAL |
| 97 | MOTION FOR RECONSIDERATION |
| 99 | DESIGNATION OF RECORD |
| 106 | MEMORANDUM IN SUPPORT |
| 108 | MEMORANDUM IN OPPOSITION |
| 109 | MEMORANDUM IN OPPOSITION |
| 110 | LETTER |
| 112 | CROSS-MOTION |
| 114 | DECLARATION |
| 115 | DECISION AND ORDER |
| 116 | MEMORANDUM IN OPPOSITION |
| 117 | REPLY |
| 120 | AFFIDAVIT IN SUPPORT |
| 123 | MEMORANDUM IN SUPPORT |
| 124 | DECISION AND ORDER |
| 129 | MOTION TO VACATE |
| 132 | DECISION AND ORDER |
| 141 | MOTION IN LIMINE |
| 142 | MOTION IN LIMINE |
| 144 | RESPONSE TO MOTION |
| 147 | AMENDED PRETRIAL ORDER |
| 151 | DECLARATION |
| 154 | REPLY/RESPONSE |
| 156 | REPLY |
| 171 | LETTER |
| 172 | RESPONSE TO OPPOSITION |
| 174 | FINAL PRETRIAL ORDER |
| 192 | TEXT ORDER |
| 194 | MOTION IN LIMINE |

| 198 | MEMORANDUM IN OPPOSITION |
| 200 | REPLY TO RESPONSE |
| 201 | REPLY/RESPONSE |
| 202 | TEXT ORDER |
| 203 | MEMORANDUM/BRIEF |
| 204 | MEMORANDUM/BRIEF |
| 205 | LETTER |
| 206 | DECISION AND ORDER |
| 208 | MOTION FOR CERTIFICATE OF APPEALABILITY |
| 210 | PROPOSED JURY INSTRUCTIONS |
| 211 | WITNESS LIST |
| 212 | EXHIBIT LIST |
| 213 | RESPONSE TO MOTION |
| 217 | DECISION AND ORDER |
| 218 | INTERIM JUDGMENT |
| 219 | LETTER |
| 220 | TEXT ORDER |
| 221 | NOTICE OF APPEAL |

Dated:  New York, New York
March 2, 2022

Yours, etc.

THE LINDEN LAW GROUP P.C.

*/s/ Jeffrey Benjamin*
By: Jeffrey Benjamin, Esq.
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532
jbenjamin@nyfraudlaw.com

*To all counsel via ECF*

3