UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                             Plaintiffs,

                    -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

                             Defendants,
-------------------------------------------------------------------X

Civil Action No: 15-cv-701 (JWF)

*NOTICE OF SUBPOENA*

### NOTICE OF SUBPOENA

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff by and through his attorneys, THE LINDEN LAW GROUP, P.C. served the attached subpoena on TAMAR WISE, on or about February 6, 2024, requesting that she appear at the time, date, and place set forth below to testify at the trial of this civil action. A copy of the subpoena served is attached.

DATED:     New York, New York
               April 12, 2024

                            THE LINDEN LAW GROUP, P.C.



                            Jeffrey Benjamin, Esq.
                            250 Park Avenue, 7th Floor
                            New York, New York 10177
                            (212) 655-9536

To: *All parties via ECF*

AO 88  (Rev. 06/09)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| Douglas Horn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-701 |
| Medical Marijuana Inc., et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Tamar Wise
PO Box 245
Lowgap, NC 27024-9998

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Among others, the sourcing, formulation, manufacture, content, distribution, promotion, marketing and/or advertising of the subject Dixie product at the time of provision to the plaintiff in question.

| Place: US District Court, Western District<br>2 Niagara Square<br>Buffalo, Ny 14202 | Courtroom No.: TBD |
|---|---|
| | Date and Time: 05/28/2024 10:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

        The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  02/06/2024

*CLERK OF COURT*

OR

_____                    /s/ Jeffrey Benjamin, Esq.
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Jeffrey Benjamin

        for Plaintiff                    , who issues or requests this subpoena, are:

THE LINDEN LAW GROUP, P.C., 250 Park Avenue, 7th Floor, New York, New York 10177 (212) 655-9536