✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     NEW YORK

DOUGLAS J. HORN, et al.

V.

MEDICAL MARIJUANA INC., et al.

## EXHIBIT AND WITNESS LIST

Case Number:  15-CV-701 JWF

| PRESIDING JUDGE<br>JONATHAN FELDMAN | PLAINTIFF'S ATTORNEY<br>Jeffrey Benjamin, Esq. | DEFENDANT'S ATTORNEY<br>Roy Mura, Esq., Jean Claude Mazzola, |
|---|---|---|
| TRIAL DATE (S)<br>5/28/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | EXHIBITS:    DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Chart - Corps |
| 2 | | | | | High Times Magazine Article Page 42 |
| 3 | | | | | YouTube Video with Transcript: https://youtu.be/Urlwtw_xQ48; |
| 4 | | | | | YouTube Video with Transcript: https://youtu.be/yDjIGXS58ds; |
| 5 | | | | | FAQs by dixiex.com |
| 6 | | | | | MMI Article (Sep. 5, 2012) |
| 7 | | | | | Packing Slips, Invoices, Receipts for Product |
| 8 | | | | | Bottles (Actual) |
| 9 | | | | | Clinical Reference Laboratory test results |
| 10 | | | | | Chart - Work History |
| 11 | | | | | Chart - Mileage Driven |
| 12 | | | | | Exhibit 427 - Email |
| 13 | | | | | Enterprise 401k Statements |
| 14 | | | | | Chart - Hemp v Marijuana |
| 15 | | | | | Defendants' Certificates of Analysis |
| 16 | | | | | Chart - Chuck Smith |
| 17 | | | | | Affidavit of Chuck Smith |
| 18 | | | | | Affidavit of Michelle Sides |
| 19 | | | | | Affidavit of Stuart Titus |
| 20 | | | | | Plaintiff's Federal Tax Returns |
| 21 | | | | | Tables of Mark Zaporowski |
| 22 | | | | | EMSL Emails to Plaintiff |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.