✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN      DISTRICT OF      NEW YORI

DOUGLAS J. HORN, et al.

V.

MEDICAL MARIJUANA INC., et al.

## EXHIBIT AND WITNESS LIST

Case Number:  15-CV-701 JWF

| PRESIDING JUDGE<br>JONATHAN FELDMAN | PLAINTIFF'S ATTORNEY<br>Jeffery Benjamin, Esq. | DEFENDANT'S ATTORNEY<br>Roy Mura, Esq., Jean Claude Mazzola |
|---|---|---|
| TRIAL DATE (S)<br>5/28/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESSES:    DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Douglas J. Horn |
| | | | | | Cindy Horn |
| | | | | | Jerrod Ponder |
| | | | | | Tamar Wise |
| | | | | | Dr. Kenneth Graham |
| | | | | | Dr. Mark Zaporowski |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.