**Declaration of Service of Motion to Withdraw as Counsel**

    I, Richard E. Lerner, state under penalty of perjury, pursuant to 28 USC 1746, that on this date, May 29, 2025, I emailed to Mr. Tripp Keber, principal of Dixie Holdings LLC, to his regular email address ([trippkeber@gmail.com](mailto:trippkeber@gmail.com)) that we have used to communicate with him our firm's motion to withdraw as counsel, which was docketed on May 28, 2025. I requested that Mr. Keber provide us with an updated mailing address to which the Court could forward any order it might issue. However, Dixie Holdings' last known address is 4990 Oakland Street, Denver, CO 80239.

Dated: New York, New York
        May 29, 2025

                                                  _____
                                                  Richard E. Lerner