UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                    Plaintiff,

    -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,
                    Defendants,
-----------------------------------------------------------------X

Civ Act No: 15-cv-701 (FPG)(JWF)

***PLAINTIFF'S DECLARATION in OPPOSITION To DIXIE Motion to Withdraw***

      I, Jeffrey Benjamin, Esq., declare under penalty of perjury, as provided for by the laws of the United States, that the following statements are true:

      1.    This Declaration is made in response to the DIXIE Defendants' counsel's motion to withdraw.

      2.    While Plaintiff does not have any substantive opposition to defense counsel's withdrawal, Plaintiff requests that the Court order that those certain Defendants 1) are given a date certain to either appear pro se, or with new counsel; 2) disclose both the valid physical and email addresses for service of papers going forward; 3) that the Court accept service of papers by the email they provide as valid service on the DIXIE Defendants in the future, along with any such other and further relief the Court deems appropriate in the event DIXIE does not have counsel going forward.

Dated: New York, New York
      August 6, 2025

THE LINDEN LAW GROUP, P.C.

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.,
Attorney for Plaintiff
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

1