UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DOUGLAS J. HORN and CINDY HARP-HORN,

        *Plaintiffs*,

-against-

MEDICAL MARIJUANA, INC., DIXIE HOLDINGS, LLC, RED DICE HOLDINGS, LLC, and DIXIE BOTANICALS,

        *Defendants*.

Civil Action No.
15-cv-00701-FPG

Hon. Magistrate Judge
Jonathan W. Feldman

**Declaration of Service**

I, Jean-Claude Mazzola of Mazzola Lindstrom LLP, hereby state under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. On August 19, 2025, I emailed this court's order of same date (which order granted my law firm's motion to be relieved as counsel) to Tripp Keber, known to be a member of Dixie Holdings, LLC, to the email address known to me, as trippkeber@gmail.com .

2. On August 22, 2025, I mailed (via First Class, U.S. Mail, deposited in a U.S. Post Office mailbox within the City of New York) copies of said order to the two known addresses of Dixie Holdings LLC, viz:

> Dixie Holdings LLC
> c/o Tripp Keber
> 4990 Oakland Street
> Denver, Colorado 80239
>
> Dixie Holdings LLC
> c/o Tripp Keber
> 2990 S. Claremont Dr.
> Denver, Colorado 80222

Dated: August 22, 2025
       New York, New York

                      MAZZOLA LINDSTROM, LLP
                      By: */s/ Jean-Claude Mazzola*
                          Jean-Claude Mazzola
                      Attorneys for defendant Dixie Holdings, LLC
                      1350 Avenue of the Americas, 2nd Floor
                      New York, New York 10019
                      646.250.666
                      jeanclaude@mazzolalindstrom.com