UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN, ET AL,

                      Plaintiffs,

       v.                                                                15-CV-701

MEDICAL MARIJUANA, INC., ET AL,

                      Defendants.
_____

## **CLERK'S ENTRY OF DEFAULT**

       It appearing that Defendant

Dixie Holdings, LLC,

is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendant on September 26, 2025.

                                                 MARY C. LOEWENGUTH
                                                         Clerk of Court
                                               United States District Court


                                                         By: s/s/ Colin J.
                                                         Deputy Clerk