CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS

USDC - WDNY
OCT 20 2025
BUFFALO

15-CV-701

Dixie Holdings LLC
c/o Tripp Keber
4990 Oakland Street
Denver, Colorado 80239

NIXIE           895  FE 1              0010/04/25
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 14262333699      *1679-03998-07-22

850   AA 1    N   CD010/07/25
UNABLE TO FORWARD/FOR REVIEW
                    **C002**

WD   BC: 80239270699 DU *1679-03998-07-21
706