CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS

15-CV-701



Dixie Holdings LLC
c/o Tripp Keber
4990 Oakland Street
Denver, Colorado 80239

USDC - WDNY
OCT 2 1 2025
BUFFALO

NIXIE       850  FE 1         0010/17/25
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 14202335099      *0713-05068-28-31